UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:19-cv-21724-BLOOM/MCALILEY

HAVANA DOCKS CORPORATION,

    Plaintiff,

vs.

CARNIVAL CORPORATION d/b/a/ CARNIVAL CRUISE LINES,

    Defendant.

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, Havana Docks Corporation, hereby submits its Certificate of Interested Parties and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Order Requiring Scheduling Report and Certificates of Interested Parties, (D.E. 12):

1. The name of each person, associated person, firm, partnership, or corporation that has a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

   a. **Havana Docks Corporation (Plaintiff)**

   b. **Mickael Behn (Director)**

   c. **Jerry M. Johnson (Director)**

**Colson Hicks Eidson**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444**

    d.  Aphra Behn (Shareholder)

    e.  Melanie Behn-Lucain (Shareholder)

    f.  Romain Le Pelletier (Shareholder)

    g.  Walter H. Whitaker (Shareholder)

    h.  MacArthur Trust (Shareholder)

    i.  Dorothy W. Hoch (Shareholder)

    j.  Warren E. Buffett (Shareholder)

    k.  Colson Hicks Eidson (counsel for Plaintiff)

    l.  Rodney Margol (counsel for Plaintiff)

    m.  Roberto Martinez (counsel for Plaintiff)

    n.  Stephanie A. Casey, (counsel for Plaintiff)

    o.  Francisco R. Maderal (counsel for Plaintiff)

    p.  Lazaro Fields (counsel for Plaintiff)

    q.  Carnival Corporation (Defendant)

**Colson Hicks Eidson**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444**

DATED: June 14, 2019.                    Respectfully submitted,

                                      **COLSON HICKS EIDSON, P.A.**
                                      255 Alhambra Circle, Penthouse
                                      Coral Gables, Florida 33134
                                      Telephone: (305) 476-7400
                                      Facsimile: (305) 476-7444
                                      E-mail: eservice@colson.com

                                      By: s/ Roberto Martinez
                                      Roberto Martinez, Esquire
                                      Florida Bar No. 305596
                                      bob@colson.com
                                      Stephanie A. Casey, Esquire
                                      Florida Bar No. 97483
                                      scasey@colson.com
                                      Lazaro Fields, Esquire
                                      Florida Bar No. 1004725
                                      laz@colson.com

                                              - and -

                                      **MARGOL & MARGOL, P.A.**
                                      2029 3rd Street North
                                      Jacksonville Beach, Florida 32250
                                      Telephone: (904) 355-7508
                                      Facsimile: (904) 619-8741

                                      Rodney S. Margol, Esquire
                                      Florida Bar No. 225428
                                      Rodney@margolandmargol.com

                                   *Attorneys for Plaintiff Havana Docks Corporation*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court.  I also certify that the foregoing document is being served this 14 June 2019, on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            By: s/ Roberto Martinez
            Roberto Martinez