UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-21724-BLOOM/McAiley

HAVANA DOCKS CORPORATION,

     Plaintiff,

v.

CARNIVAL CORPORATION d/b/a/ CARNIVAL
CRUISE LINE, a foreign corporation,

     Defendant.

_____/

[PROPOSED] ORDER CERTIFYING PERMISSION TO FILE
INTERLOCUTORY APPEAL

**THIS CAUSE** is before the Court on Defendant Carnival Corporation's Motion for
Certification of Interlocutory Appeal, ECF No. [84] ("Motion"). The Court has reviewed the
Motion, the record in this case, and is otherwise fully advised.  For the reasons that follow, the
Motion is granted.

The certified question involves a controlling question of law as to which there are
substantial grounds for difference of opinion, and an immediate appeal from the April 20, 2020
Omnibus Order ECF No. [79] may materially advance the ultimate termination of the litigation.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion ECF No. [84] is **GRANTED**;

2. The April 20, 2020 Omnibus Order ECF No. [79] is hereby **CERTIFIED** for

    interlocutory appeal pursuant to 28 U.S.C. § 1292(b).  The certified issue is:

    whether "Title III's plain language creates liability for trafficking in the broadly

defined 'confiscated property'—i.e., in any property that was nationalized, expropriated, or otherwise seized by the Cuban Government . . . without the property having been returned or adequate and effective compensation [paid]—not in a particular interest in confiscated property," and "regardless of … when the trafficking took place."

**DONE AND ORDERED** in Chambers at Miami, Florida, on _____, 2020.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record