UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-CV-21724-BLOOM/MCALILEY

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## ORDER FOLLOWING JULY 9, 2020 DISCOVERY CONFERENCE

The Court held a discovery conference today on Plaintiff Havana Docks Corporation's Notice of Discovery Dispute (the "Notice"). (ECF No. 106). The Court heard argument about some of the issues presented in Havana Dock's Notice and more broadly about the issues in the lawsuit that frame discovery. Similar discovery issues are arising in the several related cases currently pending in this District[1] and I asked counsel to consider how same or similar discovery issues might be streamlined or coordinated among those cases.

The Court commends counsel for their considerable skill and success at reaching agreement on the progress of discovery. At today's hearing counsel suggested, and I agreed, that Plaintiff conduct an initial deposition of a corporate representative of

---

[1] Havana Docks filed three cases in this District against other cruise lines which assert substantially similar allegations to those in this case and in which similar discovery issues have or are likely to arise. *Havana Docks Corp. v. MSC Cruises SA Co.*, No. 19-cv-23588 (S.D. Fla. filed Aug. 27, 2019); *Havana Docks Corp. v. Royal Caribbean Cruises, Ltd.*, No. 19-cv-23590 (S.D. Fla. filed Aug. 27, 2019); *Havana Docks Corp. v. Norwegian Cruise Line Holdings, Ltd.*, No. 19-cv-23591 (S.D. Fla. filed Aug. 27, 2019). Additionally, *Javier Garcia-Bengochea v. Carnival Corp.*, No. 19-cv-21725 (S.D. Fla. filed May 2, 2019), involves subject matter that overlaps with this case. (ECF No. 15).

Defendant Carnival Corporation, pursuant to Federal Rule of Civil Procedure 30(b)(6), to take place on an expedited basis. This deposition will focus on information that may allow the parties to streamline their discovery, reach agreement on some of the issues in Plaintiff's Notice, and also potentially guide the parties in the development of a discovery plan. This deposition will not preclude Plaintiff from taking a second deposition of Carnival, that is not redundant of the initial deposition.

For the reasons stated at the conference, which the Court incorporates into this Order by reference, the Court **ORDERS** as follows:

1. The Court will hold a telephonic status conference on **Thursday, July 16, 2020, at 2:30 P.M.** Counsel[2] should use the following dial in information: Telephone number: 1-888-684-8852; Access code: 9675400; Security Code: 5890. Counsel shall meet and confer before the status conference and be prepared to advise the Court of the following:

    a. Their agreement regarding the scope, logistics, and date of the Rule 30(b)(6) deposition of Carnival.

    b. Identify the discovery disputes in the Notice in which the underlying issues, or substantially similar issues, have been resolved by the Court in any of the related cases, and whether the parties here have agreed to resolve those disputes in the same or similar fashion. Where there is no such agreement, the parties shall identify (1) any previously-addressed-but-still-disputed discovery matters in this

---

[2] The public may attend the hearing by using the same AT&T conference dial-in information. Anyone who does so shall mute their phone.

2

case, (2) the corresponding rulings in any of the related cases and (3) why they will not agree to implement the outcome ordered by the Court in a related case.

      c.      Identify any issues in the Notice which (1) have not been previously resolved by another judge in a related case; and (2) should be resolved by this Court regardless of the expedited Rule 30(b)(6) deposition of Carnival. The parties shall provide me with a brief summary of these "standalone" issues at the status conference. If those disputes are not amenable to my easily resolving them at the July 16th status conference, I will schedule a hearing when I can hear additional argument about them.

    2.    By agreement, and so that Havana Docks may review the document(s) prior to the July 16, 2020 status conference, **on or before Monday, July 13, 2020,** Carnival will produce to Havana Docks its application(s) to the United States Office of Foreign Assets Control for a license to travel to and do business in Cuba. Carnival will also make reasonable efforts to expedite its production of responsive documents, if any exist, that reflect or concern communications from the United States or Cuban governments that directed Carnival to use the Port of Havana.

    DONE AND ORDERED in Miami, Florida, this 9th day of July, 2020.

*/s/ Chris McAliley*
CHRIS MCALILEY
United States Magistrate Judge

Copies furnished to:      The Honorable Beth Bloom
                                All Counsel of Record