**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 19-cv-21724-BLOOM**

HAVANA DOCKS CORPORATION,

      Plaintiff,

v.

CARNIVAL CORPORATION d/b/a CARNIVAL
CRUISE LINE, a foreign corporation,

      Defendant.

_____/

**<u>DEFENDANT'S NOTICE OF HEARING</u>**

Defendant Carnival Corporation ("Carnival") has called up for hearing on the Court's calendar before the Honorable Chris M. McAliley, on the date and time set forth below, the following matter to be heard:

**DATE AND TIME:**  Wednesday, October 21, 2020, at 1:00 p.m.

**LOCATION:**  C. Clyde Atkins United States Courthouse
301 North Miami Avenue, Sixth Floor
Miami, Florida 33128

**DISCOVERY DISPUTE:**

<u>Depositions set by Plaintiff</u>:  Plaintiff unilaterally noticed depositions of Arnold Donald, Micky Arison, Giora Israel, and Arnaldo Perez, all senior executives of Carnival Corporation, for November 2, 3, 9 and 10, without any conferral with Defendants.  Plaintiff has refused to rescind the notices.  We ask that the Court vacate the notices or enter a protection order against their proceeding until and unless set for mutually agreeable dates.

Furthermore, Plaintiff noticed depositions of Micky Arison, the Chairman of the Board of Directors for Carnival, and Arnold Donald, Chief Executive Officer for Carnival, among their first fact depositions.  Mr. Arison and Mr. Donald should only be deposed after other Carnival witnesses are deposed and their depositions should be limited in duration and scope to those matters on which they have personal knowledge and as to which plaintiffs are unable to otherwise obtain discovery.

Dated: October 16, 2020

Respectfully submitted,

*s/ Stuart H. Singer*
Stuart H. Singer
(Florida Bar No. 377325)
Meredith Schultz
(Florida Bar No. 29536)
Corey P. Gray
(Florida Bar No. 0115473)
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
mschultz@bsfllp.com
poliu@bsfllp.com
cgray@bsfllp.com

*Attorneys for Carnival Corp.*

Pedro A. Freyre
AKERMAN LLP
(Florida Bar No. 192140)
98 SE 7th St., Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Pedro.freyre@akerman.com

George J. Fowler, III
(*Pro Hac Vice*)
Luis Llamas
(Florida Bar No. 89822)
JONES WALKER LLP
201 St. Charles Ave.
New Orleans, LA 70170
Telephone: (504) 582-8752
gfolwer@joneswalker.com
llamas@joneswalker.com

## <u>CERTIFICATE OF GOOD FAITH CONFERENCE</u>

Pursuant to Southern District of Florida Local Rule 7.1, counsel for Carnival certifies that its counsel has conferred with counsel for Defendant on October 15, 2020, in a good faith effort to resolve the issues raised in this notice and has not be able to do so.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record via the court's CM/ECF System on October 16, 2020.

*/s/ Stuart Singer*
Stuart H. Singer
