# EXHIBIT "9"

Filed Under Seal

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-21724-BLOOM/MCALILEY


HAVANA DOCKS CORPORATION,

     Plaintiff,

-vs-

CARNIVAL CORPORATION,

     Defendant.
_____/




VIDEO-RECORDED DEPOSITION OF

MICHAEL "MICKY" MEIR ARISON

(Pages 1 through 212)



May 4, 2021
9:35 a.m. - 2:53 p.m.


Remotely Via Zoom Videoconference
Miami Beach, Florida


Examination of the witness stenographically taken
before: Lance W. Steinbeisser, RPR
NCRA-Certified Stenographic Reporter
Florida Professional Reporter

## Page 2

REMOTE APPEARANCES:

On behalf of the Plaintiff:

COLSON HICKS EIDSON
BY: ROBERTO MARTINEZ, ESQUIRE
   bob@colson.com
   255 Alhambra Circle, Penthouse
   Coral Gables, Florida 33134
   305-476-7400

On behalf of the Plaintiff:

COLSON HICKS EIDSON
BY: STEPHANIE A. CASEY, ESQUIRE
   scasey@colson.com
   255 Alhambra Circle, Penthouse
   Coral Gables, Florida 33134
   305-476-7400

On behalf of the Defendant:

BOIES SCHILLER & FLEXNER LLP
BY: STUART H. SINGER, ESQUIRE
   ssinger@bsfllp.com
   401 East Las Olas Boulevard, Suite 1200
   Fort Lauderdale, Florida 33301-2211
   954-356-0011

On behalf of the Defendant:

BOIES SCHILLER & FLEXNER LLP
BY: PASCUAL A. OLIU, ESQUIRE
   poliu@bsfllp.com
   401 East Las Olas Boulevard, Suite 1200
   Fort Lauderdale, Florida 33301-2211
   954-377-4210

## Page 3

1   On behalf of the Defendant:
2     BOIES SCHILLER & FLEXNER LLP
      BY: MEREDITH L. SCHULTZ, ESQUIRE
3       mschultz@bsfllp.com
      401 East Las Olas Boulevard, Suite 1200
4       Fort Lauderdale, Florida 33301-2211
      954-356-0011
5
6   On behalf of the Defendant:
7     JONES WALKER
      BY: GEORGE J. FOWLER III, ESQUIRE
8       gfowler@joneswalker.com
      201 St. Charles Avenue
9       New Orleans, Louisiana 70170
      504-582-8752
10
11
    VIDEOGRAPHER: Michael Stingo
12
    ALSO PRESENT: Ellie Futterman
13       Arnie Perez, Esq.
      Pedro A. Freyre, Esq.
14       Heather Weeter, Esq.
15
16
17
18
19
20
21
22
23
24
25

## Page 4

1       INDEX TO EXAMINATIONS
2   WITNESS         PAGE
3   MICHAEL "MICKY" MEIR ARISON
4   Direct Examination by Mr. Martinez    6
5
      INDEX TO EXHIBITS
6
    EXHIBIT      DESCRIPTION     PAGE
7
  Plaintiff 131 Instagram pic      22
8
  Plaintiff 132 Airtours Annual report and   41
9       accounts 1996
10   Plaintiff 133 Airtours Report and     45
      accounts 1997
11
  Plaintiff 134 1996 Costa Cruceros     76
12
  Plaintiff   Cuba and Jamaica - Costa   77
13   134-A     Playa
14   Plaintiff 135 Ministerio del Transporte,   88
      September 15, 1997
15
  Plaintiff 136 Bondi to Perez email,     135
16       4/17/19
17
18     INDEX TO CERTIFICATES AND LETTERS
19           PAGE
20   CERTIFICATE OF OATH      209
21   CERTIFICATE OF REPORTER     210
22   ERRATA SHEET       211
23
24
25

## Page 5

1      THE VIDEOGRAPHER: Good morning. We're
2   now on the record for the video deposition of
3   Micky Arison, taken in the matter of Havana
4   Docks Corporation versus Carnival Corporation.
5   Today is May 4, 2021, and the time is
6   9:35 a.m. The court reporter is Lance
7   Steinbeisser, and the videographer is Michael
8   Stingo.
9      Will counsel please introduce
10   themselves, after which the court reporter
11   will swear in the witness.
12      MR. MARTINEZ: Good morning. My name is
13   Bob Martinez. I'm with the law firm of Colson
14   Hicks Eidson, and with me on the Zoom
15   deposition is my partner, Stephanie Casey, and
16   our paralegal, Ellie Futterman, and we
17   represent the plaintiff.
18      MR. SINGER: Good morning. This is
19   Stuart Singer from Boies Schiller Flexner on
20   behalf of Carnival Corporation. Also here
21   from the same firm is Pascual Oliu. And from
22   Carnival Corporation, Arnold Perez and Heather
23   Weeter. And also, we have George Fowler from
24   the Jones Walker firm and Pedro Freyre from
25   the Akerman firm.

Havana Docks v. Carnival                                          Micky Arison | 5/4/2021

Page 6

1    Thereupon,
2            MICHAEL "MICKY" MEIR ARISON
3    was duly administered the oath:  Do you swear or
4    affirm that the testimony you are about to give in
5    this cause will be the truth, the whole truth, and
6    nothing but the truth?
7            THE WITNESS:  I do.
8            DIRECT EXAMINATION
9    BY MR. MARTINEZ:
10       Q.   All right, sir.  Good morning.  Could
11   you please state your name?
12       A.   Micky Arison.  My legal name is Michael
13   Meir Arison.
14       Q.   How do you spell the middle name, sir?
15       A.   M-E-I-R, like Golda.
16       Q.   And, Mr. Arison, where are you right
17   now?
18       A.   I am in South Miami Beach.
19       Q.   Are you employed?
20       A.   Kind of.  I'm chairman of Carnival.  I
21   don't know if that's employed or not.
22       Q.   And you're the chairman of Carnival
23   Corporation & plc?
24       A.   Correct.
25       Q.   Is that a dual-listed company?

Page 7

1        A.   Dual-listed, yes.
2        Q.   And dual-listed since 2003?
3        A.   I believe 2004.
4        Q.   And one of the companies is Carnival
5    Corporation; is that right, sir?
6        A.   That's correct.
7        Q.   And that's a Panamanian company?
8        A.   Correct.
9        Q.   And that was incorporated in 1974?
10       A.   Correct.
11       Q.   And the other company is Carnival & plc;
12   is that right?
13       A.   Correct.
14       Q.   And was that incorporated in England in
15   Wales?
16       A.   I believe so, yes.
17       Q.   And it was the year 2000?
18       A.   Honestly, we weren't involved when it
19   was originally incorporated, so I don't know the
20   answer to that question, but it was prior to our
21   acquisition.
22       Q.   Now, Mr. Arison, I want to make sure the
23   members of the jury and the judge understand what a
24   dual-listed company is.
25           Are the businesses of the two companies,

Page 8

1    are they combined?
2        A.   Technically we operate as if we're one
3    business, but we're listed in two jurisdictions,
4    the New York Stock Exchange and the London Stock
5    Exchange, and we have two equal -- equal board of
6    directors.  And while we have different sets of
7    shareholders, we have an equalization agreement
8    that basically makes them all equal.  I hope I got
9    that right without understanding the technical
10   terms.
11       Q.   So Carnival Corporation and
12   Carnival plc, they both -- as I understand it from
13   your testimony, they operate as a single economic
14   enterprise?
15       A.   They operate as if they're a single
16   economic enterprise, correct.
17       Q.   And they have a single senior management
18   team; is that right?
19       A.   I don't know that that's correct.  We
20   have two boards, but they're identical, and they
21   operate as one board; but we have two shareholder
22   meetings of those two boards.  So you're getting
23   into technicalities that lawyers are better able to
24   answer than I am.
25       Q.   Who's the CEO of Carnival Corporation &

Page 9

1    plc?
2        A.   Arnold Donald.
3        Q.   Of both companies?
4        A.   Of both companies.
5        Q.   Is he on the board of both companies?
6        A.   Yes, he is.
7        Q.   Now, does Carnival Corporation maintain
8    its principal place of business in South Florida?
9        A.   Yes, it does.
10       Q.   Located in the Doral area?
11       A.   Correct.
12       Q.   And has Carnival Corporation maintained
13   that same principal place of business since at
14   least 1996?
15       A.   That sounds about right.
16       Q.   Well, you tell me, sir.  Has it ever had
17   a principal place of business that hasn't been in
18   South Florida?  I'm talking about Carnival
19   Corporation.
20       A.   No.  But it's moved -- moved around the
21   city.  It wasn't always in the Doral area, but '96
22   sounds about right.
23       Q.   I'm going to direct your attention to
24   the years 2016 through 2019.  At that time was
25   Carnival Cruise Lines one of the Carnival

Havana Docks v. Carnival                                                                Micky Arison  |  5/4/2021

Page 10

1    Corporation brands?
2        A.  Yes, it was.
3        Q.  It still is?
4        A.  Yes, it is.
5        Q.  And a company named HAL Nederland N.V.,
6    during that same time frame was it a subsidiary of
7    Carnival?
8            MR. SINGER:  Objection to the form --
9        A.  Yes, it is.
10   BY MR. MARTINEZ:
11       Q.  I'm sorry, sir?  I didn't hear your
12   answer, sir.
13       A.  Sorry?  I thought I answered the
14   question.
15       Q.  Well, sometimes, sir -- you may have,
16   but sometimes what happens is I pose a question,
17   your counsel objects, and then you answer, and
18   sometimes we speak over each other through no one's
19   fault.  So let me ask it again, sir, because it
20   didn't come out clearly.
21          In the time frame of 2016 through 2019,
22   was HAL Nederland N.V. -- was that entity a
23   subsidiary of Carnival?
24       A.  I believe so, yes.
25       Q.  And a company named Fathom Travel

Page 11

1    Limited, was that company a subsidiary of
2    Carnival plc during the time frame of 2016-2017?
3        A.  I don't know if it was a company or if
4    it was just a doing business as, but it was -- it
5    was part of the Carnival group, yes.  I don't know
6    if we actually incorporated it.
7        Q.  Has it currently been dissolved?
8        A.  I don't know.
9        Q.  Now, let me see if I can have you
10   identify for the jury, sir, the ships that sailed
11   to Cuba during the time frame of 2016 through 2019.
12          Did Carnival Cruise brands have a ship
13   named the Paradise that sailed to Cuba during that
14   time frame?
15       A.  Carnival Paradise, yes.
16       Q.  And did it also have the Sensation that
17   sailed to Cuba during that time frame?
18       A.  Carnival Sensation, yes.
19       Q.  Okay.  And did Fathom -- did it have a
20   ship named the Adonia that sailed to Cuba during
21   the 2016-2017 time frame?
22       A.  Yes.
23       Q.  And the HAL Nederland, did it have a
24   ship named the Veendam that sailed to Cuba during
25   the 2017-2019 time frame?

Page 12

1        A.  I'm not sure, but I believe so.
2        Q.  Let me ask you a little bit about your
3    background, sir.  Did you attend college?
4        A.  Kind of.
5        Q.  Do you attend any semesters at any
6    school higher than a high school?
7        A.  Yes.
8        Q.  And where did you go?
9        A.  I attended a community college -- Dade
10   Community College, and I attended the University of
11   Miami.
12       Q.  Did you obtain degrees from both places?
13       A.  I think I may have gotten a degree from
14   Dade Community College; I did not from the
15   University of Miami.
16       Q.  Dade Community College is the
17   institution now known as Miami Dade College?
18       A.  I assume so.
19       Q.  When was your last year of education at
20   a university, sir?
21       A.  I have no idea, but it was a long time
22   ago.
23       Q.  When did you first start working at
24   Carnival Corporation?
25       A.  From day one, 1972.

Page 13

1        Q.  Okay.  And did you have a job before
2    that -- a full-time job?
3        A.  Yes, I did -- well, I don't know about
4    full time but, yeah, I worked for the predecessor
5    company.
6        Q.  What's the name of that company, sir?
7        A.  Arison Shipping.
8        Q.  What did Arison Shipping do?
9        A.  It managed a company called Norwegian
10   Caribbean Cruise Lines.
11       Q.  And what did you do there?
12       A.  What didn't I do there.
13       Q.  Well, give us a sense of -- the jury
14   doesn't know you, sir.  So why don't you give us a
15   sense of what you did there.
16       A.  I worked in the mailroom, I took
17   reservations, I handled embarkation, I collected
18   coins from the slot machines.  I -- you name it; I
19   did it.
20       Q.  And you --
21       A.  It was the way my father thought was the
22   best way for me to learn the business.
23       Q.  Your father being Ted Arison?
24       A.  Correct.
25       Q.  Was he the founder of that company?

Havana Docks v. Carnival                                                    Micky Arison | 5/4/2021

Page 14

1     A.   He was the founder of Arison Shipping,
2  yes.
3     Q.   Okay.  And how long did you do that for?
4     A.   Until Carnival.
5     Q.   And so you were at Arison Shipping from
6  what year to what year, sir?
7     A.   I believe I started -- I believe I
8  started in 1968 -- '68, '69, something like that.
9     Q.   And then you started at Carnival.  Was
10  that in 1973, sir?
11    A.   '72.
12    Q.   '72.
13         And did you work as a sales agent there?
14    A.   Yes, I did.
15    Q.   Did you do that for two years?
16    A.   Sounds about right.  Yeah.
17    Q.   And then afterwards did you become a
18  reservations manager?
19    A.   I did.
20    Q.   And did you do that for two years?
21    A.   It sounds right.
22    Q.   And then after that, were you promoted
23  to VP of passenger travel?
24    A.   Passenger traffic.
25    Q.   Passenger traffic.

Page 15

1         Were you the VP of passenger traffic for
2  two years, sir?
3     A.   I was VP of passenger traffic, yes.
4     Q.   Okay.  And after that, was your position
5  then CEO and chairman of Carnival?
6     A.   No.  I was appointed president of
7  Carnival in 1979.
8     Q.   How old were you at that time, sir?
9     A.   30.
10    Q.   And when did you become appointed CEO?
11    A.   Sorry.  I was CEO at that time too.
12    Q.   Okay.  So in 1979, you were appointed
13  president and CEO of Carnival; is that right, sir?
14    A.   Correct.
15    Q.   And you were also appointed chairman of
16  the board of directors; correct?
17    A.   No, I wasn't appointed chairman, I
18  believe, until 1987, when we went public.
19    Q.   And from 1979 until 1987, were you a
20  member of the board of directors?
21    A.   Yes, I was.
22    Q.   Until when were you the CEO of Carnival?
23    A.   Until 2013.
24    Q.   And who took over after you, sir?
25    A.   Arnold Donald.

Page 16

1     Q.   And have you remained the chairman of
2  the board of Carnival Corporation since the time
3  you assumed that position?
4     A.   Yes.
5     Q.   And that was in 1987, you said?
6     A.   I believe it was '87.  It may have been
7  '89, but I think it was '87.
8     Q.   Mr. Arison, are you and your family
9  members the largest shareholders in Carnival?
10    A.   Yeah, I believe we are.
11    Q.   Approximately what percentage of the
12  company do you own?
13    A.   Honestly, with all the refinancing and
14  financing we've done since the pandemic, I really
15  don't know the answer to that.  I haven't gone back
16  and calculated it.
17    Q.   Is it more than 20 percent?
18    A.   I don't think so.
19    Q.   Do you control the family's ownership in
20  Carnival?
21    A.   No.
22    Q.   Who controls --
23    A.   I control my ownership.
24    Q.   You have individual ownership and the
25  family has ownership in Carnival; correct, sir?

Page 17

1     A.   I have ownership, my sister has
2  ownership, and my stepmother has ownership, and
3  obviously the various children have small pieces of
4  ownership.
5     Q.   Okay.  So you were -- in 1996, were you
6  living in Miami, Florida, sir?
7     A.   Yes, I was.
8     Q.   In 1996 -- let me ask you, sir.  Was
9  there any cruise ship travel from the US to Cuba in
10  1996?
11    A.   From the US to Cuba, was that the
12  question?
13    Q.   Yes, sir.
14    A.   No, there wasn't.
15    Q.   Before the Adonia, the Fathom ship,
16  sailed to Cuba in 2016, when was the last time that
17  a cruise ship had traveled from the US to Cuba?
18    A.   It must have been at least 50 years, I
19  would guess.
20    Q.   In 1996, was cruise ship travel from the
21  US to Cuba a lawful form of travel under US law?
22    A.   I'm not a lawyer, but I believe not.
23    Q.   In 1996, sir, did the US Government
24  authorize the issuance of a general license for
25  travel to Cuba on a cruise ship from the United

Havana Docks v. Carnival                                           Micky Arison | 5/4/2021

Page 18

1   States?
2   **A.  I have no idea.**
3   Q.  Have you ever heard of a general license
4   being in existence in 1996 from the US Government
5   that authorized cruise ship travel from the United
6   States to Cuba?
7   **A.  I have no idea.**
8   Q.  My question was, have you ever heard of
9   that?
10  **A.  I don't recall hearing of that, no.**
11  Q.  Have you ever been to Cuba, sir?
12  **A.  One time, yes.**
13  Q.  When was that, sir?
14  **A.  It was a year after the Adonia started,**
15  **I believe, so whatever year that was, I guess --**
16  **'17, maybe.  Let me check my --**
17  Q.  Excuse me, sir.  Why did you go to Cuba?
18  **A.  To see it.**
19  Q.  Who did you go with?
20  **A.  I went with my wife, and Arnie Perez and**
21  **his wife were nice enough to come with me and**
22  **translate.  When I met, you know, people in Havana,**
23  **they were able to translate for me.**
24  Q.  Did you go by cruise ship?
25  **A.  Yes; I went with the Adonia.**

Page 19

1   Q.  And you left Miami?
2   **A.  Correct.**
3   Q.  And was the first port of call Havana?
4   **A.  Correct.**
5   Q.  And did the Adonia at that time dock the
6   ship at the Sierra Maestra Terminal in the port of
7   Havana?
8   **A.  It docked at the terminal.  I have no**
9   **idea what it's called.**
10  Q.  It stopped at the cruise terminal in
11  Havana?
12  **A.  Correct.**
13  Q.  Did it dock there, sir?
14  **A.  Correct.**
15  Q.  And did you get off there?  Did you and
16  your family get off there?
17  **A.  Yes, we did.**
18  Q.  And how long were you in Havana?
19  **A.  I believe it was less than 24 hours.**
20  Q.  Did you stay on the ship or did you stay
21  at a hotel or somebody's house?
22  **A.  No, no.  We just toured -- we toured the**
23  **city.  We visited some residences in the city.  We**
24  **visited the hairdresser museum and a number of**
25  **others -- a restaurant.  We spent the day basically**

Page 20

1   visiting Havana.
2   Q.  Which museum?
3   **A.  There's a museum in Havana called a**
4   **hairdressers museum, which basically takes you**
5   **through an old hairdresser's salon with a lot of**
6   **artifacts, and it's an area that the tourists go,**
7   **and it's still an operating hairdressing salon, and**
8   **it also has a lot of historical elements to it.**
9   Q.  So you went to the hairdresser museum.
10  Where else did you go, sir?
11  **A.  It was a full day.  We went to a home of**
12  **a retired hairdresser that lived underneath the**
13  **hairdressing salon.  We spent some time with him.**
14  **He's a 90-year old gentleman who showed us around**
15  **his house, despite the fact that he had an invalid**
16  **wife who was bedridden.  Showed us his chickens in**
17  **his apartment and expressed his pride in his**
18  **condition at 90 years old.**
19  **We also went to a local restaurant, and**
20  **visited other sights, including the Nacional Hotel**
21  **and other places.  I don't remember everything.**
22  Q.  Did you go to the Hemingway museum, sir?
23  **A.  I don't recall.**
24  Q.  You went to the Nacional Hotel.  You
25  went to a local restaurant.  You went to the

Page 21

1   hairdresser museum, and you visited the house of an
2   elderly hairdresser underneath the museum.
3   Did you go to any music shows?
4   **A.  We went to the Tropicana at night.**
5   Q.  The Tropicana, is that the nightclub?
6   **A.  Correct.**
7   Q.  Did you do anything else, sir?  Is that
8   it?
9   **A.  We spent an entire day touring in**
10  **Havana.  I can't remember all the things we did.**
11  Q.  Did you visit any human rights
12  organizations in Cuba?
13  **A.  I don't believe so.**
14  Q.  Did you visit any religious
15  organizations in Cuba, regardless of faith?
16  **A.  I don't believe so.**
17  Q.  Did you meet with any dissidents in
18  Cuba?
19  **A.  No, I did not.**
20  Q.  Did you meet with any officials of the
21  Cuban Government while you were in Cuba on that
22  trip?
23  **A.  No, I did not.**
24  Q.  Let me show you -- just to have you
25  identify this, sir.

Havana Docks v. Carnival                                    Micky Arison | 5/4/2021

Page 22

1          Ellie, if you can put up there --
2       So I'm going to show you an exhibit,
3  sir, and it's going to pop up in your chat room
4  there.  Hopefully it will work.
5          Ellie, why don't you put up Tab 126,
6  please.
7          MS. FUTTERMAN:  And, Bob, for the record
8  that will be Plaintiff's 131.
9          MR. MARTINEZ:  All right.  Thank you.
10         (Plaintiff Exhibit 131 was marked for
11         identification.)
12 BY MR. MARTINEZ:
13      Q.  So somewhere -- is it loading, sir?  It
14 should be loading in the chat box.
15      **A.  I see a chat box.  Do I click it?**
16      Q.  Yes, sir.  There should be a document
17 there called PT 126.
18         And, Ellie, you said it was what exhibit
19 number?  Sorry.
20         MS. FUTTERMAN:  131.
21 BY MR. MARTINEZ:
22      Q.  131.
23         So if you open it up --
24      **A.  Am I supposed to download this?**
25      Q.  You're supposed to -- yes, sir.  You're

Page 23

1  supposed to save it.  If you can identify that for
2  us.
3      **A.  Nothing happens.**
4      Q.  All right.  Well, you click on that --
5      **A.  I clicked on download.**
6      Q.  Well --
7      **A.  And I've got a bunch of marine traffic,**
8  **global tracking intelligence -- a bunch of my stuff**
9  **that's mine.**
10      Q.  So you should have in the chat room
11 there a document called BT 126 PDF.  Do you see
12 that, sir?
13      **A.  I see a box that says 216.26 KB, and it**
14 **says download underneath it.  I clicked on download**
15 **and nothing happened.**
16      MR. MARTINEZ:  All right.  Let's go off
17 the record, sir, so we can give you some
18 assistance.  Thank you.
19      THE VIDEOGRAPHER:  Off the record at
20 9:56 a.m.
21      (Break from 9:56 a.m. to 9:58 a.m.)
22      THE VIDEOGRAPHER:  On the record
23 9:58 a.m.
24 BY MR. MARTINEZ:
25      Q.  Sir, I have placed before you an

Page 24

1  exhibit.  It is Exhibit 131.  It's a photograph.
2  It appears to be you and your spouse, and it's on
3  your Instagram.  At the top it says Instagram photo
4  by Micky Arison, May 31, 2016, at 5:55 p.m.
5          Can you tell us what this is, sir?
6      **A.  A picture of me and my wife in one of**
7  **the Havana antique cars.**
8      Q.  This is you and your wife in Havana?
9      **A.  Correct.**
10      Q.  And it reflects on the top the date of
11 May 31, 2016.  Is that accurate?
12      **A.  If that's what it says, yeah, I assume**
13 **so.**
14      Q.  So, Ellie, let's go put up there some
15 other exhibits.  I want him to identify some
16 photos.
17          You can close that, sir.  We're going to
18 put some other documents.  I'm going to see how
19 this works.
20          Ellie, let's start off by putting up
21 there Exhibit 79.
22      **A.  Okay.  We're going to do this with every**
23 **exhibit, I guess.**
24      Q.  Yes, sir.
25          All right.  Exhibit 79 is one page.  It

Page 25

1  consists of two photographs.  On the top is an
2  aerial view from the water, and on the bottom is an
3  aerial view from the land, and it depicts a
4  terminal.
5          Sir, do you recognize the terminal
6  depicted in these two photographs?
7      **A.  I mean, they look like terminals.**
8      Q.  Do you recognize this --
9      **A.  Old terminals.  They could be terminals**
10 **in Miami, New York, anywhere.  They're just**
11 **terminals to me.**
12      Q.  Do you recognize this as the Sierra
13 Maestra Terminal in Havana?
14      **A.  No -- I mean, it may very well be, but I**
15 **wouldn't -- if I saw this picture, I would have no**
16 **idea it was in Havana.**
17      Q.  All right.  Mr. Perez and Mr. Israel
18 have identified this picture as depicting the
19 Sierra Maestra Terminal in Havana.  Do you have any
20 reason to dispute that?
21      **A.  No, I have no reason to dispute it.**
22      Q.  And let me put up another photo, sir.
23          Ellie, why don't you put up there
24 Exhibit 82, please.
25      **A.  Okay.  Am I supposed to delete out of**

Havana Docks v. Carnival

Micky Arison | 5/4/2021

Page 26

1  this?
2      Q.  You can close that one, sir, and then --
3  that's correct.  You close the other one and then
4  you open up the new one.
5          And this should be a picture of a ship.
6  It's one page.  It's Exhibit 82.  It was used in
7  several depositions, including Mr. Perez.
8          Have you been able to open up that
9  photograph, sir?
10     A.  I have.
11     Q.  And do you recognize the ship as the
12 Adonia?
13     A.  I do.
14     Q.  And do you recognize that ship Adonia
15 docked in the Havana terminal, sir?
16     A.  I assume so, based on the ship and the
17 cars.
18     Q.  Thank you, sir.
19          Sir, in 1996 -- do you remember in 1996,
20 sir, those two humanitarian civilian aircraft -- US
21 aircrafts that were shot down over international
22 water by Cuban MiGs?  Do you remember that
23 incident?
24     A.  I don't remember that incident, no.
25     Q.  You don't remember the shoot-down of the

Page 27

1  two civilian Brothers to the Rescue airplanes by
2  two Cuban MiGs that occurred --
3      A.  I mean, clearly, I've heard about it.  I
4  don't recall it at the time.
5      Q.  You don't recall it at the time; what
6  does that mean?
7      A.  That means I don't recall it happening
8  at the time, although I've heard about it since.
9      Q.  When did you first hear about it, sir?
10     A.  I -- I don't know.
11     Q.  Well, you were in Miami in 1996.  Is it
12 your testimony that in 1996 you did not hear about
13 the shoot-down of two unarmed civilian US aircrafts
14 by Cuban MiGs?  Is that your testimony?
15         MR. SINGER:  Objection.  Asked and
16 answered.
17         You can answer it again, Mr. Arison.
18     A.  I mean, I remember it happened.  I don't
19 remember if I knew it at the time or where I was or
20 what the -- you know.  I don't spend all my days in
21 Miami.  I travel quite a lot.  What time of year
22 did it happen?
23 BY MR. MARTINEZ:
24     Q.  February of 1996, sir.
25         Were you skiing then or were you in

Page 28

1  Miami in February of 1996?
2          MR. SINGER:  Object to the form --
3      A.  I have no idea.  I have no idea.
4  BY MR. MARTINEZ:
5      Q.  Well, in 1996, were you living in Miami,
6  sir?
7      A.  Yes, I was.
8      Q.  And in 1996, was Carnival Corporation --
9  was it -- did it have its principal place of
10 business in Miami?
11     A.  Yes, it did.
12     Q.  And in 1996, did Carnival Corporation
13 have a legal department?
14     A.  Yes, it did.
15     Q.  And was Mr. Perez a member of that legal
16 department?
17     A.  Yes, he was.
18     Q.  And Mr. Giora Israel -- who is Mr. Giora
19 Israel?
20     A.  He's an employee of Carnival.
21     Q.  And was he employed in 1996 by Carnival?
22     A.  I don't remember when he joined us, but
23 I believe he was.
24     Q.  Okay.  And what is his position with
25 Carnival, sir?

Page 29

1      A.  He does -- he does various things.  He's
2  responsible for our port development programs and
3  port operations that we manage or own.  But he's
4  involved in lots of different things.
5      Q.  And Mr. Perez, he was general counsel in
6  '96; right, sir?
7      A.  Correct.
8      Q.  Okay.  Now, are you aware that in 1996
9  Carnival Corporation created a committee called the
10 Cuba committee, whose members consisted of
11 Mr. Israel and Mr. Perez?
12     A.  I don't recall that, but I do recall
13 that both Arnie and Giora were involved and
14 interested in Cuba.
15     Q.  Do you remember, sir, that both of them
16 created at some point in time a committee called
17 the Cuba committee -- the Cuba committee?
18     A.  I'm sure I must have known that at the
19 time, but I don't recall it at the moment.
20     Q.  What was the purpose of the Cuba
21 committee?
22     A.  I don't recall.
23         MR. MARTINEZ:  Ellie, let's put up there
24 Exhibit 31.
25         ///

Page 30

BY MR. MARTINEZ:
1
2       Q.  And, sir, this is an exhibit that's
3   going to be up on your screen.  You can close the
4   picture of the Adonia, and then you open the screen
5   again, and it's going to be Exhibit 31.
6           MS. FUTTERMAN:  Bob, would you like the
7       full exhibit or the first --
8           MR. MARTINEZ:  No.  No.  Just put it
9       through the pages ending -- let's say Bates
10      number 0438635 -- 0438635.
11          MS. FUTTERMAN:  Bob, I only have the
12      first 25 pages.  I believe that goes
13      through 35 pages.
14          MR. MARTINEZ:  Okay.  That's fine.
15  BY MR. MARTINEZ:
16      Q.  All right.  Sir, let me show you this
17  document.  This document, sir, has been introduced
18  before in these depositions.  It was shown first to
19  Mr. Israel, and it's Exhibit 31.
20          Have you been able to open it up, sir?
21      A.  Is this the one I have now?
22      Q.  Well, on the first page you'll see on
23  the top left it says confidential and right below
24  it it has the date, July 1st, 1996.  Do you see
25  that?

Page 31

1           And then the first page is a special
2   report on the port of Havana.  And then if you
3   scroll down, you'll see Exhibit 31, the sticker in
4   the bottom right.  Are you there?
5       A.  I see Israel 31.
6       Q.  Okay.  Good.  All right.  So you're able
7   to see -- the document, sir, consists of a number
8   of pages, and I'm certainly not going to ask you
9   questions about every page -- in fact, very few
10  questions.
11      A.  Okay.
12      Q.  My first question is this, sir:  Have
13  you ever seen this document before today?
14      A.  I -- I don't recall.  I may have seen it
15  when the lawyers briefed me on the deposition, but
16  I don't even recall that, and that was last week.
17      Q.  Are you aware, sir, that Carnival
18  Corporation had among its records this document,
19  dated July 1st, 1996, titled Special Report on the
20  Port of Havana?
21      A.  I don't recall.
22      Q.  Do you know why, sir, Carnival
23  Corporation has marked this document confidential?
24          MR. SINGER:  Objection to form.
25      A.  I have no idea.

Page 32

BY MR. MARTINEZ:
1
2       Q.  Do you know who Teo Babun is, sir?
3       A.  Sorry?
4       Q.  Have you ever heard of an individual
5   named Teo Babun?
6       A.  No.
7       Q.  Now, sir, this document Exhibit 31 -- if
8   you go to the executive summary and thereafter --
9       A.  Mm-hmm.
10      Q.  -- it mentions the port of Havana.  Are
11  you at that page, sir?  It's Bates number 43 --
12      A.  Port of Havana study?  You're saying
13  there?
14      Q.  No, sir.  I'm going to direct your
15  attention to the page with the Bates number --
16  those are those little numbers in the bottom right.
17  -- 0438618.  That's the page with the port of
18  Havana.
19      A.  For whatever reason I don't see page --
20  oh, there it is.  Like, the one I'm looking at is
21  617 at the end.
22      Q.  617.  Okay.  If you go to the next one,
23  then you go to 618, sir.  Keep on scrolling down.
24      A.  61 -- okay, 618.
25      Q.  Port of Havana.  All right.

Page 33

1           That's the beginning of the section of
2   the report that deals with the port of Havana and
3   the Sierra Maestra Terminal.  Do you see there it
4   says Sierra Maestra, number one pier?
5       A.  Yep.
6       Q.  Are you aware, sir, that special report
7   that Carnival has marked as confidential mentions
8   that the Sierra Maestra Terminal was confiscated
9   from my client, the Havana Docks Corporation, in
10  1960?
11          MR. SINGER:  Object to form.
12      A.  I mean, I can read it just like you can.
13  I don't -- like I said, I don't recall it at the
14  time, but that's what it says now, yeah.
15  BY MR. MARTINEZ:
16      Q.  Well, are you aware, sir, that that
17  special report that Carnival has produced from its
18  records -- and it's marked confidential -- states
19  that the Havana Docks Corporation has a claim
20  registered with the Foreign Claims Settlement
21  Commission regarding the confiscation of the three
22  piers, the Marginal Building, and the concession,
23  the property now known as the Sierra Maestra
24  Terminal?
25      A.  You're reading from the report.  I can

Page 34

1  read from the report as well.
2      Q.  It states that in the report, doesn't
3  it, sir?
4      A.  The report speaks for itself.
5      Q.  And, in fact, sir, if you keep on going
6  in the report -- let me see through part of this.
7  If you go to the page Bates number 0438630 -- if
8  you go there, sir.
9      A.  What page did you say?
10     Q.  Yes, sir --
11     A.  What's the last three digits again?
12     Q.  Yes, sir.  It's 630.
13     A.  630.  This is a very cumbersome way of
14  doing this.
15     Q.  I'm sure, sir, you have a better
16  suggestion, and I'll be more than glad to hear it
17  at the break.
18         Are you there?
19     A.  Not yet, but I'm on my way.  630.
20     Q.  Yep.  Are you there, sir?
21     A.  Yep.
22     Q.  All right, sir.  This is the document
23  from the Foreign Claims Settlement Commission of
24  the United States in the matter of the claim of
25  Havana Docks Corporation, and to the right is the

Page 35

1  claim number, claim number CU-2492.
2         Are you aware, sir, that that's the same
3  claim number that's the subject matter of this
4  lawsuit that Havana Docks Corporation has filed
5  against you?
6      A.  No.
7      Q.  And are you aware, sir, that Carnival
8  Corporation had among its records this document,
9  which it marked confidential and which is dated
10  July 1st, 1996, which contained a copy of claim
11  number CU-2492?
12     A.  Like I said, the report speaks for
13  itself.
14     Q.  That's what it says, doesn't it, sir?
15         MR. SINGER:  Object to the form.
16  BY MR. MARTINEZ:
17     Q.  Isn't that what it says?  That's the
18  claim right there; right, sir?
19     A.  I -- said.
20         MR. SINGER:  Object to the form.
21     A.  The report speaks for itself.  Like, you
22  know, I didn't write the report.  I have no idea.
23  BY MR. MARTINEZ:
24     Q.  Did Carnival Corporation, sir, from any
25  point in time from 1996 through to today ever

Page 36

1  obtain the authorization of the Havana Docks
2  Corporation for it or any of its subsidiaries to
3  use the terminal in Havana now known as the Sierra
4  Maestra Terminal?
5      A.  I have no idea.
6      Q.  Did you, sir?  Did you ever ask anybody
7  in your company to do so, sir?
8      A.  I have never asked for authorization to
9  use any port in the 700 and plus ports we operate
10  in.
11     Q.  And is there a reason for that, sir?
12     A.  Yeah.  We have people that book.
13     Q.  I'm sorry?
14     A.  We have people that book the piers with
15  the people who have the right to book the piers.  I
16  don't -- I don't ask permission as the chairman of
17  the company.  We have people that write itineraries
18  and book the piers all over the world.
19     Q.  Well, to your knowledge, sir, as the
20  chairman of Carnival Corporation and its former
21  CEO, did Carnival Corporation ever -- from 1996 to
22  the present ever obtain the authorization of the
23  Havana Docks Corporation for it or any of its
24  subsidiaries to use the terminal now known as the
25  Sierra Maestra Terminal?

Page 37

1         MR. SINGER:  Asked and answered.
2  Objection.
3      A.  I answered the question.  I have no
4  idea.
5  BY MR. MARTINEZ:
6      Q.  Well, did Carnival Corporation during
7  that same period of time, sir, ever tell the
8  US Government that it did not have the
9  authorization of the Havana Docks Corporation to
10  use the Sierra Maestra Terminal?
11     A.  I have no idea.
12         MR. SINGER:  Object to form.
13  BY MR. MARTINEZ:
14     Q.  Sir, from 1996 through today, did
15  Carnival Corporation ever obtain the authorization
16  of the US Government that specifically identified
17  the Sierra Maestra Terminal as the terminal that it
18  could use to dock its ships in Havana?
19     A.  I have no idea.
20         MR. SINGER:  Object to form.
21  BY MR. MARTINEZ:
22     Q.  What was your answer, sir?
23     A.  I have no idea.
24     Q.  In 1996, did Carnival Corporation
25  acquire a 28 percent interest in a company called

Page 38

1    Airtours?
2        A.   Yes, we did.
3        Q.   And at that time was Airtours a tour
4    operator?
5        A.   Yes, it was.
6        Q.   And where was its principal place of
7    business, sir?
8        A.   Manchester, England.
9        Q.   And did its business, in addition to
10   being a tour operator, also include operating
11   cruise ships?
12       A.   A small cruise operation.  I believe
13   they had two or three ships.
14       Q.   How many ships, sir?
15       A.   I believe they had two or three ships.
16       Q.   And do you remember the name of the
17   brand under which those ships sailed?
18       A.   Hmm.  Trick trivia question.  No, I
19   don't recall.  I don't recall.
20       Q.   Does the name Sun Cruises help you to
21   refresh your recollection?
22       A.   Yes; that sounds right.
23       Q.   Sun Cruises?
24       A.   Yeah; that sounds right.
25       Q.   All right.  Now, in 1996, when Carnival

Page 39

1    acquired a 28 percent interest in Airtours, did you
2    become a director of Airtours?
3        A.   Yes, I did.
4        Q.   And at that point in time, what was your
5    position with Carnival?  1996.
6        A.   I was chairman and CEO.
7        Q.   And were you the chairman and CEO of
8    Carnival at the same time you remained a director
9    of Airtours?
10       A.   Yes, I was.
11       Q.   Now, in 1996, when Carnival acquires a
12   28 interest in Airtours, did Mr. Howard Frank also
13   become a director of Airtours?
14       A.   Yes, he did.
15       Q.   And at that point in time what was
16   Mr. Frank's position at Carnival?
17       A.   He was vice chairman.
18       Q.   Did he have an executive position at
19   Carnival?
20       A.   As vice chairman, yes, he had certain
21   corporate functions reporting in to him.
22       Q.   And did one of the --
23       A.   At that time -- at that time -- at that
24   time he might have still been CFO.  I'm not sure
25   when -- when that changed.

Page 40

1        Q.   Chief financial officer?
2        A.   Yeah.  He might have been.
3        Q.   When Carnival acquired its 28 percent
4    interest in Airtours, didn't Carnival at that point
5    in time also become Airtours' largest shareholder?
6        A.   I don't believe so.  I believe David
7    Crossland was the largest shareholder.
8        Q.   And Mr. Crossland, who is he, sir?
9        A.   He was the chairman and CEO of Airtours
10   and founder.
11       Q.   And after Carnival acquired a 28 percent
12   interest in Airtours, did Mr. Crossland become a
13   director of Carnival?
14       A.   Yes, he did.
15       Q.   And for how long did he remain in that
16   position?
17       A.   I believe he did until we sold our
18   interest.
19            MR. MARTINEZ:  Ellie, let's put up -- it
20   will be AT7.
21   BY MR. MARTINEZ:
22       Q.   Sir, you can close the exhibit that's on
23   your screen there, the claim, and open the next
24   one.  AT7 --
25            MS. FUTTERMAN:  Bob, for the record that

Page 41

1    will be Plaintiff's 132.
2            MR. MARTINEZ:  132, okay.
3            (Plaintiff Exhibit 132 was marked for
4            identification.)
5    BY MR. MARTINEZ:
6        Q.   All right.  Is that loading on your
7    screen, Mr. Arison?
8        A.   Yeah.  It's 748 in the top right-hand
9    corner; is that right?
10       Q.   Yes, 742748.  That's correct, sir.  Let
11   me identify for the record what this is, sir.
12            This is the annual report and accounts,
13   dated 1996, of Airtours.  And I'm only going to
14   direct your attention to page 2 and 3 at first.
15            Do you recognize this, sir, as the -- I
16   know you haven't read the whole thing, but does it
17   look like the 1996 annual report of Airtours?
18       A.   I can read it says Airtours PLC and
19   talks about its various subsidiaries.  So I assume
20   that's what it is.
21       Q.   Do you remember reading the Airtours
22   annual reports when you were a member of its board
23   of directors?
24       A.   I assume so.
25       Q.   All right.  Now, I'm going to direct

Page 42

1  your attention, sir, to the fourth page in this
2  document, and we're talking about Exhibit 132.
3       MR. SINGER:  Is this the page that says
4  four in the upper left-hand, Bob?
5       MR. MARTINEZ:  You know, on the upper
6  left-hand corner it has the number two,
7  Stuart.
8       A.  Number two.
9  BY MR. MARTINEZ:
10      Q.  And it's got a picture of Mr. Crossland
11  -- David Crossland, and it's got chairman's
12  statement.  Do you see that?
13      A.  Yeah.
14      Q.  Okay.  Now, there -- I wonder if you
15  could explain something for me.  It says here on
16  that page -- I'm reading on the second paragraph,
17  quote, Carnival in April of 1996 -- Carnival
18  Corporation of the United States acquired
19  29.54 percent of the ordinary share capital and
20  7.5 percent of the preference share capital of the
21  company.  Let me stop there, sir.
22      For those of us who don't have your
23  level of sophistication, what does that mean, sir?
24  What does it mean to acquire both the ordinary
25  share and the preference share?  If you could

Page 43

1  explain that, please.
2       A.  Honestly, I don't remember.  Obviously
3  it's 29 and a half percent of the company.  I don't
4  remember what the preference shares were at the
5  time.
6       Q.  Is that the same thing as preferred
7  stock, sir?
8       A.  I don't know.  The UK is -- the UK is
9  different.  Sorry.  I can't -- I can't -- I can't
10  for sure say that that's the case.
11      Q.  All right, sir.  Let me direct your
12  attention to the next page, page 3.  And if you go
13  to page 3, it's got two columns of paragraphs.  I'm
14  going to read the last full paragraph on the right.
15  It states the following -- see if this helps you
16  refresh your recollection with regards to whether
17  or not Carnival was the largest shareholder in
18  Airtours after its acquisition.
19      It reads as follows:  Quote, I am
20  delighted to welcome to the board Christer Sandahl,
21  chief executive of SLG.  His appointment reflects
22  the successful growth of SLG under his stewardship
23  and its importance within the group.  Micky Arison
24  and Howard Frank also joined the board during the
25  year.  They are chairman, and vice chairman

Page 44

1  respectively, of Carnival, which is now our largest
2  shareholder, close quote.
3       Does that now refresh your recollection
4  as to whether or not after its acquisition of its
5  interest in Airtours, Carnival became the largest
6  shareholder of Airtours?
7       A.  I'm not sure whether that -- if he meant
8  outside of himself or completely but, I mean,
9  whatever.  I don't -- I don't recall what.
10      Q.  Well, now would you agree, sir, that, as you
11  say, the document speaks for itself, and what the
12  annual report of Airtours says -- the 1996 annual
13  report of Airtours says is that as of that date,
14  Carnival was its largest shareholder; correct, sir?
15      A.  I don't recall, but I assume we can go
16  back to the records and find out.
17      Q.  All right.  And in addition to you and
18  Mr. Frank serving on the board, was Mr. Frank also
19  a member of the audit committee, sir?
20      A.  I don't recall.
21      Q.  And the audit committee, is that one of
22  the important committees of a board?
23      A.  It's obviously the committee that deals
24  with the finances of the company, so I think all
25  committees of the board are important, but that's

Page 45

1  an important one, sure.
2       Q.  And, sir, in addition to Carnival having
3  an interest in Airtours, did you also own
4  40 million shares of Airtours?
5       A.  Did I own 40 million shares of Airtours?
6       Q.  Yes, sir.  As of 1996 and '97.
7       A.  I don't think so.
8       (Plaintiff Exhibit 133 was marked for
9       identification.)
10  BY MR. MARTINEZ:
11      Q.  Well, let me show you the next document,
12  sir.
13      Ellie, if you can put up there AT14,
14  please, and we'll make that Exhibit 133.
15      You can close the one that was up there
16  before, sir, and open up the next one.  AT14 is the
17  way it's organized internally in our records, but
18  for your deposition it's Exhibit 133.
19      All right.  So this document, have you
20  been able to open it, Mr. Arison?
21      A.  Reports and accounts.
22      Q.  1997.  Airtours Report and accounts
23  1997.  That's on the first page.  Do you see that?
24      A.  Yeah.
25      Q.  All right.  And, again, sir, does this

Page 46

1  look like the 1997 report and accounts of Airtours,
2  based upon your position on this board back then?
3  Does this appear to be such a document, sir?
4      A.  It appears to be.
5      Q.  All right.  So let me direct your
6  attention, sir.  Within the document, if you go to
7  page 35 -- and it's going to be marked in the upper
8  left-hand.
9      A.  Page 35?
10     Q.  Yeah, page 35.  Upper left-hand, look
11  for page 35.  Let me know when you're there.
12     A.  I'll be there by lunchtime.  It's a
13  great system.
14     Q.  Are you there yet?
15     A.  34.  I'm almost there 35.
16     Q.  Okay.  There you go.  Page 35.  The
17  caption of that page is remuneration in respect of
18  directors was as follows.  And then it's got a
19  chart.  And if you go to the chart on the bottom,
20  the chart on the bottom has a column for the
21  individuals, Mr. Crossland, and then you're right
22  below him, and it says, ordinary shares 1997, and
23  you see it says for Mr. Crossland 16,179,958.  Do
24  you see that?
25     A.  Sorry.  Are you talking the chart --

Page 47

1      Q.  The chart on the bottom that has your
2  name.
3      A.  Correct.
4      Q.  Are you there?
5      A.  Yeah.
6      Q.  Okay.  And you see that it has
7  Mr. Crossland's name and under the column ordinary
8  shares 1997 it's got 16,179,958.  Do you see that?
9      A.  Yeah.
10     Q.  And then below him is you, MM Arison,
11  and you're listed as having 40 million shares.  Do
12  you see that?
13     MR. SINGER:  Object to the form, and
14  seeking to mislead the witness with the
15  document, Mr. Martinez.
16     A.  I assume this is the shareholding of
17  Carnival.
18  BY MR. MARTINEZ:
19     Q.  All right.  Well, sir, let's go to the
20  footnote.  There's a hashtag, and it says here,
21  hashtag, Mr. MM Arison's interests arise from the
22  fact that, pursuant to Section 324 of the Companies
23  Act 1985, by reason of his shareholding in Carnival
24  Corporation, he has -- can't see the rest of it --
25  interest in 40,000 ordinary shares and 3,000 --

Page 48

1  excuse me -- 40 million ordinary shares and
2  3,789,374 preference shares.
3      Do you see that?
4      A.  Yep.
5      Q.  Now, are these shares that -- these
6  40 million shares, do they represent your
7  individual shares or is that through your interest
8  in Carnival or is that Carnival's interest?
9      A.  I believe those are Carnival's
10  interests.  I mean, I'll direct you to our proxy if
11  you try to figure out who owns how many shares of
12  anything because these are legal documents that
13  attribute shares to people that they have positions
14  in the com -- I mean, it gets really complex.
15     Q.  I will --
16     A.  I'm having to guess here that this is
17  the Carnival Cruise Line -- Carnival Corporation's
18  stock.
19     Q.  And I will stipulate, sir, that we've
20  looked at some your company's records, and they are
21  very difficult to decipher, and there are a lot of
22  legal entities.  You're right about that, sir.
23     Now, looking back at this chart, sir,
24  does this refresh your recollection that
25  Carnival --

Page 49

1      A.  By the way, that's not what I said.  I
2  was talking about the proxy and the legal
3  requirements -- the way the proxy is presented.
4      Q.  Well, we're going to get to some other
5  documents of your company later, sir, and you can
6  help me understand them.
7      So you'll see here that under this
8  chart, which is part of Exhibit 133, at page 35, it
9  reflects 40 million shares associated with
10  Carnival's interest in Airtours, and that's more
11  than Mr. Crossland's ownership; correct, sir?
12     A.  That's what this -- that's what this
13  says, yeah.
14     Q.  Now, Carnival Corporation continued to
15  hold its interest in Airtours until June of 2001;
16  isn't that right?
17     A.  That sounds about right, yeah.
18     Q.  Okay.  And Mr. Perez has already
19  testified with regards to his review of the records
20  that at the time of sale when Carnival sold its
21  interest in Airtours, it had a gain of
22  $100 million.  Does that sound right to you,
23  approximately?
24     A.  It sounds right.
25     Q.  Okay.  And then as a result of that

Page 50

1  sale, in addition to that gain, that gain also
2  generated net cash proceeds of approximately
3  $500 million.  Does that also sound right to you?
4      MR. SINGER:  Object to form.
5      A.  I mean, I don't remember.  It was a more
6  complex transaction because it was a transaction
7  where we also purchased our 50 percent interest --
8  their 50 percent interest in Costa.  So I don't
9  recall exactly how that all worked, but the net
10 result was that we got the second -- our 50 percent
11 interest in Costa.
12 BY MR. MARTINEZ:
13     Q.  All right.  Mr. Perez testified that the
14 net cash proceeds, based upon his review of the
15 financial statements, were approximately
16 $500 million.  Do you have any reason to doubt
17 that, sir?
18     A.  No.  I'm just saying it was more
19 complicated than that.  I would have no reason to
20 doubt that.
21     Q.  Okay.  And after Carnival sold its
22 interest in Airtours, both you and Mr. Frank
23 resigned; correct, sir, as members of the board?
24     A.  Correct.
25     Q.  Okay.  And during the entire time that

Page 51

1  Carnival held an interest in Airtours, it owned,
2  approximately, in the range of between 25 to
3  29.5 percent.  Does that sound about right?
4      A.  I don't know but -- I don't know.  It
5  sounds -- it sounds reasonable.
6      Q.  Okay.  Now, when during that entire
7  period of time, sir, after Carnival acquired its
8  interest in Airtours, did Airtours -- did it become
9  part of Carnival's, quote/unquote, affiliated
10 cruise operations?
11     A.  I'm not sure what that means, but I
12 don't believe so.
13     Q.  All right.  Then let me show you a
14 document and see if it helps refresh your
15 recollection, sir.
16     Ellie, please show Mr. Arison
17 Exhibit 85.
18     Exhibit 85, sir, has it loaded up on
19 your screen?
20     A.  Okay.
21     Q.  All right.  Exhibit 85, sir, as you can
22 see from the first page, it's the Form 10-K filed
23 by Carnival with the Securities and Exchange
24 Commission of the United States, and it's for the
25 fiscal year ended November 30, 1998.  Do you see

Page 52

1  that on the first page?
2      A.  Yeah.
3      Q.  Okay.  Now, let me direct your attention
4  to page 3 of this document.  And the pages are
5  marked on the bottom right.  So it's 3/78.  All
6  right.  So 3/78 has a chart, and the chart -- tell
7  me when you're there, sir, at the chart.
8      A.  Yeah.
9      Q.  Okay.  And the chart says summary -- use
10 the hard copy here -- summary -- I just zoomed out
11 of my document, sir.  Hold on a sec.
12     A.  I can read it.
13     Q.  Yeah -- no, but I can't.  You can, but I
14 can't.  All right.  So the chart says on page 3 at
15 the top:  Summary of the cruise operations of the
16 company and its affiliates.  And it's got different
17 cruise brands.  Do you see them listed?  There's
18 one category for majority-owned cruise operations.
19 Do you see that?
20     A.  Yep.
21     Q.  Okay.  And then those are either
22 100 percent owned by Carnival or in the case of the
23 Cunard Line and Seabourn, 68 percent.  And then
24 below that, it says is affiliated cruise operations
25 and it's got two of them.  One of them is Costa

Page 53

1  50 percent and the other one is Airtours Sun
2  Cruises.  Do you see that?
3      A.  Yep.
4      Q.  Okay.  Now, does that now refresh your
5  recollection that after Carnival's acquisition of
6  Airtours, Airtours became part of Carnival's
7  affiliated -- affiliated cruise operations?
8      A.  I'm not a lawyer.  I don't know what the
9  legal meaning of that is.  All it says to me is we
10 own 26 percent of Airtours.
11     Q.  All right.  But you see that the
12 document filed with the Securities and Exchange
13 Commission, which you signed and so did members of
14 the board and your general counsel, this document
15 reflects that as of this date, sir, when Carnival
16 Corporation owned its interest in Airtours, the
17 Airtours operations were included as part of
18 Carnival's affiliated cruise operations.  Do you
19 see that?
20     MR. SINGER:  Objection.  Bob --
21     A.  I see what you're saying, but the way I
22 read it as a nonlawyer, there are cruise brands
23 that we control and cruise brands that we don't.
24 BY MR. MARTINEZ:
25     Q.  All right.  But --

Page 54

1      A.   And those are the cruise brands -- the
2   affiliated ones are the ones we don't control.
3      Q.   Well, sir, as to whether you control
4   them or not, that's a question to be determined by
5   the jury.  Certainly during the time that Carnival
6   had its interest in Airtours, both you and
7   Mr. Frank sat on its board, and Carnival was
8   clearly the largest shareholder in Airtours.
9   That's undisputed; correct, sir?
10          MR. SINGER:  Object to the form.
11   BY MR. MARTINEZ:
12      Q.   Correct, sir?
13      A.   I mean, based on the chart you just
14   showed me, that may be correct.  To me, David
15   Crossland controlled it -- the company.
16      Q.   Well, sir, also during the time that
17   Carnival Corporation had its interest in Airtours,
18   are you aware, sir, that Carnival included the
19   financial performance of Airtours in its annual
20   report pursuant to the equity method of accounting?
21   Are you aware of that, Mr. Arison?
22      A.   That would seem to be the way you would
23   account for a company that you own more than
24   20 percent of.  I believe that would be an
25   accounting --

Page 55

1      Q.   Right.  Because -- that's right, sir.
2   Because under the accounting rule, that means that
3   Carnival exerted influence and control over
4   Airtours.  Are you aware of that?
5          MR. SINGER:  Object to form.
6      A.   We -- we did not -- we did not have any
7   control over Airtours.
8   BY MR. MARTINEZ:
9      Q.   But you don't deny, sir, that during the
10   time that Carnival had its interest in Airtours, it
11   consolidated the financial performance of Airtours
12   into its consolidated financial statement.  You
13   don't deny that, do you, sir?
14          MR. SINGER:  Object to form.
15      A.   As required by accounting principles.
16   BY MR. MARTINEZ:
17      Q.   And during the time that Carnival owned
18   Airtours, as you stated, Airtours also had a cruise
19   operations under the brand Sun Cruises; correct?
20      A.   Correct.
21      Q.   And one of its ships was the Sundream;
22   isn't that also correct?
23      A.   Correct.
24      Q.   Okay.  Now, during that time frame, 1996
25   through 2001, did Carnival Corporation have a

Page 56

1   general license from the US Government for its
2   ships to travel to Cuba?
3      A.   I have no idea.
4      Q.   From 1996 to 2001, did Carnival
5   Corporation have a specific license from the
6   federal government for its ships to travel to Cuba?
7      A.   I assume not or we would have been.
8      Q.   All right, sir.  And from 1996
9   through 2001, did Airtours have a general license
10   from the US Government for its ships to travel to
11   Cuba?
12          MR. SINGER:  Object to form.  Lack of
13   predicate.
14      A.   I have no idea.
15   BY MR. MARTINEZ:
16      Q.   And during that time, sir, from 1996
17   through 2001, did Carnival Corporation have any
18   authorization of any form from the US Government
19   for its ships -- for the Airtours ships to use the
20   Sierra Maestra Terminal?
21      A.   I have no idea.
22      Q.   Now, Mr. Perez in his deposition
23   testified under oath that during the time that
24   Airtours was part of Carnival's affiliated cruise
25   operations, Airtours had an operation in Cuba.

Page 57

1   Were you aware of that, sir?
2      A.   I'm sure I was aware of it, yeah.
3      Q.   I'm sorry?
4      A.   I was aware of it, yeah.
5      Q.   Okay.  Tell the members of the jury what
6   operations Airtours had in Cuba during the time
7   that Carnival had an interest in Airtours.
8      A.   They were a tour operator, operating in
9   Cuba as well as had a cruise ship operating some
10   period of time in Cuba, I assume.  It's a
11   relatively small piece of their overall worldwide
12   operation.
13      Q.   And those ships docked at the Sierra
14   Maestra Terminal in Havana; correct, sir?
15      A.   I have no idea.
16      Q.   Do you know of any other terminal --
17   cruise terminal in Havana that was operational in
18   1996, sir?
19      A.   I have no idea.  I didn't know the name
20   of the terminals.  I didn't know if there was
21   one -- I think you showed me a picture of three
22   terminals.  So I guess there were three terminals.
23      Q.   There was one terminal, sir, with three
24   piers.  There was one terminal with three piers.
25      A.   Okay.  Well, I appreciate your

Page 58

1    **testimony.**
2        Q.  And are you aware, sir -- because
3    Mr. Perez has testified -- that the Sun Cruises
4    ships went to Havana and used --
5        **A.  I was aware -- I was aware that Airtours**
6    **operated in Cuba, correct.**
7        Q.  And you were aware of that during the
8    entire time that you were a member of the board of
9    directors of Airtours; correct?
10       **A.  Correct.**
11       Q.  And Mr. Frank as well?
12       **A.  Correct.**
13       Q.  And just so that it's clear, sir, during
14   that time that -- would you like to take a break,
15   sir?
16       **A.  I'm good --**
17           MR. SINGER:  Bob -- whenever you would
18       like to take a break, Mr. Arison, just
19       indicate you're ready --
20           MR. MARTINEZ:  Let's do this, Stuart.
21       Let me just finish this line of questioning
22       and then we can take a break.  Okay?
23           MR. SINGER:  Okay.
24           MR. MARTINEZ:  Lance, can you please
25       read back the last question.

Page 59

1    BY MR. MARTINEZ:
2        Q.  And, sir, just so that it's clear,
3    during the time that Airtours cruised to Cuba and
4    used the Sierra Maestra Terminal while Carnival had
5    its interest in Airtours, did Carnival Corporation
6    obtain the authorization of the Havana Docks
7    company for the Airtours cruise ships to use the
8    Sierra Maestra Terminal?
9            MR. SINGER:  That's exactly the question
10       that was previously asked and answered.
11           MR. MARTINEZ:  I want to make sure it's
12       clear.
13           MR. SINGER:  You can read back the
14       witness's answer.
15       **A.  I have no idea.**
16   BY MR. MARTINEZ:
17       Q.  You have no idea.
18           And do you have any idea whether --
19   strike that, sir.
20           MR. MARTINEZ:  This is a good time for a
21       break.  Let's take a break.  Let's take a
22       ten-minute break, please.
23           MR. SINGER:  Very good.  Thank you.
24           THE VIDEOGRAPHER:  Off the record
25       10:41 a.m.

Page 60

1            (Break from 10:41 a.m. to 10:53 a.m.)
2            THE VIDEOGRAPHER:  On the record at
3    10:53 a.m.
4    BY MR. MARTINEZ:
5        Q.  Mr. Arison, in June of 1997, did
6    Carnival Corporation along with Airtours complete
7    the acquisition of Costa -- Costa Crociere?
8        **A.  Yes, we did.**
9        Q.  And at that point in time, did Carnival
10   Corporation obtain a 50 percent equity interest in
11   Costa?
12       **A.  Yes, we did.**
13       Q.  And as a result of Carnival's interest
14   in Airtours and Airtours' interest in Costa -- as a
15   result of that, did Carnival own, in effect,
16   approximately 63 percent of Costa after its
17   acquisition?
18           MR. SINGER:  Object to the form.
19       **A.  Well, we owned 50 percent of Costa, and**
20   **then you're attributing our Airtours shares to**
21   **Costa.  I mean the reality is we were a fifty-fifty**
22   **partnership and were unable to control the company,**
23   **but we were able with David Crossland to -- to do**
24   **what needed to be done for a while.**
25           ///

Page 61

1    BY MR. MARTINEZ:
2        Q.  Well, didn't Carnival Corporation after
3    it acquired Costa in June of 1997, including its
4    interest in Airtours, that as a result of that
5    Carnival Corporation beneficially owned
6    approximately 63 percent of Costa?
7        **A.  Yeah, I guess technically that's**
8    **correct, but in reality it was a fifty-fifty**
9    **partnership with Airtours, which was controlled by**
10   **David Crossland.**
11       Q.  And you controlled Carnival Corporation;
12   correct, sir?
13       **A.  Correct.**
14       Q.  Okay.  Now, after the acquisition of
15   Costa by Carnival in June of 1997, did you become a
16   member of the board of directors of Costa?
17       **A.  You're asking me if I became a member of**
18   **the board of directors of Costa?**
19       Q.  Yes.
20           MR. SINGER:  Which of these exact
21       entities are you asking about, Bob?
22   BY MR. MARTINEZ:
23       Q.  Let me -- that's okay, sir.  No problem.
24   Thank you for asking me to rephrase it.
25           After Carnival acquired Costa in June of

Page 62

1   1997 -- after that acquisition was completed, did
2   you become a member of the board of directors of
3   Costa?
4       A.  Yes.
5       Q.  And did you continue while you were a
6   member of the board of directors of Costa as CEO
7   and chairman of the board of Carnival?
8       A.  Yes.
9       Q.  And after Carnival acquired its interest
10  in Costa in June of 1997, did Mr. Howard Frank --
11  did he become a member of the board of directors of
12  Costa?
13      A.  Yes.
14      Q.  Okay.  And at that point in time, was
15  Mr. Frank a member of the board of directors of
16  Carnival?
17      A.  Yes.
18      Q.  And did he have an executive position at
19  Carnival?
20      A.  I believe I've answered that question,
21  but yes.
22      Q.  At that point in time, sir -- at that
23  point in time --
24      A.  Yes.
25      Q.  -- just so that the record is clear --

Page 63

1   just so that it's clear, so let me rephrase it.
2       During the time that Carnival acquired
3   its interest in Costa in June of 1997, after that
4   point in time -- from then and thereafter, sir, did
5   Mr. Frank also have an executive position at
6   Carnival, simultaneously?
7       A.  Yes, he did.  Yes, he did.
8       Q.  And what was his position, sir?
9       A.  I believe the title was vice chairman
10  COO.  He had the -- the various corporate functions
11  reporting in to him.
12      Q.  Now, after the acquisition of Costa by
13  Carnival, did -- by the way, sir, when Carnival
14  acquired Costa in 1997 -- during 1997 -- did Costa
15  Crociere have a cruise ship by the name of Costa
16  Playa -- Costa Playa, P-L-A-Y-A?
17      A.  I believe so.
18      Q.  And did that cruise ship cruise to Cuba?
19      A.  It was sailing to Cuba, yes.
20      Q.  To Havana, sir, and using the Sierra
21  Maestra Terminal?
22      A.  To Havana.
23      Q.  And what terminal did it use in Havana,
24  sir?
25      A.  I have no idea.

Page 64

1       Q.  Do you know of any other terminal in
2   Havana in 1997 -- cruise terminal that was equipped
3   to disembark and embark passengers from a cruise
4   ship besides the Sierra Maestra Terminal?
5       A.  I had no idea.  I mean, it was a
6   terminal in Havana to me.
7       Q.  Is that the one that was in the
8   photograph that has been previously shown to you,
9   sir?
10      MR. SINGER:  Object to form.
11      A.  I assume --
12  BY MR. MARTINEZ:
13      Q.  I'm sorry?
14      A.  I assume those are the only piers in
15  Havana, so I assume we used it.
16      Q.  Those are the ones reflected in
17  Exhibits 78 and 79?
18      A.  I assume so.
19      Q.  All right.  Now, during the time that --
20  after Carnival acquired Costa in June of 1997, did
21  Carnival at any point in time, sir, have a general
22  license at that point in time from the United
23  States Government for its ships, including Costa's
24  ships, to cruise to Cuba?
25      MR. SINGER:  Object to the form of the

Page 65

1   question.
2       A.  My understanding of what occurred at the
3   time was that we went to the government -- I don't
4   know what agency; you'd have to ask the lawyers --
5   to find out what we needed to do as far as our --
6   as far as Costa's operation in Havana, and they --
7   I believe they gave us six months to divest of any
8   interests we had in Cuba through Costa.
9   BY MR. MARTINEZ:
10      Q.  And who in the US Government said that,
11  sir?
12      A.  I have no idea.  I believe Arnie Perez
13  was the one who was dealing with the US Government
14  on that issue.
15      Q.  Have you ever seen a written document,
16  sir, that states that from the federal government?
17      A.  I don't know.  That's my recollection,
18  but I don't know if it was placed on documents or
19  just discussions with Arnie.
20      Q.  And, sir, in your capacity as CEO and
21  chairman, which is what you were back then, in
22  1997, do you know whether Costa -- after Carnival
23  acquired its interest in Costa -- whether Costa had
24  the authorization from the Havana Docks Corporation
25  to use the Sierra Maestra Terminal?

Havana Docks v. Carnival                                          Micky Arison | 5/4/2021

Page 66

1     A.  No idea.
2     Q.  Now, in 1997, did the US Government
3  issue general licenses, sir, for cruise travel from
4  the US to Cuba?  In 1997.
5     A.  I don't understand the question.
6     Q.  In 1997, did the US Government issue any
7  general licenses for US travel -- cruise travel
8  from the US to Cuba?
9     A.  Not to my knowledge.
10    Q.  Okay.  Did Costa, to your knowledge,
11 sir, ever have a general license during the time
12 that it used the Sierra Maestra Terminal after
13 Carnival acquired its interest in Costa?
14       MR. SINGER:  Object to form.  No
15    predicate.
16    A.  I have no idea.
17 BY MR. MARTINEZ:
18    Q.  Do you know, sir --
19    A.  You're asking the question two different
20 ways, so I'm not sure.  The first question was
21 between the US and Cuba.  Are you asking if Costa
22 had a license to go between the US and Cuba?
23    Q.  Let me -- let me -- to make it clear, I
24 did ask two different questions.  You're correct.
25 And I believe you answered both you had no idea,

Page 67

1  but I'll ask it again.
2       Do you know, sir, whether Costa -- after
3  Carnival acquired its interest in Costa -- had a
4  general license from the US Government to use the
5  Sierra Maestra Terminal?
6       MR. SINGER:  Object to the form.
7     A.  I answered that I have no idea.  The
8  prior question I said I assume not.
9  BY MR. MARTINEZ:
10    Q.  Did Costa --
11    A.  When you were referring to '97 -- 1997
12 between the US and Cuba, I said I assume not.  On
13 the second question, I said I have no idea.
14    Q.  Okay.  Do you know, sir, whether or not
15 the cruise travel that Costa was undertaking in
16 1997 -- after Carnival acquired its interest in
17 Costa -- where Costa used the Sierra Maestra
18 Terminal, whether that cruise travel conformed to
19 the people-to-people program of the United States?
20       MR. SINGER:  Reread the question back,
21    Madam Reporter -- Mister.
22       (The stenographer read back the last
23       answer.)
24       MR. SINGER:  Object to the form.  No
25    predicate.

Page 68

1     A.  I have no idea.
2  BY MR. MARTINEZ:
3     Q.  Do you know, sir, whether after Carnival
4  acquired its interest in Costa and Costa cruised to
5  Cuba and used the Sierra Maestra Terminal, whether
6  Costa had any authorization that excused it from
7  liability for trafficking under the Libertad Act?
8       MR. SINGER:  Object to the form.  No
9    predicate.  It also calls for a legal
10   conclusion.
11    A.  No idea.
12 BY MR. MARTINEZ:
13    Q.  Now, sir, let me --
14    A.  I don't even understand the question, no
15 less have an answer.
16    Q.  What don't you understand about it, sir?
17 I can try to rephrase it if you don't understand
18 it.
19    A.  It's okay.  It's a legal question.  I
20 have no idea.
21    Q.  Well, in your capacity as a member of
22 the board of Costa in 1997, after Carnival acquired
23 its interest in Costa, did you ever inquire, sir,
24 of anyone in the Costa organization as to whether
25 Costa had any authorization from the US Government

Page 69

1  to use the Sierra Maestra Terminal?
2     A.  No.
3     Q.  Did you ever inquire during that same
4  time whether Costa had any authorization from the
5  Havana Docks Corporation to use the Sierra Maestra
6  Terminal?
7     A.  We -- we were given -- my understanding
8  was we were given six months to get out, so our
9  intention was to get out.  There was no point in
10 any of that, and there was -- obviously Costa was a
11 worldwide cruise company, and we had far more
12 important issues, since we were getting out of Cuba
13 anyway.
14    Q.  Well, complying with US law is an
15 important issue, isn't it, sir?
16       MR. SINGER:  Object to the form.
17    Argumentative.  You don't have to answer that.
18 BY MR. MARTINEZ:
19    Q.  When you were a member of the board of
20 directors of -- I don't mean to cut you off, sir.
21 You wanted to say something?
22    A.  Well, I answered that we got permission
23 to continue to operate for six months and at that
24 point we would have to get out, and that's what we
25 did.

Havana Docks v. Carnival                                   Micky Arison | 5/4/2021

Page 70

1      Q.   And that permission, sir, did that
2   permission include immunity from liability under
3   the Libertad Act, also known as the Helms-Burton
4   law?
5      A.   No idea.
6         MR. SINGER:  Object to the form.  No
7      predicate and calls for a legal conclusion.
8   BY MR. MARTINEZ:
9      Q.   Go ahead, sir.
10     A.   I answered no idea.
11     Q.   Well, did you ever ask -- here's my
12  question, sir.  I just want to know about whether
13  you, Micky Arison -- when you were a member of the
14  board of directors of Costa, after Carnival
15  acquired its interest in Costa and during the time
16  that Costa was cruising to Cuba and using the
17  Sierra Maestra Terminal, Micky Arison,
18  ever ask whether Costa had obtained any
19  authorization from any government or any individual
20  to use the Sierra Maestra Terminal?
21         MR. SINGER:  Object to the form.  Also,
22     to the extent this is calling for issues -- a
23     legal issue -- and any conversations with
24     counsel for Carnival would be under the
25     attorney-client privilege.  Do not disclose

Page 71

1   any you of those in answering the question.
2   BY MR. MARTINEZ:
3      Q.   Go ahead, sir.  Can you answer the
4   question, please, sir?
5         MR. SINGER:  Bob --
6      A.   I don't recall -- I don't recall asking
7   about legal authorization to operate any of the 270
8   or -- sorry -- 700-plus ports that we operate in.
9   So I assumed that if we were operating in them that
10  we were -- we were fine --
11  BY MR. MARTINEZ:
12     Q.   Well, sir, in 1990 -- I'm sorry?
13     A.   The last word was globally.
14     Q.   Well, in 1997, after Carnival acquired
15  its interest in Costa, do you have an
16  understanding, sir, as the CEO and chairman of the
17  board of Carnival Corporation that as of 1997 there
18  were certain US laws that restricted Carnival's
19  business operations in Cuba?
20     A.   I understood as a Miami-based company,
21  Arnie told us that we would have to request
22  permission to continue doing what Costa was doing
23  or at least get some guidance as to how we exit,
24  and that's what we did.
25     Q.   And did Costa continue -- after the

Page 72

1   acquisition was completed in June of 1997, did
2   Costa continue -- after that point in time, did it
3   continue to use the Sierra Maestra Terminal to dock
4   its cruise ships?
5      A.   It continued to operate for a period of
6   time -- I don't remember if it was six months or
7   prior to six months until -- until they were able
8   to -- to end that operation.  I can't recall
9   whether they were able to do it in less than six
10  months, but we were given permission to do it
11  within six months.
12     Q.   Well, it continued after the acquisition
13  was completed in June of 1997; correct, sir?
14     A.   Correct.  But I just don't recall
15  whether it went the full six months or we exited
16  sooner than that.
17     Q.   And part of those operations included
18  using the Sierra Maestra Terminal to dock the
19  cruise shipments; right, sir?
20     A.   If you say so.  They used the terminal
21  in Havana.
22     Q.   I'm sorry?
23     A.   They used the terminal in Havana.
24     Q.   All right.  Well, let me do this, sir.
25  Let me show you something.  Maybe this refreshes

Page 73

1   your recollection a bit.  Before doing that, let me
2   ask you this, sir.
3         The business operations that Costa had
4   in Cuba during the time that Carnival acquired
5   Costa, are you aware that in addition to having its
6   ships cruise to Cuba and use the Havana Sierra
7   Maestra Terminal, it was also involved in managing
8   the Sierra Maestra Terminal?
9         MR. SINGER:  Object to form.
10     A.   I knew they had -- yeah, I knew they
11  were -- they were -- had further operations
12  including some -- some management in Cuba, yes.
13  BY MR. MARTINEZ:
14     Q.   Okay.  So let me make sure the jury
15  understands.  In June of 1997, when Carnival
16  acquires Costa, Costa's business in Cuba consists
17  of two things:  One, its cruise ships go to Cuba
18  and dock at the Sierra Maestra Terminal; correct,
19  sir?
20     A.   Correct.  Well --
21     Q.   And second --
22         MR. SINGER:  Wait, wait.  You're
23     repeating --
24     A.   You keep asking the questions -- it's
25  like -- it's like if you asked me do our ships

Havana Docks v. Carnival

Micky Arison | 5/4/2021

---

Page 74

1  continue to dock at Dodge Island in Miami.
2  BY MR. MARTINEZ:
3      Q.  And, sir --
4      A.  We dock -- we dock at the Port of Miami.
5  So I mean, just because you ask the question that
6  way, it just like I have to jump because if you ask
7  Dodge Island in Miami, I would say, no, we dock at
8  the Port of Miami.
9      MR. SINGER:  You're misstating the
10     witness's testimony, which is very clear on
11     this subject.
12  BY MR. MARTINEZ:
13     Q.  And secondly, sir, in addition to
14  Costa's cruise ships going to Havana, at the time
15  Costa also was involved in a joint venture with the
16  Cuban Government in a company called Cubanco in
17  which it took part in the management of the
18  terminal in Havana -- the Sierra Maestra Terminal;
19  isn't that also correct?
20     A.  I'm not aware of the details.  Again,
21  once I knew we were extricating ourselves, we were
22  extricating ourselves.  You know, I had other
23  things to do and worry about.  So we were getting
24  out.  I was comfortable with that.  And -- and that
25  was the end of it, as far as I was concerned.  I

---

Page 75

1  knew we had operations, both management operation
2  and cruise operation in Cuba, but that's about all
3  I knew.
4      Q.  And was there a separate -- was there
5  any authorization that Costa obtained from the
6  US Government or Carnival obtained from the
7  US Government after Carnival acquired its interest
8  in Costa that allowed it to manage the Sierra
9  Maestra Terminal?
10     A.  I have no idea.
11     MR. SINGER:  Objection.  Asked and
12     answered.
13  BY MR. MARTINEZ:
14     Q.  Now let me show you, sir, just to make
15  sure -- let me do this, sir.  Let me show you the
16  exhibit.
17     Ellie, just put up there the brochure,
18  if you could.  The brochure of the Costa Playa --
19  Costa Cruceros -- Costa Cruceros.
20     All right.  Sir, let me see if we can
21  get it up there -- Ellie, have you loaded it yet?
22  Ellie?
23     MS. FUTTERMAN:  Bob, I'm sorry.  I need
24     a moment.
25     MR. MARTINEZ:  Okay.

---

Page 76

1      MS. FUTTERMAN:  Bob, we may want to take
2      a break, please.
3      MR. MARTINEZ:  All right.  Let's take a
4  break.  Let's take a break.  It will only be
5  five minutes.  Let's try to come back in five
6  minutes, please.
7      MR. SINGER:  Very good.
8      THE VIDEOGRAPHER:  Off the record at
9  11:12 a.m.
10     (Break from 11:12 a.m. to 11:16 a.m.)
11     THE VIDEOGRAPHER:  On the record at
12  11:16.
13     (Plaintiff Exhibit 134 was marked for
14     identification.)
15  BY MR. MARTINEZ:
16     Q.  Okay.  Mr. Arison, I'm putting up on the
17  screen there the next exhibit, which is marked
18  Exhibit 134, and it's a brochure, consisting of
19  four pages, and it's a brochure dated 1996.  In
20  Spanish, it says Costa Cruceros.  And if you flip
21  the pages, sir, you'll see that the second page
22  says Cuba and Jamaica.  And the third page says
23  Cuba and Jamaica with a map.
24     Has that opened up, sir?
25     A.  Yeah.

---

Page 77

1      Q.  Okay.  Were you aware, sir -- now, this
2  document is in Spanish.  So let me tell you what I
3  did.  I translated some pages here.  Do you read
4  Spanish, by the way, Mr. Arison?
5      A.  No, sir.
6      (Plaintiff Exhibit 134-A was marked for
7      identification.)
8  BY MR. MARTINEZ:
9      Q.  Okay.  Fine.  Then I've translated it
10 for you.
11     Ellie, if you can put up Exhibit 134-A,
12 please.  Let's do it one at a time.
13     A.  So am I supposed to take this down now
14 or --
15     Q.  You can take it down, sir.  It's in
16 Spanish, since you don't read it.  But for the
17 record, that was the brochure of Costa Cruceros --
18 Costa Crociere in Spanish, the year 1996.  And you
19 should be getting the translation.  Here's the
20 translation, sir, up on your screen -- a certified
21 translation of the same page.  You'll see the third
22 page.  It's Bates number 18233, and the middle page
23 is a certification from the translator.  And the
24 first page, it's the English translation.  It says
25 Cuba and Jamaica.  Do you see that?

---

Page 78

1    A.  **I'm going through the process.**
2    Q.  Okay.
3    A.  **Cuba and Jamaica.**
4    Q.  Have you got that?
5    A.  **Yep.**
6    Q.  And based upon your recollection of
7    having been on the board of Costa back in 1997,
8    does this reflect the itinerary of the Costa ships
9    in Cuba during the 1996-1997 time frame?
10         MR. SINGER:  Object to the form.  No
11   predicate.
12        A.  **Other than looking at this page, I**
13   **have -- so I assume so, but I -- I don't know that**
14   **I would have focused on it considering we were**
15   **exiting the business.  I had other things going on.**
16   BY MR. MARTINEZ:
17        Q.  Based upon your recollection, sir, since
18   you were aware that Costa was cruising to Cuba,
19   does that appear to reflect the itinerary --
20   Costa's itinerary back in the 1996-1997 time frame?
21        A.  **I don't recall even knowing what their**
22   **itinerary was or caring.**
23        Q.  But you did know they went to Cuba;
24   correct?
25        A.  **Correct.**

Page 79

1         Q.  All right.  So let's do this.  Let's not
2    put up the next page.  We also have the other page
3    translated into English, and we can use that later.
4         Now, sir, just so that it's clear, sir,
5    in 1997 -- in 1997, there was no cruise travel from
6    the US to Cuba in that year; right, sir, authorized
7    by the US Government?
8         A.  **Correct.**
9         Q.  All right.  Now, the joint venture that
10   Costa had in Cuba with the Cuban Government in the
11   company called Cubanco, do you remember, sir, the
12   name of the Costa entity that was the joint venture
13   partner?
14        A.  **No.**
15        Q.  Do you know a company by the name of
16   Milestone, sir?  Ever heard of a company named
17   Milestone NV?
18        A.  **No.**
19        Q.  You've never heard of Milestone NV?
20        A.  **No.**
21        Q.  Well, let's do this, then.
22        Ellie, why don't you put up there
23   chart C, Exhibit 3-C?
24        All right.  So 3-C, sir, is one of a
25   series of charts.  One of the series of charts.

Page 80

1    This was produced by your legal department, sir.
2    They also produced chart 3A and chart 3B, and I'll
3    probably show you those later on.  And these are
4    charts that reflect the organizational structure of
5    Carnival & plc, and I want to direct your
6    attention -- so this was produced to us by your
7    lawyers.  This is Exhibit 3-C.  And if you go all
8    the way to the right -- well, first of all, all the
9    way to the top, do you see it says Costa
10   Crociere S.p.A.?  Do you see that?
11        A.  **Where are you going?  Because I had to**
12   **blow this thing up because I couldn't --**
13        Q.  If you go all the way to the top, sir.
14        A.  Okay.  Yeah.
15        Q.  Okay.  Do you see Costa Crociere S.p.A.?
16        A.  Yeah.
17        Q.  And Costa Crociere S.p.A. is now fully
18   incorporated into Carnival, is it not, sir?
19        A.  **No.  It was a 50 percent JV with --**
20   **you're talking now or you're talking in '97?**
21        Q.  I'm talking now, sir.
22        A.  **Now it's fully incorporated, correct.**
23        Q.  Okay.  And so this chart, sir, when it
24   was produced to us by your lawyers, is this the
25   chart that depicts the Costa Crociere portion of

Page 81

1    Carnival & plc -- and you see its name listed all
2    the way at the top.  Do you see that, sir?
3         And then underneath it are listed all
4    the different branches and entities.  And if you go
5    all the way to the right, you'll see a company
6    called Costa International BV.  Underneath it says
7    Netherlands.  Do you see that?
8         A.  **Mm-hmm.**
9         Q.  And then if you go down that branch --
10   keep on going down that branch, the fourth box from
11   the bottom, Milestone NV, do you see that?
12        A.  **Yep.**
13        Q.  Okay.  So does this now, sir, refresh
14   your recollection that Carnival Corporation & plc
15   owns Milestone NV?
16        A.  **Not at all.**
17        Q.  Does this refresh your recollection
18   about the company called Milestone NV?
19        A.  **No.**
20        Q.  Now, when --
21        A.  **Half of these companies I've never heard**
22   **of, so I don't know why you think I would have**
23   **heard of that one.  And picture this for every**
24   **single one of our brands.**
25        Q.  Right.

Page 82

1     Well, this is the way that your company,
2  the one that you chair, sir, has decided to
3  organize itself for legal purposes --
4     **A.  No, that's not -- that's not accurate**
5  **because all these companies were acquired, and much**
6  **of this was already established well before we**
7  **acquired it.**
8     Q.  Right.
9        And one of the companies that was
10 acquired was Milestone NV, which was then a
11 subsidiary of Costa; correct, sir?
12       MR. SINGER:  You're asking the witness
13    the same question, and he's already told you
14    his answer.  It's asked and answered.
15 BY MR. MARTINEZ:
16    Q.  Now, sir, you indicated that after
17 Carnival completed its acquisition of Costa in June
18 of 1997, it nonetheless continued for several
19 months thereafter to manage through the joint
20 venture in Cubanco the Sierra Maestra Terminal;
21 right, sir?
22       MR. SINGER:  Object to form.
23    **A.  I don't think I said that.**
24 BY MR. MARTINEZ:
25    Q.  Well, it didn't stop its management --

Page 83

1  Costa didn't stop its management of the port upon
2  the date of acquisition by Carnival in June of
3  1997; right?
4     **A.  What I said was we were given six months**
5  **to get out, and that's what we did.**
6     Q.  Given six months to get out.  You've
7  already testified you don't know what form that is
8  and whether there's a document that exists to that
9  effect; right, sir?
10    **A.  Correct.  I'm sure you can get that from**
11 **our legal department.**
12    Q.  Actually, they don't have it either,
13 sir.  Are you aware that your legal department has
14 not been able to locate any authorization from the
15 US Government providing your company with
16 authorization to continue to operate Costa after
17 its acquisition and its business operations in
18 Cuba?
19    **A.  No, I wasn't aware of that.**
20    Q.  Sir, let me show you some documents.
21       Ellie --
22       You can close this, sir.
23       And, Ellie, what I want you to put up
24 there -- let's start off first with Exhibit 130.
25    **A.  I keep opening the same file.**

Page 84

1     Q.  Well, I'm sure you'll get better as time
2  progresses, sir.  But if you have any problems, we
3  can go off the record and --
4     **A.  No.  I open the same file because it**
5  **hasn't changed.  Just tell me when it's changed so**
6  **I don't keep opening the old file.**
7     Q.  No problem.  I'll repeat it.  I asked
8  you to close it, and then if you can please open
9  the new one.  And the new one is marked
10 Exhibit 130.  You'll see --
11    **A.  I've got it.  I've got it.**
12    Q.  You've got it; all right.
13       So you see there, sir, this is a
14 document Mr. Perez identified in his deposition.
15 The first two pages consist of a letter from
16 somebody named Alfonso Lavarello with Costa
17 Crociere.  The date is September 18, 1997.  Do you
18 see that?  Do you see that first page?
19    **A.  Yeah.**
20    Q.  Who is Alfonso Lavarello -- Lavarello?
21    **A.  He was an executive working at Costa.**
22    Q.  And was he an executive working at Costa
23 in Cuba in 1997 when Carnival acquired its interest
24 in Cuba?
25    **A.  I don't know if he was working in Genoa**

Page 85

1  or if he was working in Cuba.
2     Q.  Well, if you look at the top, sir, the
3  letterhead reflects an address in Genoa.
4     **A.  Yeah.**
5     Q.  Do you see that?
6        Okay.  Now, if you read this letter --
7  and if you read the memo -- take a moment and read
8  it.  It's just a couple paragraphs.  I want to ask
9  you just a few questions about it.
10    **A.  Yeah.**
11    Q.  Now, do you see that in this memo
12 Mr. Lavarello of Costa Crociere sends to Mr. Frank
13 of Carnival Corporation and Mr. Cove of Airtours
14 this memo, and it also goes to Costa Crociere, Pier
15 Luigi Foschi.  Now, who was Pier Luigi Foschi in
16 1997?
17    **A.  His name is Foschi -- Pier Luigi Foschi,**
18 **and he was the president of Costa at the time.**
19    Q.  And then the first paragraph,
20 Mr. Lavarello writes, quote, as indicated by the
21 board on Thursday, September 11th, in the next few
22 days, the notices for the termination of all
23 existing commitments with the various Cuban
24 entities will be sent together with the attached
25 cover letter.

Havana Docks v. Carnival · · · · · · · · · · · · · · · · · · · · · · · · · Micky Arison | 5/4/2021

Page 86

1    Do you see that?
2    A.  Mm-hmm.
3    Q.  And then if you go the third page, you
4  see that the cover letter is in Spanish, and you
5  see the stationery is Milestone N.V.  Do you see
6  that?
7    A.  Yep.
8    Q.  Okay.  Now, Milestone N.V., that's the
9  same entity that we saw in Exhibit 3-C; right, sir?
10    A.  It looks like it.
11    Q.  Okay.  And here under the stationery, it
12  reflects that it's Curacao Netherlands Antilles.
13  Do you see that written under the caption
14  Milestone N.V.?
15    A.  Yep.
16    Q.  And then right below it you see Genoa,
17  written in Italian, 19th of September, 1997.  Do
18  you see that?
19    A.  Yeah.
20    Q.  Now, if you go back to the first page of
21  Exhibit 130, in the second to the bottom paragraph,
22  it says as follows:  Quote, although the Cubans
23  have been aware for several months that these steps
24  had to be taken, we do not know what kind of
25  reaction they will have, considering that the last

Page 87

1  cruise will be November 17 through the 24th and
2  that any arrangements should be defined by that
3  time.  We hope that they will promptly comment,
4  allowing a meeting with -- in beginning/mid-October
5  in order to leave the time for the appropriate
6  negotiations.
7    Does the date of November 17 to the 24th
8  of 1997 refresh your recollection as to when the
9  last Costa ship used the Sierra Maestra Terminal?
10    MR. SINGER:  Object to the form.  No
11    predicate.
12    A.  Is there a question?
13  BY MR. MARTINEZ:
14    Q.  Yes, sir.
15    Does that refresh your recollection
16  after now seeing this letter in that time frame,
17  November 17 through the 24th -- does that refresh
18  your recollection that last time that a Costa ship
19  used the Sierra Maestra Terminal in 1997 was in
20  November of 1997?
21    A.  I don't recall, but based on -- on this,
22  at that date that was the assumption.  I don't know
23  if that actually happened that way.
24    Q.  All right.  And you see going back to
25  the first paragraph -- the first paragraph, I'll

Page 88

1  read it again because it will introduce the next
2  document.
3    It says, quote, as indicated by the
4  board on Thursday, September 11, and the next few
5  days, the notices for the termination of all
6  existing commitments with the various Cuban
7  entities will be sent together with the attached
8  letter.
9    So we saw the attached letter that's
10  written in Spanish on Milestone N.V. letterhead.
11    Ellie, please show Mr. Arison the next
12  document, which will be 365 -- Tab 365.
13    And if you could please open that
14  document.
15    MS. FUTTERMAN:  Bob, for the record,
16    that will be Plaintiff's Exhibit 135.
17    (Plaintiff Exhibit 135 was marked for
18    identification.)
19  BY MR. MARTINEZ:
20    Q.  Okay.  So the next document, sir, that's
21  opening up on your screen that's internally
22  identified as BT 365 is Exhibit 135 to your
23  deposition.
24    A.  Mm-hmm.
25    Q.  And you'll see there, sir, there are a

Page 89

1  series of letters -- 13 of them.  The first one is
2  in Spanish.  It's the one -- okay.  And then
3  followed by a number of letters not signed in
4  English.  Do you see that?
5    A.  My first letter is not in Spanish.
6    Q.  You're right, sir.  The first letter is
7  not in Spanish.  It's in English.  And it says,
8  Dear Silvio, attached please find the official copy
9  of notices of termination of the contracts.
10    Right?  Is that what you're looking at
11  on the first page?
12    A.  The document speaks for itself.  Yes.
13    Q.  And then what the document states is
14  that, attached please find official copy of the
15  notices.  So let's take a look at the notices.  The
16  first one afterwards is in Spanish.  Actually, it's
17  that same letter in Spanish.  And then the
18  following documents, beginning on page 3, they're
19  in English, and they're all stamped draft.  Do you
20  see that?
21    A.  Yep.
22    Q.  Okay.  And let me ask you to look at --
23  I tell you what.  Sir, I tell you what, I'm going
24  save you time.  Do you know why these letters were
25  sent out by Mr. Lavarello terminating these

Havana Docks v. Carnival                                                                Micky Arison | 5/4/2021

Page 90

1    relationships?
2         MR. SINGER:  Objection.  No predicate.
3         **A.  No idea.**
4    BY MR. MARTINEZ:
5         Q.  Okay.  Did these -- okay.  No problem,
6    sir.
7         All right.  You can put that away, sir.
8         At some point in time thereafter, what's
9    your best recollection -- before I go to the next
10   area, what's your best recollection, sir, as to the
11   last date in 1997 that Costa completed its business
12   operations in Cuba, including both its cruise ships
13   docking at the terminal and the management of the
14   terminal facility?
15        **A.  I don't recall.  All I recall is that we**
16   **were given six months and that we complied with**
17   **that, I believe.**
18        Q.  Six months from June of 1997?
19        **A.  Six months from whenever we were given**
20   **notice that it would be six months.  I don't know.**
21   **You'd have to ask whoever's involved in those**
22   **discussions with the US Government.**
23        Q.  And who would those be, sir, from
24   Carnival?
25        **A.  Probably Arnie Perez.**

Page 91

1         Q.  Anyone else?
2         **A.  Not to my knowledge.**
3         Q.  All right, sir.  Let me direct your
4    attention to 2015 -- the year 2015.  By the way,
5    sir, do you remember a gentleman named Gianluca
6    Suprani, S-U-P-R-A-N-I?
7         **A.  Was he involved in an HBO special?**
8         Q.  Mr. Suprani -- no, sir.  He's Italian
9    surname, but he wasn't.  Mr. Suprani was involved
10   in the management of the Sierra Maestra Terminal
11   for Cubanco at the time that Costa had an interest
12   in it.
13        Does that now help you refresh your
14   recollection?
15        **A.  No.  I have no idea who he is, but I'd**
16   **guess he's from Naples.**
17        Q.  Actually, he isn't, sir.  He's from
18   Genoa.
19        Do you known an individual named Gianni
20   Onorato?
21        **A.  Yes.**
22        Q.  Who is Mr. Onorato?
23        **A.  Gianni Onorato at one point was the**
24   **president of the company.  At that point he was a**
25   **vice president and he was from Naples.**

Page 92

1         Q.  And Mr. Onorato, he was president of
2    which company, sir?
3         **A.  He eventually became president of Costa,**
4    **but I believe he's -- he at that time was VP**
5    **operations, I think.  He's now president of MSC**
6    **Cruises, one of our competitors.**
7         Q.  Now, was he president of Costa at the
8    time that Carnival wholly owned Costa?
9         **A.  It depends on the timing.  Pier Foschi**
10   **was the president of Costa for most of the time**
11   **that -- that you're referring to.**
12        Q.  Sir, let me direct your attention now to
13   the year 2015.  In 2015, did Carnival Corporation
14   reactivate the Cuba committee?
15        **A.  I have no idea.**
16        Q.  Let me show you a document, sir, that
17   may help to refresh your recollection.  Let me show
18   you Exhibit 11.  Exhibit 11.
19        All right.  Exhibit 11, sir, was
20   produced to us by your company, Carnival
21   Corporation, and was identified by several people,
22   including Mr. Israel.  Let me know when it's
23   loaded, sir.
24        **A.  Yeah, it's loaded.**
25        Q.  All right.  If you open it up, you'll

Page 93

1    see the first page.  It says destination Havana.
2    Do you see that?
3         **A.  Mm-hmm.**
4         Q.  Okay.  And if you flip the pages, you go
5    to page -- just, do you remember this document,
6    sir?  Have you seen this document before today?
7         **A.  I might have.  I don't really recall,**
8    **but I might have.  I see a lot of documents and a**
9    **lot of ports.**
10        Q.  Well, let me ask you.  Did you ever get
11   a presentation either in person or by phone from
12   either Mr. Israel or Mr. Perez in which they spoke
13   about plans to cruise to Cuba -- for Carnival to
14   cruise to Cuba?
15        **A.  I'm sure I spoke to Giora on more than**
16   **one occasion about the potential to cruise to Cuba**
17   **and what a good market it would be, sure.**
18        Q.  And do you consider Cuba a good market,
19   sir?
20        **A.  Yeah.  Any market that our guests want**
21   **to sail to in large numbers would be a good market.**
22   **Yeah.**
23        Q.  That would be a good business decision
24   for the company?
25        **A.  Sure.**

Havana Docks v. Carnival                                    Micky Arison | 5/4/2021

Page 94

1      Q.   Did you feel that it was a good business
2  decision for Carnival to cruise to Cuba beginning
3  in 2016?
4      A.   Absolutely.
5      Q.   Okay.  Now, as a business decision, that
6  came with certain risks; correct, sir?
7           MR. SINGER:  Object to the form.
8      A.   I -- you know, is there a single
9  business decision that doesn't come with risks?
10 BY MR. MARTINEZ:
11     Q.   And a business makes a business decision
12 even though it entails a risk in the expectation
13 that it would also make money from those decisions;
14 correct, sir?
15     A.   Obviously we thought it would be a
16 profitable operation because there would be very
17 good guest demand for the product.
18     Q.   Now, as a member of the board of
19 Carnival and as its former CEO, when a business
20 makes a business decision to go into a market -- a
21 new market like Cuba, even though there may be
22 risks to that, does Carnival assume the risks and
23 consequences of its business decision?
24          MR. SINGER:  Object to the form.  That's
25     a legal question.

Page 95

1  BY MR. MARTINEZ:
2      Q.   You can answer, sir.
3      A.   I mean, I don't know how to -- I think
4  it's -- what you're asking is, is -- you know, is
5  white white, is black black.  I mean, the reality
6  is, anyplace we go in the world there are certain,
7  you know, risks that we choose to take or not take.
8  Is a port safe for our guests?  Can -- you know,
9  can we hit certain weather conditions?  I mean,
10 it's part -- it's part of any business when you
11 make any decision about going anywhere.  You're
12 going to have a certain level of risks.
13          Again, we have -- we go to 700 ports
14 around the world, and obviously each one of them
15 has its own idiosyncrasies.
16     Q.   And as a member of the board of
17 directors of Carnival, sir, when Carnival
18 Corporation makes a business decision to go into a
19 new cruise market, does it assume responsibility
20 for the consequences of its decision?
21          MR. SINGER:  Object to the form.  These
22     are legal issues.
23     A.   Yeah; I defer to our lawyers on that.
24 BY MR. MARTINEZ:
25     Q.   Well, sir, as a member of the board of

Page 96

1  directors, you have a fiduciary obligation to the
2  shareholders.  Your family's not the only one.
3          Does the board of directors --
4      A.   The board doesn't -- the board of
5  directors does not make itinerary decisions.  We
6  run thousands of itineraries.  The board does not
7  make -- the board doesn't decide whether we go to
8  St. Petersburg or Saigon or Shanghai.  The board
9  doesn't make those decisions.  Itinerary planners
10 make those decisions.
11     Q.   The board is responsible for the
12 governance of the corporation, is it not, sir?
13     A.   Of course.
14     Q.   Now, when you were chairman of the
15 board -- and you still are chairman of the board of
16 Carnival, sir -- you were aware in 2016 that
17 Carnival had made the decision as a corporate
18 entity to cruise to Cuba; right, sir?
19     A.   Correct.
20     Q.   Okay.  And Mr. Donald, he was also on
21 the board at that time.  Was he also aware that
22 Carnival in 2016 had made the business decision to
23 travel to Cuba -- to cruise to Cuba?
24     A.   Yep.
25     Q.   Okay.  Now, when you, as a member of the

Page 97

1  board in 2016 -- when Carnival made the decision to
2  go to Cuba, did you as a member of the board assume
3  responsibility for the decision made by Carnival to
4  cruise to Cuba?
5          MR. SINGER:  Objection.  It's the same
6     question you asked a moment ago.  It's also a
7     legal question.
8      A.   I think I answered that the board
9  doesn't do itinerary decisions.
10 BY MR. MARTINEZ:
11     Q.   That's not my question.  My question was
12 in 2016, when you were the chairman of the board of
13 Carnival Corporation and Carnival Corporation made
14 the decision to travel to Cuba -- to cruise to
15 Cuba, and you were aware of it, did you as a member
16 of the board of directors assume responsibility for
17 that decision, sir?
18          MR. SINGER:  The same question now the
19     third time and the same objection.  The issue
20     is a legal question.
21     A.   I didn't view it as any different than
22 sailing to, like I said, St. Petersburg or Shanghai
23 or Nassau, Bahamas.
24 BY MR. MARTINEZ:
25     Q.   What responsibility do you, Micky

Page 98

1    Arison, as chairman of the board of Carnival
2    Corporation, assume for the decision made by
3    Carnival Corporation to cruise to Cuba during the
4    2016-2019 time frame?
5          MR. SINGER:  Object to the form.  It
6    calls for a legal conclusion, and it's really
7    the same question as you just asked now a
8    fourth time.
9    BY MR. MARTINEZ:
10   Q.  Go ahead, sir.
11         **A.  Yeah, we have a responsibility to our**
12   **guests to make sure we give them a safe environment**
13   **and our crew a safe environment.  We have a**
14   **responsibility to make sure that the ports we go to**
15   **are navigationable (phonetic) -- and goes on and on**
16   **and on, and that's true of the 700-plus ports we**
17   **operate in.**
18   Q.  Sir, when Carnival Corporation decided
19   to cruise to Cuba in 2016, did you as a member of
20   the board of directors assume legal responsibility
21   for the decision made by Carnival Corporation?
22         MR. SINGER:  This is now the fifth time,
23   and it is by its terms a legal question.  I'm
24   going to -- if you persist on this, Bob, I'm
25   going to move for a protective order on this

Page 99

1    question.  You can continue on other subjects,
2    but, you know, this is the fifth time, and the
3    witness has given you his best answer, and it
4    is obviously a legal question, and you're
5    asking about legal responsibility.
6          MR. MARTINEZ:  Are you instructing him
7    not to answer?
8          MR. SINGER:  I'm moving for a protective
9    order if you're going to continue asking the
10   same question now for the fifth time.
11         MR. MARTINEZ:  Let me ask it this way,
12   just to see --
13         **A.  I did answer it.  With all due respect,**
14   **I did answer it.**
15   BY MR. MARTINEZ:
16   Q.  Well, sir, let me ask you --
17         **A.  The fact you didn't like my answer**
18   **doesn't mean I didn't answer.**
19   Q.  Well, let me make sure, sir -- and I
20   want you to answer this not in legal terms.  Okay?
21         What responsibility did you assume as
22   the chairman of the board of Carnival with regards
23   to Carnival's decision to cruise to Cuba in 2016?
24         MR. SINGER:  Object to form.
25         **A.  The same responsibility we assume when**

Page 100

1    we cruise anywhere.
2    BY MR. MARTINEZ:
3    Q.  That includes the legal consequences of
4    Carnival's actions?
5          **A.  That includes --**
6          MR. SINGER:  Objection.  It calls for a
7    legal conclusion.  This is now about the sixth
8    time and hopefully the last time, so we can
9    move on.
10         MR. MARTINEZ:  It will be the last time
11   if he can please answer it.  I'll have the
12   last --
13         MR. SINGER:  He has answered it.  You
14   just haven't liked it.  If you don't think
15   it's the proper answer, you can move to
16   compel.
17         MR. MARTINEZ:  Let's do this, Stuart.
18   Let's have the last question read back and see
19   what he says and then I'll move on.
20         Mr. Court Reporter, please have the last
21   question read back.
22         (The stenographer read back the last
23         question.)
24         MR. SINGER:  The same objection and it's
25   argumentative --

Page 101

1          **A.  And what I said was, we take on the same**
2    **responsibility we take for all 700 ports we operate**
3    **around the world, primarily the safety of our**
4    **guests and crew and the well-being of the ships and**
5    **the crew.  And you can go on and on with whether a**
6    **port is navigationable (phonetic) and whether it's**
7    **risky or not risky to go -- I mean, it goes on a**
8    **long list of what responsibilities we take on.**
9    BY MR. MARTINEZ:
10   Q.  Okay.  And did you expect -- sir, thank
11   you for your answer.
12         And did you expect in your capacity as
13   chairman for the corporation to comply with the
14   laws while it did that, sir?
15         **A.  It was my understanding we had a license**
16   **and we were complying with the law.**
17   Q.  Okay.  And that would be to comply with
18   all laws to which it is subject?
19         **A.  Sorry?**
20   Q.  And that means complying with all laws
21   to which it is subject to -- for example, complying
22   with the US environmental laws; correct?
23         MR. SINGER:  Object to the form.  This
24   case has nothing to do with that.  And, you
25   know -- are you going to go down this road?

Page 102

1    If so, then I'm going to move for a protective
2    order on it.
3         MR. MARTINEZ:  Stuart, my question is
4    pending.  I just want an answer to this and
5    then I can move on.
6         MR. SINGER:  Are you going to go down a
7    road that you know has nothing to do with this
8    case?  I'm going to move for a protective
9    order, and we'll see if Judge McAliley thinks
10   that it's an appropriate question --
11        MR. MARTINEZ:  Stuart, Carnival's
12   legal -- I'm not going to ask questions that
13   are already a part of the public record with
14   regards to Carnival's conviction.  I'm not
15   going to ask those questions.  Okay?  That
16   wasn't my purpose.
17        So if I can have the last question,
18   please, read back.  Let's see what he says,
19   and I may be prepared to move on.
20        MR. SINGER:  The witness has already --
21   read the two questions back, including the one
22   that the witness clearly answered.
23        (The stenographer read back the
24        above-requested portion.)
25        MR. SINGER:  The witness answered your

Page 103

1    question about complying with laws.  If you
2    want to rephrase your last question, then
3    perhaps the witness will be able to answer
4    it --
5         MR. MARTINEZ:  I'll rephrase it -- I'll
6    rephrase it, Stuart.
7    BY MR. MARTINEZ:
8         Q.  And that includes complying with all
9    legal obligations, including the Libertad Act;
10   correct, sir?
11        A.  I don't know what that is.
12        Q.  The Helms-Burton law.
13        A.  I have no idea whether that was an issue
14   or not at the time.
15        Q.  Do you know what the Helms-Burton law
16   is?
17        A.  I vaguely -- vaguely know what it is,
18   yes.  But it's a legal question that you should ask
19   our lawyers about.
20        Q.  Okay, sir.  Would you please tell us
21   what you believe it to be, sir?  I just want to
22   know Micky Arison's understanding as to what the
23   Helms-Burton law --
24        A.  My understanding was that it would be
25   legal for an American entity to -- to take over

Page 104

1    or -- or purchase or take control of an entity that
2    was requisitioned by the Cuban Government --
3    something of that nature, which, of course -- of
4    course, we didn't do that.
5         Q.  That's what you think the Helms-Burton
6    law is?
7         MR. SINGER:  Objection to form.  It
8    calls for a legal conclusion.
9         MR. MARTINEZ:  I just want to know his
10   lay understanding as a chairman of the board of
11   Carnival -- what his understanding is of the
12   Helms-Burton law.
13        MR. SINGER:  Well, maybe if you show him
14   the law.  You're just asking about a legal
15   analogy.
16        A.  My understanding, it had to do with the
17   Cuban Government requisitioning property of
18   American citizens and that companies in the United
19   States could not basically purchase those companies
20   or take over those entities.
21   BY MR. MARTINEZ:
22        Q.  Well, wasn't your understanding broader
23   than that, sir?
24        A.  No.  I'm not an expert in law or the
25   Helms-Burton law.

Page 105

1         Q.  All right, sir.  We'll get to that later
2    on as to what your understanding of that is.
3         Let me show you -- with regards to
4    Exhibit 11, this is a PowerPoint, sir, identified
5    with Mr. Israel.  He said it was prepared by him or
6    under his supervision, and it was done at a time
7    before Carnival began cruising to Cuba.  And I want
8    to direct your attention to what's marked in the
9    lower right-hand as page 7 of this PowerPoint, and
10   it says, Sierra Maestra Terminal pier number one.
11   Current ownership and ownership claims.  Do you see
12   that?
13        A.  I don't believe I have another file.
14        Q.  All right, sir.
15        A.  I can open the one I've got in front of
16   me, but I have a feeling --
17        Q.  All right.  Plaintiff's 11 --
18        A.  Yeah.  It's the destination Havana file
19   that's in front of me right now.
20        Q.  That's correct, sir.
21        Exhibit Number 11 to Mr. Israel's
22   deposition.  So I want to direct your attention
23   to -- in there is a slide and slide number seven.
24        At the top it says, Sierra Maestra pier
25   number one.  Current ownership and ownership

Page 106

1   claims.  Do you see that?
2       **A.  You're on page 7, you said?**
3       Q.  I'm on slide number seven of the
4   PowerPoint.  That is correct, sir.
5       **A.  Yeah.  Okay.  I see it.**
6       Q.  Are you there?
7       **A.  Yep.**
8       Q.  Okay.  Have you seen this PowerPoint
9   before today, sir?
10      **A.  I don't recall.  Like I said, I've**
11  **seen -- I've had presentations -- I've had**
12  **discussions with Giora about the potential for**
13  **Cuba, but I haven't gotten into the detail with**
14  **him.**
15      Q.  And did Mr. Giora -- in those
16  presentations, did he inform you about the claim
17  that is described here, sir, the claim --
18      **A.  I don't know -- I don't know if I heard**
19  **it from Giora.  I was aware of it, obviously.  I**
20  **was aware of the Helms-Burton law in general, not**
21  **of the specific claims.**
22      Q.  Well, here, sir, you can see in
23  PowerPoint page 7, Exhibit 31, Mr. Israel in this
24  PowerPoint states that in 1960 -- do you see there?
25  The Cuban Government nationalized the property.

Page 107

1   Havana Docks Corporation registered various claims
2   with the Foreign Claims Settlement Commission of
3   the United States.  Claim No. 2492 is certified
4   under Decision No. 6165.
5       Do you see that, sir?
6       **A.  Mm-hmm.**
7       Q.  Were you aware --
8       MR. SINGER:  Objection.  Lack of
9   predicate regarding this document.
10      MR. MARTINEZ:  I'm sorry, sir?  I'm
11  sorry, sir?
12      MR. SINGER:  Objection.  Lack of
13  predicate regarding the document.  Go ahead.
14  BY MR. MARTINEZ:
15      Q.  All right.  Are you aware, sir, that
16  Mr. Israel had this amount of detail -- information
17  at the time that Carnival Corporation decided to
18  cruise to Cuba and use the Sierra Maestra Terminal?
19      **A.  Giora's the detail guy.**
20      Q.  And Giora Israel in 2016 through 2019,
21  what was his position with the company?
22      **A.  I believe I answered that question to**
23  **the best of my knowledge once.**
24      Q.  Director of port operations?
25      **A.  He handled -- yeah, he handled port**

Page 108

1   **operations on the corporate level -- mainly ports**
2   **that we owned or operate or are developing around**
3   **the world.**
4       Q.  Do you remember whether or not the board
5   of directors ever got this presentation made by
6   Mr. Israel?
7       **A.  I don't recall.  I don't think so, but I**
8   **don't recall.**
9       Q.  Do you remember whether the board of
10  directors ever received a presentation by any
11  member of Carnival's -- by any employee of Carnival
12  with regards to the legal consequences that are at
13  risk with regards to cruising to Cuba?
14      MR. SINGER:  Object.  And to the extent
15      that on its face calls for a legal analysis,
16      that would be clearly within the privilege and
17      instruct you not to answer it.
18  BY MR. MARTINEZ:
19      Q.  Go ahead, sir.
20      MR. SINGER:  If you phrase it in such a
21      way that it doesn't call for legal advice.
22  BY MR. MARTINEZ:
23      Q.  Do you remember, sir, whether the board
24  received a presentation prior to cruising to Cuba
25  in the year 2016 with regards to the Helms-Burton

Page 109

1   law?
2       MR. SINGER:  In answering that,
3       Mr. Arison, don't disclose any legal
4       discussions.  That would be subject to
5       privilege.
6       **A.  I don't recall.**
7   BY MR. MARTINEZ:
8       Q.  Did you get one?
9       **A.  Like I said, I was aware of**
10  **Helms-Burton.  I was also aware that it didn't**
11  **apply to us.  And that was it.**
12      Q.  And when you say it didn't apply to you,
13  can you answer that question without revealing
14  attorney-client communications?
15      **A.  No.  I understood that it was -- I don't**
16  **know how you call this, but -- that -- I don't know**
17  **the word for it, but that for X number of years**
18  **that it was -- I don't know -- put aside or -- I**
19  **don't know how you would phrase it.  But it didn't**
20  **apply.**
21      Q.  And, sir, again, does your knowledge of
22  that -- does your knowledge of that come from legal
23  advice received from your lawyers?
24      **A.  No.  I don't know where I understood**
25  **that from, but I understood that -- that, you**

Havana Docks v. Carnival

Micky Arison | 5/4/2021

Page 110

1 know -- that the claimants couldn't claim because
2 it was either put aside -- I don't know the legal
3 what you'd call it, but it was put aside for
4 decades, was my understanding, and there was no --
5 there was no sense that that would change.
6     Q.  Okay.  Sir -- and since you brought it
7 up, what did you believe was put aside?
8     A.  The law -- the Helms-Burton law.
9     Q.  What part of it?
10     A.  I didn't know there were parts.
11     Q.  So that it's clear, sir, I just want to
12 make sure.  Is your understanding of that apart
13 from what your lawyers told you?
14        MR. SINGER:  There's no predicate, and
15 this all is calling for understanding of a
16 legal enactment, which by definition is a
17 question of law, so I object.
18        To the extent there's any nonprivileged
19 information you can provide in answering
20 Mr. Martinez's question --
21 BY MR. MARTINEZ:
22     Q.  That's what I'm asking.  That's what I'm
23 asking.
24     A.  Well, what you said -- what you said was
25 my lawyers told me.  I have no idea if that came

Page 111

1 from legal or if it came from other sources.
2     Q.  You don't know?
3     A.  I don't know.  I became aware of the
4 issue, and I became aware that when we got the
5 license that that issue was not an issue.
6     Q.  Why is that, sir?
7        MR. SINGER:  Objection.  It calls for a
8 legal analysis.  To the extent you can answer,
9 go ahead.
10     A.  I did answer.  I understood that it was
11 put aside in some -- some way that couldn't be --
12 couldn't be applied.
13 BY MR. MARTINEZ:
14     Q.  You said when you got the license it was
15 put aside.  So my question to you is, sir --
16     A.  No, no.  I didn't say when we got the
17 license.  When I got the license, I understood it
18 had been put aside decades ago.
19     Q.  What was the purpose of the license?
20     A.  The purpose of the license was to
21 approve -- my understanding was to approve
22 operations between the United States and Cuba.
23     Q.  And as a source of understanding, did it
24 come to you from legal communications?
25        MR. SINGER:  Okay.  To the extent that

Page 112

1 is calling for -- by the way it's phrased for
2 attorney-client privileged information --
3 legal communications, I'm going to instruct
4 you not to answer.
5 BY MR. MARTINEZ:
6     Q.  Can you answer it, Mr. Arison, with
7 those instructions --
8        MR. SINGER:  I just instructed him not
9 to answer.  Are you asking him to disregard
10 his counsel's --
11        MR. MARTINEZ:  No.  No, Stuart.  You
12 said if you can answer it without revealing,
13 answer it.
14 BY MR. MARTINEZ:
15     Q.  So my question is:  Subject to that
16 instruction, can you answer the question?
17        MR. SINGER:  That particular question, I
18 think, directly called for his -- you know,
19 does a legal understanding come from counsel,
20 and I objected and instructed him not to
21 answer because that goes at attorney-client
22 privilege.
23        MR. MARTINEZ:  Okay.  Just so that it's
24 clear, Stuart -- I'm not trying to argue with
25 you.  You've instructed him not to answer the

Page 113

1 last question; is that right?
2        MR. SINGER:  That's correct.
3        MR. MARTINEZ:  Okay.  All right.
4 Stuart, we've been going about two hours.
5 Would you like to take a break now?
6        MR. SINGER:  Well, let's discuss whether
7 this is an appropriate time for a lunch break
8 and also how much more time you have because
9 if you're getting close to the end, then it
10 might make sense to take a short break and
11 finish up.
12        MR. MARTINEZ:  No, I'm not getting close
13 to the end.  I think we've used about two
14 hours, more or less.  I probably have at least
15 that to go.
16        MR. SINGER:  Mr. Arison, when would you
17 like to have a lunch break for the deposition?
18        MR. MARTINEZ:  I think as a courtesy to
19 the court reporter, if nothing else -- he's
20 actually doing a lot of work here, Mr. Arison.
21 He's writing everything down.  I would like to
22 suggest a break, probably 45 minutes, if
23 that's okay with everybody.
24        THE WITNESS:  Okay.
25        MR. SINGER:  Okay.  We'll be back in

Havana Docks v. Carnival                                      Micky Arison | 5/4/2021

Page 114

1    45 minutes.
2         MR. MARTINEZ:  12:45.  Thank you.
3         THE VIDEOGRAPHER:  Off the record
4    12:00 p.m.
5         (Lunch from 12:00 p.m. to 12:46 p.m.)
6         THE VIDEOGRAPHER:  On the record
7    12:46 p.m.
8    BY MR. MARTINEZ:
9         Q.  Mr. Arison, good afternoon, sir.
10        A.  Good afternoon.
11        Q.  Mr. Arison, did you ever speak with
12   president Barack Obama about Carnival's cruising to
13   Cuba?
14        A.  No.
15        Q.  Did you ever speak with anyone in the
16   Obama Administration about Carnival cruising to
17   Cuba?
18        A.  Administration.  No, I don't think so.
19        Q.  To your knowledge, did anyone affiliated
20   with Carnival Corporation speak with President
21   Barack Obama about Carnival's cruises to Cuba?
22        A.  I don't think so, but I'm not aware of
23   anybody.
24        Q.  To your knowledge, did anybody in your
25   administration speak with anyone in the President

Page 115

1    Barack Obama Administration about cruising to Cuba?
2         MR. SINGER:  That's what you just asked,
3    I thought.
4    BY MR. MARTINEZ:
5         Q.  More general.  Anybody in the Obama
6    Administration.  I'm sorry.
7         A.  Not to my knowledge.  I know -- I think
8    some of our people may have been invited when Obama
9    went to Cuba, but I don't recall if anybody went.
10        Q.  Do you know whether Mr. Arnold Donald,
11   the CEO of Carnival Corporation, ever spoke with
12   President Obama about Carnival cruising?
13        A.  No.
14        Q.  You don't know?  I'm sorry, sir, I did
15   not hear one way or another because there's some
16   people coming in --
17        A.  Sorry.  I said I don't know.  I don't
18   have any knowledge of that.
19        Q.  All right.  Sorry, sir.  Thank you.
20        How about members of Congress?  Did you,
21   prior to Carnival cruising to Cuba, speak with
22   anyone who is a member of Congress -- the US
23   Congress about Carnival's cruises to Cuba?
24        A.  Yes, I did.
25        Q.  Who did you speak with?

Page 116

1         A.  I spoke to Marco Rubio and Mario
2    Diaz-Balart and Ileana -- what was the last name?
3    Local congressman -- Ileana -- I'm drawing a blank
4    on her last name.
5         Q.  And did you speak with Mr. Rubio in
6    person or by phone?
7         A.  Hmm.  I believe I spoke to him in
8    person.
9         Q.  And when did you speak with Senator
10   Rubio, sir?
11        A.  I spoke with all of them after we got
12   the license to operate, and I wanted to let them
13   know that we intended to -- to operate the Fathom
14   vessel, Adonia, and to basically have them hear our
15   position and hear their position about that
16   operation, since it was going to be the first
17   operation between Miami and Cuba.
18        Q.  Why did you feel the need to speak with
19   them, sir?
20        A.  Because they -- they had been very vocal
21   anti-Castro and anti doing any business with Cuba
22   advocates, and I wanted them to understand where we
23   were coming from and, worst case, agree to disagree
24   and move on without, you know, having a big public
25   fight about the issue.

Page 117

1         Q.  Did you speak with Congressman Mario
2    Diaz-Balart in person?
3         A.  I believe I did as well.
4         Q.  And did you speak with the
5    Congresswoman, Ileana, whose last name you can't
6    recall -- did you speak with her in person?
7         A.  I don't think so.  I think I spoke with
8    her on the phone.
9         Q.  Let's take them one at a time.
10   Congressman Diaz-Balart, did he say anything to you
11   about the risks to Carnival under the Helms-Burton
12   Act with regards to using the ports on the island
13   of Cuba?
14        A.  No.
15        Q.  Senator Rubio -- did Senator Rubio, when
16   you spoke with him, did he say --
17        A.  Sorry.  Was your first question Rubio or
18   Mario?  Sorry.
19        Q.  The first one was about Congressman
20   Mario Diaz-Balart.
21        A.  Yeah, Mario Diaz-Balart did.
22        Q.  What did he say?
23        A.  Mario is very vocal in his -- in his
24   hatred of the regime and warned that -- you know,
25   that everything would -- everything nasty would

Page 118

1  happen to us if we did this.  He was very --
2  clearly very, very negative of us doing this.  But
3  despite that, after -- after meeting with him, he
4  agreed to keep his opinion private between him and
5  me and not -- not make a big public fuss about it.
6      Q.  And specifically -- my question was
7  specific to Helms-Burton -- the Helms-Burton Act.
8  Congressman Diaz-Balart, when you spoke with him,
9  did he bring to your attention the risks under the
10  Helms-Burton Act if Carnival used the ports on the
11  island of Cuba?
12     A.  I don't know that he was that specific.
13  He warned that -- he warned him would do
14  everything in his power to make -- make this
15  decision -- he tried to convince me not to go.
16  Whether he specifically brought the act up or not,
17  I don't remember.
18     Q.  Do you know a person named Hector
19  Alcalde, and I'll spell that, H-E-C --
20     A.  Yes.
21     Q.  -- T-O-R, last name A-L-C-A-L-D-E?
22     A.  Yes, I do.
23     Q.  Who is Mr. Alcalde?
24     A.  He is the lobbyist for the cruise
25  industry.

Page 119

1      Q.  And is that the CLIA association?
2      A.  Correct.
3      Q.  And does he have a person working for
4  him -- or did he -- by the name of Tandy Bondi?
5      A.  Yes.
6      Q.  And is Tandy Bondi -- is she a lobbyist?
7      A.  She was a lobbyist working for Hector,
8  yes.
9      Q.  Is she now a lobbyist working for
10  Carnival Corporation?
11     A.  She's an employee of Carnival
12  Corporation, yes.
13     Q.  In what department is she in?
14     A.  Government affairs.
15     Q.  And what do they do, sir?  Is that the
16  lobbying operations of the company?
17     A.  I don't know if lobby is a technical
18  term, but she obviously keeps in touch with what's
19  going on in Washington and keeps management
20  informed.
21     Q.  Let me show you, sir, Exhibit 30.
22         Ellie, if you could please put up
23  Exhibit 30.
24         This is an exhibit, sir, that was used
25  in Mr. Perez's -- Arnaldo Perez's deposition.

Page 120

1      A.  I'm not sure I got the new file.
2      Q.  And I don't have it in front of me
3  either, sir.  It will be there loading momentarily.
4         MS. FUTTERMAN:  Excuse me, Bob.  Did you
5  mean 31?
6         MR. MARTINEZ:  Oh, I'm sorry.
7  Exhibit 90, please.  I apologize.  Exhibit 90.
8  BY MR. MARTINEZ:
9      Q.  Okay.  This document, sir, consists
10  of -- it's one piece of paper on two sides -- two
11  pages.  And it was used in the deposition of
12  Mr. Perez -- Arnaldo Perez, and you'll see at the
13  bottom there's an email from Hector Alcalde to you,
14  dated April 30, 2015, and copying Mr. Perez.  The
15  subject is:  Further updates.
16         And then on top, you forward it to
17  Mr. Arnold Donald, the CEO of Carnival.  And Arnold
18  Donald then forwards it to Tara Russell, who I
19  believe at that time was the executive in your
20  company.  I believe she was running Fathom at that
21  time; is that right, sir?
22     A.  She was -- she was running Fathom -- I
23  believe she was running Fathom at that time.
24     Q.  Okay.  And Fathom was the Carnival
25  Corporation that had the first ship cruise to Cuba;

Page 121

1  is that right?
2      A.  Correct.
3      Q.  The Adonia; right?
4      A.  Correct.
5      Q.  Okay.  And here, in the one that's from
6  Hector Alcalde to you, it says, Micky:  Tandy and I
7  have just finished spending almost an hour visiting
8  with Mario on the Turkey issue.  What is a Turkey
9  issue, sir?
10     A.  It's, I guess, a code name.
11     Q.  A code name for what, sir?
12     A.  Well, based on the context, it's a code
13  name -- code name for Fathom's entry into -- into
14  Cuba.  Almost everything we do, you know, for
15  security reasons we have code names for.  I have no
16  idea why Turkey would be the code name.
17     Q.  All right.  Just so that I understand,
18  Carnival Corporation's code name for its planned
19  cruises to Cuba had the code name Turkey; is that
20  right?
21     A.  That's the way I read this email.
22  Correct.
23     Q.  All right.  Take a moment, sir, out of
24  fairness to you, and read the email.  It's very
25  short, but I will ask you just one or two

Page 122

1    questions.
2            Let me know when you're done, please.
3        A.  Yeah.
4        Q.  Okay.  So you see there in the first
5    paragraph -- now, this is Mr. Alcalde.  At this
6    point in time, he was a lobbyist in charge of
7    lobbying for CLIA; is that right, sir?
8        A.  Correct.
9        Q.  Okay.  And why is he sending this to
10   you?  Since he's not a member of Carnival
11   Corporation, why is he sending this to you?
12       A.  I mean, I have a -- he's been a lobbyist
13   for the industry for 35 years and, you know, I've
14   been in a senior position in the industry during
15   the whole period.  So we have a -- we have a close
16   relationship, and he was giving me a heads-up to
17   that meeting.
18       Q.  Prior --
19       A.  I don't know -- I don't know that he
20   didn't send similar emails to other cruise lines.
21       Q.  Prior to the cruise industry cruising
22   from the US to Cuba, did you, sir, assume a
23   position of leadership among the cruise industry
24   with regards to your contact with the Obama
25   Administration?

Page 123

1        A.  I'm not sure I understand the question.
2    But as I said, I didn't have any contacts, to my
3    knowledge, with the Obama Administration.  You
4    know, I've been chairman of FCCA from -- off and on
5    for many, many years.
6        Q.  What is FCCA, sir?
7        A.  It stands for Florida Caribbean Cruise
8    Association.
9        Q.  Prior to cruising to Cuba, did you have
10   contacts with the executives from the other cruise
11   industry, such as Mr. Del Rio from Norwegian Cruise
12   Line, with regards to cruising to Cuba?
13       A.  Well, I would say, you know, as chairman
14   of FCCA and a member of FCCA executive committee,
15   we would discuss Cuba and any other issues with any
16   ports in the Caribbean or any issues within
17   Florida.
18       Q.  Did the issue of the applicability of
19   the Helms-Burton Act, also known as the Libertad
20   Act -- did that come up in any of your
21   conversations with the leaders of the other cruise
22   industry companies in connection with cruising to
23   Cuba?
24       A.  It might have, but I don't recall
25   anything specific.

Page 124

1        Q.  Now, in this email, sir, Mr. Alcalde
2    tells you, in the middle of the paragraph -- I'm
3    going to direct your attention to the paragraph --
4    it is the sentence that is the seventh line down,
5    and it starts as follows:
6            Quote, he -- referring to Mario
7    Diaz-Balart -- Congressman Mario Diaz-Balart -- he
8    spent some time reviewing with us the legal limits
9    under the Helms-Burton Act, stating that it was
10   illegal under US law to do business with anyone
11   who's operating expropriated properties, and he
12   stated that all of the ports on that island are
13   expropriated properties that are run and operated
14   by the military.
15           Let me stop right there.  When it says
16   here, quote, and he stated that all of the ports on
17   that island are expropriated properties, what did
18   you understand that to mean, sir?
19       A.  Exactly what it says.
20       Q.  Well, explain it, sir.  What did you
21   understand that to mean?
22       A.  I understood it to mean that the ports
23   were taken over by the government.
24       Q.  And they had all been expropriated by
25   the Cuban Government?

Page 125

1        A.  That's what it says.
2        Q.  Okay.  Thank you, sir.  All right.
3        A.  That's what it says that Mario said,
4    correct.
5        Q.  So that's what Mr. Alcalde is telling
6    you in 2015 that Congressman Diaz-Balart has told
7    him; correct?
8        A.  Right.
9        Q.  Okay.  Now, to your knowledge, did
10   Mr. Alcalde or anybody else communicate to you
11   prior to cruising to Cuba any other conversations
12   with Congressman Mario Diaz-Balart?  Any others?
13       A.  Yeah.  I mean, as I said, I was very
14   well aware of particularly Mario Diaz-Balart's
15   objection to what we were doing but also Rubio and
16   Ileana.
17       Q.  Did Senator Rubio -- did he bring to
18   your attention directly or indirectly through your
19   employees or lobbyists the same things, sir, that
20   the other ports on the island of Cuba were
21   expropriated properties?
22       A.  I don't recall that.  Rubio is much more
23   pragmatic in his approach and much more reasonable
24   in his discussions with us, and I don't recall him
25   making an issue of that.  He clearly had a

Page 126

```
 1   philosophical reason why he felt we shouldn't
 2   cruise to Cuba, but he didn't focus on things like
 3   that.  He focused on the Castro regime and their
 4   support also of Venezuela.
 5         Q.  The congresswoman, Ileana, whose last
 6   name you can't recall, do you recall her last name
 7   now, sir, by chance?
 8         A.  It's terrible.  She was our
 9   congresswoman for quite some time, but I can't
10   remember.
11         Q.  Did she bring to your attention directly
12   or indirectly her concerns about the applicability
13   of the Helms-Burton Act with regards to --
14         A.  No, I don't think -- I don't think she
15   did.  I don't recall anything.
16         Q.  My question was:  Did she bring to your
17   attention --
18         A.  Fine.
19         Q.  Let me just finish the question and then
20   you can answer it, sir.
21         Mr. Arison, did Congresswoman Ileana,
22   whose last name you can't recall -- did she bring
23   to your attention directly or indirectly the risk
24   under the Helms-Burton Act for cruising to Cuba and
25   using a port that had been expropriated by the
```

Page 127

```
 1   Cuban Government?
 2         A.  I don't recall her bringing up
 3   Helms-Burton.
 4         Q.  Now, did you talk to any other
 5   congressman, sir -- a member of Congress or member
 6   of the Trump Administration prior -- during the
 7   time -- putting aside President Trump for a second.
 8         Besides President Trump, during the time
 9   that Carnival was cruising to Cuba, did you speak
10   with any member of the Trump Administration about
11   Carnival's cruises to Cuba?
12         A.  Yes.
13         Q.  Who did you speak with, sir?
14         A.  The president.
15         Q.  Putting aside the president himself, did
16   you speak with anybody else, sir?
17         A.  Did I speak with anyone else in the
18   administration...
19         I guess I had a conversation with Mick
20   Mulvaney.
21         Q.  And is that President Trump's then-chief
22   of staff?
23         A.  Correct.
24         Q.  Was that in person or by phone?
25         A.  Both.  He was in the meeting with the
```

Page 128

```
 1   president.
 2         Q.  Is that when you met with the president
 3   in person?
 4         A.  Yeah.  I met with the president in the
 5   Oval Office, yes.
 6         Q.  Well, we'll get to that in a little bit,
 7   sir.
 8         So besides that member of the Trump
 9   Administration, the president's chief of staff,
10   Mr. Mulvaney, did you have any conversations with
11   any member of the Trump Administration about
12   Carnival's cruises to Cuba, putting aside
13   Mr. Mulvaney and putting aside President Trump?
14         A.  I don't -- I don't recall.  I might
15   have, but I don't -- I don't recall.
16         Q.  Do you know an individual by the name of
17   Priebus, P-R-I-E-B-U-S; the first name is spelled
18   R-E-I-N-C-E --
19         A.  Yeah, I know of him.  I've never met him
20   or talked to him.
21         Q.  You never spoke to him?
22         A.  No.
23         Q.  Now, when was the first time -- let's
24   talk about President Trump.  When was the first
25   time that you had any communications with President
```

Page 129

```
 1   Trump directly or indirectly about Carnival's
 2   cruises to Cuba?
 3         A.  You're testing my memory, but I
 4   believe -- I believe I tried to -- to call him --
 5   or I may have called him when rumors came out that
 6   he was considering reversing the Obama policy about
 7   travel to Cuba.  I believe I called him -- I tried
 8   to call him then, but I -- I don't remember a
 9   telephone conversation, but we did arrange a
10   personal meeting.
11         Q.  So you don't remember whether you had a
12   conversation other than the conversation that you
13   had in the Oval Office with President Trump?
14         A.  Well, I had -- I had a number of
15   conversations with the president, but I don't
16   recall having one prior to the one in -- the Oval
17   Office one, if that's what you're asking.  I had a
18   number of them afterwards but mostly related to
19   COVID, not to Cuba.  But I don't recall having one
20   prior -- I might have, but it's -- I just don't
21   recall, but I definitely obviously arranged to meet
22   him in the Oval Office and did.
23         Q.  Okay.  And just so that it's clear,
24   sir -- and I apologize if I've asked you this.  I
25   do --
```

Havana Docks v. Carnival                                                                     Micky Arison | 5/4/2021

Page 130

1        A.  Can I take this down?  This --
2        Q.  Yeah, sure.  You can take that down.
3    You can take that exhibit down.
4            Prior to your meeting with President
5    Trump in the Oval Office, did anyone at Carnival
6    Corporation, to your knowledge, speak with any
7    member of the Trump Administration about Carnival's
8    cruises to Cuba?
9        A.  I assume that Tandy would have and
10   Arnold might have.  I don't know of specific
11   conversations, but I think it's possible that they
12   would have.  Tandy obviously helped me arrange the
13   meeting in the White House.  So she definitely had
14   some conversations.
15       Q.  And besides those two individuals, can
16   you identify anybody else within the Carnival
17   organization that may have had a conversation with
18   anyone in the Trump Administration about Carnival
19   cruising to Cuba or cruises to Cuba generally, sir?
20       A.  May have, but I'm not aware or I don't
21   recall.
22       Q.  Now, have you, sir, contributed through
23   political contributions to Mr. Trump or his
24   campaign directly or indirectly, sir?
25       A.  No, sir, I have not.

Page 131

1        Q.  Has any organization affiliated with
2    you, such as a political action committee,
3    contributed to either the president, his campaign,
4    or to the Republican Party at the time that he was
5    president?
6            MR. SINGER:  I'm going to object to -- I
7        think this is getting into matters so far
8        afield in the lawsuit, and I'll let you answer
9        that question, but I think you're really going
10       into grounds that have nothing to do with this
11       lawsuit.
12           MR. MARTINEZ:  All right, Mr. Singer.
13       I'll move on.  I'll move on.
14   BY MR. MARTINEZ:
15       Q.  Now, let's talk about the meeting that
16   you had with President Trump.  Do you recall how
17   you set up that meeting with President Trump?
18       A.  My -- my -- I believe either -- one of
19   two ways.  Either Tandy arranged it through
20   Mulvaney or I may have contacted Madeleine, his
21   personal assistant, who I've been in contact with
22   while prior to him being a politician.
23           So I knew of her -- I knew her.  So I
24   may have -- I may have gotten in touch with her to
25   arrange a meeting, but I'm pretty sure Tandy might

Page 132

1    have done it through Mulvaney -- either one of
2    those two.
3        Q.  When you say Madeleine, you're referring
4    to Madeleine Westerhout?
5        A.  I think that's her last name, yeah.
6        Q.  All right.  Now, before that meeting,
7    had you had other conversations with Donald Trump
8    prior to the conversations that you had with him in
9    person in the Oval Office?
10       A.  I've known Donald Trump since 1987.
11   I've known him as -- as a real estate developer and
12   casino owner.  And because of his operations in
13   Florida, he would often come to our games -- the
14   Heat games.  And so I had a social relationship
15   with him.  I had also had a few business dealings
16   with him in that we sponsored a couple
17   of Apprentice episodes in the early days, one on
18   the Queen Mary and one --
19       Q.  What episodes?
20       A.  Episodes of The Apprentice, his
21   television show.  We did a segment on the Queen
22   Mary and we did a segment on Carnival.  So I had
23   both business and social dealings with him.  But
24   when he decided to run for office, I did not get in
25   touch with him until that meeting.  I didn't get in

Page 133

1    touch with him.  I didn't support him.  I didn't
2    talk to him.
3        Q.  Now, you mentioned that you had had some
4    business dealings with regards to The Apprentice
5    episodes involving the Queen Mary and Carnival
6    Corporation.
7            For those of us who don't know the
8    business like you do -- how did you have a business
9    dealing with regards to an episode on The
10   Apprentice?  I thought people just got on there.
11       A.  Well, you have to understand the way The
12   Apprentice operated.  The Apprentice would have
13   segments with various businesses promoting their
14   products, and they would pay -- I think it was
15   Burnett or whatever -- NBC and Burnett and Trump a
16   fee for the exposure for their companies --
17       Q.  I see.  So --
18       A.  -- and so there was a business
19   relationship.  We paid for those segments, just
20   like many, many, many companies did.
21       Q.  Oh, I see.  So, in other words, so when
22   somebody like Carnival gets on an Apprentice
23   episode, as you did in this case, Carnival actually
24   has to pay a fee and did to Mr. Trump in order to
25   be able to do that?  Is that the way that works?

Page 134

1    A.  It wasn't to Mr. Trump.  It was to
2 Burnett and the -- the executive producer and owner
3 of The Apprentice.  It was a combination of
4 Burnett, NBC, and Trump, I believe, but I don't
5 know the actual structure of the organization.  But
6 my contact was with Mr. Trump.
7         Mr. Trump -- it was his idea, actually.
8 He called me after being on a fundraiser on The
9 Queen Mary and said, this would be fantastic for a
10 segment.  Let's do a segment.  We'll get you great
11 exposure.  And so we just, you know, with the
12 marketing people decided to go ahead and do it.
13    Q.  All right.  So you did a segment on the
14 Queen Mary --
15    A.  On the first episode -- the first
16 episode, he didn't even tell me we would have to
17 pay for it.  He told me after that we'd have to pay
18 for it.
19    Q.  And who did he tell you that you would
20 have to pay for?  Who did you have to pay?
21    A.  We had to pay the executive producers of
22 The Apprentice.
23    Q.  And how much did you have to pay?
24    A.  I believe the first -- came back -- I
25 think he came back at 250,000.  The next year -- I

Page 135

1 recall I was actually in Barbados, and he calls me
2 and says, let's do it again this year.  And I said,
3 sure, let's do it again.  It was a great value for
4 us.  And he said, but this year it's going to cost
5 2 million.  So I said, Donald, I don't -- 2 million
6 is not a great value.  He said, don't worry.  I've
7 already got NCL to do it.  And so the next year he
8 went to one of our competitors and he got
9 2 million.
10    Q.  And how much did Carnival Corporation
11 pay to get on The Apprentice?
12    A.  That first year was 250.  I don't
13 remember -- I wasn't involved in the ones after
14 that, so I don't really know.  But it wasn't
15 anything like the 2 million NCL paid.
16    Q.  And let me show you the next exhibit,
17 sir, which is -- Ellie, if you can put up there
18 Tab 336.  This is Mr. Arison's email to Madeleine
19 Westerhout, dated April 17, 2019, the subject
20 matter:  Cuba.
21         MS. FUTTERMAN:  And, Bob, for the
22 record, that will be Plaintiff's 136.
23         (Plaintiff Exhibit 136 was marked for
24 identification.)
25 ///

Page 136

1 BY MR. MARTINEZ:
2    Q.  Okay.  So this is Plaintiff's 136.
3         And it consists of one page.  Take a
4 moment to read it, sir.  There's an email at the
5 bottom from you to Madeleine, the subject:  Cuba.
6         And then there's an email on top from
7 Tandy Bondi to Arnaldo Perez and Roger Frizzell,
8 forwarding that email.  Just read it first, sir.
9    A.  Okay.  I'm --
10    Q.  Let me know when you're finished.
11    A.  I just want to make sure I've got the
12 right document.
13    Q.  Of course.  Take your time.
14    A.  This is the one that -- from Tandy Bondi
15 to Arnie and Roger Frizzell.
16    Q.  Now, if you look at the bottom, the
17 bottom is an email from you, sir.  Micky Arison to
18 Madeleine Westerhout.  Do you see that?
19    A.  Yeah, okay.
20         Madeleine, thank you for working to
21 schedule a call with the president...
22    Q.  That's right, sir.  So this exhibit,
23 Exhibit 136, contains two emails:  One from you,
24 Micky Arison, dated April 17, 7:19 a.m., to
25 President Trump's assistant, Madeleine Westerhout

Page 137

1 at the White House.  And there's the email address
2 who.eop, White House office, executive office of
3 the president dot gov.
4         And then on top of that is Tandy Bondi
5 forwarding your email to your colleagues, Mr. Perez
6 and Mr. Frizzell.
7         So I want to direct your attention to
8 the one in the bottom, from you to Madeleine
9 Westerhout.  Okay?  All right.  So at this point in
10 time, April 17, 2019, was Tandy Bondi already
11 employed by Carnival Corporation?
12    A.  Yes.
13    Q.  Okay.  And at this point in time, had
14 you hired the lobbyist, Ballard and Partners?
15    A.  I don't know if -- Ballard was working
16 also for FCCA, I believe.  Whether we had him
17 directly on the payroll or not, I don't know.
18    Q.  And did Ballard and Partners -- did it
19 have one of its employees by the name of Pam Bondi
20 working as their lobbyist assisting you with
21 regards to this particular matter?
22    A.  I don't -- I don't think Pam Bondi
23 worked for Brian Ballard, but I can't swear to
24 that.  But I thought she was -- I thought she was
25 independent, but I don't know.  We didn't hire Pam.

Havana Docks v. Carnival                                                          Micky Arison | 5/4/2021

Page 138

1    Q.  Okay.  Now, for the record, sir,
2  Ms. Bondi, Pam Bondi, is Tandy Bondi's
3  sister-in-law; is that right, sir?
4    A.  Correct.
5    Q.  Okay.  So if you could identify for us,
6  sir, who Carnival's lobbyists were as of this date,
7  April 2019 -- who were your lobbyists -- Carnival
8  Corporation's lobbyists?
9    A.  Generally -- generally we worked with
10  the industry lobbyists, with Hector and Brian.  I
11  don't know that we had our own lobbyists.  Tandy
12  would coordinate with Hector and Brian, who I
13  believe were employed by -- by CLIA and FCCA, but
14  it is possible that we had hired either Brian or
15  Hector on a specific, you know, subject or -- but
16  I'm not sure.
17    Q.  All right.  Now, with regards to this
18  particular email, tell -- explain to the members of
19  the jury how this came about, sir.
20        How did it come about that on or about
21  in April 2019 you reached out to the White House
22  requesting an opportunity to meet with the
23  president?  How did that come about?
24    A.  I'm trying to -- I'm trying to think --
25  I assume this was after my first meeting with the

Page 139

1  president.
2    Q.  How many times did you meet with the
3  president where the subject matter of Cuba came
4  up -- President Trump?
5    A.  I met with him one time.
6    Q.  In the Oval Office?
7    A.  At the Oval Office, yes.  I'm trying to
8  think if this -- was to follow up on our discussion
9  regarding Cuba.  So I'm assuming this happened
10  after our meeting, based on the language here.  The
11  news is reporting about how Helms-Burton --
12    Q.  And how did this come about, sir?  Well,
13  let's talk about the meeting that you had with
14  President Trump.  How did that get started?  Who
15  set that in motion?
16    A.  As I said, I don't recall whether I went
17  to Madeline or whether Pam went to Mick Mulvaney,
18  but there was rumors everywhere that he was going
19  to reverse the Obama policy, and I wanted to find
20  out from him what his intentions were, if he would
21  tell me, and explain to him what the economic
22  impact would be on our company, the industry, and
23  the state of Florida.
24    Q.  Now, were the other members of the
25  cruise industry -- were they informed that you were

Page 140

1  trying to contact President Trump in connection
2  with that subject matter -- the subject matter of
3  traveling --
4    A.  Yes -- yes, they were.
5    Q.  And could you explain to us how you know
6  that, sir?  How do you know that they were informed
7  about that?
8    A.  Because in FCCA I briefed them that -- I
9  can't recall if I briefed them before the meeting
10  or after the meeting of what happened.
11    Q.  When you say the FCCA, that's the
12  organization that you have headed from time to
13  time?
14    A.  Correct.
15    Q.  That's the Florida Caribbean Cruise
16  Association?
17    A.  Correct.
18    Q.  Okay.  And did you -- when you say --
19  let's be clear who the others were.  Did you inform
20  Frank Del Rio, the head of Norwegian?
21    A.  Yeah, he's on the executive committee.
22  Correct.
23    Q.  Did you inform Mr. Goldstein?  He was
24  then the COO of Royal.
25    A.  Yes.  He was also on the executive

Page 141

1  committee.
2    Q.  Did you also inform Mr. Fain -- Richard
3  Fain of Royal?
4    A.  I don't know if Mr. Fain was there or he
5  would -- he would have been briefed by Adam
6  Goldstein.  I don't recall.
7    Q.  And did you inform any of the executives
8  from MSC Cruises, either Gianni Onorato or
9  Pierfrancesco Vago?
10    A.  No.  It would have been Rick Sasso, who
11  represents them in Miami.
12    Q.  The chairman of MSC Cruises USA Inc.?
13    A.  Correct.
14    Q.  Okay.  And did you inform anybody else,
15  sir?  Any other industry executives?
16    A.  I believe the president of Disney Cruise
17  Line was on those calls.
18    Q.  So these are conversations that you had
19  on the telephone?
20    A.  Yeah.  We would -- Michele Paige would
21  set up conference calls -- basically FCCA meetings
22  to get briefed on the situation.  Obviously with
23  the rumors going around, everybody was concerned
24  about their Cuba business.
25    Q.  Did you also have conversations with

Havana Docks v. Carnival                                    Micky Arison | 5/4/2021

Page 142

1   Kelly Craighead, the then president of CLIA, about
2   your planned conversation with President Trump
3   about the cruises to Cuba?
4       **A.   Yeah; I briefed Kelly.**
5       Q.   And did you also brief Mike McGarry, who
6   was then, I believe, the government affairs
7   individual at CLIA?
8       **A.   No.**
9       Q.   Did you inform Lawrence Kaye, the
10  general counsel of CLIA, about your planned
11  communications with President Trump about the
12  cruises to Cuba?
13      **A.   I don't -- I don't recall.  I mean,**
14  **if -- if I briefed the GEC, which is the executive**
15  **committee of CLIA, then Larry would have been on**
16  **that call, but I can't remember if I did that or**
17  **not.**
18      Q.   That would be Larry Kaye -- Lawrence
19  Kaye?
20      **A.   Yeah.**
21      Q.   Now, after you met with the president or
22  you spoke with the president, did you report back
23  to the same group to tell him about the results of
24  your conversation with President Trump?
25      **A.   Yeah, I did.**

Page 143

1       Q.   And before meeting with President Trump,
2   did the members of this group -- did they provide
3   you with their approval so that you could go ahead
4   and speak to President Trump on behalf of the
5   organization?
6       **A.   I didn't ask for their approval.**
7           MR. SINGER:  Object to form.
8   BY MR. MARTINEZ:
9       Q.   Did you need it?
10      **A.   No.**
11      Q.   Why not?
12          MR. SINGER:  Object to form.
13      **A.   I didn't need it.**
14  BY MR. MARTINEZ:
15      Q.   Did you have a position at FCCA --
16      **A.   I don't work for them.**
17      Q.   Did you have a position at FCCA at the
18  time that you had your conversations with President
19  Trump?
20      **A.   I can't remember if I was chairman at**
21  **the time, but I was definitely on the executive**
22  **committee.**
23      Q.   Okay.  And as a member of the executive
24  committee, did the executive committee represent
25  the interest of the members of the FCCA

Page 144

1   organization?
2       **A.   Correct.**
3       Q.   Now, did any of these individuals object
4   to you having a conversation with President Trump
5   on the subject matter of the Helms-Burton Act?
6       **A.   No.  They all were encouraging me to do**
7   **it.**
8       Q.   All right.  So just so that it's clear,
9   sir --
10      **A.   Whoa, whoa, whoa, whoa.  I just realized**
11  **your question.  They encouraged me to speak with**
12  **President Trump on their concern about him**
13  **reversing Obama's policy.  You asked the question**
14  **in a different way.**
15      Q.   With regards to Helms-Burton?
16      **A.   I don't even know that we discussed**
17  **Helms-Burton.**
18      Q.   Well, you certainly discussed
19  Helms-Burton with President Trump, didn't you, sir?
20      **A.   Actually, it wasn't on my agenda.**
21  **What's his name?  Bolton, who was -- what was his**
22  **position at that time?  Whatever Bolton's position**
23  **was, he brought it up in the meeting.**
24      Q.   All right.  Let's make sure we
25  understand the meeting, where it took place, and

Page 145

1   who was there.  You're referring to the meeting
2   that you had with President Trump at the Oval
3   Office of the White House; is that right?
4       **A.   Correct.**
5       Q.   And you think that that meeting took
6   place before the date of this email that's
7   reflected in Exhibit 136 before April --
8       **A.   I don't recall, but because of the first**
9   **line of the email, it sounds that way.  But I don't**
10  **remember -- you know, I don't recall the date of**
11  **the meeting.**
12      Q.   Do you believe, sir, that before you
13  sent this email on April 17th you may have had a
14  telephone conversation with President Trump about
15  the subject matter of Cuba?
16      **A.   I might have.  Yeah, I might have.**
17      Q.   All right.  But you certainly recall the
18  meeting in person.  So let's get to the meeting in
19  person.
20          You, Micky Arison, went to the Oval
21  Office of the White House and you met in person
22  with President Trump where you discussed the
23  subject matter of cruising to Cuba; isn't that
24  right, sir?
25      **A.   Correct.**

Page 146

1    Q.  Okay.  Now, present at that meeting were
2    yourself, President Trump, and I believe you said
3    John Bolton was there as well; correct?
4         **A.  John Bolton was there, Mick Mulvaney was**
5    **there, Tandy Bondi was there, and the secretary of**
6    **state, he got on the phone at some point during the**
7    **meeting.  He got Pam Bondi on the phone at one**
8    **point in the meeting, and he brought in the**
9    **secretary of defense at one point in the meeting.**
10        **Meetings with President Trump are quite**
11   **interesting.**
12        Q.  And why are they interesting?
13        **A.  Because he jumps from subject to**
14   **subject.  You know, it's hard to keep him on a --**
15   **you know, a train of thought.**
16        Q.  Let's identify all these individuals
17   that you've mentioned, sir.
18        John Bolton, he was the national
19   security adviser at that time for President Trump,
20   wasn't he?
21        **A.  Yes; that sounds right.**
22        Q.  And Mulvaney -- Mike Mulvaney, he was
23   the chief of staff to the president at that time?
24        **A.  He was chief of staff, yes.**
25        Q.  And you've already identified Tandy

Page 147

1    Bondi.  She is an executive of Carnival
2    Corporation.  She headed up government affairs.
3         **A.  Correct.**
4         Q.  I believe you said that Secretary of
5    State Pompeo was also present at that meeting or
6    did he phone in?
7         **A.  During the meeting, the president called**
8    **Tandy Bondi -- Pam Bondi because he realized the**
9    **two names were similar and kind of wanted to get in**
10   **a little conversation between them.  And then he**
11   **got the secretary of state on.  Mike Pompeo -- not**
12   **exactly sure why, but he had Mike Pompeo on for**
13   **about five or ten minutes.  And then he had a**
14   **scheduled meeting with the secretary of defense,**
15   **and rather than postpone the meeting, he had the**
16   **secretary of defense join the meeting.**
17        Q.  And do you remember the secretary's
18   name?
19        **A.  No, I don't.**
20        Q.  All right.  Let's go over this email,
21   sir.
22        Before we go over the email -- just
23   independently of the email, do you remember what
24   you discussed at that meeting with President Trump
25   as it pertains to the Helms-Burton Act?

Page 148

1         MR. SINGER:  Object to form.
2         **A.  That was not on my agenda, but -- John**
3    **Bolton, who I would say was -- was more than a**
4    **little irritated by the meeting, accused me of**
5    **coming in there because of the Helms-Burton Act and**
6    **kind of attacked me on the issue.**
7         **And I said, I'm not briefed on that.**
8    **I'm not here to discuss that.  I'm here to discuss**
9    **whether we'll be able to sail from Cuba.  We have**
10   **700,000 people -- we, the industry -- we have**
11   **700,000 people booked to go on cruises to Cuba.  We**
12   **have thousands of American employees that rely on**
13   **this business.**
14        **We have -- and I want to know whether**
15   **the president intends to cut us off.  And they went**
16   **into a whole litany of why they have to punish Cuba**
17   **for their support of Venezuela and that it was**
18   **really not directed at Cuba, per se, but it was**
19   **directed at -- at unseating the regime in Venezuela**
20   **and Cuba was keeping them up and so they had to**
21   **punish Cuba.**
22        **And I said, that's all well and good,**
23   **but you're also punishing 700,000 Americans, many**
24   **of them Floridians.  Is that really your intent?**
25        **And the president -- and I think it was**

Page 149

1    **during the call with Pompeo -- said, listen, I'd**
2    **really like to help these people and still get what**
3    **we want to get done and punish Cuba.  So can we**
4    **work on seeing if there's a way to do that?  And I**
5    **suggested to the president, worst case if you**
6    **couldn't come up with a way to do that to give us**
7    **at least, you know, six months or a year notice so**
8    **we could gracefully get out of the business without**
9    **messing up 700,000 Americans' vacations.**
10        **He seemed very positive about that, and**
11   **he asked Mulvaney to follow up with Rubio as he**
12   **said -- Tandy said in her discussions with Rubio,**
13   **he was willing to support having us, you know,**
14   **phase out.**
15        **And so the president asked Rubio --**
16   **sorry.  He asked Mulvaney to see if there's a way**
17   **to work this out with Rubio and ask Tandy to kind**
18   **of help in that process, and that's the way the**
19   **meeting ended.**
20   BY MR. MARTINEZ:
21        Q.  And then after the meeting, you send
22   this email to the White House; correct, sir?
23        **A.  I -- I -- I don't know -- I just -- I**
24   **can't recall the timing of these various things.**
25        Q.  All right.  But you don't deny sending

Page 150

1    this email to President Trump's assistant Madeleine
2    Westerhout?
3        A.  No.
4        Q.  Okay.  Did you write this email?
5        A.  Probably not.
6        Q.  Who wrote it for you?
7        A.  My guess, it would be the lawyers and
8    Tandy, probably.
9        Q.  Carnival Corporation's lawyer?
10       A.  I would guess.
11       Q.  Okay.  So let's go over --
12       A.  I don't write that well.
13       Q.  Let's go over the letter -- the email.
14   Excuse me.  So I'm directing your attention to
15   Exhibit 136, and it's an email from Micky Arison to
16   President Trump's assistant, Madeleine Westerhout,
17   and I'm going to read the portion under President
18   Trump.
19       So you write:  President Trump, quote, I
20   wanted to follow up on our discussion regarding
21   Cuba.  The news is reporting that Title III of
22   Helms-Burton, the Cuba lawsuit ban, will be fully
23   lifted today.
24       And then you go on to say, if there are
25   no exceptions or clarifications, we would be

Page 151

1    subject to significant risk, significant legal
2    liability for our use of the ports.  Let me read
3    that again, sir.  It says, quote -- in the third
4    sentence, quote, if there are no exceptions or
5    clarifications, we would be subject to significant
6    legal liability for our use of the ports.
7        Let me stop right there.  What did you
8    mean by that?
9        A.  Well, the way I interpret it is that we
10   had been getting threatened of significant lawsuits
11   despite the fact that we don't think that it
12   applies to us, that there was a travel exception.
13   And we wanted clarification because we felt it
14   didn't apply to us.  We felt that he didn't feel it
15   applied to us, but the language was unclear.
16       Q.  Now, the lack of clarity in the
17   language, was that lack of clarity in the language
18   also present during the time that Carnival cruised
19   to Cuba?
20       A.  I wasn't aware of it at all.  So I mean,
21   again, this only became because of -- and I
22   couldn't think of the word, but it's in the letter
23   now that because of the lawsuit ban, it wasn't an
24   issue.
25       Q.  Well, you say here --

Page 152

1        A.  This ban -- this ban was in effect -- it
2    had been in effect for decades.  There was no
3    reason to believe at the time we went in that that
4    would change.
5        Q.  Well, it says here in your email:  If
6    there are no exceptions or clarifications.
7        The lack of exceptions and the lack of
8    clarifications, that existed, did it not, sir,
9    prior to the time that Carnival decided to cruise
10   to Cuba?
11       A.  I assume so --
12       MR. SINGER:  Object to form.
13       A.  -- but, again, the ban existed as well.
14   BY MR. MARTINEZ:
15       Q.  Well, did you make that request, sir?
16   Did you make that request of the Obama
17   Administration, to put that clarification in the
18   law prior to the time that Carnival cruised to
19   Cuba?
20       A.  I don't know whether we did or we
21   didn't.  I don't think we did but, again, the ban
22   was in effect, so it was a nonissue.
23       Q.  When you say the ban was in effect, what
24   are you talking about, sir?
25       A.  It says right there.

Page 153

1        Q.  What ban, sir?
2        A.  It says the Cuba lawsuit ban will be
3    fully lifted.  That ban that I'm referring to in
4    this letter was in effect for decades.
5        Q.  Which ban is that?
6        A.  Banning the -- banning -- banning the
7    suit.
8        Q.  Banning the right to bring a lawsuit?
9        A.  You tell me.  You're the lawyer.
10       Q.  Well, sir, aren't you aware, sir, that
11   the liability attached irreversibly the time that
12   the Helms-Burton law Title III came into effect --
13   liability attached irreversibly to anybody that
14   trafficked in confiscated property --
15       MR. SINGER:  You're asking now for a
16       legal conclusion.  And also in answering that,
17       Mr. Arison, please don't reveal any
18       discussions with counsel.
19   BY MR. MARTINEZ:
20       Q.  Go ahead, sir.  You may answer, sir.
21       A.  I -- I -- I have no idea.  I'm not a
22   lawyer and, again, the ban was in effect, so we
23   were going there like we were going anywhere else.
24       Q.  Well, when you say the ban was in
25   effect -- you brought it up, so I wanted to follow

Page 154

1  up with you --
2      A.   I didn't bring it up.  You brought up
3  this letter -- this letter -- the first sentence of
4  it talks about the ban.
5      Q.   Right.  It talks about the ban.  So my
6  question to you is, since you mentioned that that's
7  the ban of filing a lawsuit, were you aware that
8  the liability that attached to somebody trafficking
9  in confiscated property was in effect in the time
10  that the Helms-Burton law came into effect?
11  Regardless of whether or not the lawsuit ban
12  existed, were you aware of that?
13          MR. SINGER:  Objection.  The same
14      question asked a moment ago, and it also calls
15      for legal opinion.  And in answering this,
16      again, don't reveal any privileged
17      communications with counsel.
18  BY MR. MARTINEZ:
19      Q.   Go ahead, sir.
20      A.   I don't know if I was aware or not.  I
21  don't recall.
22      Q.   And your email to President Trump's
23  assistant says -- it goes on to say, the first
24  paragraph, quote, we do not own the ports or even
25  manage them, but because we use them, we could be

Page 155

1  deemed as trafficking in confiscated property.
2      What did you mean by that, sir,
3  trafficking in confiscated property?
4      A.   I have no idea.  I assume that's what we
5  were being accused of and openly accused of by
6  yourself or your client or other clients, I guess.
7      Q.   Well, sir, as of April 2019, no lawsuits
8  had been filed against your company for violating
9  Helms-Burton.  So my question to you is when you --
10      A.   The context of this email was about a
11  lot of noise about this issue, and the noise
12  included those kind of languages.
13      Q.   Well, what I'm asking you, sir, is when
14  you write here, quote, we do not own the ports or
15  even manage them, but because we use them, we could
16  be deemed as trafficking in confiscated property.
17  My question is:  What did you mean by trafficking
18  in confiscated property?  Just that, sir.
19          MR. SINGER:  Objection.  Asked and
20      answered.  Go ahead.
21      A.   I also was trying to explain how absurd
22  the whole concept is.  All we did was book a pier
23  and use a pier, like we do in 700 ports around the
24  world.  We didn't buy it.  We didn't -- we didn't
25  foreclose on it.  We didn't manage it.  We did none

Page 156

1  of those things.
2  BY MR. MARTINEZ:
3      Q.   Well, by the time you started
4  cruising -- by the time that Carnival Corporation
5  began cruising to Cuba and using the Sierra Maestra
6  Terminal, Carnival Corporation knew that that port
7  had been confiscated from the Havana Docks
8  Corporation.  We've seen those documents, haven't
9  we, sir?
10          MR. SINGER:  Object to the form.  It
11      misstates the facts in evidence, but you can
12      answer.
13  BY MR. MARTINEZ:
14      Q.   Sir?
15          Before Carnival Corporation began
16  cruising to Cuba and using the Sierra Maestra
17  Terminal, isn't it a fact that Carnival Corporation
18  knew that that terminal had been confiscated by the
19  Cuban Government from the Havana Docks Corporation?
20          MR. SINGER:  It misstates the facts.
21      A.   Maybe.
22  BY MR. MARTINEZ:
23      Q.   Maybe?
24      A.   No.  I mean, in the context of operating
25  all over the world, virtually every port we operate

Page 157

1  in -- I shouldn't say every, but in many, many
2  ports we operate in are owned by governments,
3  including the Port of Miami, where the islands
4  of -- of what is now Dodge Island -- were they
5  owned by somebody before?  I don't know.  I mean.
6      Q.   But that's not my question --
7      A.   No, but it is my point.  My point is, we
8  operated all over the world, and we generally
9  request berths for either -- from either government
10  entities or managers who operate for government
11  entities.  There's nothing unusual about Cuba.
12      Q.   Well, sir, let's do this.  Let me put
13  this letter aside for one second.  We'll continue
14  with it, but, Ellie, I want you to put up Exhibit
15  No. 11, previously shown to Mr. Arison.  Put up
16  there, sir, Exhibit No. 11.
17          MR. SINGER:  And when you get to a
18      suitable stopping point -- we've been going
19      for another hour or so.  So when you get to a
20      point, let's take a short break.
21          MR. MARTINEZ:  All right.
22  BY MR. MARTINEZ:
23      Q.   No. 11, sir --
24      A.   No. 11 of what?
25      Q.   It's about to open up.  You've seen it

Havana Docks v. Carnival                                             Micky Arison | 5/4/2021

Page 158

1  before, sir.  It's a PowerPoint.  Mr. Israel
2  identified it.  It's a Carnival Corporation
3  PowerPoint.  And --
4      **A.  It says, already exists.  Do you want to**
5  **replace it?**
6      Q.  There you go.
7         The first page is destination Havana,
8  Plaintiff's Israel Exhibit No. 11.  And if you go
9  to slide number seven -- and I've shown this to you
10 before, today, sir.  Are you there?
11     **A.  No, I'm not there because it wouldn't**
12 **come up.  Let me try again.  Hold on.  Okay.  I got**
13 **it.**
14     Q.  All right.  Open it up, and please go to
15 slide number seven, page 7.
16     **A.  I can't see the page numbers.**
17     Q.  In the bottom right, sir, of each slide.
18 It's written in red.
19     **A.  I see it.  Sorry.  I see it.**
20     Q.  Okay.  And the top it says, Sierra
21 Maestra Terminal pier number one.  Current
22 ownership and ownership of claims.  It's got
23 several bullet points, and the third bullet point
24 says, 1960, the Cuban Government nationalized the
25 property --

Page 159

1      **A.  Yeah.**
2         MR. SINGER:  Take a moment to read the
3  entire page, if you can, Mr. Arison.
4  BY MR. MARTINEZ:
5      Q.  Sure.  Go ahead and read the entire
6  page.  Good idea.  Just the slide seven, sir.
7  Nothing more than that.
8      **A.  I've got it.  I was just carefully**
9  **reading the term traffic that does not include**
10 **transactions and uses of property incidental to**
11 **lawful travel to Cuba -- which is what we were**
12 **doing -- to the extent that such transaction and**
13 **uses of property are necessary to the conduct of**
14 **such travel.  Well, that's pretty clear.**
15     Q.  In fact, sir, the term --
16     **A.  I don't know why we asked for**
17 **clarification if that was there.**
18     Q.  Well, sir, we're going to talk about
19 that in a second because -- you agree, sir, that
20 the term lawful travel is not defined; correct,
21 sir?
22     **A.  Well, it says that traffic -- traffic**
23 **does not include transactions and uses of property**
24 **incidental to lawful travel to Cuba -- I'm sure**
25 **you'll admit we were doing travel to Cuba --**

Page 160

1      Q.  No, we don't --
2      **A.  -- to the extent that such transactions**
3  **and uses of property are necessary.  Well, of**
4  **course they were necessary.**
5      Q.  No, sir.  We don't admit to that, to
6  answer your question --
7      **A.  Okay.  You don't have to admit to it,**
8  **but it was the only pier in Havana.**
9      Q.  And you agree, sir, that the term lawful
10 travel is not defined in here, is it?
11        MR. SINGER:  Object to form.
12     **A.  I'm just reading what you asked me to**
13 **read; that's all.**
14 BY MR. MARTINEZ:
15     Q.  Is the term lawful travel defined in
16 this document, sir, the one you just read?
17     **A.  As far as I was concerned, we were**
18 **lawfully traveling because we had a license to do**
19 **it.  I mean --**
20     Q.  That's not my question.
21     **A.  Maybe it's more complicated than that**
22 **because I'm not a lawyer, but --**
23     Q.  But my question is, is the term lawful
24 travel defined in what you just read?
25     **A.  I don't know how to answer that**

Page 161

1  **question.  I'm not a lawyer.  I read it as a layman**
2  **to being if you're legally traveling based on a**
3  **legal license that it's lawful travel, but maybe**
4  **that's just too simple for a simple-minded person,**
5  **like me.**
6      Q.  Right.
7         The reason I asked you to look at this,
8  sir, is the third bullet point.  1960 -- you read
9  that.  And you'll agree, sir, that in this bullet
10 point -- this was in Carnival's possession.
11 Mr. Israel testified that it was prepared under his
12 direction -- that Carnival, before it started
13 cruising to Cuba, knew that the dock had been
14 nationalized by the Cuban Government -- the Sierra
15 Maestra Terminal -- isn't that correct, sir?
16     **A.  That's what says, yes.**
17     Q.  Now going back to your letter -- so
18 let's go back to your letter to President Trump's
19 assistant, Exhibit 136, where you say there in the
20 first paragraph, the last -- the first full
21 paragraph to President Trump, the last sentence,
22 quote, we do not own the ports or even manage them,
23 but because we use them, we could be deemed
24 trafficking in confiscated property.
25        So my question to you is this, sir:

Page 162

```
1    What did you mean when you said trafficking in
2    confiscated property?  What did that mean when you
3    wrote that to President Trump?
4        A.  I assume what they were trying to convey
5    is the absurdity of what the accusers, yourself and
6    your client's position would be.  And now I think I
7    was trying to make it clear to President Trump so
8    that he would support a clarification so we
9    wouldn't have to go through what we're going
10   through today.
11       Q.  Specifically, sir, trafficking in
12   confiscated property, just those four words, sir,
13   what did that mean to you when you wrote that to
14   President Trump?
15       MR. SINGER:  Objection.  Asked and
16   answered.
17       A.  That's there because that's what our
18   lawyers assumed that you guys would supposedly say
19   we were doing, even though we don't agree.
20   BY MR. MARTINEZ:
21       Q.  And the confiscated property in this
22   particular lawsuit, that's the Sierra Maestra
23   Terminal, sir?
24       A.  Sorry?
25       Q.  Is the confiscated property in this
```

Page 163

```
1    lawsuit, Havana Docks Corporation versus Carnival
2    Corporation, is the confiscated property the Sierra
3    Maestra Terminal?
4        A.  You keep using that term, but I assume
5    it's the port of Havana.
6        Q.  The one used by Carnival Corporation?
7        A.  The only one in Havana.
8        Q.  Used by Carnival Corporation, sir?  Yes
9    or no.
10       A.  Yes.
11       Q.  Okay.  And you say here, continuing on
12   that same sentence:  And the potential liability to
13   my company alone -- when you say my company, you're
14   referring to Carnival Corporation?
15       A.  Yes.
16       Q.  -- would be well over $600 million --
17       MR. SINGER:  You misread it.  It didn't
18   say well over.  It said would be over.
19   BY MR. MARTINEZ:
20       Q.  You know what?  I guess that was just
21   subconscious.  Let me read it again.
22       And it says here:  And a potential
23   penalty to my company alone would be over
24   $600 million.
25       Where did you get that amount from?
```

Page 164

```
1        A.  I have no idea.  I assume that was -- I
2    shouldn't assume.  I don't know.  Like I said,
3    unlikely that I wrote the letter.
4        Q.  Well, you certainly sent it to President
5    Trump; right, sir?
6        A.  For the purpose of clarifying the
7    language that shouldn't have needed clarification,
8    but apparently our lawyers felt did.
9        Q.  Your lawyers felt that it did need
10   clarification?
11       MR. SINGER:  Well, in answering this, do
12   not go into any discussions with counsel,
13   Mr. Arison.
14       MR. MARTINEZ:  And, Mr. Singer, let me
15   do this, sir.  I anticipate you're going to
16   instruct him, but I need to develop my record.
17   Okay?  So let me do this.
18       Lance, could you please read the
19   question back -- and answer?
20       (The stenographer read back the
21   above-requested portion.)
22   BY MR. MARTINEZ:
23       Q.  And what language are you referring to,
24   sir?
25       A.  What's the question?
```

Page 165

```
1        Q.  What language did your lawyers feel
2    needed clarification?
3        MR. SINGER:  Objection.  To the extent
4    you're asking for communications with counsel,
5    I instruct you not to answer.
6        A.  I also want to correct my language
7    because I made an assumption there, and I really
8    don't know the answer.  So I -- I want to retract
9    my answer because I shouldn't be making assumptions
10   like that.
11   BY MR. MARTINEZ:
12       Q.  Well, sir, let's go on with the letter.
13   It says, quote, fortunately, there's an exemption
14   from legal claims involving businesses that is
15   incidental to lawful travel to Cuba.  And then it
16   goes on.  Quote, while it might appear that such an
17   exemption would protect cruise lines from legal
18   claims, lawful travel is not defined.
19       What did you mean by that, sir?
20       A.  I have no idea.  It seems pretty obvious
21   to me that we were -- that we were -- our travel
22   was lawful travel.
23       Q.  Well, will you agree, sir -- does that
24   speak for itself that lawful travel is not defined?
25       MR. SINGER:  Object to the form.
```

Page 166

1    A.  I don't know the answer to that, but it
2  seems to me were doing lawful travel.
3  BY MR. MARTINEZ:
4    Q.  Well, you wrote that to President Trump.
5  When you wrote to President Trump:  President
6  Trump, lawful travel is not defined, did you mean
7  it or were you making that up?
8    MR. SINGER:  Object.  Now you're just
9  being argumentative.
10  BY MR. MARTINEZ:
11    Q.  You may answer, sir.
12    A.  We were asking for clarification.
13    Q.  When you wrote to President Trump and
14  you said to him, lawful travel is not defined, did
15  you mean that?  Did you mean to communicate that to
16  him?
17    MR. SINGER:  Mr. Martinez, you do not
18  get to ask every question multiple times.  I
19  mean, you asked a question and he answered it.
20  BY MR. MARTINEZ:
21    Q.  Go ahead, Mr. Arison.
22    MR. SINGER:  Asked and answered.
23    A.  Regardless of what's in the letter, the
24  slide you showed me prior was the first time that I
25  recall reading it, and it seems pretty clear to me

Page 167

1  that we were doing lawful travel, sir.
2  BY MR. MARTINEZ:
3    Q.  Now, when you tell President Trump here
4  that lawful travel is not defined, you told him
5  that on April 2019.  Was there a lack of a
6  definition for lawful travel prior to the time that
7  Carnival Corporation began to cruise to Cuba?
8    MR. SINGER:  Objection.  It calls for a
9  legal analysis.
10  BY MR. MARTINEZ:
11    Q.  Go ahead, sir.
12    A.  I don't -- I don't agree with the
13  premise of your question, so I -- you know, I'd
14  rather just not answer it.  I believe what we were
15  doing was lawful travel.
16    Q.  Well, sir, I understand your point of
17  view in this lawsuit, but --
18    A.  Prior to the 15th, we couldn't do it
19  lawfully and we didn't.  When we could do it
20  lawfully, we did.
21    Q.  And when Carnival began to cruise to
22  Cuba in 2016, would you agree, sir, that lawful
23  travel also had not been defined in the act?
24    MR. SINGER:  Again, if you're asking --
25    A.  I believe what we were doing was

Page 168

1  lawful --
2    MR. SINGER:  The document speaks for
3  itself, and you're asking a lay witness about
4  a legal issue.  I object.
5  BY MR. MARTINEZ:
6    Q.  Well, sir, let's continue with your
7  letter.  Maybe we can get some insight into that.
8  And your letter continues -- your email to
9  President Trump continues.
10    Quote, we have requested language to
11  clarify that lawful travel includes current cruise
12  operations in any guidance or regulations that
13  should accompany the policy change, period.
14    Why didn't Carnival Corporation make
15  that same request before cruising to Cuba?
16    MR. SINGER:  Object to the form.
17    A.  No idea.  I don't know if we did or we
18  didn't.  I have no idea.
19  BY MR. MARTINEZ:
20    Q.  And then -- okay.  It says here --
21    MR. SINGER:  I asked about 15 minutes
22  ago, Bob, for you to come to a breaking point,
23  and I'm going to reiterate that.
24    MR. MARTINEZ:  We're almost finished
25  with the letter, Stuart.  And since we got

Page 169

1  back from lunch at around -- I think it was
2  around 12:50 or so -- I'm almost finished.
3    THE WITNESS:  12:46.
4  BY MR. MARTINEZ:
5    Q.  All right.  I'm almost finished with
6  this letter.  Why don't we finish with this exhibit
7  before we take a break.
8    A.  You seem to be very specific.
9    Q.  And then the letter goes on to say --
10  the email to President Trump -- the last sentence
11  of that paragraph, quote, if there's any
12  opportunity to clarify the travel exemption applies
13  to the cruise industry, I would be grateful, close
14  quote.
15    And, again, sir, my question to you is:
16  Why didn't Carnival Corporation request for a
17  clarification to the travel exemption being
18  applicable to the cruise industry -- why didn't it
19  make that request to the Obama Administration prior
20  to cruising to Cuba?
21    MR. SINGER:  It's the same question
22  you've now asked several times.  Asked and
23  answered.
24  BY MR. MARTINEZ:
25    Q.  Go ahead, sir.  It's a different part of

Page 170

1  your email to President Trump.
2     **A.  No idea.**
3     Q.  What's that, sir?
4     **A.  No idea.**
5        MR. MARTINEZ:  All right.  Stuart, if
6  you want your break right now, we can take a
7  break now.
8        MR. SINGER:  Back in ten minutes.
9        MR. MARTINEZ:  Mr. Arison, would you
10  like a break?  Mr. Arison, would you like a
11  break now and for how many minutes?
12        THE WITNESS:  Sounds fine.
13        MR. MARTINEZ:  What did you want,
14  Stuart?  How many minutes?
15        MR. SINGER:  Ten minutes is fine.
16  That's what most of our breaks have been.
17        MR. MARTINEZ:  Ten minutes is fine.
18        MR. SINGER:  How close are you to
19  getting finished with this, now that we've
20  been over three hours on this deposition?
21        MR. MARTINEZ:  I don't know.  The judge
22  gave me two hours more.  So let me take a look
23  at it, Stuart.  Let me look at my notes and
24  talk to my colleagues, but I'm not done yet.
25  Thank you.

Page 171

1        MR. SINGER:  Very good.
2        THE VIDEOGRAPHER:  Off the record at
3  1:56 p.m.
4        (Break from 1:56 p.m. to 2:06 p.m.)
5        THE VIDEOGRAPHER:  On the record
6  2:06 p.m.
7  BY MR. MARTINEZ:
8     Q.  All right.  Mr. Arison, we're back on
9  the record, sir.  You stated the answer to my
10  questions that you thought that what you did was
11  lawful travel.  Do you remember giving me those
12  answers?
13     **A.  Yep.**
14     Q.  What are the facts that support that
15  statement by you?
16        MR. SINGER:  Again, lawful travel is a
17  legal term, but to the extent you can answer,
18  go ahead.
19     **A.  Yeah.  We had a license to operate.**
20  BY MR. MARTINEZ:
21     Q.  What kind of license did you have?
22     **A.  The technical term for it?  I don't**
23  **know.**
24     Q.  Besides that you had a license to
25  operate -- besides that, are there any other facts

Page 172

1  that support your statement that Carnival's cruises
2  to Cuba and use of the Sierra Maestra Terminal was
3  lawful travel?
4        MR. SINGER:  The same objections.
5     **A.  As a layman, prior to the 15th, we were**
6  **not allowed to travel because it was unlawful.**
7  **After the 15th, we were allowed to travel because**
8  **it was lawful.  To me that means what it means, as**
9  **a layman, not as a lawyer.**
10  BY MR. MARTINEZ:
11     Q.  My question to you is, I asked you to
12  identify the facts that support that statement, and
13  you said that we had a license.
14        And my follow-up question to you was:
15  Besides that, quote/unquote, license, what other
16  facts support your statement that your travel to
17  Cuba was lawful travel?
18        MR. SINGER:  The same objection.
19     **A.  I answered the question.**
20  BY MR. MARTINEZ:
21     Q.  Sir, I just need to know any other
22  facts -- the reason I'm asking, sir, is because if
23  you testify at trial -- and your lawyer said that
24  you probably would -- I need to know what you're
25  going to say.  So I'm entitled to ask you this

Page 173

1  question.
2        My question is:  Besides the fact that
3  you identified that you had a license, are there
4  any other facts -- are there any other facts that
5  support your statement that Carnival's travel to
6  Cuba was lawful travel?
7        MR. SINGER:  I'm going to again object.
8  This is more in the nature of an objection to
9  interrogatories and answered several times --
10     **A.  I think I've answered that question at**
11  **least -- I've answered that question at least three**
12  **times.**
13  BY MR. MARTINEZ:
14     Q.  Go ahead, sir.  Can you please answer
15  the question?
16     **A.  Do you want me to say it again?  Yeah.**
17     Q.  I would like for you --
18     **A.  Prior to the 15th -- prior to the 15th,**
19  **we were not allowed to travel and we didn't.  We**
20  **didn't break any laws.  We did not travel.  After**
21  **the 15th and receiving a license and the go-ahead,**
22  **we had travel.  We were able to travel and we did,**
23  **and all our competitors did -- far more than we**
24  **did, actually.**
25     Q.  Besides that license, are there any

Havana Docks v. Carnival                                    Micky Arison   5/4/2021

Page 174

1    other facts that support your statement --
2         A.  I think that's a legal question I don't
3    know the answer to --
4         MR. SINGER:  You know, we're going
5    around and around, Bob.  Asking it four times
6    now doesn't change his answer.  If you don't
7    think that answer is appropriate, then take it
8    to Judge McAliley.  It's a legal question in
9    any event.  So I think it gets to a point
10   where it's harassing the witness.
11   BY MR. MARTINEZ:
12        Q.  And, Mr. Arison, does that license,
13   sir -- does that license include a definition that
14   lawful travel includes cruise operations?
15        MR. SINGER:  Objection.  It calls for a
16   legal interpretation.
17   BY MR. MARTINEZ:
18        Q.  Mr. Arison, would you like to take a
19   break, sir?  We can take break if you want to look
20   at your mail.  That's quite all right.  Would you
21   like to take a break?  I'm serious.
22        A.  No.  I'm fine, you know.
23        Q.  I had a question for you, sir.
24        A.  Go ahead.
25        MR. MARTINEZ:  Mr. Court Reporter, could

Page 175

1    you please read back the question --
2    Mr. Arison -- excuse me, sir.  Sir, if I can
3    get your attention, please.
4         Let's go off the record.  Let's go off
5    the record.
6         MR. SINGER:  Bob, you have the witness's
7    attention.  You're asking the same question
8    repeatedly, and I can see -- you know, if you
9    have a new question, why don't you pose it?
10   BY MR. MARTINEZ:
11        Q.  Mr. Arison, are you paying attention or
12   are you looking at something on your desk?
13        A.  No.  I'm cleaning my nails, actually.
14   Do you mind?  I'm perfectly attentive to you.  I
15   heard your question four or five times, at least.
16        Q.  Sir --
17        A.  Go ahead; ask it a sixth time.
18        Q.  Did that license that you say made your
19   travel lawful to Cuba -- did that license include a
20   definition in which lawful travel included cruise
21   operations?  That's my question, sir.
22        MR. SINGER:  That is a legal question
23   governed by the license, so I object to the
24   question.  Go ahead.
25        ///

Page 176

1    BY MR. MARTINEZ:
2         Q.  Go ahead, sir.  You may answer.
3         A.  As a layman -- I'm not a lawyer -- I
4    understood that it gave us the okay to -- to
5    legally cruise to Cuba just like four, five, six
6    other companies who obviously interpreted it the
7    same way because they started cruising to Cuba
8    after all of them didn't for 50 years.  So,
9    again --
10        Q.  That's not my --
11        A.  So as a layman --
12        Q.  That's not my --
13        MR. SINGER:  Don't interrupt him, Bob.
14   Let the witness finish.
15        Please continue, Mr. Arison.
16   BY MR. MARTINEZ:
17        Q.  Go ahead.
18        A.  I was just going to say I understood
19   that we were legally -- we were doing legal travel
20   to Cuba.  If it wasn't, we wouldn't have been doing
21   it.
22        Q.  Are you finished, sir?
23        A.  Yep.
24        Q.  Okay.  My question is very specific,
25   sir.  Did the license include a definition that

Page 177

1    lawful travel included cruise operations?
2         MR. SINGER:  Again --
3         A.  I never saw -- I never saw the license.
4    BY MR. MARTINEZ:
5         Q.  You never saw the license, sir?
6         A.  I never personally saw the license, no.
7         Q.  Did anybody tell you that the license
8    included a definition that included cruise
9    operations as part of lawful travel?
10        MR. SINGER:  In answering questions
11   about the interpretation of that, do not go
12   into discussions with counsel as those would
13   be privileged.
14   BY MR. MARTINEZ:
15        Q.  Subject to that instruction from your
16   lawyer, sir, can you answer my question?
17        A.  I have no idea.
18        Q.  After your meeting with President Trump,
19   did you have a subsequent conversation with
20   President Trump about cruising to Cuba during the
21   time -- during this time in 2019?
22        A.  Did I have further conversation with
23   Mr. Trump...
24        Q.  About cruising --
25        A.  I believe he called me from

Page 178

1  Air Force One two days after the decree came down
2  banning cruises to Cuba and that we had a
3  conversation at that time.
4      Q.  What did he tell you and what did you
5  tell him?
6      A.  Apparently, I was trying to reach him
7  prior to that because it was clear it was coming
8  down any day, so I was trying to reach him.  He
9  didn't respond to me immediately.  In between, the
10  decree came down.  And I believe he was at the G7
11  meeting in Europe and was flying back two days
12  after and called and asked why I was trying to
13  reach him, and I said, because the Cuba thing came
14  down and the government gave us basically a few
15  hours' notice, including ships that were in Cuba to
16  get out and ships heading to Cuba to turn around
17  and basically alienated 700,000 people.
18      He said he didn't know anything about
19  it.  He said, wow, I didn't know.  Where did it
20  come from?  I said, it came from commerce.  He
21  said, well, you know Wilbur Ross.  Call him.  I
22  said, Mr. President, I'm sorry, but I've never met
23  Mr. Wilbur Ross.  I don't -- I don't know him, and
24  I don't see any point in calling him now -- you
25  know, the gig's up, we've turned the ships around,

Page 179

1  we've canceled all the passengers.  And he said,
2  well, I'll call Wilbur.  And that's the last I
3  heard on the issue from him.
4      Q.  Did you report back to the other
5  executives heading up the other cruise companies
6  about your conversations with President Trump
7  concerning the Helms-Burton Act?
8      A.  I didn't have any conversation with
9  President Trump on Helms-Burton.
10      Q.  Did you report to the other members of
11  the cruise industry -- the leaders of the cruise
12  industry after your conversation in the Oval Office
13  with President Trump?
14      A.  Yes, I did.
15      Q.  What did you tell them?
16      A.  I told them he said he wanted to try to
17  help us and I was hopeful that he would do it --
18      Q.  And --
19      A.  -- but I didn't know in what form that
20  help would take and that he asked that we work it
21  out between -- with Mulvaney -- work it out between
22  him and Rubio.
23      Q.  And did you do that, sir?  Did you have
24  any further conversations --
25      A.  Do what?

Page 180

1      Q.  -- with either Mr. Mulvaney, President
2  Trump's chief of staff, or Senator Rubio?
3      A.  I know that we -- the royal we, not me
4  personally -- but we were having what we believed
5  were constructive conversations with Rubio on a
6  compromise that would have given us time so that we
7  wouldn't have to -- to alienate 700,000 guests and
8  take the financial hit of about half a billion
9  dollars, I believe.  When I say we, I mean the
10  industry.
11      We believed those conversations were
12  going well, and then out of nowhere I get a phone
13  call from Mulvaney saying that it's not going to go
14  our way.  And I said, what does that mean?  And he
15  said, I'm just warning you it's not going your way.
16  And I said, well, I'm surprised because my
17  impression was we were having good, constructive
18  conversations with Rubio.
19      He said, well, I -- I think he said he
20  had breakfast with Mario.  Mario is an old
21  congressional friend of his.  They were in Congress
22  together.  And Mario doesn't want to give you any
23  leeway at all.  I said, but the president wanted it
24  worked out with Rubio, not with Mario.  He said,
25  okay, well, I'll give Rubio a call.  Hung up.

Page 181

1  Never heard from him again.
2      Q.  You never heard from Mr. Mulvaney after
3  that?
4      A.  No.
5      Q.  Did you hear from any other members of
6  the Trump Administration after that?
7      A.  Not on the Cuba issue, no.
8      Q.  Okay.  And with regards to Senator
9  Rubio, that wasn't clear to me, sir, and I
10  apologize.
11      Did you personally speak with Senator
12  Rubio after the meeting in the Oval Office?
13      A.  No.
14      Q.  Did somebody on behalf of Carnival speak
15  with Senator Rubio after the meeting in the Oval
16  Office that you had with President Trump about the
17  Cuba travel?
18      A.  I don't know who else, but I assume
19  Tandy would have.  Like I said, I was getting
20  reports back from Tandy that the discussions were
21  going well and Rubio was trying to find a solution
22  for us that would make him happy and getting what
23  he wanted done and still softening the blow to us.
24  So we were confident that we were heading in the
25  right direction when I got that phone call from

Page 182

1  Mulvaney.
2      Q.  And what -- I don't mean to cut you off.
3  Go ahead, sir.
4      A.  No.  I was just -- I personally don't
5  believe I spoke to Rubio at that time.
6      Q.  And what was the solution that you were
7  pursuing with Senator Rubio?
8      A.  I think -- my recollection was that it
9  was just a delay in the -- in the effective date of
10  stopping cruising so that -- again, we had 700,000
11  passengers booked.  If we had a six-month to
12  one-year delay to wind down the operation, we
13  wouldn't have had to have alienate all those people
14  and cancel their vacations, especially people --
15  people who were already in Havana and people who
16  had already gotten onboard ships and were sailing
17  to Havana.  We disrupted their vacations, and it
18  was totally unnecessary.
19      Q.  Did Senator Rubio ever tell you or
20  anyone at Carnival organization that he did not
21  support the imposition of Helms-Burton liability on
22  cruise liners that used confiscated property?
23      A.  I don't recall talking to him on the
24  issue.
25      Q.  You never spoke to Senator Rubio on the

Page 183

1  issue of Helms-Burton?
2      A.  I don't -- I don't recall.  I might
3  have, but I don't recall.
4      Q.  Did you ever hear back from anyone to
5  the effect that Senator Rubio had no objections to
6  the cruise industry's using ports in Cuba that had
7  been confiscated by the Cuban Government?
8      A.  How did you phrase that question?
9      Q.  Did you hear from anyone, sir -- since
10  you didn't speak with Senator Rubio directly, did
11  you hear from anyone to the effect that Senator
12  Rubio had no objections to the cruise companies
13  using ports in Cuba that had been previously
14  confiscated by the Cuban Government?
15      A.  I think I've already testified that --
16  that Rubio, Diaz-Balart, and Ileana all objected to
17  us cruising to Cuba, period.  I don't know that we
18  talked about specific ports or specific terminals.
19  They didn't want us cruising to Cuba.  They wanted
20  to continue the 50-year-old failed policy against
21  the Castro regime -- a hundred percent.
22      Q.  Do you --
23      A.  So I don't recall talking about ports or
24  piers or terminals with Rubio, just that we agreed
25  to disagree about cruising to Cuba, period.

Page 184

1      Q.  Do you agree, sir, that the Cuban regime
2  is a repressive, brutal regime?
3      A.  I'd rather not comment on my feeling
4  about any particular country or any particular
5  regime.
6      Q.  Do you think they are a democratic
7  government, sir?
8      A.  Obviously not.
9      Q.  Do you think they respect the human
10  rights of their people?
11      A.  I'm not an expert on Cuba.
12      Q.  You're not an expert on Cuba?
13      A.  No.  We sail to a lot of places, sir.
14      Q.  Well, let's talk about Cuba, sir,
15  because there are a lot of Cuban-Americans who
16  support a number of businesses --
17      A.  I agree.
18      Q.  So let's talk about Cuba --
19          MR. SINGER:  Mr. Martinez, this is not
20  an open forum to discuss public policy toward
21  Cuba.  It's a deposition to ask questions that
22  are supposedly relevant to this lawsuit, and
23  the ones you're just asking now are clearly
24  not, and they're not appropriate.
25          ///

Page 185

1  BY MR. MARTINEZ:
2      Q.  Do you know, sir, whether the principals
3  of Havana Docks Corporation and myself would be
4  arrested by the Cuban Government if we were to go
5  to Cuba because we're pursuing a lawsuit pursuant
6  to the Helms-Burton law?
7          MR. SINGER:  Objection.  It calls for
8  speculation.  No predicate.
9  BY MR. MARTINEZ:
10      Q.  Are you aware of that, sir?
11      A.  You don't have the problem here because
12  you're white, so.
13      Q.  I'm sorry, sir?
14      A.  Never mind.
15      Q.  Are you familiar with the San Isidro
16  Movement in Cuba?
17      A.  No, I'm not.
18      Q.  Do you know what that is --
19      A.  Like I said, I'm not an expert -- look,
20  I've been living in Miami a long time.  I have a
21  lot of Cuban friends.  I'm very sympathetic to the
22  situation that Cuba's in, but I also have been here
23  and watched a 50-year failed policy.
24      Q.  Now, you made a reference to the color
25  of my skin, sir --

Havana Docks v. Carnival                                    Micky Arison | 5/4/2021

Page 186

1    A.  Yeah.  I apologize, I apologize, I
2  apologize.
3       Q.  All right, sir.  Apology is accepted.
4         Thank you.
5         All right.  Sir, did you meet with
6  members of the Cuban Government?  Prior to cruising
7  to Cuba, did you have any meetings with or
8  conversations with representatives of the Cuban
9  Government in connection with cruising to Cuba?
10      A.  You're saying on -- when I was in Cuba?
11  Was that the question?
12      Q.  No.  Let me make it clear, sir.  We've
13  already gone over that, and you told me you went
14  there just on pleasure.
15      A.  Right.
16      Q.  So my question is prior to cruising to
17  Cuba in 2016 --
18      A.  Yes.
19      Q.  -- prior to cruising to Cuba, did you
20  have any conversations, whether in person or
21  telephonically, with any member of the Cuban
22  Government with regards to cruising to Cuba?
23      A.  Yes.
24      Q.  And who did you speak with, sir?
25      A.  The US ambassador -- the Cuban

Page 187

1  ambassador to the United States.
2       Q.  Mr. Cabañas?
3       A.  Mr. Cabañas, yes.
4       Q.  Was that in person or by phone?
5       A.  Both.
6       Q.  When did they occur -- let's start with
7  the one in person.
8       A.  He came down and visited us.  You know,
9  I can't remember the dates, but it was prior to us
10  cruising.  He came down and introduced himself and
11  met with us for, I'll say, a half an hour -- mostly
12  a social call.
13      Q.  What did he talk about?
14      A.  I think more often than not, he
15  complained about the blockade and how the Cuban
16  people were being mistreated by the US Government
17  and --
18      Q.  And -- go ahead, sir.
19      A.  Yeah.
20      Q.  And during that conversation when he
21  said that, did you tell him, well, I hear that
22  there are no human rights in Cuba for the Cuban
23  people -- did you bring that topic up?
24         MR. SINGER:  Objection.
25      A.  I didn't -- I didn't view it as my place

Page 188

1  to -- to do that.
2  BY MR. MARTINEZ:
3       Q.  Did you ever at any point in time in any
4  conversation with any member of the Cuban
5  Government tell the Cuban Government that their
6  government should respect the human rights of the
7  Cuban people?
8         MR. SINGER:  Again, objection.  You're
9         far afield from anything that is relevant to
10        this case, and there's not a judge to enforce
11        that here.  You only have your -- you know --
12  BY MR. MARTINEZ:
13      Q.  Go ahead, sir.
14        MR. SINGER:  -- what we should be
15        covering, and you know this is outside that.
16        So I'll let the witness answer, but you know
17        it's not appropriate.
18  BY MR. MARTINEZ:
19      Q.  Go ahead, sir.
20      A.  I didn't -- I didn't think it was
21  appropriate.  I don't think it was our place.  I
22  mean, we were trying to develop, at least, a
23  friendly leadership with Mr. Cabañas so that we
24  could be able to operate on a friendly basis to
25  Cuba.

Page 189

1       Q.  So you could be able to operate your
2  business in Cuba?
3       A.  Yes.
4       Q.  All right.  And so you met with
5  Mr. Cabañas, the ambassador, prior to cruising to
6  Cuba in May.  Did you speak -- you say you spoke
7  with him on the phone as well at some other time.
8       A.  Yeah, I spoke with him a number of times
9  because as the business progressed, they were
10  giving far more of the capacity at the terminals to
11  our competitors, far less to us.  And so I was, I
12  would say, continuously complaining to him that
13  we're not getting our fair share of the capacity of
14  the terminals, and I didn't understand why.
15      Q.  Well, let me ask you, sir.  You're the
16  chairman of the board of Carnival.  Why were you
17  getting into the weeds, so to speak, of berthing
18  capacity for your company?  Isn't that something
19  that logistical people are involved in?
20      A.  Yeah, I wasn't getting into the weeds.
21  I mean, our people were -- you know, our people
22  were talking to the appropriate people in Cuba that
23  made the berth reservations.  They were going down
24  and discussing berth reservations with them.
25        But as I was seeing that we were

Page 190

1　getting -- you know, NCL was making announcement
2　after announcement.  And Royal Caribbean and MSC
3　were making announcement after announcement.  On a
4　couple of occasions I complained to our people, and
5　they suggested I try to lobby Cabañas.  I didn't
6　know anybody else.
7　　　Q.  Were you successful?
8　　　A.  I don't know if you would call it
9　successful.  By happen chance [sic], MSC -- because
10　of the change in the law, MSC already been
11　operating from Havana for many, many years.  And
12　they had held up most of the berths -- I shouldn't
13　say most -- a lot of the berths.
14　　　And they decided to move the Friday
15　Havana ship to Miami to sail from Miami to Havana,
16　freeing up those Friday berths.  When that
17　happened, we were able to get some additional
18　berths.  Still -- still had less than NCL or Royal
19　Caribbean and MSC, but we were able to get some
20　more.  So I'm not sure that had anything to do with
21　my conversation with Cabañas or just lucky at the
22　timing of when MSC decided to move their ship.
23　　　Q.  Did you ever hear any information from
24　your people or other members of the cruise industry
25　that one of the reasons the Cubans weren't giving

Page 191

1　you the berths was because of the size of your
2　ships?
3　　　A.  Well, we knew what ships could get in
4　and what ships weren't getting in.  We were only
5　requesting berths for ships that could get in.  So
6　that really -- I mean, it was an issue for us to
7　choose the right ships, but we weren't requesting
8　the Cuban Government to give us berths for ships
9　that couldn't get in there safely.
10　　　The one complaint they had is that our
11　people weren't responding quickly, that -- because
12　we're so diversified with the numbers of brands
13　that -- you know, brands just weren't -- when they
14　were being offered the berths, they weren't taking
15　them right away, and so the Cubans would give them
16　to somebody else.  That was -- that was the
17　complaint that I was hearing back through --
18　through either Giora or Arnie.
19　　　Q.  Now, Carnival had a number of ships that
20　sailed to Cuba.  And in addition to Havana, they
21　also sailed and cruised to Cienfuegos and Santiago
22　de Cuba.  Are you aware of that, sir?
23　　　A.  You're referring to Fathom?
24　　　Q.  Well, Fathom was one of your companies,
25　wasn't it, sir -- Carnival's company?

Page 192

1　　　A.  Yeah, but we've got the brand and then
2　we've got the corporation.  So the way you asked
3　the question --
4　　　Q.  Let me ask it precisely, sir.
5　　　Carnival had a number of brands that
6　sailed to Cuba.  You've already testified to that.
7　　　A.  Yeah.
8　　　Q.  And in addition to cruising to Havana,
9　some of the ships from those brands, in particular
10　HAL and also Fathom, also cruised to other ports in
11　Cuba; isn't that true?
12　　　A.  Correct.
13　　　Q.  Do you know where Cienfuegos is, sir, by
14　any chance, on the island of Cuba?
15　　　A.  Sorry?
16　　　Q.  Do you know where Cienfuegos -- the city
17　of Cienfuegos is on the island of Cuba?
18　　　A.  No idea.
19　　　Q.  Do you know where the city of Santiago
20　de Cuba is on the island of Cuba?
21　　　A.  Never been anywhere but Havana.
22　　　Q.  Are you aware that there are other
23　cities in Cuba -- cities besides Havana?
24　　　A.  Yeah.  I mean, Giora made us very aware
25　of the potential cities and ports.  Sure.

Page 193

1　　　Q.  Did the Cuban Government ever require
2　Carnival that in order for a Carnival ship to
3　cruise to Cienfuegos, for example, it was required
4　to use the Sierra Maestra Terminal in Havana?
5　　　A.  No.  I'm not aware of that.
6　　　Q.  Did the Cuban Government ever require
7　Carnival that in order for a Carnival ship to
8　cruise to Santiago de Cuba, Carnival had to also
9　cruise and use the Sierra Maestra Terminal in
10　Havana?
11　　　A.  Not -- not that I'm aware of.  If they
12　were going to Havana, that's the only terminal in
13　Havana.  Why would they demand the use of this
14　particular terminal when it's the only terminal?
15　　　Q.  But my question is, did the Cuban
16　Government ever require that for a Carnival ship to
17　cruise to Santiago de Cuba, for example -- I asked
18　it before about Cienfuegos -- that that ship also
19　had to stop at the Sierra Maestra Terminal in
20　Havana?
21　　　A.  Not that I'm aware of.
22　　　Q.  Do you know what the people-to-people
23　program is, sir?
24　　　A.  Am I aware of it?
25　　　Q.  Yeah.  Do you know what that is?

Page 194

1    A. Yeah.
2    Q. Okay. Are you aware that in connection
3  with its cruises to Cuba from the United States,
4  Carnival had certain onboard activities that it
5  would show to its passengers? Are you aware of
6  that?
7    A. I'm aware that -- yes, I'm aware of
8  that.
9    Q. And are you aware, sir, that one of the
10 onboard activities was showing a movie called
11 Fidel, the Humanitarian, the Untold Story?
12   A. No, I'm not aware of that. When I was
13 onboard, I don't recall seeing that.
14   Q. But you weren't aware, sir, that one of
15 the onboard activities that Carnival showed its
16 passengers on the cruises to Cuba was a documentary
17 on Fidel Castro depicting him as a humanitarian?
18 Were you aware of that?
19   A. No, I wasn't aware of that.
20   Q. During any of the times that Carnival
21 cruised to Cuba from 2016 through 2019, did
22 Carnival ever make any payments to any religious
23 organizations in Cuba?
24   A. I have no idea. Don't know.
25   Q. During the time that Carnival cruised to

Page 195

1  Cuba from 2016 through 2019, did Carnival ever make
2  any payments in support of any nongovernment
3  community organizations?
4    A. I have no idea.
5    Q. During the time that Carnival cruised to
6  Cuba, did Carnival ever make any payments to any
7  human rights organizations in Cuba?
8    A. I have no idea.
9    Q. During the time that Carnival cruised to
10 Cuba, did Carnival ever support, financially or
11 otherwise, any workshops in Cuba to teach the Cuban
12 people entrepreneurial skills?
13   A. No idea.
14   Q. And during the time that Carnival
15 cruised to Cuba from 2016 to 2019, did Carnival
16 Corporation do anything to support the dissident
17 groups -- the various dissident groups in Cuba?
18   A. No idea.
19   Q. All right, sir. After it began cruising
20 to Cuba, did Carnival Corporation -- did you, sir,
21 continue your contacts with members of the Cuban
22 Government? You already identified that you spoke
23 to Ambassador Cabañas twice, one in person and one
24 on the phone.
25       Did you have any other conversations

Page 196

1  with Mr. Cabañas or any other members of the Cuban
2  Government after Carnival began cruising to Cuba?
3    A. The only -- the only person would have
4  been Cabañas. We did have a recent conversation
5  with the new ambassador on a Zoom call where she
6  wanted to introduce herself.
7    Q. When was that, sir?
8    A. It was recent, a few weeks ago.
9    Q. And did you initiate it or did she
10 initiate it?
11   A. I believe she initiated it, but I don't
12 really know. I didn't initiate it.
13   Q. And what did she say and what did you
14 say?
15   A. She -- she -- it was really very much a
16 social call. She talked about, you know, life in
17 Washington and the pandemic -- you know, what the
18 situation was with the pandemic in Cuba. She
19 complained, as they always do, about the blockade.
20 And that's about it.
21   Q. Is Carnival prepared to return to Cuba,
22 assuming the restrictions imposed by the CDC were
23 to be lifted and Carnival could otherwise go back
24 to Cuba pursuant to US law?
25   A. If -- if it was legal to do so, I mean,

Page 197

1  I assume we would absolutely do it -- do it, yeah.
2    Q. Why do you say, we would absolutely do
3  it, sir?
4    A. Because we could -- you know, I know the
5  perception is that we decide where we go, but the
6  reality is our guests decide where we go. It's
7  where our guests want to go that we go. And
8  whether that's, you know, in the Caribbean, the
9  Mediterranean, you know, Asia, wherever, there are
10 certain ports of call that are preferred by our
11 guests. And one of those ports is Havana. And
12 clearly we would get very significant demand if we
13 decided to go back.
14   Q. And, in fact, sir, during the time that
15 Carnival was cruising to Cuba, Carnival was able to
16 charge what's called a premium; right, sir, on the
17 prices to the cruises or the itineraries that
18 included stops in Cuba, as opposed to other places
19 in the Caribbean?
20   A. I would say that cruises that included
21 Havana versus other ports in the Caribbean received
22 a premium price, yes, because it had more --
23 because it had more demand than other destinations
24 as they say.
25   Q. And for those of us who are not business

Page 198

1    people like yourself, sir, what that means is that
2    that, in turn, reflects a higher gross revenue to
3    the company; isn't that correct?
4        **A.  Gross revenues, yes; not necessarily**
5    **profits.**
6        Q.  Do you know how much in gross
7    revenues -- gross revenues Carnival Corporation
8    earned from 2016 through 2019 in connection with
9    all of its cruises to Cuba?
10       **A.  I have no idea but understand it was a**
11   **handful of ships.  We operate a hundred ships, so**
12   **it would have been a relatively small, small**
13   **percentage of our revenue and a very, very small**
14   **percentage of our profit because cost to operate to**
15   **Cuba was higher than most places in the Caribbean.**
16       Q.  Did the revenues exceed a hundred
17   million dollars on the cruises where the itinerary
18   included stops in Cuba?
19       MR. SINGER:  Objection.  No predicate
20   with this witness.
21       **A.  I mean, sure -- I'm sure we can get that**
22   **information if we were required to, but I -- I'd**
23   **rather not guess.**
24   BY MR. MARTINEZ:
25       Q.  That's easy to get, that information?

Page 199

1        **A.  Sorry?**
2        Q.  Is that information easy to retrieve?
3        **A.  I don't know about easy.  I don't know**
4    **that we kept -- we kept the data that way.  We**
5    **generally keep the data based on Caribbean or, you**
6    **know, East Caribbean, West Caribbean.  I don't know**
7    **that the information is or isn't easy to retrieve.**
8        Q.  But does Carnival at the conclusion of a
9    cruise tabulate the revenues earned on their
10   cruises?
11       **A.  Sure.**
12       Q.  And the revenues include ticket prices
13   and onboard and offshore excursion activities;
14   correct, sir?
15       **A.  Correct.**
16       Q.  All right, sir.  Sir, during the time
17   that you had your dealings with the Cubans, did you
18   offer -- let me strike that.
19       Did you through Mr. Perez -- Arnaldo
20   Perez, your general counsel, and Mr. Giora Israel,
21   did you extend an offer to the Cubans to connect
22   them with President-elect Trump and his staff?
23       **A.  No.**
24       Q.  Let me show you an exhibit, then.
25       Ellie, put up Exhibit 128, please.

Page 200

1        Exhibit 128, sir, is a document produced
2    by your company.  It's marked confidential, as you
3    can see at the bottom and the top, and in the body
4    of it as well.  And this one is an email.  It's
5    dated November 12, 2016.  The subject matter is
6    Cuban meetings, and it's from Arnaldo Perez,
7    general counsel, to you, to your CEO Arnold Donald,
8    to Christine Duffy, who I believe at that time was
9    the head of Carnival group; is that right, sir?
10       **A.  Carnival Cruise Lines.**
11       Q.  Carnival Cruise Lines.
12       Also, Tara Russell, who at that time was
13   the head of Fathom?
14       **A.  Right.**
15       Q.  And Roger Frizzell, who I believe at
16   that time was your -- equivalent to a public
17   information officer; is that correct?
18       **A.  Correct.**
19       Q.  And copied Giora Israel and Oscar
20   Pascual.  And go ahead and read it, sir.  It's
21   pretty short.  Just out of fairness to you, go
22   ahead and read it.
23       **A.  I guess the majority of this email**
24   **refers to what I was referring to earlier -- was**
25   **the difficulty we were having in getting the berth**

Page 201

1    **requests we wanted to the point that we had to**
2    **cancel some of those requests because time ran out.**
3        Q.  Have you finished reading Exhibit 128,
4    sir?
5        **A.  Yep.**
6        Q.  Okay.  So let me direct your attention
7    to the bottom.  First of all, it appears to be an
8    email to you and to your executives from
9    Mr. Israel -- I'm sorry -- from Mr. Perez in which
10   he describes meetings that he, Mr. Giora Israel,
11   and Oscar Pascual had with Aries Transport in Cuba;
12   is that right, sir?
13       **A.  That's what it says, yeah.**
14       Q.  Okay.  And then, as you can see from the
15   letter at the top, it describes the main purpose of
16   the meeting.  If you go all the way to the bottom,
17   it says, ministry of foreign commerce.  It states
18   here, quote, the foregoing are the highlights of
19   our meeting with Aries -- Aries being a Cuban
20   Government agency -- we also had an extensive (one
21   hour and 45 minutes) and interesting meeting with
22   Maria de la Luz B'Hamel Ramirez of MINCEX (Marilu).
23       And in there, sir, if you flip over to
24   the next page, it states as follows -- well, sir,
25   actually, let me continue with that.

Havana Docks v. Carnival                                    Micky Arison    5/4/2021

Page 202

1     During that -- I'm still on the bottom,
2   ministry of foreign commerce. The second line, all
3   the way to the right, the third sentence, quote,
4   Giora provided an extensive review of our requests
5   for more calls for Adonia and the transition to
6   Paradise. It appeared that Marilu was not aware
7   that Paradise would not be assuming the Adonia
8   itinerary.
9     We explained the reason the Adonia does
10   not make long-term economic sense in the expected
11   long-term competitive environment with larger
12   ships. It was suggested that the best approach
13   would be to address the problems at the non-Havana
14   ports that prevent larger ships from calling.
15     What was your understanding of that last
16   sentence? It was suggested that the best approach
17   would be to address the problems at the non-Havana
18   ports that prevent larger ships from calling. What
19   did you understand by that?
20     **A.  I would interpret that some of these**
21   **other ports, I understood, were far too small and**
22   **that's why we were going in with companies like**
23   **Seabourn and Holland America, which had much, much**
24   **smaller ships to those smaller ports while**
25   **Carnival -- Paradise was the smallest ship they**

Page 203

1   **had, and she couldn't get into any other port.**
2     Q.  Now, Holland America and Seabourn, those
3   were -- during the 2016-2019 time frame, those were
4   companies within the Carnival Corporation group;
5   correct, sir?
6     **A.  Brands, yeah. Brands within the group,**
7   **yeah.**
8     Q.  And those brands had smaller ships;
9   correct?
10     **A.  Right.**
11     Q.  Carnival Cruise Line had the larger
12   ships; correct?
13     **A.  Right.**
14     Q.  Okay. And, in fact, I think both
15   Holland America and Seabourn had ships that could
16   anchor and tender; correct?
17     **A.  Anchor and tender?**
18     Q.  Yes, anchor and tender.
19     MR. SINGER:  Form.
20     **A.  I mean, they could anchor and tender**
21   **anywhere, yeah, but they could also get into the**
22   **smaller ports that the larger Carnival ships**
23   **couldn't.**
24   BY MR. MARTINEZ:
25     Q.  All right. And then it says here,

Page 204

1   quote, Giora also discussed -- and, again, I'm
2   referring to Exhibit 128. Giora also discussed --
3   and this is the conversation with the ministry of
4   commerce -- potential partnership opportunities for
5   Cuba and Carnival. And then it says, quote, the
6   last item discussed was the offer by MA and AD.
7     Is MA -- is that a shorthand way of
8   referring to you, Micky Arison?
9     **A.  Yeah. I'm sure that is.**
10     Q.  And AD, is that a shorthand way of
11   referring to Arnold Donald, the CEO of Carnival?
12     **A.  Yeah.**
13     Q.  So the last item discussed was the offer
14   by MA and AD to discreetly connect the Cubans with
15   the President-elect Trump and his staff. This was
16   very favorably received, close quote.
17     Why did Mr. Israel, Mr. Perez, and
18   Mr. Pascual offer to the Cubans -- extend the offer
19   from you and Mr. Donald to the Cubans to connect
20   them with President-elect Trump? Why did they do
21   that?
22     **A.  Well, I think the context of the**
23   **meeting -- the primary reason for the meeting was**
24   **to get the berths we needed based on the reading of**
25   **the letter. Plus -- and I assume this is areas**

Page 205

1   **that Giora may have gotten involved in.**
2     **We have lots of joint ventures all over**
3   **the Caribbean, operating beaches or attractions.**
4   **We created, you know, the Magic Mountain in Jamaica**
5   **and others. And it could be that he was interested**
6   **to see whether the Cubans would be interested in**
7   **doing some kind of joint venture to create --**
8   **create an attraction with a local partner, if we**
9   **could do something like that. So I'm guessing**
10   **that's what that was about. I'm guessing the offer**
11   **about Trump may have been an attempt to ingratiate**
12   **themselves so they could get the piers they needed.**
13     **As I told you earlier, from the time**
14   **that Mr. Trump announced his candidacy, I had not**
15   **spoken to him or endorsed him or donated to his**
16   **campaign. So I would have been extremely reluctant**
17   **just after the election to try to contact him. So**
18   **there's no way I would have done that, not having**
19   **supported him and not -- and as you may know, he**
20   **does carry quite a, you know, response to people**
21   **that don't support him.**
22     **So I didn't -- I didn't want to raise my**
23   **hand. So, you know, I think that was just a**
24   **strategic way to try to get what they needed from**
25   **the Cubans. I don't -- I don't -- I didn't recall**

Havana Docks v. Carnival                                                    Micky Arison | 5/4/2021

Page 206

1   it until I read it now, and I don't think we did
2   anything about it.
3        Q.  Did you, in fact -- you, Micky Arison,
4   and Mr. Donald extend an offer to the Cubans
5   through Mr. Israel to connect them with Mr. Trump?
6        A.  I don't -- I don't recall doing that,
7   and I don't think I would have done that. I don't
8   know about Arnold.
9        Q.  Now, sir, didn't President Trump include
10  you as a member of an industry group as one of his
11  advisory industry groups?
12       A.  Yeah, later on.
13       Q.  When was that, sir?
14       A.  I don't -- I don't remember.  I never
15  discussed it with him.  I never asked to be
16  included, and I don't recall there ever being a
17  meeting.  There may have been a telephonic -- one
18  telephonic meeting, but I don't recall there being
19  anything else.  I think it was more a PR move than
20  anything else.
21       Q.  Was Mr. Arnold a member of that advisory
22  group?
23       A.  I don't think so.
24       Q.  Was Mr. Frank Del Rio, the CEO of
25  Norwegian, a member of that advisory group?

Page 207

1        A.  I don't think so.  I honestly don't
2   remember.  As I said, it was a rather large group
3   of travel and tourism executives.  And as -- you
4   know, he knew me from -- like I said, from 1987.
5   He put my name in there.  But I don't have recall
6   having any conversations with him on the subject,
7   and I don't think there was any follow-up after
8   that initial meeting.
9        Q.  Now, have you had any conversations with
10  President Biden or any members of his staff or his
11  administration about cruising to Cuba?
12       A.  No.
13       Q.  Sir, let me ask you a question.
14       Do you think it's wrong to use property
15  that you knew was stolen?
16       MR. SINGER:  Objection to the form.
17       A.  I find that question insulting, so I
18  choose not to answer.
19       MR. SINGER:  Bob, if you want to take
20  that to Judge McAliley, go right ahead.
21       MR. MARTINEZ:  No.  I just want to have
22  the jury see it.
23       Thank you, sir.  I have no further
24  questions of you today.  Have a nice day.
25       MR. SINGER:  Okay.  We have no

Page 208

1   questions, and the witness will take the right
2   to review and sign the transcript.
3        MR. MARTINEZ:  Have a nice day, sir.
4        MR. SINGER:  Okay.  Thank you.
5        THE VIDEOGRAPHER:  This concludes the
6   video deposition.  Off the record at 2:53 p.m.
7        (The reading and signing of this
8        deposition was not waived.)
9        (Deposition concluded at 2:53 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 209

1              CERTIFICATE OF OATH
2
3   THE STATE OF FLORIDA:
4                SS.
5   COUNTY OF MIAMI-DADE:
6
7
8
9
10       I, Lance W. Steinbeisser, Registered
11  Professional Reporter, Notary Public, State of
12  Florida, certify that MICHAEL "MICKY" MEIR ARISON
13  personally appeared before me and was duly sworn on
14  May 4, 2021.
15       Signed this 6th day of May, 2021.
16
17
18
19
20       Lance W. Steinbeisser, RPR
         NCRA-Certified Stenographic Reporter
21
         Notary Public - State of Florida
22       My Commission No. HH 103421
         My Commission Expires: May 4, 2025
23
24
25

Page 210

CERTIFICATE OF REPORTER

1

2

3

4          I, Lance W. Steinbeisser, Registered

5    Professional Reporter, certify that I was

6    authorized to and did stenographically report the

7    deposition of MICHAEL "MICKY" MEIR ARISON, pages 1

8    through 212; that a review of the transcript was

9    requested; and that the transcript is a true and

10   complete record of my stenographic notes.

11          I FURTHER CERTIFY that I am not a

12   relative, employee, attorney, or counsel of any of

13   the parties, nor am I a relative or employee of any

14   of the parties' attorney or counsel connected with

15   the action, nor am I financially interested in the

16   action.

17

18          DATED this 6th day of May, 2021.

19

20

21          _____

            Lance W. Steinbeisser, RPR

22          NCRA-Certified Stenographic Reporter

23

24

25

Page 211

1          ERRATA SHEET

     DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

2          IN RE: Havana Docks v. Carnival

     CASE NO. 19-CV-21724-BLOOM/MCALILEY

3    WITNESS:  MICHAEL "MICKY" MEIR ARISON

           TAKEN:  MAY 4, 2021

4

5    PAGE   LINE     CHANGE     REASON FOR CHANGE

6          _____

7          _____

8          _____

9          _____

10         _____

11         _____

12         _____

13         _____

14         _____

15         _____

16         _____

17         _____

18         _____

19         _____

20         _____

21         Under penalties of perjury, I declare that I

     have read the foregoing document and that the facts

22   stated in it are true.

23   _____   _____

     Date            MICHAEL "MICKY" MEIR ARISON

24

25

Page 212

1    May 8, 2021

2    MICHAEL "MICKY" MEIR ARISON

     c/o Stuart H. Singer, Esquire

3          ssinger@bsfllp.com

4    IN RE:   Havana Docks v. Carnival

     CASE NO.: 19-CV-21724-BLOOM/MCALILEY

5

     This letter is to advise that the transcript for

6    the above-referenced deposition has been completed

     and is available for review.  Please contact our

7    office at (305)632-4464 to make arrangements for

     reading and signing, or sign below to waive review

8    of this transcript.

9    It is suggested that the review of this transcript

10   be completed within 30 days of your receipt of this

     letter.

11   The original of this transcript has been forwarded

     to the ordering party, and your errata, once

12   reviewed, will be forwarded to all ordering parties

     for inclusion in the transcript.

13

     Sincerely,

14

15

16   Lance W. Steinbeisser, RPR

     NCRA-Certified Stenographic Reporter

17

     Steinotype, Inc.

18   P.O. Box 531108

     Miami Shores, Florida 33153-1108

19

     I do hereby waive my signature.

20

21   _____

     MICHAEL "MICKY" MEIR ARISON

22

23

24

25

Havana Docks v. Carnival                    Micky Arison    |    5/4/2021

| A | | | | |
|---|---|---|---|---|
| **A-L-C-A-L-D-E** 118:21 | 66:13 67:3,16 68:4,22 70:15 71:14 73:4 75:7 82:5,7,10 84:23 | 130:18 152:17 169:19 181:6 207:11 | **agreement** 8:7 **ahead** 70:9 71:3 98:10 107:13 | **Alhambra** 2:5,10 **alienate** 180:7 182:13 |
| **a.m** 1:17 5:6 23:20,21,21,23 59:25 60:1,1,3 76:9,10,10 136:24 | **acquires** 39:11 73:16 **acquisition** 7:21 43:18 44:4 53:5 | **admit** 159:25 160:5,7 **Adonia** 11:20 17:15 18:14,25 | 108:19 111:9 134:12 143:3 153:20 154:19 155:20 159:5 | **alienated** 178:17 **allowed** 75:8 172:6,7 173:19 **allowing** 87:4 |
| **able** 8:23 18:23 26:8 30:20 31:6 45:20 60:23 | 60:7,17 61:14 62:1 63:12 72:1 72:12 82:17 | 19:5 26:12,14 30:4 116:14 121:3 202:5,7,9 | 166:21 167:11 169:25 171:18 173:14 174:24 | **ambassador** 186:25 187:1 189:5 195:23 |
| 72:7,9 83:14 103:3 133:25 148:9 173:22 188:24 189:1 190:17,19 197:15 | 83:2,17 **act** 47:23 68:7 70:3 103:9 117:12 118:7 118:10,16 123:19,20 | **advice** 108:21 109:23 **advise** 212:5 **adviser** 146:19 **advisory** 206:11 206:21,25 | 175:17,24 176:2,17 182:3 187:18 188:13 188:19 200:20 200:22 207:20 **Air** 178:1 | 196:5 **America** 202:23 203:2,15 **American** 103:25 104:18 148:12 **Americans** |
| **above-referenc...** 212:6 **above-requested** 102:24 164:21 | 124:9 126:13 126:24 144:5 147:25 148:5 167:23 179:7 | **advocates** 116:22 **aerial** 25:2,3 **affairs** 119:14 142:6 147:2 | **aircraft** 26:20 **aircrafts** 26:21 27:13 **airplanes** 27:1 | 148:23 **Americans'** 149:9 **amount** 107:16 |
| **absolutely** 94:4 197:1,2 **absurd** 155:21 **absurdity** 162:5 | **action** 131:2 210:15,16 **actions** 100:4 **activities** 194:4 | **affiliated** 51:9 52:24 53:7,7,18 54:2 56:24 114:19 131:1 | **Airtours** 4:8,10 38:1,3 39:1,2,9 39:12,13 40:4,9 40:12 41:13,17 | 163:25 **analogy** 104:15 **analysis** 108:15 111:8 167:9 |
| **accepted** 186:3 **accompany** 168:13 **account** 54:23 | 194:10,15 199:13 **actual** 134:5 **AD** 204:6,10,14 | **affiliates** 52:16 **affirm** 6:4 **afield** 131:8 188:9 | 41:18,21 43:18 44:5,6,12,13 45:3,4,5,22 46:1 49:10,15 | **anchor** 203:16,17 203:18,20 **announced** 205:14 |
| **accounting** 54:20 54:25 55:2,15 **accounts** 4:9,10 | **Adam** 141:5 **addition** 38:9 44:17 45:2 50:1 73:5 74:13 | **afternoon** 114:9 114:10 **agency** 65:4 201:20 | 49:21 50:22 51:1,8,8 53:1,6 53:6,10,16,17 54:6,8,17,19 | **announcement** 190:1,2,3,3 **annual** 4:8 41:12 41:17,22 44:12 |
| 41:12 45:21,22 46:1 **accurate** 24:11 82:4 | 191:20 192:8 **additional** 190:17 **address** 85:3 | **agenda** 144:20 148:2 **agent** 14:13 **ago** 12:22 97:6 | 55:4,7,10,11,18 55:18 56:9,19 56:24,25 57:6,7 58:5,9 59:3,5,7 | 44:12 54:19 **answer** 7:20 8:24 10:12,17 16:15 27:17 37:22 |
| **accused** 148:4 155:5,5 **accusers** 162:5 **acquire** 37:25 | 137:1 202:13 202:17 **administered** 6:3 **administration** | 111:18 154:14 168:22 196:8 **agree** 44:10 116:23 159:19 | 60:6,14,20 61:4 61:9 85:13 **Airtours'** 40:5 60:14 | 59:14 67:23 68:15 69:17 71:3 82:14 95:2 99:3,7,13,14,17 |
| 42:24 **acquired** 39:1 40:3,11 42:18 51:7 61:3,25 62:9 63:2,14 64:20 65:23 | 114:16,18,25 115:1,6 122:25 123:3 127:6,10 127:18 128:9 128:11 130:7 | 160:9 161:9 162:19 165:23 167:12,22 184:1,17 **agreed** 118:4 183:24 | **Akerman** 5:25 **Alcalde** 118:19 118:23 120:13 121:6 122:5 124:1 125:5,10 **Alfonso** 84:16,20 | 99:18,20 100:11,15 101:11 102:4 103:3 108:17 109:13 111:8 111:10 112:4,6 |

112:9,12,13,16
112:21,25
126:20 131:8
153:20 156:12
160:6,25
164:19 165:5,8
165:9 166:1,11
167:14 171:9
171:17 173:14
174:3,6,7 176:2
177:16 188:16
207:18
**answered** 10:13
27:16 37:1,3
59:10 62:20
66:25 67:7
69:22 70:10
75:12 82:14
97:8 100:13
102:22,25
107:22 155:20
162:16 166:19
166:22 169:23
172:19 173:9
173:10,11
**answering** 71:1
109:2 110:19
153:16 154:15
164:11 177:10
**answers** 171:12
**anti** 116:21
**anti-Castro**
116:21
**anticipate** 164:15
**Antilles** 86:12
**antique** 24:7
**anybody** 36:6
114:23,24
115:5,9 125:10
127:16 130:16
141:14 153:13
177:7 190:6
**anyplace** 95:6
**anyway** 69:13
**apart** 110:12
**apartment** 20:17

**apologize** 120:7
129:24 181:10
186:1,1,2
**Apology** 186:3
**apparently** 164:8
178:6
**appear** 46:3
78:19 165:16
**APPEARANC...**
2:1
**appeared** 202:6
209:13
**appears** 24:2
46:4 201:7
**applicability**
123:18 126:12
**applicable**
169:18
**applied** 111:12
151:15
**applies** 151:12
169:12
**apply** 109:11,12
109:20 151:14
**appointed** 15:6
15:10,12,15,17
**appointment**
43:21
**appreciate** 57:25
**Apprentice**
132:17,20
133:4,10,12,12
133:22 134:3
134:22 135:11
**approach** 125:23
202:12,16
**appropriate** 87:5
102:10 113:7
174:7 184:24
188:17,21
189:22
**approval** 143:3,6
**approve** 111:21
111:21
**approximately**
16:11 49:23

50:2,15 51:2
60:16 61:6
**April** 42:17
120:14 135:19
136:24 137:10
138:7,21 145:7
145:13 155:7
167:5
**area** 9:10,21 20:6
90:10
**areas** 204:25
**argue** 112:24
**argumentative**
69:17 100:25
166:9
**Aries** 201:11,19
201:19
**Arison** 1:14 4:3
5:3 6:2,12,13
6:16 7:22 13:7
13:8,23 14:1,5
16:8 24:4 27:17
41:7 43:23
45:20 47:10
51:16 54:21
58:18 60:5
70:13,17 76:16
77:4 88:11 98:1
109:3 112:6
113:16,20
114:9,11
126:21 136:17
136:24 145:20
150:15 153:17
157:15 159:3
164:13 166:21
170:9,10 171:8
174:12,18
175:2,11
176:15 204:8
206:3 209:12
210:7 211:3,23
212:2,21
**Arison's** 47:21
103:22 135:18
**Arnaldo** 119:25

120:12 136:7
199:19 200:6
**Arnie** 3:13 18:20
29:13 65:12,19
71:21 90:25
136:15 191:18
**Arnold** 5:22 9:2
15:25 115:10
120:17,17
130:10 200:7
204:11 206:8
206:21
**arrange** 129:9
130:12 131:25
**arranged** 129:21
131:19
**arrangements**
87:2 212:7
**arrested** 185:4
**artifacts** 20:6
**Asia** 197:9
**aside** 109:18
110:2,3,7
111:11,15,18
127:7,15
128:12,13
157:13
**asked** 27:15 36:8
37:1 59:10
73:25 75:11
82:14 84:7 97:6
98:7 115:2
129:24 144:13
149:11,15,16
154:14 155:19
159:16 160:12
161:7 162:15
166:19,22
168:21 169:22
169:22 172:11
178:12 179:20
192:2 193:17
206:15
**asking** 61:17,21
61:24 66:19,21
71:6 73:24

82:12 95:4 99:5
99:9 104:14
110:22,23
112:9 129:17
153:15 155:13
165:4 166:12
167:24 168:3
172:22 174:5
175:7 184:23
**assistance** 23:18
**assistant** 131:21
136:25 150:1
150:16 154:23
161:19
**assisting** 137:20
**associated** 49:9
**association** 119:1
123:8 140:16
**assume** 12:18
24:12 26:16
41:19,24 44:15
47:16 56:7
57:10 64:11,14
64:15,18 67:8
67:12 78:13
94:22 95:19
97:2,16 98:2,20
99:21,25
122:22 130:9
138:25 152:11
155:4 162:4
163:4 164:1,2
181:18 197:1
204:25
**assumed** 16:3
71:9 162:18
**assuming** 139:9
196:22 202:7
**assumption**
87:22 165:7
**assumptions**
165:9
**AT14** 45:13,16
**AT7** 40:20,24
**attached** 85:24
88:7,9 89:8,14

153:11,13
154:8
**attacked** 148:6
**attempt** 205:11
**attend** 12:3,5
**attended** 12:9,10
**attention** 9:23
32:15 41:14
42:1 43:12 46:6
52:3 80:6 91:4
92:12 105:8,22
118:9 124:3
125:18 126:11
126:17,23
137:7 150:14
175:3,7,11
201:6
**attentive** 175:14
**attorney** 210:12
210:14
**attorney-client**
70:25 109:14
112:2,21
**attraction** 205:8
**attractions** 205:3
**attribute** 48:13
**attributing** 60:20
**audit** 44:19,21
**authorization**
36:1,8,22 37:9
37:15 56:18
59:6 65:24 68:6
68:25 69:4
70:19 71:7 75:5
83:14,16
**authorize** 17:24
**authorized** 18:5
79:6 210:6
**available** 212:6
**Avenue** 3:8
**aware** 29:8 31:17
33:6,16 35:2,7
54:18,21 55:4
57:1,2,4 58:2,5
58:5,7 73:5
74:20 77:1

78:18 83:13,19
86:23 96:16,21
97:15 106:19
106:20 107:7
107:15 109:9
109:10 111:3,4
114:22 125:14
130:20 151:20
153:10 154:7
154:12,20
185:10 191:22
192:22,24
193:5,11,21,24
194:2,5,7,7,9
194:12,14,18
194:19 202:6

**B**

**B'Hamel** 201:22
**Babun** 32:2,5
**back** 16:15 44:16
46:2 48:23
58:25 59:13
65:21 67:20,22
76:5 78:7,20
86:20 87:24
100:18,21,22
102:18,21,23
113:25 134:24
134:25 142:22
161:17,18
164:19,20
169:1 170:8
171:8 175:1
178:11 179:4
181:20 183:4
191:17 196:23
197:13
**background** 12:3
**Bahamas** 97:23
**Ballard** 137:14
137:15,18,23
**ban** 150:22
151:23 152:1,1
152:13,21,23
153:1,2,3,5,22

153:24 154:4,5
154:7,11
**banning** 153:6,6
153:6,8 178:2
**Barack** 114:12
114:21 115:1
**Barbados** 135:1
**based** 26:16 46:2
50:14 54:13
78:6,17 87:21
121:12 139:10
161:2 199:5
204:24
**basically** 8:8
19:25 20:4
104:19 116:14
141:21 178:14
178:17
**basis** 188:24
**Bates** 30:9 32:11
32:15 34:7
77:22
**Beach** 1:19 6:18
**beaches** 205:3
**bedridden** 20:16
**began** 105:7
156:5,15 167:7
167:21 195:19
196:2
**beginning** 33:1
89:18 94:2
**beginning/mid...**
87:4
**behalf** 2:2,7,12
2:17 3:1,6 5:20
143:4 181:14
**believe** 7:3,16
10:24 12:1 14:7
14:7 15:18 16:6
16:10 17:22
18:15 19:19
21:13,16 28:23
30:12 38:12,15
40:6,6,17 48:9
51:12 54:24
62:20 63:9,17

65:7,12 66:25
90:17 92:4
103:21 105:13
107:22 110:7
116:7 117:3
120:19,20,23
129:4,4,7
131:18 134:4
134:24 137:16
138:13 141:16
142:6 145:12
146:2 147:4
152:3 167:14
167:25 177:25
178:10 180:9
182:5 196:11
200:8,15
**believed** 180:4,11
**beneficially** 61:5
**berth** 189:23,24
200:25
**berthing** 189:17
**berths** 157:9
190:12,13,16
190:18 191:1,5
191:8,14
204:24
**best** 13:22 90:9
90:10 99:3
107:23 202:12
202:16
**better** 8:23 34:15
84:1
**Biden** 207:10
**big** 116:24 118:5
**billion** 180:8
**bit** 12:2 73:1
128:6
**black** 95:5,5
**blank** 116:3
**blockade** 187:15
196:19
**blow** 80:12
181:23
**board** 8:5,21 9:5
15:16,20 16:2

41:22 43:20,24
44:18,22,25
46:2 50:23
53:14 54:7 58:8
61:16,18 62:2,6
62:7,11,15
68:22 69:19
70:14 71:17
78:7 85:21 88:4
94:18 95:16,25
96:3,4,4,6,7,8
96:11,15,15,21
97:1,2,8,12,16
98:1,20 99:22
104:10 108:4,9
108:23 189:16
**boards** 8:20,22
**Bob** 5:13 22:7
30:6,11 40:25
42:4 53:20
58:17 61:21
71:5 75:23 76:1
88:15 98:24
120:4 135:21
168:22 174:5
175:6 176:13
207:19
**bob@colson.co...**
2:4
**body** 200:3
**Boies** 2:13,18 3:2
5:19
**Bolton** 144:21
146:3,4,18
148:3
**Bolton's** 144:22
**Bondi** 4:15 119:4
119:6 136:7,14
137:4,10,19,22
138:2,1 146:5,7
147:1,8,8
**Bondi's** 138:2
**book** 36:12,14,15
36:18 155:22
**booked** 148:11
182:11

**bottom** 25:2 31:4
32:16 46:19,20
47:1 52:5 81:11
86:21 120:13
136:5,16,17
137:8 158:17
200:3 201:7,16
202:1
**Bouleard** 2:15
**Boulevard** 2:20
3:3
**box** 22:14,15
23:13 81:10
212:18
**branch** 81:9,10
**branches** 81:4
**brand** 38:17
55:19 192:1
**brands** 10:1
11:12 52:17
53:22,23 54:1
81:24 191:12
191:13 192:5,9
203:6,6,8
**break** 23:21
34:17 58:14,18
58:22 59:21,21
59:22 60:1 76:2
76:4,4,10 113:5
113:7,10,17,22
157:20 169:7
170:6,7,10,11
171:4 173:20
174:19,19,21
**breakfast** 180:20
**breaking** 168:22
**breaks** 170:16
**Brian** 137:23
138:10,12,14
**brief** 142:5
**briefed** 31:15
140:8,9 141:5
141:22 142:4
142:14 148:7
**bring** 118:9
125:17 126:11

126:16,22
153:8 154:2
187:23
**bringing** 127:2
**broader** 104:22
**brochure** 75:17
75:18 76:18,19
77:17
**Brothers** 27:1
**brought** 110:6
118:16 144:23
146:8 153:25
154:2
**brutal** 184:2
**BT** 23:11 88:22
**Building** 33:22
**bullet** 158:23,23
161:8,9
**bunch** 23:7,8
**Burnett** 133:15
133:15 134:2,4
**business** 8:3 9:8
9:13,17 11:4
13:22 28:10
38:7,9 71:19
73:3,16 78:15
83:17 90:11
93:23 94:1,5,9
94:11,11,19,20
94:23 95:10,18
96:22 116:21
124:10 132:15
132:23 133:4,8
133:8,18
141:24 148:13
149:8 189:2,9
197:25
**businesses** 7:25
133:13 165:14
184:16
**buy** 155:24
**BV** 81:6

_____
**C**
_____
**C** 79:23
**c/o** 212:2

**Cabañas** 187:2,3
188:23 189:5
190:5,21
195:23 196:1,4
**calculated** 16:16
**call** 19:3 108:21
109:16 110:3
129:4,8 136:21
142:16 149:1
178:21 179:2
180:13,25
181:25 187:12
190:8 196:5,16
197:10
**called** 13:9 19:9
20:3 22:17
23:11 29:9,16
37:25 74:16
79:11 81:6,18
112:18 129:5,7
134:8 147:7
177:25 178:12
194:10 197:16
**calling** 70:22
110:15 112:1
178:24 202:14
202:18
**calls** 68:9 70:7
98:6 100:6
104:8 108:15
111:7 135:1
141:17,21
154:14 167:8
174:15 185:7
202:5
**campaign** 130:24
131:3 205:16
**cancel** 182:14
201:2
**canceled** 179:1
**candidacy**
205:14
**capacity** 65:20
68:21 101:12
189:10,13,18
**capital** 42:19,20

**caption** 46:17
86:13
**carefully** 159:8
**Caribbean** 13:10
123:7,16
140:15 190:2
190:19 197:8
197:19,21
198:15 199:5,6
199:6 205:3
**caring** 78:22
**Carnival** 1:8 5:4
5:20,22 6:20,22
7:4,11 8:11,12
8:25 9:7,12,18
9:25,25 10:7,23
11:2,5,12,15,18
12:24 14:4,9
15:5,7,13,22
16:2,9,20,25
28:8,12,20,21
28:25 29:9
31:17,22 33:7
33:17 35:7,24
36:20,21 37:6
37:15,24 38:25
39:5,8,11,16,19
40:3,4,11,13
42:17,17 43:17
44:1,5,14 45:2
47:17,23 48:8
48:17,17,25
49:14,20 50:21
51:1,7,23 52:22
53:15 54:5,7,17
54:18 55:3,10
55:17,25 56:4
56:17 57:7 59:4
59:5 60:6,9,15
61:2,5,11,15,25
62:7,9,16,19
63:2,6,13,13
64:20,21 65:22
66:13 67:3,16
68:3,22 70:14
70:24 71:14,17

73:4,15 75:6,7
80:5,18 81:1,14
82:17 83:2
84:23 85:13
90:24 92:8,13
92:20 93:13
94:2,19,22
95:17,17 96:16
96:17,22 97:1,3
97:13,13 98:1,3
98:18,21 99:22
104:11 105:7
107:17 108:11
114:16,20
115:11,12,21
117:11 118:10
119:10,11
120:17,24
121:18 122:10
127:9 130:5,16
130:18 132:22
133:5,22,23
135:10 137:11
138:7 147:1
150:9 151:18
152:9,18 156:4
156:6,15,17
158:2 161:12
163:1,6,8,14
167:7,21
168:14 169:16
181:14 182:20
189:16 191:19
192:5 193:2,2,7
193:7,8,16
194:4,15,20,22
194:25 195:1,5
195:6,9,10,14
195:15,20
196:2,21,23
197:15,15
198:7 199:8
200:9,10,11
202:25 203:4
203:11,22
204:5,11 211:2

Havana Docks v. Carnival                    Micky Arison  |  5/4/2021

212:4
**Carnival's** 48:8,9
 49:10 51:9 53:5
 53:6,18 56:24
 60:13 71:18
 99:23 100:4
 102:11,14
 108:11 114:12
 114:21 115:23
 127:11 128:12
 129:1 130:7
 138:6 161:10
 172:1 173:5
 191:25
**carry** 205:20
**cars** 24:7 26:17
**case** 1:2 43:10
 52:22 101:24
 102:8 116:23
 133:23 149:5
 188:10 211:2
 212:4
**Casey** 2:9 5:15
**cash** 50:2,14
**casino** 132:12
**Castro** 126:3
 183:21 194:17
**category** 52:18
**cause** 6:5
**CDC** 196:22
**CEO** 8:25 15:5
 15:10,11,13,22
 36:21 39:6,7
 40:9 62:6 65:20
 71:16 94:19
 115:11 120:17
 200:7 204:11
 206:24
**certain** 39:20
 71:18 94:6 95:6
 95:9,12 194:4
 197:10
**certainly** 31:8
 54:5 144:18
 145:17 164:4
**CERTIFICATE**

4:20,21 209:1
 210:1
**CERTIFICAT...**
 4:18
**certification**
 77:23
**certified** 77:20
 107:3
**certify** 209:12
 210:5,11
**CFO** 39:24
**chair** 82:2
**chairman** 6:20
 6:22 15:5,15,17
 16:1 36:16,20
 39:6,7,17,20
 40:9 43:25,25
 62:7 63:9 65:21
 71:16 96:14,15
 97:12 98:1
 99:22 101:13
 104:10 123:4
 123:13 141:12
 143:20 189:16
**chairman's**
 42:11
**chance** 126:7
 190:9 192:14
**change** 110:5
 152:4 168:13
 174:6 190:10
 211:5,5
**changed** 39:25
 84:5,5
**CHANGES**
 211:1
**charge** 122:6
 197:16
**Charles** 3:8
**chart** 46:19,19
 46:20,25 47:1
 48:23 49:8 52:6
 52:6,7,9,14
 54:13 79:23
 80:2,2,23,25
**charts** 79:25,25

80:4
**chat** 22:3,14,15
 23:10
**check** 18:16
**chickens** 20:16
**chief** 40:1 43:21
 128:9 146:23
 146:24 180:2
**children** 17:3
**choose** 95:7
 191:7 207:18
**Christer** 43:20
**Christine** 200:8
**Cienfuegos**
 191:21 192:13
 192:16,17
 193:3,18
**Circle** 2:5,10
**cities** 192:23,23
 192:25
**citizens** 104:18
**city** 9:21 19:23
 19:23 192:16
 192:19
**civilian** 26:20
 27:1,13
**claim** 33:19
 34:24 35:1,1,3
 35:10,18 40:23
 106:16,17
 107:3 110:1
**claimants** 110:1
**claims** 33:20
 34:23 105:11
 106:1,21 107:1
 107:2 158:22
 165:14,18
**clarification**
 151:13 152:17
 159:17 162:8
 164:7,10 165:2
 166:12 169:17
**clarifications**
 150:25 151:5
 152:6,8
**clarify** 168:11

169:12
**clarifying** 164:6
**clarity** 151:16,17
**cleaning** 175:13
**clear** 58:13 59:2
 59:12 62:25
 63:1 66:23
 74:10 79:4
 110:11 112:24
 129:23 140:19
 144:8 159:14
 162:7 166:25
 178:7 181:9
 186:12
**clearly** 10:20
 27:3 54:8
 102:22 108:16
 118:2 125:25
 184:23 197:12
**CLIA** 119:1
 122:7 138:13
 142:1,7,10,15
**click** 22:15 23:4
**clicked** 23:5,14
**client** 3:9 155:6
**client's** 162:6
**clients** 155:6
**close** 24:17 26:2
 26:3 30:3 40:22
 44:2 45:15
 83:22 84:8
 113:9,12
 122:15 169:13
 170:18 204:16
**code** 121:10,11
 121:12,13,15
 121:16,18,19
**coins** 13:18
**colleagues** 137:5
 170:24
**collected** 13:17
**college** 12:3,9,10
 12:14,16,17
**color** 185:24
**Colson** 2:3,8 5:13
**column** 46:20

47:7
**columns** 43:13
**com** 48:14
**combination**
 134:3
**combined** 8:1
**come** 10:20 18:21
 76:5 94:9
 109:22 111:24
 112:19 123:20
 132:13 138:20
 138:23 139:12
 149:6 158:12
 168:22 178:20
**comfortable**
 74:24
**coming** 115:16
 116:23 148:5
 178:7
**comment** 87:3
 184:3
**commerce**
 178:20 201:17
 202:2 204:4
**Commission**
 33:21 34:23
 51:24 53:13
 107:2 209:22
 209:22
**commitments**
 85:23 88:6
**committee** 29:9
 29:10,16,17,17
 29:21 44:19,21
 44:23 92:14
 123:14 131:2
 140:21 141:1
 142:15 143:22
 143:24,24
**committees**
 44:22,25
**communicate**
 125:10 166:15
**communications**
 109:14 111:24
 112:3 128:25

142:11 154:17
165:4
**community** 12:9
12:10,14,16
195:3
**companies** 7:4,25
9:3,4,5 47:22
81:21 82:5,9
104:18,19
123:22 133:16
133:20 176:6
179:5 183:12
191:24 202:22
203:4
**company** 6:25
7:7,11,24 10:5
10:25 11:1,3
13:5,6,9,25
16:12 36:7,17
37:25 42:21
43:3 44:24 49:5
52:16 54:15,23
59:7 60:22
69:11 71:20
74:16 79:11,15
79:16 81:5,18
82:1 83:15
91:24 92:2,20
93:24 107:21
119:16 120:20
139:22 155:8
163:13,13,23
189:18 191:25
198:3 200:2
**company's** 48:20
**compel** 100:16
**competitive**
202:11
**competitors** 92:6
135:8 173:23
189:11
**complained**
187:15 190:4
196:19
**complaining**
189:12

**complaint**
191:10,17
**complete** 60:6
210:10
**completed** 62:1
72:1,13 82:17
90:11 212:6,9
**completely** 44:8
**complex** 48:14
50:6
**complicated**
50:19 160:21
**complied** 90:16
**comply** 101:13
101:17
**complying** 69:14
101:16,20,21
103:1,8
**compromise**
180:6
**concept** 155:22
**concern** 144:12
**concerned** 74:25
141:23 160:17
**concerning** 179:7
**concerns** 126:12
**concession** 33:22
**concluded** 208:9
**concludes** 208:5
**conclusion** 68:10
70:7 98:6 100:7
104:8 153:16
199:8
**condition** 20:18
**conditions** 95:9
**conduct** 159:13
**conference**
141:21
**confident** 181:24
**confidential**
30:23 31:23
33:7,18 35:9
200:2
**confiscated** 33:8
153:14 154:9
155:1,3,16,18

156:7,18
161:24 162:2
162:12,21,25
163:2 182:22
183:7,14
**confiscation**
33:21
**conformed** 67:18
**Congress** 115:20
115:22,23
127:5 180:21
**congressional**
180:21
**congressman**
116:3 117:1,10
117:19 118:8
124:7 125:6,12
127:5
**congresswoman**
117:5 126:5,9
126:21
**connect** 199:21
204:14,19
206:5
**connected**
210:14
**connection**
123:22 140:1
186:9 194:2
198:8
**consequences**
94:23 95:20
100:3 108:12
**consider** 93:18
**considering**
78:14 86:25
129:6
**consist** 84:15
**consisted** 29:10
**consisting** 76:18
**consists** 25:1
31:7 73:16
120:9 136:3
**consolidated**
55:11,12
**constructive**

180:5,17
**contact** 122:24
131:21 134:6
140:1 205:17
212:6
**contacted** 131:20
**contacts** 123:2,10
195:21
**contained** 35:10
**contains** 136:23
**context** 121:12
155:10 156:24
204:22
**continue** 62:5
69:23 71:22,25
72:2,3 74:1
83:16 99:1,9
157:13 168:6
176:15 183:20
195:21 201:25
**continued** 49:14
72:5,12 82:18
**continues** 168:8
168:9
**continuing**
163:11
**continuously**
189:12
**contracts** 89:9
**contributed**
130:22 131:3
**contributions**
130:23
**control** 16:19,23
53:23 54:2,3
55:3,7 60:22
104:1
**controlled** 54:15
61:9,11
**controls** 16:22
**conversation**
127:19 129:9
129:12,12
130:17 142:2
142:24 144:4
145:14 147:10

177:19,22
178:3 179:8,12
187:20 188:4
190:21 196:4
204:3
**conversations**
70:23 123:21
125:11 128:10
129:15 130:11
130:14 132:7,8
141:18,25
143:18 179:6
179:24 180:5
180:11,18
186:8,20
195:25 207:6,9
**convey** 162:4
**conviction**
102:14
**convince** 118:15
**COO** 63:10
140:24
**coordinate**
138:12
**copied** 200:19
**copy** 35:10 52:10
89:8,14
**copying** 120:14
**Coral** 2:5,10
**corner** 41:9 42:6
**corporate** 39:21
63:10 96:17
108:1
**corporation** 1:5
1:8 5:4,4,20,22
6:23 7:5 8:11
8:25 9:7,12,19
10:1 12:24 16:2
28:8,12 29:9
31:18,23 33:9
33:19 34:25
35:4,8,24 36:2
36:20,21,23
37:6,9,15,24
42:18 47:24
49:14 53:16

| | | | | |
|---|---|---|---|---|
| 54:17 55:25 | 96:19 101:22 | 92:10 | 77:17 | 53:2 55:19 58:3 |
| 56:5,17 59:5 | 103:10 105:20 | **Costa's** 64:23 | **cruise** 9:25 11:12 | 92:6 114:21 |
| 60:6,10 61:2,5 | 106:4 113:2 | 65:6 73:16 | 13:10 17:9,17 | 115:23 121:19 |
| 61:11 65:24 | 119:2 121:2,4 | 74:14 78:20 | 17:20,25 18:5 | 127:11 128:12 |
| 69:5 71:17 | 121:22 122:8 | **counsel** 5:9 10:17 | 18:24 19:10 | 129:2 130:8,19 |
| 81:14 85:13 | 125:4,7 127:23 | 29:5 53:14 | 38:11,12 48:17 | 141:8,12 142:3 |
| 92:13,21 95:18 | 138:4 140:14 | 70:24 112:19 | 51:10 52:15,17 | 142:12 148:11 |
| 96:12 97:13,13 | 140:17,22 | 142:10 153:18 | 52:18,24 53:7 | 172:1 178:2 |
| 98:2,3,18,21 | 141:13 144:2 | 154:17 164:12 | 53:18,22,23 | 194:3,16 |
| 101:13 107:1 | 145:4,25 146:3 | 165:4 177:12 | 54:1 55:18 | 197:17,20 |
| 107:17 114:20 | 147:3 149:22 | 199:20 200:7 | 56:24 57:9,17 | 198:9,17 |
| 115:11 119:10 | 159:20 161:15 | 210:12,14 | 59:7 63:15,18 | 199:10 |
| 119:12 120:25 | 165:6 192:12 | **counsel's** 112:10 | 63:18 64:2,3,24 | **cruising** 70:16 |
| 122:11 130:6 | 198:3 199:14 | **country** 184:4 | 66:3,7 67:15,18 | 78:18 105:7 |
| 133:6 135:10 | 199:15 200:17 | **COUNTY** 209:5 | 69:11 72:4,19 | 108:13,24 |
| 137:11 147:2 | 200:18 203:5,9 | **couple** 85:8 | 73:6,17 74:14 | 114:12,16 |
| 156:4,6,8,15,17 | 203:12,16 | 132:16 190:4 | 75:2 79:5 87:1 | 115:1,12,21 |
| 156:19 158:2 | **cost** 135:4 198:14 | **course** 96:13 | 90:12 93:13,14 | 122:21 123:9 |
| 163:1,2,6,8,14 | **Costa** 4:11,12 | 104:3,4 136:13 | 93:16 94:2 | 123:12,22 |
| 167:7 168:14 | 50:8,11 52:25 | 160:4 | 95:19 96:18,23 | 125:11 126:24 |
| 169:16 185:3 | 60:7,7,11,14,16 | **court** 1:1 5:6,10 | 97:4,14 98:3,19 | 127:9 130:19 |
| 192:2 195:16 | 60:19,21 61:3,6 | 100:20 113:19 | 99:23 100:1 | 145:23 156:4,5 |
| 195:20 198:7 | 61:15,16,18,25 | 174:25 | 107:18 118:24 | 156:16 161:13 |
| 203:4 | 62:3,6,10,12 | **courtesy** 113:18 | 120:25 122:20 | 168:15 169:20 |
| **Corporation's** | 63:3,12,14,14 | **Cove** 85:13 | 122:21,23 | 176:7 177:20 |
| 48:17 121:18 | 63:15,16 64:20 | **cover** 85:25 86:4 | 123:7,10,11,21 | 177:24 182:10 |
| 138:8 150:9 | 65:8,22,23,23 | **covering** 188:15 | 126:2 139:25 | 183:17,19,25 |
| **correct** 6:24 7:6 | 66:10,13,21 | **COVID** 129:19 | 140:15 141:16 | 186:6,9,16,19 |
| 7:8,10,13 8:16 | 67:2,3,10,15,17 | **Craighead** 142:1 | 152:9 165:17 | 186:22 187:10 |
| 8:19 9:11 13:24 | 67:17 68:4,4,6 | **create** 205:7,8 | 167:7,21 | 189:5 192:8 |
| 15:14,16 16:25 | 68:22,23,24,25 | **created** 29:9,16 | 168:11 169:13 | 195:19 196:2 |
| 19:2,4,12,14 | 69:4,10 70:14 | 205:4 | 169:18 174:14 | 197:15 207:11 |
| 21:6 24:9 26:3 | 70:15,16,18 | **crew** 98:13 101:4 | 175:20 176:5 | **CU-2492** 35:1,11 |
| 29:7 41:10 | 71:15,22,25 | 101:5 | 177:1,8 179:5 | **Cuba** 4:12 11:11 |
| 44:14 47:3 | 72:2 73:3,5,16 | **Crociere** 60:7 | 179:11,11 | 11:13,17,20,24 |
| 49:11 50:23,24 | 74:15 75:5,8,18 | 63:15 77:18 | 182:22 183:6 | 17:9,11,16,17 |
| 54:9,12,14 | 75:19,19 76:20 | 80:10,15,17,25 | 183:12 190:24 | 17:21,25 18:6 |
| 55:19,20,22,23 | 77:17,18 78:7,8 | 84:17 85:12,14 | 193:3,8,9,17 | 18:11,17 21:12 |
| 57:14 58:6,9,10 | 78:18 79:10,12 | **Crossland** 40:7,8 | 199:9 200:10 | 21:15,18,21 |
| 58:12 61:8,12 | 80:9,15,17,25 | 40:12 42:10,11 | 200:11 203:11 | 29:10,14,17,17 |
| 61:13 66:24 | 81:6 82:11,17 | 46:21,23 54:15 | **cruised** 59:3 68:4 | 29:20 56:2,6,11 |
| 72:13,14 73:18 | 83:1,16 84:16 | 60:23 61:10 | 151:18 152:18 | 56:25 57:6,9,10 |
| 73:20 74:19 | 84:21,22 85:12 | **Crossland's** 47:7 | 191:21 192:10 | 58:6 59:3 63:18 |
| 78:24,25 79:8 | 85:14,18 87:9 | 49:11 | 194:21,25 | 63:19 64:24 |
| 80:22 82:11 | 87:18 90:11 | **Cruceros** 4:11 | 195:5,9,15 | 65:8 66:4,8,21 |
| 83:10 94:6,14 | 91:11 92:3,7,8 | 75:19,19 76:20 | **cruises** 38:20,23 | 66:22 67:12 |

68:5 69:12
70:16 71:19
73:4,6,12,16,17
75:2 76:22,23
77:25 78:3,9,18
78:23 79:6,10
83:18 84:23,24
85:1 90:12
92:14 93:13,14
93:16,18 94:2
94:21 96:18,23
96:23 97:2,4,14
97:15 98:3,19
99:23 105:7
106:13 107:18
108:13,24
111:22 114:13
114:17,21
115:1,9,21,23
116:17,21
117:13 118:11
120:25 121:14
121:19 122:22
123:9,12,15,23
125:11,20
126:2,24 127:9
127:11 128:12
129:2,7,19
130:8,19,19
135:20 136:5
139:3,9 141:24
142:3,12
145:15,23
148:9,11,16,18
148:20,21
149:3 150:21
150:22 151:19
152:10,19
153:2 156:5,16
157:11 159:11
159:24,25
161:13 165:15
167:7,22
168:15 169:20
172:2,17 173:6
175:19 176:5,7

176:20 177:20
178:2,13,15,16
181:7,17 183:6
183:13,17,19
183:25 184:11
184:12,14,18
184:21 185:5
185:16 186:7,9
186:10,17,19
186:22 187:22
188:25 189:2,6
189:22 191:20
191:22 192:6
192:11,14,17
192:20,20,23
193:8,17 194:3
194:16,21,23
195:1,6,7,10,11
195:15,17,20
196:2,18,21,24
197:15,18
198:9,15,18
201:11 204:5
207:11
**Cuba's** 185:22
**Cuban** 21:21
26:22 27:2,14
74:16 79:10
85:23 88:6
104:2,17
106:25 124:25
127:1 156:19
158:24 161:14
183:7,14 184:1
185:4,21 186:6
186:8,21,25
187:15,22
188:4,5,7 191:8
193:1,6,15
195:11,21
196:1 200:6
201:19
**Cuban-Americ...**
184:15
**Cubanco** 74:16
79:11 82:20

91:11
**Cubans** 86:22
190:25 191:15
199:17,21
204:14,18,19
205:6,25 206:4
**cumbersome**
34:13
**Cunard** 52:23
**Curacao** 86:12
**current** 105:11
105:25 158:21
168:11
**currently** 11:7
**cut** 69:20 148:15
182:2

——————————
**D**
**Dade** 12:9,14,16
12:17
**data** 199:4,5
**date** 24:10 30:24
44:13 53:15
83:2 84:17 87:7
87:22 90:11
138:6 145:6,10
182:9 211:23
**dated** 31:19 35:9
41:13 76:19
120:14 135:19
136:24 200:5
210:18
**dates** 187:9
**David** 40:6 42:11
54:14 60:23
61:10
**day** 12:25 19:25
20:11 21:9
178:8 207:24
208:3 209:15
210:18
**days** 27:20 85:22
88:5 132:17
178:1,11 212:9
**de** 191:22 192:20
193:8,17

201:22
**dealing** 65:13
133:9
**dealings** 132:15
132:23 133:4
199:17
**deals** 33:2 44:23
**Dear** 89:8
**decades** 110:4
111:18 152:2
153:4
**decide** 96:7 197:5
197:6
**decided** 82:2
98:18 107:17
132:24 134:12
152:9 190:14
190:22 197:13
**decipher** 48:21
**decision** 93:23
94:2,5,9,11,20
94:23 95:11,18
95:20 96:17,22
97:1,3,14,17
98:2,21 99:23
107:4 118:15
**decisions** 94:13
96:5,9,10 97:9
**declare** 211:21
**decree** 178:1,10
**deemed** 155:1,16
161:23
**Defendant** 1:9
2:12,17 3:1,6
**defense** 146:9
147:14,16
**defer** 95:23
**defined** 87:2
159:20 160:10
160:15,24
165:18,24
166:6,14 167:4
167:23
**definitely** 129:21
130:13 143:21
**definition** 110:16

167:6 174:13
175:20 176:25
177:8
**degree** 12:13
**degrees** 12:12
**del** 4:14 123:11
140:20 206:24
**delay** 182:9,12
**delete** 25:25
**delighted** 43:20
**demand** 94:17
193:13 197:12
197:23
**democratic** 184:6
**deny** 55:9,13
149:25
**department**
28:13,16 80:1
83:11,13
119:13
**depends** 92:9
**depicted** 25:6
**depicting** 25:18
194:17
**depicts** 25:3
80:25
**deposition** 1:13
5:2,15 31:15
45:18 56:22
84:14 88:23
105:22 113:17
119:25 120:11
170:20 184:21
208:6,8,9 210:7
212:6
**depositions** 26:7
30:18
**described** 106:17
**describes** 201:10
201:15
**DESCRIPTION**
4:6
**desk** 175:12
**despite** 20:15
118:3 151:11
**destination** 93:1

105:18 158:7
**destinations**
197:23
**detail** 106:13
107:16,19
**details** 74:20
**determined** 54:4
**develop** 164:16
188:22
**developer** 132:11
**developing** 108:2
**development**
29:2
**Diaz-Balart**
116:2 117:2,10
117:20,21
118:8 124:7,7
125:6,12
183:16
**Diaz-Balart's**
125:14
**different** 8:6
29:4 43:9 52:16
66:19,24 81:4
97:21 144:14
169:25
**difficult** 48:21
**difficulty** 200:25
**digits** 34:11
**direct** 4:4 6:8
9:23 32:14
41:14,25 43:11
46:5 48:10 52:3
80:5 91:3 92:12
105:8,22 124:3
137:7 201:6
**directed** 148:18
148:19
**directing** 150:14
**direction** 161:12
181:25
**directly** 112:18
125:18 126:11
126:23 129:1
130:24 137:17
183:10

**director** 39:2,8
39:13 40:13
107:24
**directors** 8:6
15:16,20 41:23
46:18 58:9
61:16,18 62:2,6
62:11,15 69:20
70:14 95:17
96:1,3,5 97:16
98:20 108:5,10
**disagree** 116:23
183:25
**disclose** 70:25
109:3
**discreetly** 204:14
**discuss** 113:6
123:15 148:8,8
184:20
**discussed** 144:16
144:18 145:22
147:24 204:1,2
204:6,13
206:15
**discussing**
189:24
**discussion** 139:8
150:20
**discussions** 65:19
90:22 106:12
109:4 125:24
149:12 153:18
164:12 177:12
181:20
**disembark** 64:3
**Disney** 141:16
**dispute** 25:20,21
**disregard** 112:9
**disrupted** 182:17
**dissident** 195:16
195:17
**dissidents** 21:17
**dissolved** 11:7
**DISTRICT** 1:1,1
**diversified**
191:12

**divest** 65:7
**dock** 19:5,13
37:18 72:3,18
73:18 74:1,4,4
74:7 161:13
**docked** 19:8
26:15 57:13
**docking** 90:13
**Docks** 1:5 5:4
33:9,19 34:25
35:4 36:1,23
37:9 59:6 65:24
69:5 107:1
156:7,19 163:1
185:3 211:2
212:4
**document** 22:16
23:11 30:17,17
31:7,13,18,23
32:7 34:22 35:8
42:2 44:11
45:11,19 46:3,6
47:15 51:14
52:4,11 53:12
53:14 65:15
77:2 83:8 84:14
88:2,12,14,20
89:12,13 92:16
93:5,6 107:9,13
120:9 136:12
160:16 168:2
200:1 211:21
**documentary**
194:16
**documents** 24:18
48:12 49:5
65:18 83:20
89:18 93:8
156:8
**Dodge** 74:1,7
157:4
**doing** 11:4 34:14
71:22,22 73:1
113:20 116:21
118:2 125:15
159:12,25

162:19 166:2
167:1,15,25
176:19,20
205:7 206:6
**dollars** 180:9
198:17
**Donald** 9:2 15:25
96:20 115:10
120:17,18
132:7,10 135:5
200:7 204:11
204:19 206:4
**donated** 205:15
**Doral** 9:10,21
**dot** 137:3
**doubt** 50:16,20
**download** 22:24
23:5,14,14
**draft** 89:19
**drawing** 116:3
**dual-listed** 6:25
7:1,2,24
**due** 99:13
**Duffy** 200:8
**duly** 6:3 209:13

---

**E**

**earlier** 200:24
205:13
**early** 132:17
**earned** 198:8
199:9
**East** 2:15,20 3:3
199:6
**easy** 198:25
199:2,3,7
**economic** 8:13,16
139:21 202:10
**education** 12:19
**effect** 60:15 83:9
152:1,2,22,23
153:4,12,22,25
154:9,10 183:5
183:11
**effective** 182:9
**Eidson** 2:3,8 5:14

**either** 52:21
83:12 93:11,12
110:2 120:3
131:3,18,19
132:1 138:14
141:8 157:9,9
180:1 191:18
**elderly** 21:2
**election** 205:17
**elements** 20:8
**Ellie** 3:12 5:16
22:1,5,18 24:14
24:20 25:23
29:23 40:19
45:13 51:16
75:17,21,22
77:11 79:22
83:21,23 88:11
119:22 135:17
157:14 199:25
**email** 4:15
120:13 121:21
121:24 124:1
135:18 136:4,6
136:8,17 137:1
137:5 138:18
145:6,9,13
147:20,22,23
149:22 150:1,4
150:13,15
152:5 154:22
155:10 168:8
169:10 170:1
200:4,23 201:8
**emails** 122:20
136:23
**embark** 64:3
**embarkation**
13:17
**employed** 6:19
6:21 28:21
137:11 138:13
**employee** 28:20
108:11 119:11
210:12,13
**employees**

125:19 137:19
148:12
**enactment**
110:16
**encouraged**
144:11
**encouraging**
144:6
**ended** 51:25
149:19
**endorsed** 205:15
**enforce** 188:10
**England** 7:14
38:8
**English** 77:24
79:3 89:4,7,19
**entails** 94:12
**ENTER** 211:1
**enterprise** 8:14
8:16
**entire** 21:9 50:25
51:6 58:8 159:3
159:5
**entities** 48:22
61:21 81:4
85:24 88:7
104:20 157:10
157:11
**entitled** 172:25
**entity** 10:22
79:12 86:9
96:18 103:25
104:1
**entrepreneurial**
195:12
**entry** 121:13
**environment**
98:12,13
202:11
**environmental**
101:22
**episode** 133:9,23
134:15,16
**episodes** 132:17
132:19,20
133:5

**equal** 8:5,5,8
**equalization** 8:7
**equipped** 64:2
**equity** 54:20
60:10
**equivalent**
200:16
**errata** 4:22 211:1
212:11
**especially** 182:14
**Esq** 3:13,13,14
**Esquire** 2:4,9,14
2:19 3:2,7
212:2
**established** 82:6
**estate** 132:11
**Europe** 178:11
**event** 174:9
**eventually** 92:3
**everybody**
113:23 141:23
**evidence** 156:11
**exact** 61:20
**exactly** 50:9 59:9
124:19 147:12
**Examination**
1:21 4:4 6:8
**EXAMINATI...**
4:1
**example** 101:21
193:3,17
**exceed** 198:16
**exception** 151:12
**exceptions**
150:25 151:4
152:6,7
**Exchange** 8:4,5
51:23 53:12
**excursion** 199:13
**excuse** 18:17
48:1 120:4
150:14 175:2
**excused** 68:6
**executive** 32:8
39:18 43:21
62:18 63:5

84:21,22
120:19 123:14
134:2,21 137:2
140:21,25
142:14 143:21
143:23,24
147:1
**executives**
123:10 141:7
141:15 179:5
201:8 207:3
**exemption**
165:13,17
169:12,17
**exerted** 55:3
**exhibit** 4:6 22:2
22:10,18 24:1,1
24:21,23,25
25:24 26:6
29:24 30:2,5,7
30:19 31:3 32:7
40:22 41:3 42:2
45:8,14,18 49:8
51:17,18,21
75:16 76:13,17
76:18 77:6,11
79:23 80:7
83:24 84:10
86:9,21 88:16
88:17,22 92:18
92:18,19 105:4
105:21 106:23
119:21,23,24
120:7,7 130:3
135:16,23
136:22,23
145:7 150:15
157:14,16
158:8 161:19
169:6 199:24
199:25 200:1
201:3 204:2
**exhibits** 4:5
24:15 64:17
**existed** 152:8,13
154:12

**existence** 18:4
**existing** 85:23
88:6
**exists** 83:8 158:4
**exit** 71:23
**exited** 72:15
**exiting** 78:15
**expect** 101:10,12
**expectation**
94:12
**expected** 202:10
**expert** 104:24
184:11,12
185:19
**Expires** 209:22
**explain** 42:15
43:1 124:20
138:18 139:21
140:5 155:21
**explained** 202:9
**exposure** 133:16
134:11
**expressed** 20:17
**expropriated**
124:11,13,17
124:24 125:21
126:25
**extend** 199:21
204:18 206:4
**extensive** 201:20
202:4
**extent** 70:22
108:14 110:18
111:8,25
159:12 160:2
165:3 171:17
**extremely** 205:16
**extricating** 74:21
74:22

_____
**F**
**face** 108:15
**facility** 90:14
**fact** 20:15 31:9
34:5 47:22
99:17 151:11

156:17 159:15
173:2 197:14
203:14 206:3
**facts** 156:11,20
171:14,25
172:12,16,22
173:4,4 174:1
211:21
**failed** 183:20
185:23
**Fain** 141:2,3,4
**fair** 189:13
**fairness** 121:24
200:21
**faith** 21:15
**familiar** 185:15
**family** 16:8,25
19:16
**family's** 16:19
96:2
**fantastic** 134:9
**far** 65:5,6 69:11
74:25 131:7
160:17 173:23
188:9 189:10
189:11 202:21
**father** 13:21,23
**Fathom** 10:25
11:19 17:15
116:13 120:20
120:22,23,24
191:23,24
192:10 200:13
**Fathom's** 121:13
**fault** 10:19
**favorably** 204:16
**FCCA** 123:4,6
123:14,14
137:16 138:13
140:8,11
141:21 143:15
143:17,25
**February** 27:24
28:1
**federal** 56:6
65:16

Havana Docks v. Carnival                    Micky Arison   |   5/4/2021

**feel** 94:1 116:18
151:14 165:1
**feeling** 105:16
184:3
**felt** 126:1 151:13
151:14 164:8,9
**Fidel** 194:11,17
**fiduciary** 96:1
**fifth** 98:22 99:2
99:10
**fifty-fifty** 60:21
61:8
**fight** 116:25
**figure** 48:11
**file** 83:25 84:4,6
105:13,18
120:1
**filed** 35:4 51:22
53:12 155:8
**filing** 154:7
**finances** 44:24
**financial** 40:1
50:15 54:19
55:11,12 180:8
**financially**
195:10 210:15
**financing** 16:14
**find** 44:16 65:5
89:8,14 139:19
181:21 207:17
**fine** 30:14 71:10
77:9 126:18
170:12,15,17
174:22
**finish** 58:21
113:11 126:19
169:6 176:14
**finished** 121:7
136:10 168:24
169:2,5 170:19
176:22 201:3
**firm** 5:13,21,24
5:25
**first** 12:23 19:3
27:9 30:7,12,18
30:22 31:1,12

41:14 45:23
51:22 52:1
66:20 77:24
80:8 83:24
84:15,18 85:19
86:20 87:25,25
89:1,5,6,11,16
93:1 116:16
117:17,19
120:25 122:4
128:17,23,24
134:15,15,24
135:12 136:8
138:25 145:8
154:3,23 158:7
161:20,20
166:24 201:7
**fiscal** 51:25
**five** 76:5,5
147:13 175:15
176:5
**Flexner** 2:13,18
3:2 5:19
**flip** 76:20 93:4
201:23
**Florida** 1:1,19,22
2:5,10,15,20
3:4 9:8,18 17:6
123:7,17
132:13 139:23
140:15 209:3
209:12,21
212:18
**Floridians**
148:24
**flying** 178:11
**focus** 126:2
**focused** 78:14
126:3
**follow** 139:8
149:11 150:20
153:25
**follow-up** 172:14
207:7
**followed** 89:3
**following** 43:15

89:18
**follows** 43:19
46:18 86:22
124:5 201:24
**footnote** 47:20
**Force** 178:1
**foreclose** 155:25
**foregoing** 201:18
211:21
**foreign** 33:20
34:23 107:2
201:17 202:2
**form** 10:8 17:21
28:2 31:24
33:11 35:15,20
37:12,20 47:13
50:4 51:22
54:10 55:5,14
56:12,18 60:18
64:10,25 66:14
67:6,24 68:8
69:16 70:6,21
73:9 78:10
82:22 83:7
87:10 94:7,24
95:21 98:5
99:24 101:23
104:7 143:7,12
148:1 152:12
156:10 160:11
165:25 168:16
179:19 203:19
207:16
**former** 36:20
94:19
**Fort** 2:15,20 3:4
**fortunately**
165:13
**forum** 184:20
**forward** 120:16
**forwarded**
212:11,12
**forwarding**
136:8 137:5
**forwards** 120:18
**Foschi** 85:15,15

85:17,17 92:9
**founder** 13:25
14:1 40:10
**four** 42:4 76:19
162:12 174:5
175:15 176:5
**fourth** 42:1
81:10 98:8
**Fowler** 3:7 5:23
**frame** 10:6,21
11:2,11,14,17
11:21,25 55:24
78:9,20 87:16
98:4 203:3
**Frank** 39:12
43:24 44:18,18
50:22 54:7
58:11 62:10,15
63:5 85:12
140:20 206:24
**Frank's** 39:16
**freeing** 190:16
**Freyre** 3:13 5:24
**Friday** 190:14,16
**friend** 180:21
**friendly** 188:23
188:24
**friends** 185:21
**Frizzell** 136:7,15
137:6 200:15
**front** 105:15,19
120:2
**full** 13:4 20:11
30:7 43:14
72:15 161:20
**full-time** 13:2
**fully** 80:17,22
150:22 153:3
**functions** 39:21
63:10
**fundraiser** 134:8
**further** 73:11
120:15 177:22
179:24 207:23
210:11
**fuss** 118:5

**Futterman** 3:12
5:16 22:7,20
30:6,11 40:25
75:23 76:1
88:15 120:4
135:21

---
### G
**G7** 178:10
**Gables** 2:5,10
**gain** 49:21 50:1,1
**games** 132:13,14
**GEC** 142:14
**general** 17:24
18:3 29:5 53:14
56:1,9 64:21
66:3,7,11 67:4
106:20 115:5
142:10 199:20
200:7
**generally** 130:19
138:9,9 157:8
199:5
**generated** 50:2
**Genoa** 84:25
85:3 86:16
91:18
**gentleman** 20:14
91:5
**George** 3:7 5:23
**getting** 8:22
69:12 74:23
77:19 113:9,12
131:7 151:10
170:19 181:19
181:22 189:13
189:17,20
190:1 191:4
200:25
**gfowler@jones...**
3:8
**Gianluca** 91:5
**Gianni** 91:19,23
141:8
**gig's** 178:25
**Giora** 28:18,18

Havana Docks v. Carnival                    Micky Arison   |   5/4/2021

29:13 93:15
106:12,15,19
107:20 191:18
192:24 199:20
200:19 201:10
202:4 204:1,2
205:1
**Giora's** 107:19
**give** 6:4 13:13,14
  23:17 98:12
  149:6 180:22
  180:25 191:8
  191:15
**given** 69:7,8
  72:10 83:4,6
  90:16,19 99:3
  180:6
**giving** 122:16
  171:11 189:10
  190:25
**glad** 34:16
**global** 23:8
**globally** 71:13
**go** 12:8 18:17,19
  18:24 20:6,10
  20:22 21:3
  23:16 24:14
  32:8,22,23 34:7
  34:8 43:12
  44:15 46:6,16
  46:19 47:19
  66:22 70:9 71:3
  73:17 80:7,13
  81:4,9 84:3
  86:3,20 90:9
  93:4 94:20 95:6
  95:13,18 96:7
  97:2 98:10,14
  101:5,7,25
  102:6 107:13
  108:19 111:9
  113:15 118:15
  134:12 143:3
  147:20,22
  148:11 150:11
  150:13,24

153:20 154:19
155:20 158:6,8
158:14 159:5
161:18 162:9
164:12 165:12
166:21 167:11
169:25 171:18
173:14 174:24
175:4,4,17,24
176:2,17
177:11 180:13
182:3 185:4
187:18 188:13
188:19 196:23
197:5,6,7,7,13
200:20,21
201:16 207:20
**go-ahead** 173:21
**goes** 30:12 85:14
  98:15 101:7
  112:21 154:23
  165:16 169:9
**going** 9:23 22:2,3
  24:17,18,22
  30:3,5 31:8
  32:14 34:5
  41:13,25 43:14
  46:7 49:4 74:14
  78:1,15 80:11
  81:10 87:24
  89:23 95:11,12
  98:24,25 99:9
  101:25 102:1,6
  102:8,12,15
  112:3 113:4
  116:16 119:19
  124:3 131:6,9
  135:4 139:18
  141:23 150:17
  153:23,23
  157:18 159:18
  161:17 162:9
  164:15 168:23
  172:25 173:7
  174:4 176:18
  180:12,13,15

181:21 189:23
193:12 202:22
**Golda** 6:15
**Goldstein** 140:23
  141:6
**good** 5:1,12,18
  6:10 31:6 58:16
  59:20,23 76:7
  93:17,18,21,23
  94:1,17 114:9
  114:10 148:22
  159:6 171:1
  180:17
**gotten** 12:13
  106:13 131:24
  182:16 205:1
**gov** 137:3
**governance**
  96:12
**governed** 175:23
**government**
  17:23 18:4
  21:21 37:8,16
  56:1,6,10,18
  64:23 65:3,10
  65:13,16 66:2,6
  67:4 68:25
  70:19 74:16
  75:6,7 79:7,10
  83:15 90:22
  104:2,17
  106:25 119:14
  124:23,25
  127:1 142:6
  147:2 156:19
  157:9,10
  158:24 161:14
  178:14 183:7
  183:14 184:7
  185:4 186:6,9
  186:22 187:16
  188:5,5,6 191:8
  193:1,6,16
  195:22 196:2
  201:20
**governments**

157:2
**gracefully** 149:8
**grateful** 169:13
**great** 46:13
  134:10 135:3,6
**gross** 198:2,4,6,7
**grounds** 131:10
**group** 11:5 43:23
  142:23 143:2
  200:9 203:4,6
  206:10,22,25
  207:2
**groups** 195:17,17
  206:11
**growth** 43:22
**guess** 17:19
  18:15 24:23
  48:16 57:22
  61:7 91:16
  121:10 127:19
  150:7,10 155:6
  163:20 198:23
  200:23
**guessing** 205:9
  205:10
**guest** 94:17
**guests** 93:20 95:8
  98:12 101:4
  180:7 197:6,7
  197:11
**guidance** 71:23
  168:12
**guy** 107:19
**guys** 162:18

| H |
| --- |

**H** 2:14 212:2
**H-E-C** 118:19
**hairdresser**
  19:24 20:9,12
  21:1,2
**hairdresser's**
  20:5
**hairdressers**
  20:4
**hairdressing**

20:7,13
**HAL** 10:5,22
  11:23 192:10
**half** 43:3 81:21
  180:8 187:11
**hand** 205:23
**handful** 198:11
**handled** 13:17
  107:25,25
**happen** 27:22
  118:1 190:9
**happened** 23:15
  27:18 87:23
  139:9 140:10
  190:17
**happening** 27:7
**happens** 10:16
  23:3
**happy** 181:22
**harassing** 174:10
**hard** 52:10
  146:14
**hashtag** 47:20,21
**hatred** 117:24
**Havana** 1:5 5:3
  18:22 19:3,7,11
  19:18 20:1,3
  21:10 24:7,8
  25:13,16,19
  26:15 31:2,20
  32:10,12,18,25
  33:2,9,19 34:25
  35:4 36:1,3,23
  37:9,18 57:14
  57:17 58:4 59:6
  63:20,22,23
  64:2,6,15 65:6
  65:24 69:5
  72:21,23 73:6
  74:14,18 93:1
  105:18 107:1
  156:7,19 158:7
  160:8 163:1,5,7
  182:15,17
  185:3 190:11
  190:15,15

191:20 192:8
192:21,23
193:4,10,12,13
193:20 197:11
197:21 211:2
212:4
**HBO** 91:7
**head** 140:20
200:9,13
**headed** 140:12
147:2
**heading** 178:16
179:5 181:24
**heads-up** 122:16
**hear** 10:11 27:9
27:12 34:16
115:15 116:14
116:15 181:5
183:4,9,11
187:21 190:23
**heard** 18:3,8
27:3,8 32:4
79:16,19 81:21
81:23 106:18
175:15 179:3
181:1,2
**hearing** 18:10
191:17
**Heat** 132:14
**Heather** 3:14
5:22
**Hector** 118:18
119:7 120:13
121:6 138:10
138:12,15
**held** 51:1 190:12
**Helms-Burton**
70:3 103:12,15
103:23 104:5
104:12,25
106:20 108:25
109:10 110:8
117:11 118:7,7
118:10 123:19
124:9 126:13
126:24 127:3

139:11 144:5
144:15,17,19
147:25 148:5
150:22 153:12
154:10 155:9
179:7,9 182:21
183:1 185:6
**help** 38:20 49:6
91:13 92:17
149:2,18
179:17,20
**helped** 130:12
**helps** 43:15
51:14
**Hemingway**
20:22
**HH** 209:22
**Hicks** 2:3,8 5:14
**high** 12:6
**higher** 12:6
198:2,15
**highlights** 201:18
**hire** 137:25
**hired** 137:14
138:14
**historical** 20:8
**hit** 95:9 180:8
**Hmm** 38:18
116:7
**hold** 49:15 52:11
158:12
**Holland** 202:23
203:2,15
**home** 20:11
**honestly** 7:18
16:13 43:2
207:1
**hope** 8:8 87:3
**hopeful** 179:17
**hopefully** 22:4
100:8
**hotel** 19:21 20:20
20:24
**hour** 121:7
157:19 187:11
201:21

**hours** 19:19
113:4,14
170:20,22
**hours'** 178:15
**house** 19:21
20:15 21:1
130:13 137:1,2
138:21 145:3
145:21 149:22
**Howard** 39:12
43:24 62:10
**human** 21:11
184:9 187:22
188:6 195:7
**humanitarian**
26:20 194:11
194:17
**hundred** 183:21
198:11,16
**Hung** 180:25

_____

**I**

**idea** 12:21 18:2,7
19:9 25:16 28:3
28:3 31:25
35:22 36:5 37:4
37:11,19,23
56:3,14,21
57:15,19 59:15
59:17,18 63:25
64:5 65:12 66:1
66:16,25 67:7
67:13 68:1,11
68:20 70:5,10
75:10 90:3
91:15 92:15
103:13 110:25
121:16 134:7
153:21 155:4
159:6 164:1
165:20 168:17
168:18 170:2,4
177:17 192:18
194:24 195:4,8
195:13,18
198:10

**identical** 8:20
**identification**
22:11 41:4 45:9
76:14 77:7
88:18 135:24
**identified** 25:18
37:16 84:14
88:22 92:21
105:4 146:25
158:2 173:3
195:22
**identify** 11:10
21:25 23:1
24:15 41:11
130:16 138:5
146:16 172:12
**idiosyncrasies**
95:15
**III** 3:7 150:21
153:12
**Ileana** 116:2,3
117:5 125:16
126:5,21
183:16
**illegal** 124:10
**immediately**
178:9
**immunity** 70:2
**impact** 139:22
**importance**
43:23
**important** 44:22
44:25 45:1
69:12,15
**imposed** 196:22
**imposition**
182:21
**impression**
180:17
**incident** 26:23,24
**incidental** 159:10
159:24 165:15
**include** 38:10
70:2 159:9,23
174:13 175:19
176:25 199:12

206:9
**included** 53:17
54:18 72:17
155:12 175:20
177:1,8,8
197:18,20
198:18 206:16
**includes** 100:3,5
103:8 168:11
174:14
**including** 20:20
26:7 61:3 64:23
73:12 90:12
92:22 102:21
103:9 157:3
178:15
**inclusion** 212:12
**incorporated** 7:9
7:14,19 11:2
80:18,22
**independent**
137:25
**independently**
147:23
**INDEX** 4:1,5,18
**indicate** 58:19
**indicated** 82:16
85:20 88:3
**indirectly** 125:18
126:12,23
129:1 130:24
**individual** 16:24
32:4 48:7 70:19
91:19 128:16
142:7
**individuals** 46:21
130:15 144:3
146:16
**industry** 118:25
122:13,14,21
122:23 123:11
123:22 138:10
139:22,25
141:15 148:10
169:13,18
179:11,12

Havana Docks v. Carnival                    Micky Arison    |    5/4/2021

180:10 190:24 206:10,11
**industry's** 183:6
**influence** 55:3
**inform** 106:16 140:19,23 141:2,7,14 142:9
**information** 107:16 110:19 112:2 190:23 198:22,25 199:2,7 200:17
**informed** 119:20 139:25 140:6
**ingratiate** 205:11
**initial** 207:8
**initiate** 196:9,10 196:12
**initiated** 196:11
**inquire** 68:23 69:3
**insight** 168:7
**Instagram** 4:7 24:3,3
**institution** 12:17
**instruct** 108:17 112:3 164:16 165:5
**instructed** 112:8 112:20,25
**instructing** 99:6
**instruction** 112:16 177:15
**instructions** 112:7
**insulting** 207:17
**intelligence** 23:8
**intended** 116:13
**intends** 148:15
**intent** 148:24
**intention** 69:9
**intentions** 139:20
**interest** 37:25 39:1,12 40:4,12 40:18 44:5 45:3

47:25 48:7,8 49:10,15,21 50:7,8,11,22 51:1,8 53:16 54:6,17 55:10 57:7 59:5 60:10 60:13,14 61:4 62:9 63:3 65:23 66:13 67:3,16 68:4,23 70:15 71:15 75:7 84:23 91:11 143:25
**interested** 29:14 205:5,6 210:15
**interesting** 146:11,12 201:21
**interests** 47:21 48:10 65:8
**internally** 45:17 88:21
**international** 26:21 81:6
**interpret** 151:9 202:20
**interpretation** 174:16 177:11
**interpreted** 176:6
**interrogatories** 173:9
**interrupt** 176:13
**introduce** 5:9 88:1 196:6
**introduced** 30:17 187:10
**invalid** 20:15
**invited** 115:8
**involved** 7:18 29:4,13 73:7 74:15 90:21 91:7,9 135:13 189:19 205:1
**involving** 133:5 165:14

**irreversibly** 153:11,13
**irritated** 148:4
**Isidro** 185:15
**island** 74:1,7 117:12 118:11 124:12,17 125:20 157:4 192:14,17,20
**islands** 157:3
**Israel** 25:17 28:18,19 29:11 30:19 31:5 92:22 93:12 105:5 106:23 107:16,20 108:6 158:1,8 161:11 199:20 200:19 201:9 201:10 204:17 206:5
**Israel's** 105:21
**issuance** 17:24
**issue** 65:14 66:3 66:6 69:15 70:23 97:19 103:13 111:4,5 111:5 116:25 121:8,9 123:18 125:25 148:6 151:24 155:11 168:4 179:3 181:7 182:24 183:1 191:6
**issues** 69:12 70:22 95:22 123:15,16
**Italian** 86:17 91:8
**item** 204:6,13
**itineraries** 36:17 96:6 197:17
**itinerary** 78:8,19 78:20,22 96:5,9 97:9 198:17 202:8

| **J** |
|---|
**J** 3:7
**Jamaica** 4:12 76:22,23 77:25 78:3 205:4
**job** 13:1,2
**John** 146:3,4,18 148:2
**join** 147:16
**joined** 28:22 43:24
**joint** 74:15 79:9 79:12 82:19 205:2,7
**Jones** 3:7 5:24
**judge** 7:23 102:9 170:21 174:8 188:10 207:20
**July** 30:24 31:19 35:10
**jump** 74:6
**jumps** 146:13
**June** 49:15 60:5 61:3,15,25 62:10 63:3 64:20 72:1,13 73:15 82:17 83:2 90:18
**jurisdictions** 8:3
**jury** 7:23 11:10 13:13 54:5 57:5 73:14 138:19 207:22
**JV** 80:19

| **K** |
|---|
**Kaye** 142:9,18,19
**KB** 23:13
**keep** 32:23 34:5 73:24 81:10 83:25 84:6 118:4 146:14 163:4 199:5
**keeping** 148:20
**keeps** 119:18,19
**Kelly** 142:1,4

**kept** 199:4,4
**kind** 6:20 12:4 86:24 147:9 148:6 149:17 155:12 171:21 205:7
**knew** 27:19 73:10,10 74:21 75:1,3 131:23 131:23 156:6 156:18 161:13 191:3 207:4,15
**know** 6:21 7:19 8:19 11:3,5,8 13:3,14 16:15 18:22 27:10,20 31:22 32:2 35:22 41:16 42:5 43:8 46:11 51:4,4 53:8 57:16,19,20 64:1 65:4,17,18 65:22 66:18 67:2,14 68:3 70:12 74:22 78:13,23 79:15 81:22 83:7 84:25 86:24 87:22 89:24 90:20 92:22 94:8 95:3,4,7,8 99:2 101:25 102:7 103:11 103:15,17,22 104:9 106:18 106:18 109:16 109:16,18,19 109:24 110:1,2 110:10 111:2,3 112:18 115:7 115:10,14,17 116:13,24 117:24 118:12 118:18 119:17 121:14 122:2 122:13,19,19

123:4,13
128:16,19
130:10 133:7
134:5,11
135:14 136:10
137:15,17,25
138:11,15
140:5,6 141:4
144:16 145:10
146:14,15
148:14 149:7
149:13,23
152:20 154:20
157:5 159:16
160:25 163:20
164:2 165:8
166:1 167:13
168:17 170:21
171:23 172:21
172:24 174:3,4
174:22 175:8
178:18,19,21
178:23,25
179:19 180:3
181:18 183:17
185:2,18 187:8
188:11,15,16
189:21 190:1,6
190:8 191:13
192:13,16,19
193:22,25
194:24 196:12
196:16,17
197:4,4,8,9
198:6 199:3,3,6
199:6 205:4,19
205:20,23
206:8 207:4
**knowing** 78:21
**knowledge** 36:19
66:9,10 91:2
107:23 109:21
109:22 114:19
114:24 115:7
115:18 123:3
125:9 130:6

**known** 12:17
29:18 33:23
36:3,24 70:3
91:19 123:19
132:10,11

-----

**L**

**L** 3:2
**la** 201:22
**lack** 56:12 107:8
107:12 151:16
151:17 152:7,7
167:5
**Lance** 1:21 5:6
58:24 164:18
209:10,20
210:4,21
212:16
**land** 25:3
**language** 139:10
151:15,17,17
164:7,23 165:1
165:6 168:10
**languages** 155:12
**large** 93:21 207:2
**larger** 202:11,14
202:18 203:11
203:22
**largest** 16:9 40:5
40:7 43:17 44:1
44:5,14 54:8
**Larry** 142:15,18
**Las** 2:15,20 3:3
**Lauderdale** 2:15
2:20 3:4
**Lavarello** 84:16
84:20,20 85:12
85:20 89:25
**law** 5:13 17:21
69:14 70:4
101:16 103:12
103:15,23
104:6,12,14,24
104:25 106:20
109:1 110:8,8
110:17 124:10

152:18 153:12
154:10 185:6
190:10 196:24
**lawful** 17:21
159:11,20,24
160:9,15,23
161:3 165:15
165:18,22,24
166:2,6,14
167:1,4,6,15,22
168:1,11
171:11,16
172:3,8,17
173:6 174:14
175:19,20
177:1,9
**lawfully** 160:18
167:19,20
**Lawrence** 142:9
142:18
**laws** 71:18
101:14,18,20
101:22 103:1
173:20
**lawsuit** 35:4
131:8,11
150:22 151:23
153:2,8 154:7
154:11 162:22
163:1 167:17
184:22 185:5
**lawsuits** 151:10
155:7
**lawyer** 17:22
53:8 150:9
153:9,22
160:22 161:1
172:9,23 176:3
177:16
**lawyers** 8:23
31:15 65:4 80:7
80:24 95:23
103:19 109:23
110:13,25
150:7 162:18
164:8,9 165:1

**lay** 104:10 168:3
**layman** 161:1
172:5,9 176:3
176:11
**leaders** 123:21
179:11
**leadership**
122:23 188:23
**learn** 13:22
**leave** 87:5
**leeway** 180:23
**left** 19:1 30:23
**left-hand** 42:4,6
46:8,10
**legal** 6:12 28:13
28:15 48:12,22
49:2 53:9 68:9
68:19 70:7,23
71:7 80:1 82:3
83:11,13 94:25
95:22 97:7,20
98:6,20,23 99:4
99:5,20 100:3,7
102:12 103:9
103:18,25
104:8,14
108:12,15,21
109:3,22 110:2
110:16 111:1,8
111:24 112:3
112:19 124:8
151:1,6 153:16
154:15 161:3
165:14,17
167:9 168:4
171:17 174:2,8
174:16 175:22
176:19 196:25
**legally** 161:2
176:5,19
**let's** 23:16 24:14
24:20 29:23
30:9 40:19
47:19 58:20
59:21,21 76:3,4
76:5 77:12 79:1

79:1,21 83:24
89:15 100:17
100:18 102:18
113:6 117:9
128:23 131:15
134:10 135:2,3
139:13 140:19
144:24 145:18
146:16 147:20
150:11,13
157:12,20
161:18 165:12
168:6 175:4,4
184:14,18
187:6
**letter** 84:15 85:6
85:25 86:4
87:16 88:8,9
89:5,6,17
150:13 151:22
153:4 154:3,3
157:13 161:17
161:18 164:3
165:12 166:23
168:7,8,25
169:6,9 201:15
204:25 212:5
212:10
**letterhead** 85:3
88:10
**letters** 4:18 89:1
89:3,24
**level** 42:23 95:12
108:1
**liability** 68:7
70:2 151:2,6
153:11,13
154:8 163:12
182:21
**Libertad** 68:7
70:3 103:9
123:19
**license** 17:24
18:3 56:1,5,9
64:22 66:11,22
67:4 101:15

111:5,14,17,21
111:19,20
116:12 160:18
161:3 171:19
171:21,24
172:13,15
173:3,21,25
174:12,13
175:18,19,23
176:25 177:3,5
177:6,7
**licenses** 66:3,7
**life** 196:16
**lifted** 150:23
153:3 196:23
**liked** 100:14
**Limited** 11:1
**limits** 124:8
**line** 48:17 52:23
58:21 123:12
124:4 141:17
145:9 202:2
203:11 211:5
**liners** 182:22
**lines** 9:25 13:10
122:20 165:17
200:10,11
**list** 101:8
**listed** 8:3 47:11
52:17 81:1,3
**listen** 149:1
**litany** 148:16
**little** 12:2 32:16
128:6 147:10
148:4
**lived** 20:12
**living** 17:6 28:5
185:20
**LLP** 2:13,18 3:2
**loaded** 51:18
75:21 92:23,24
**loading** 22:13,14
41:6 120:3
**lobby** 119:17
190:5
**lobbying** 119:16

122:7
**lobbyist** 118:24
119:6,7,9 122:6
122:12 137:14
137:20
**lobbyists** 125:19
138:6,7,8,10,11
**local** 20:19,25
116:3 205:8
**locate** 83:14
**Located** 9:10
**logistical** 189:19
**London** 8:4
**long** 12:21 14:3
19:18 40:15
101:8 185:20
**long-term** 202:10
202:11
**look** 25:7 41:17
46:1,10 85:2
89:15,22
136:16 161:7
170:22,23
174:19 185:19
**looked** 48:20
**looking** 32:20
48:23 78:12
89:10 175:12
**looks** 86:10
**lot** 20:5,8 27:21
48:21 93:8,9
113:20 155:11
184:13,15
185:21 190:13
**lots** 29:4 205:2
**Louisiana** 3:9
**lower** 105:9
**lucky** 190:21
**Luigi** 85:15,15
85:17
**lunch** 113:7,17
114:5 169:1
**lunchtime** 46:12
**Luz** 201:22

_____

**M**

**M-E-I-R** 6:15
**MA** 204:6,7,14
**machines** 13:18
**Madam** 67:21
**Madeleine**
131:20 132:3,4
135:18 136:5
136:18,20,25
137:8 150:1,16
**Madeline** 139:17
**Maestra** 19:6
25:13,19 33:3,4
33:8,23 36:4,25
37:10,17 56:20
57:14 59:4,8
63:21 64:4
65:25 66:12
67:5,17 68:5
69:1,5 70:17,20
72:3,18 73:7,8
73:18 74:18
75:9 82:20 87:9
87:19 91:10
105:10,24
107:18 156:5
156:16 158:21
161:15 162:22
163:3 172:2
193:4,9,19
**Magic** 205:4
**mail** 174:20
**mailroom** 13:16
**main** 201:15
**maintain** 9:7
**maintained** 9:12
**majority** 200:23
**majority-owned**
52:18
**making** 125:25
165:9 166:7
190:1,3
**manage** 29:3
75:8 82:19
154:25 155:15
155:25 161:22
**managed** 13:9

**management**
8:17 73:12
74:17 75:1
82:25 83:1
90:13 91:10
119:19
**manager** 14:18
**managers** 157:10
**managing** 73:7
**Manchester** 38:8
**map** 76:23
**Marco** 116:1
**Marginal** 33:22
**Maria** 201:22
**Marilu** 201:22
202:6
**marine** 23:7
**Mario** 116:1
117:1,18,20,21
117:23 121:8
124:6,7 125:3
125:12,14
180:20,20,22
180:24
**marked** 22:10
31:23 33:7,18
35:9 41:3 45:8
46:7 52:5 76:13
76:17 77:6 84:9
88:17 105:8
135:23 200:2
**market** 93:17,18
93:20,21 94:20
94:21 95:19
**marketing**
134:12
**Martinez** 2:4 4:4
5:12,13 6:9
10:10 22:9,12
22:21 23:16,24
27:23 28:4
29:23 30:1,8,14
30:15 32:1
33:15 35:16,23
37:5,13,21
40:19,21 41:2,5

42:5,9 45:10
47:15,18 50:12
53:24 54:11
55:8,16 56:15
58:20,24 59:1
59:11,16,20
60:4 61:1,22
64:12 65:9
66:17 67:9 68:2
68:12 69:18
70:8 71:2,11
73:13 74:2,12
75:13,25 76:3
76:15 77:8
78:16 82:15,24
87:13 88:19
90:4 94:10 95:1
95:24 97:10,24
98:9 99:6,11,15
100:2,10,17
101:9 102:3,11
103:5,7 104:9
104:21 107:10
107:14 108:18
108:22 109:7
110:21 111:13
112:5,11,14,23
113:3,12,18
114:2,8 115:4
120:6,8 131:12
131:14 136:1
143:8,14
149:20 152:14
153:19 154:18
156:2,13,22
157:21,22
159:4 160:14
162:20 163:19
164:14,22
165:11 166:3
166:10,17,20
167:2,10 168:5
168:19,24
169:4,24 170:5
170:9,13,17,21
171:7,20

172:10,20
173:13 174:11
174:17,25
175:10 176:1
176:16 177:4
177:14 184:19
185:1,9 188:2
188:12,18
198:24 203:24
207:21 208:3
**Martinez's**
110:20
**Mary** 132:18,22
133:5 134:9,14
**matter** 5:3 34:24
35:3 135:20
137:21 139:3
140:2,2 144:5
145:15,23
200:5
**matters** 131:7
**McAliley** 102:9
174:8 207:20
**McGarry** 142:5
**mean** 25:7,14
27:3,6,18 33:12
42:23,24 44:8
48:10,14 50:5
54:13 60:21
64:5 69:20 74:5
95:3,5,9 99:18
101:7 120:5
122:12 124:18
124:21,22
125:13 142:13
151:8,20 155:2
155:17 156:24
157:5 160:19
162:1,2,13
165:19 166:6
166:15,15,19
180:9,14 182:2
188:22 189:21
191:6 192:24
196:25 198:21
203:20

**meaning** 53:9
**means** 27:7 51:11
55:2 101:20
172:8,8 198:1
**meant** 44:7
**Mediterranean**
197:9
**meet** 21:17,20
129:21 138:22
139:2 186:5
**meeting** 87:4
118:3 122:17
127:25 129:10
130:4,13
131:15,17,25
132:6,25
138:25 139:10
139:13 140:9
140:10 143:1
144:23,25
145:1,5,11,18
145:18 146:1,7
146:8,9 147:5,7
147:14,15,16
147:24 148:4
149:19,21
177:18 178:11
181:12,15
201:16,19,21
204:23,23
206:17,18
207:8
**meetings** 8:22
141:21 146:10
186:7 200:6
201:10
**Meir** 1:14 4:3 6:2
6:13 209:12
210:7 211:3,23
212:2,21
**member** 15:20
28:15 41:22
44:19 58:8
61:16,17 62:2,6
62:11,15 68:21
69:19 70:13

94:18 95:16,25
96:25 97:2,15
98:19 108:11
115:22 122:10
123:14 127:5,5
127:10 128:8
128:11 130:7
143:23 186:21
188:4 206:10
206:21,25
**members** 7:23
16:9 29:10
50:23 53:13
57:5 115:20
138:18 139:24
143:2,25
179:10 181:5
186:6 190:24
195:21 196:1
207:10
**memo** 85:7,11,14
**memory** 129:3
**mentioned** 133:3
146:17 154:6
**mentions** 32:10
33:7
**MEREDITH** 3:2
**messing** 149:9
**met** 18:22 128:2
128:4,19 139:5
142:21 145:21
178:22 187:11
189:4
**method** 54:20
**Miami** 1:19 6:18
12:11,15,17
17:6 19:1 25:10
27:11,21 28:1,5
28:10 74:1,4,7
74:8 116:17
141:11 157:3
185:20 190:15
190:15 212:18
**Miami-based**
71:20
**MIAMI-DADE**

209:5
**Michael** 1:14
3:11 4:3 5:7 6:2
6:12 209:12
210:7 211:3,23
212:2,21
**Michele** 141:20
**Mick** 127:19
139:17 146:4
**Micky** 1:14 4:3
5:3 6:2,12 24:4
43:23 70:13,17
97:25 103:22
121:6 136:17
136:24 145:20
150:15 204:8
206:3 209:12
210:7 211:3,23
212:2,21
**middle** 6:14
77:22 124:2
**MiGs** 26:22 27:2
27:14
**Mike** 142:5
146:22 147:11
147:12
**Milestone** 79:16
79:17,19 81:11
81:15,18 82:10
86:5,8,14 88:10
**military** 124:14
**million** 45:4,5
47:11 48:1,6
49:9,22 50:3,16
135:5,5,9,15
163:16,24
198:17
**MINCEX** 201:22
**mind** 175:14
185:14
**mine** 23:9
**Ministerio** 4:14
**ministry** 201:17
202:2 204:3
**minutes** 76:5,6
113:22 114:1

147:13 168:21
170:8,11,14,15
170:17 201:21
**mislead** 47:14
**misread** 163:17
**misstates** 156:11
156:20
**misstating** 74:9
**Mister** 67:21
**mistreated**
187:16
**MM** 47:10,21
**Mm-hmm** 32:9
81:8 86:2 88:24
93:3 107:6
**moment** 29:19
75:24 85:7 97:6
121:23 136:4
154:14 159:2
**momentarily**
120:3
**money** 94:13
**months** 65:7 69:8
69:23 72:6,7,10
72:11,15 82:19
83:4,6 86:23
90:16,18,19,20
149:7
**morning** 5:1,12
5:18 6:10
**motion** 139:15
**Mountain** 205:4
**move** 98:25
100:9,15,19
102:1,5,8,19
116:24 131:13
131:13 190:14
190:22 206:19
**moved** 9:20,20
**Movement**
185:16
**movie** 194:10
**moving** 99:8
**MSC** 92:5 141:8
141:12 190:2,9
190:10,19,22

mschultz@bsfl...
  3:3
multiple 166:18
Mulvaney
  127:20 128:10
  128:13 131:20
  132:1 139:17
  146:4,22,22
  149:11,16
  179:21 180:1
  180:13 181:2
  182:1
museum 19:24
  20:2,3,4,9,22
  21:1,2
music 21:3

**N**

N.V 10:5,22 86:5
  86:8,14 88:10
Nacional 20:20
  20:24
nails 175:13
name 5:12 6:11
  6:12,14 13:6,18
  38:16,20 47:2,7
  57:19 63:15
  79:12,15 81:1
  85:17 116:2,4
  117:5 118:21
  119:4 121:10
  121:11,13,13
  121:16,18,19
  126:6,6,22
  128:16,17
  132:5 137:19
  144:21 147:18
  207:5
named 10:5,25
  11:13,20,24
  32:5 79:16
  84:16 91:5,19
  118:18
names 121:15
  147:9
Naples 91:16,25

Nassau 97:23
nasty 117:25
national 146:18
nationalized
  106:25 158:24
  161:14
nature 104:3
  173:8
navigationable
  98:15 101:6
NBC 133:15
  134:4
NCL 135:7,15
  190:1,18
NCRA-Certified
  1:22 209:20
  210:22 212:16
necessarily 198:4
necessary 159:13
  160:3,4
Nederland 10:5
  10:22 11:23
need 75:23
  116:18 143:9
  143:13 164:9
  164:16 172:21
  172:24
needed 60:24
  65:5 164:7
  165:2 204:24
  205:12,24
negative 118:2
negotiations 87:6
net 50:2,9,14
Netherlands 81:7
  86:12
never 36:8 79:19
  81:21 128:19
  128:21 177:3,3
  177:5,6 178:22
  181:1,2 182:25
  185:14 192:21
  206:14,15
new 3:9 8:4
  25:10 26:4 84:9
  84:9 94:21

95:19 120:1
  175:9 196:5
news 139:11
  150:21
nice 18:21 207:24
  208:3
night 21:4
nightclub 21:5
noise 155:11,11
non-Havana
  202:13,17
nongovernment
  195:2
nonissue 152:22
nonlawyer 53:22
nonprivileged
  110:18
Norwegian 13:9
  123:11 140:20
  206:25
Notary 209:11,21
notes 170:23
  210:10
notice 90:20
  149:7 178:15
notices 85:22
  88:5 89:9,15,15
November 51:25
  87:1,7,17,20
  200:5
number 19:24
  22:19 30:10
  31:7 32:11,15
  33:4 34:7 35:1
  35:1,3,11 42:6
  42:8 77:22 89:3
  105:10,21,23
  105:25 106:3
  109:17 129:14
  129:18 158:9
  158:15,21
  184:16 189:8
  191:19 192:5
numbers 32:16
  93:21 158:16
  191:12

NV 79:17,19
  81:11,15,18
  82:10

**O**

oath 4:20 6:3
  56:23 209:1
Obama 114:12
  114:16,21
  115:1,5,8,12
  122:24 123:3
  129:6 139:19
  152:16 169:19
Obama's 144:13
object 28:2 33:11
  35:15,20 37:12
  37:20 47:13
  50:4 54:10 55:5
  55:14 56:12
  60:18 64:10,25
  66:14 67:6,24
  68:8 69:16 70:6
  70:21 73:9
  78:10 82:22
  87:10 94:7,24
  95:21 98:5
  99:24 101:23
  108:14 110:17
  131:6 143:7,12
  144:3 148:1
  152:12 156:10
  160:11 165:25
  166:8 168:4,16
  173:7 175:23
objected 112:20
  183:16
objection 10:8
  27:15 31:24
  37:2 53:20
  75:11 90:2 97:5
  97:19 100:6,24
  104:7 107:8,12
  111:7 125:15
  154:13 155:19
  162:15 165:3
  167:8 172:18

173:8 174:15
  185:7 187:24
  188:8 198:19
  207:16
objections 172:4
  183:5,12
objects 10:17
obligation 96:1
obligations 103:9
obtain 12:12
  36:1,22 37:15
  59:6 60:10
obtained 70:18
  75:5,6
obvious 165:20
obviously 17:3
  43:2 44:23
  69:10 94:15
  95:14 99:4
  106:19 119:18
  129:21 130:12
  141:22 176:6
  184:8
occasion 93:16
occasions 190:4
occur 187:6
occurred 27:2
  65:2
offer 199:18,21
  204:6,13,18,18
  205:10 206:4
offered 191:14
office 128:5
  129:13,17,22
  130:5 132:9,24
  137:2,2 139:6,7
  145:3,21
  179:12 181:12
  181:16 212:7
officer 40:1
  200:17
official 89:8,14
officials 21:20
offshore 199:13
oh 32:20 120:6
  133:21

Havana Docks v. Carnival                    Micky Arison    |    5/4/2021

**okay** 11:19 13:1
  14:3 15:4,12
  17:5 24:22
  25:25 28:24
  29:8 30:14 31:6
  31:11 32:22,24
  41:2 42:14
  46:16 47:6
  49:18,25 50:21
  50:25 51:6,20
  52:3,9,21 53:4
  55:24 57:5,25
  58:22,23 61:14
  61:23 62:14
  66:10 67:14
  68:19 73:14
  75:25 76:16
  77:1,9 78:2
  80:14,15,23
  81:13 85:6 86:8
  86:11 88:20
  89:2,22 90:5,5
  93:4 94:5 96:20
  96:25 99:20
  101:10,17
  102:15 103:20
  106:5,8 110:6
  111:25 112:23
  113:3,23,24,25
  120:9,24 121:5
  122:4,9 125:2,9
  129:23 136:2,9
  136:19 137:9
  137:13 138:1,5
  140:18 141:14
  143:23 146:1
  150:4,11
  158:12,20
  160:7 163:11
  164:17 168:20
  176:4,24
  180:25 181:8
  194:2 201:6,14
  203:14 207:25
  208:4
**Olas** 2:15,20 3:3

**old** 15:8 20:5,14
  20:18 25:9 84:6
  180:20
**Oliu** 2:19 5:21
**onboard** 182:16
  194:4,10,13,15
  199:13
**once** 74:21
  107:23 212:11
**one's** 10:18
**one-year** 182:12
**ones** 54:2,2 64:16
  135:13 184:23
**Onorato** 91:20
  91:22,23 92:1
  141:8
**open** 22:23 26:4
  26:8 30:4,20
  40:23 45:16,20
  84:4,8 88:13
  92:25 105:15
  157:25 158:14
  184:20
**opened** 76:24
**opening** 83:25
  84:6 88:21
**openly** 155:5
**operate** 8:2,13,15
  8:21 36:9 69:23
  71:7,8 72:5
  83:16 98:17
  101:2 108:2
  116:12,13
  156:25 157:2
  157:10 171:19
  171:25 188:24
  189:1 198:11
  198:14
**operated** 58:6
  124:13 133:12
  157:8
**operating** 20:7
  38:10 57:8,9
  71:9 124:11
  156:24 190:11
  205:3

**operation** 38:12
  56:25 57:12
  65:6 72:8 75:1
  75:2 94:16
  116:16,17
  182:12
**operational**
  57:17
**operations** 29:3
  51:10 52:15,18
  52:24 53:7,17
  53:18 55:19
  56:25 57:16
  71:19 72:17
  73:3,11 75:1
  83:17 90:12
  92:5 107:24
  108:1 111:22
  119:16 132:12
  168:12 174:14
  175:21 177:1,9
**operator** 38:4,10
  57:8
**opinion** 118:4
  154:15
**opportunities**
  204:4
**opportunity**
  138:22 169:12
**opposed** 197:18
**order** 87:5 98:25
  99:9 102:2,9
  133:24 193:2,7
**ordering** 212:11
  212:12
**ordinary** 42:19
  42:24 46:22
  47:7,25 48:1
**organization**
  68:24 130:17
  131:1 134:5
  140:12 143:5
  144:1 182:20
**organizational**
  80:4
**organizations**

  21:12,15
  194:23 195:3,7
**organize** 82:3
**organized** 45:17
**original** 212:11
**originally** 7:19
**Orleans** 3:9
**Oscar** 200:19
  201:11
**outside** 44:8
  188:15
**Oval** 128:5
  129:13,16,22
  130:5 132:9
  139:6,7 145:2
  145:20 179:12
  181:12,15
**overall** 57:11
**owned** 51:1
  52:22 53:16
  55:17 60:19
  61:5 92:8 108:2
  157:2,5
**owner** 132:12
  134:2
**ownership** 16:19
  16:23,24,25
  17:1,2,2,4
  49:11 105:11
  105:11,25,25
  158:22,22
**owns** 48:11 81:15

———————————————
             **P**
———————————————
**P-L-A-Y-A** 63:16
**P-R-I-E-B-U-S**
  128:17
**p.m** 1:17 24:4
  114:4,5,5,7
  171:3,4,4,6
  208:6,9
**P.O** 212:18
**page** 4:2,6,19
  24:25 26:6
  30:22 31:1,9
  32:11,15,17,19

  34:7,9 41:14
  42:1,3,16 43:12
  43:12,13 45:23
  46:7,9,10,11,16
  46:17 49:8
  51:22 52:1,4,14
  76:21,22 77:21
  77:22,22,24
  78:12 79:2,2
  84:18 86:3,20
  89:11,18 93:1,5
  105:9 106:2,23
  136:3 158:7,15
  158:16 159:3,6
  201:24 211:5
**pages** 1:15 30:9
  30:12,13 31:8
  52:4 76:19,21
  77:3 84:15 93:4
  120:11 210:7
**paid** 133:19
  135:15
**Paige** 141:20
**Pam** 137:19,22
  137:25 138:2
  139:17 146:7
  147:8
**Panamanian** 7:7
**pandemic** 16:14
  196:17,18
**paper** 120:10
**Paradise** 11:13
  11:15 202:6,7
  202:25
**paragraph** 42:16
  43:14 85:19
  86:21 87:25,25
  122:5 124:2,3
  154:24 161:20
  161:21 169:11
**paragraphs**
  43:13 85:8
**paralegal** 5:16
**part** 11:5 34:6
  49:8 51:9 53:6
  53:17 56:24

Havana Docks v. Carnival                    Micky Arison    |    5/4/2021

72:17 74:17
95:10,10
102:13 110:9
169:25 177:9
**particular**
112:17 137:21
138:18 162:22
184:4,4 192:9
193:14
**particularly**
125:14
**parties** 210:13
212:12
**parties'** 210:14
**partner** 5:15
79:13 205:8
**Partners** 137:14
137:18
**partnership**
60:22 61:9
204:4
**parts** 110:10
**party** 131:4
212:11
**Pascual** 2:19
5:21 200:20
201:11 204:18
**passenger** 14:23
14:24,25 15:1,3
**passengers** 64:3
179:1 182:11
194:5,16
**pay** 133:14,24
134:17,17,20
134:20,21,23
135:11
**paying** 175:11
**payments** 194:22
195:2,6
**payroll** 137:17
**PDF** 23:11
**Pedro** 3:13 5:24
**penalties** 211:21
**penalty** 163:23
**pending** 102:4
**Penthouse** 2:5,10

**people** 18:22
36:12,14,15,17
48:13 92:21
115:8,16
133:10 134:12
148:10,11
149:2 178:17
182:13,14,15
182:15 184:10
187:16,23
188:7 189:19
189:21,21,22
190:4,24
191:11 195:12
198:1 205:20
**people-to-people**
67:19 193:22
**percent** 16:17
37:25 39:1 40:3
40:11 42:19,20
43:3 50:7,8,10
51:3 52:22,23
53:1,10 54:24
60:10,16,19
61:6 80:19
183:21
**percentage** 16:11
198:13,14
**perception** 197:5
**Perez** 3:13 4:15
5:22 18:20
25:17 26:7
28:15 29:5,11
49:18 50:13
56:22 58:3
65:12 84:14
90:25 93:12
120:12,12,14
136:7 137:5
199:19,20
200:6 201:9
204:17
**Perez's** 119:25
119:25
**perfectly** 175:14
**performance**

54:19 55:11
**period** 37:7 51:7
57:10 72:5
122:15 168:13
183:17,25
**perjury** 211:21
**permission** 36:16
69:22 70:1,2
71:22 72:10
**persist** 98:24
**person** 93:11
116:6,8 117:2,6
118:18 119:3
127:24 128:3
132:9 145:18
145:19,21
161:4 186:20
187:4,7 195:23
196:3
**personal** 129:10
131:21
**personally** 177:6
180:4 181:11
182:4 209:13
**pertains** 147:25
**Petersburg** 96:8
97:22
**phase** 149:14
**philosophical**
126:1
**phone** 93:11
116:6 117:8
127:24 146:6,7
147:6 180:12
181:25 187:4
189:7 195:24
**phonetic** 98:15
101:6
**photo** 24:3 25:22
**photograph** 24:1
26:9 64:8
**photographs**
25:1,6
**photos** 24:16
**phrase** 108:20
109:19 183:8

**phrased** 112:1
**pic** 4:7
**picture** 24:6
25:15,18 26:5
30:4 42:10
57:21 81:23
**piece** 57:11
120:10
**pieces** 17:3
**pier** 33:4 85:14
85:15,17 92:9
105:10,24
155:22,23
158:21 160:8
**Pierfrancesco**
141:9
**piers** 33:22 36:14
36:15,18 57:24
57:24 64:14
183:24 205:12
**place** 9:8,13,17
28:9 38:6
144:25 145:6
187:25 188:21
**placed** 23:25
65:18
**places** 12:12
20:21 184:13
197:18 198:15
**plaintiff** 1:6 2:2,7
4:7,8,10,11,12
4:14,15 5:17
22:10 41:3 45:8
76:13 77:6
88:17 135:23
**Plaintiff's** 22:8
41:1 88:16
105:17 135:22
136:2 158:8
**planned** 121:18
142:2,10
**planners** 96:9
**plans** 93:13
**Playa** 4:13 63:16
63:16 75:18
**plc** 6:23 7:11

8:12 9:1 11:2
41:18 80:5 81:1
81:14
**please** 5:9 6:11
22:6 25:24 43:1
45:14 51:16
58:24 59:22
71:4 76:2,6
77:12 84:8
88:11,13 89:8
89:14 100:11
100:20 102:18
103:20 119:22
120:7 122:2
153:17 158:14
164:18 173:14
175:1,3 176:15
199:25 212:6
**pleasure** 186:14
**plus** 36:9 204:25
**point** 29:16
35:25 39:4,15
40:4 60:9 62:14
62:22,23 63:4
64:21,22 69:9
69:24 72:2 90:8
91:23,24 122:6
137:9,13 146:6
146:8,9 157:7,7
157:18,20
158:23 161:8
161:10 167:16
168:22 174:9
178:24 188:3
201:1
**points** 158:23
**policy** 129:6
139:19 144:13
168:13 183:20
184:20 185:23
**political** 130:23
131:2
**politician** 131:22
**poliu@bsfllp.c...**
2:19
**Pompeo** 147:5,11

pop 22:3
port 19:3,6 29:2
    29:3 31:2,20
    32:10,12,17,25
    33:2 36:9 74:4
    74:8 83:1 95:8
    101:6 107:24
    107:25 126:25
    156:6,25 157:3
    163:5 203:1
portion 80:25
    102:24 150:17
    164:21
ports 36:9 71:8
    93:9 95:13
    98:14,16 101:2
    108:1 117:12
    118:10 123:16
    124:12,16,22
    125:20 151:2,6
    154:24 155:14
    155:23 157:2
    161:22 183:6
    183:13,18,23
    192:10,25
    197:10,11,21
    202:14,18,21
    202:24 203:22
pose 10:16 175:9
position 15:4
    16:3 28:24 39:5
    39:16,18 40:16
    46:2 62:18 63:5
    63:8 107:21
    116:15,15
    122:14,23
    143:15,17
    144:22,22
    162:6
positions 48:13
positive 149:10
possession
    161:10
possible 130:11
    138:14

postpone 147:15
potential 93:16
    106:12 163:12
    163:22 192:25
    204:4
power 118:14
PowerPoint
    105:4,9 106:4,8
    106:23,24
    158:1,3
PR 206:19
pragmatic
    125:23
precisely 192:4
predecessor 13:4
predicate 56:13
    66:15 67:25
    68:9 70:7 78:11
    87:11 90:2
    107:9,13
    110:14 185:8
    198:19
preference 42:20
    42:25 43:4 48:2
preferred 43:6
    197:10
premise 167:13
premium 197:16
    197:22
prepared 102:19
    105:5 161:11
    196:21
present 3:12
    36:22 146:1
    147:5 151:18
presentation
    93:11 108:5,10
    108:24
presentations
    106:11,16
presented 49:3
president 15:6,13
    85:18 91:24,25
    92:1,3,5,7,10
    114:12,20,25
    115:12 127:7,8

127:14,15,21
128:1,2,4,13,24
128:25 129:13
129:15 130:4
131:3,5,16,17
136:21,25
137:3 138:23
139:1,3,4,14
140:1 141:16
142:1,2,11,21
142:22,24
143:1,4,18
144:4,12,19
145:2,14,22
146:2,10,19,23
147:7,24
148:15,25
149:5,15 150:1
150:16,17,19
154:22 161:18
161:21 162:3,7
162:14 164:4
166:4,5,5,13
167:3 168:9
169:10 170:1
177:18,20
178:22 179:6,9
179:13 180:1
180:23 181:16
206:9 207:10
president's 128:9
President-elect
    199:22 204:15
    204:20
pretty 131:25
    159:14 165:20
    166:25 200:21
prevent 202:14
    202:18
previously 59:10
    64:8 157:15
    183:13
price 197:22
prices 197:17
    199:12
pride 20:17

Priebus 128:17
primarily 101:3
primary 204:23
principal 9:8,13
    9:17 28:9 38:6
principals 185:2
principles 55:15
prior 7:20 67:8
    72:7 108:24
    115:21 122:18
    122:21 123:9
    125:11 127:6
    129:16,20
    130:4 131:22
    132:8 152:9,18
    166:24 167:6
    167:18 169:19
    172:5 173:18
    173:18 178:7
    186:6,16,19
    187:9 189:5
private 118:4
privilege 70:25
    108:16 109:5
    112:22
privileged 112:2
    154:16 177:13
probably 80:3
    90:25 113:14
    113:22 150:5,8
    172:24
problem 61:23
    84:7 90:5
    185:11
problems 84:2
    202:13,17
proceeds 50:2,14
process 78:1
    149:18
produced 33:17
    80:1,2,6,24
    92:20 200:1
producer 134:2
producers
    134:21
product 94:17

products 133:14
Professional 1:22
    209:11 210:5
profit 198:14
profitable 94:16
profits 198:5
program 67:19
    193:23
programs 29:2
progressed 189:9
progresses 84:2
promoted 14:22
promoting
    133:13
promptly 87:3
proper 100:15
properties
    124:11,13,17
    125:21
property 33:23
    104:17 106:25
    153:14 154:9
    155:1,3,16,18
    158:25 159:10
    159:13,23
    160:3 161:22
    162:2,12,21,25
    163:2 182:22
    207:14
protect 165:17
protective 98:25
    99:8 102:1,8
provide 110:19
    143:2
provided 202:4
providing 83:15
proxy 48:10 49:2
    49:3
PT 22:17
public 15:18
    102:13 116:24
    118:5 184:20
    200:16 209:11
    209:21
punish 148:16,21
    149:3

Havana Docks v. Carnival                    Micky Arison   |   5/4/2021

**punishing** 148:23
**purchase** 104:1
    104:19
**purchased** 50:7
**purpose** 29:20
    102:16 111:19
    111:20 164:6
    201:15
**purposes** 82:3
**pursuant** 47:22
    54:20 185:5
    196:24
**pursuing** 182:7
    185:5
**put** 22:1,5 24:14
    24:18 25:22,23
    29:23 30:8
    40:19 45:13
    75:17 77:11
    79:2,22 83:23
    90:7 109:18
    110:2,3,7
    111:11,15,18
    119:22 135:17
    152:17 157:12
    157:14,15
    199:25 207:5
**putting** 24:20
    76:16 127:7,15
    128:12,13

**Q**
**Queen** 132:18,21
    133:5 134:9,14
**question** 7:20
    10:14,16 17:12
    18:8 31:12 37:3
    38:18 54:4
    58:25 59:9
    62:20 65:1 66:5
    66:19,20 67:8
    67:13,20 68:14
    68:19 70:12
    71:1,4 74:5
    82:13 87:12
    94:25 97:6,7,11

97:11,18 98:7
98:23 99:1,4,10
100:18,21,23
102:3,10,17
103:1,2,18
107:22 109:13
110:17,20
111:15 112:15
112:16,17
113:1 117:17
118:6 123:1
126:16,19
131:9 144:11
144:13 154:6
154:14 155:9
155:17 157:6
160:6,20,23
161:1,25
164:19,25
166:18,19
167:13 169:15
169:21 172:11
172:14,19
173:1,2,10,11
173:15 174:2,8
174:23 175:1,7
175:9,15,21,22
175:24 176:24
177:16 183:8
186:11,16
192:3 193:15
207:13,17
**questioning**
    58:21
**questions** 31:9
    31:10 66:24
    73:24 85:9
    102:12,15,21
    122:1 171:10
    177:10 184:21
    207:24 208:1
**quickly** 191:11
**quite** 27:21 126:9
    146:10 174:20
    205:20
**quote** 42:17

43:19 44:2
85:20 86:22
88:3 124:6,16
150:19 151:3,4
154:24 155:14
161:22 165:13
165:16 168:10
169:11,14
201:18 202:3
204:1,5,16
**quote/unquote**
    51:9 172:15

**R**
**R-E-I-N-C-E**
    128:18
**raise** 205:22
**Ramirez** 201:22
**ran** 201:2
**range** 51:2
**reach** 178:6,8,13
**reached** 138:21
**reaction** 86:25
**reactivate** 92:14
**read** 33:12 34:1
    41:16,18 43:14
    52:12 53:22
    58:25 59:13
    67:22 77:3,16
    85:6,7,7 88:1
    100:18,21,22
    102:18,21,23
    121:21,24
    136:4,8 150:17
    151:2 159:2,5
    160:13,16,24
    161:1,8 163:21
    164:18,20
    175:1 200:20
    200:22 206:1
    211:21
**reading** 33:25
    41:21 42:16
    159:9 160:12
    166:25 201:3
    204:24 208:7

212:7
**reads** 43:19
**ready** 58:19
**real** 132:11
**reality** 60:21
    61:8 95:5 197:6
**realized** 144:10
    147:8
**really** 16:14
    48:14 93:7 98:6
    131:9 135:14
    148:18,24
    149:2 165:7
    191:6 196:12
    196:15
**reason** 25:20,21
    32:19 36:11
    47:23 50:16,19
    126:1 152:3
    161:7 172:22
    202:9 204:23
    211:5
**reasonable** 51:5
    125:23
**reasons** 121:15
    190:25
**recall** 18:10
    20:23 27:4,5,7
    29:12,12,19,22
    31:14,16,21
    33:13 38:19,19
    44:9,15,20 50:9
    71:6,6 72:8,14
    78:21 87:21
    90:15,15 93:7
    106:10 108:7,8
    109:6 115:9
    117:6 123:24
    125:22,24
    126:6,6,15,22
    127:2 128:14
    128:15 129:16
    129:19,21
    130:21 131:16
    135:1 139:16
    140:9 141:6

142:13 145:8
145:10,17
149:24 154:21
166:25 182:23
183:2,3,23
194:13 205:25
206:6,16,18
207:5
**receipt** 212:9
**received** 108:10
    108:24 109:23
    197:21 204:16
**receiving** 173:21
**recognize** 25:5,8
    25:12 26:11,14
    41:15
**recollection**
    38:21 43:16
    44:3 48:24
    51:15 53:5
    65:17 73:1 78:6
    78:17 81:14,17
    87:8,15,18 90:9
    90:10 91:14
    92:17 182:8
**record** 5:2 22:7
    23:17,19,22
    40:25 41:11
    59:24 60:2
    62:25 76:8,11
    77:17 84:3
    88:15 102:13
    114:3,6 135:22
    138:1 164:16
    171:2,5,9 175:4
    175:5 208:6
    210:10
**records** 31:18
    33:18 35:8
    44:16 45:17
    48:20 49:19
**red** 158:18
**reference** 185:24
**referring** 67:11
    92:11 124:6
    132:3 145:1

153:3 163:14
164:23 191:23
200:24 204:2,8
204:11
**refers** 200:24
**refinancing**
16:13
**reflect** 78:8,19
80:4
**reflected** 64:16
145:7
**reflects** 24:10
43:21 49:9
53:15 85:3
86:12 198:2
**refresh** 38:21
43:16 44:3
48:24 51:14
53:4 81:13,17
87:8,15,17
91:13 92:17
**refreshes** 72:25
**regarding** 33:21
107:9,13 139:9
150:20
**regardless** 21:15
154:11 166:23
**regards** 43:16
49:19 99:22
102:14 105:3
108:12,13,25
117:12 122:24
123:12 126:13
133:4,9 137:21
138:17 144:15
181:8 186:22
**regime** 117:24
126:3 148:19
183:21 184:1,2
184:5
**registered** 33:20
107:1 209:10
210:4
**regulations**
168:12
**reiterate** 168:23

**related** 129:18
**relationship**
122:16 132:14
133:19
**relationships**
90:1
**relative** 210:12
210:13
**relatively** 57:11
198:12
**relevant** 184:22
188:9
**religious** 21:14
194:22
**reluctant** 205:16
**rely** 148:12
**remain** 40:15
**remained** 16:1
39:8
**remember** 20:21
21:10 26:19,22
26:24,25 27:18
27:19 28:22
29:15 38:16
41:21 43:2,4
50:5 72:6 79:11
91:5 93:5 108:4
108:9,23
118:17 126:10
129:8,11
135:13 142:16
143:20 145:10
147:17,23
171:11 187:9
206:14 207:2
**REMOTE** 2:1
**Remotely** 1:19
**remuneration**
46:17
**repeat** 84:7
**repeatedly** 175:8
**repeating** 73:23
**rephrase** 61:24
63:1 68:17
103:2,5,6
**replace** 158:5

**report** 4:8,10
31:2,19 33:2,6
33:17,25 34:1,2
34:4,6 35:12,21
35:22 41:12,17
44:12,13 45:22
46:1 54:20
142:22 179:4
179:10 210:6
**reporter** 1:22,22
4:21 5:6,10
67:21 100:20
113:19 174:25
209:11,20
210:1,5,22
212:16
**reporting** 39:21
63:11 139:11
150:21
**reports** 41:22
45:21 181:20
**represent** 5:17
48:6 143:24
**representatives**
186:8
**represents**
141:11
**repressive** 184:2
**Republican**
131:4
**request** 71:21
152:15,16
157:9 168:15
169:16,19
**requested** 168:10
210:9
**requesting**
138:22 191:5,7
**requests** 201:1,2
202:4
**require** 193:1,6
193:16
**required** 55:15
193:3 198:22
**requirements**
49:3

**requisitioned**
104:2
**requisitioning**
104:17
**Reread** 67:20
**Rescue** 27:1
**reservations**
13:17 14:18
189:23,24
**residences** 19:23
**resigned** 50:23
**respect** 46:17
99:13 184:9
188:6
**respectively** 44:1
**respond** 178:9
**responding**
191:11
**response** 205:20
**responsibilities**
101:8
**responsibility**
95:19 97:3,16
97:25 98:11,14
98:20 99:5,21
99:25 101:2
**responsible** 29:2
96:11
**rest** 47:24
**restaurant** 19:25
20:19,25
**restricted** 71:18
**restrictions**
196:22
**result** 49:25
50:10 60:13,15
61:4
**results** 142:23
**retired** 20:12
**retract** 165:8
**retrieve** 199:2,7
**return** 196:21
**reveal** 153:17
154:16
**revealing** 109:13
112:12

**revenue** 198:2,13
**revenues** 198:4,7
198:7,16 199:9
199:12
**reverse** 139:19
**reversing** 129:6
144:13
**review** 49:19
50:14 202:4
208:2 210:8
212:6,7,9
**reviewed** 212:12
**reviewing** 124:8
**Richard** 141:2
**Rick** 141:10
**right** 6:10,16 7:5
7:12 8:9,18
9:15,22 14:16
14:21 15:13
22:9 23:4,16
24:25 25:17
29:6 30:16,23
31:4,6 32:16,25
34:22,25 35:18
35:18 36:15
38:22,24,25
41:6,9,25 43:11
43:14 44:17
45:19,25 46:5
46:21 47:19
48:22 49:16,17
49:22,24 50:3
50:13 51:3,13
51:21 52:5,6,14
53:11,25 55:1,1
56:8 64:19
72:19,24 75:20
76:3 79:1,6,9
79:24 80:8 81:5
81:25 82:8,21
83:3,9 84:12
86:9,16 87:24
89:6,10 90:7
91:3 92:19,25
96:18 105:1,14
105:17,19

107:15 113:1,3
115:19 120:21
121:1,3,17,20
121:23 122:7
124:15 125:2,8
131:12 132:6
134:13 136:12
136:22 137:9
138:3,17 144:8
144:24 145:3
145:17,24
146:21 147:20
149:25 151:7
152:25 153:8
154:5 157:21
158:14,17
161:6 164:5
169:5 170:5,6
171:8 174:20
181:25 186:3,5
186:15 189:4
191:7,15
195:19 197:16
199:16 200:9
200:14 201:12
202:3 203:10
203:13,25
207:20 208:1
**right-hand** 41:8
105:9
**rights** 21:11
184:10 187:22
188:6 195:7
**Rio** 123:11
140:20 206:24
**risk** 94:12 108:13
126:23 151:1
**risks** 94:6,9,22
94:22 95:7,12
117:11 118:9
**risky** 101:7,7
**road** 101:25
102:7
**ROBERTO** 2:4
**Roger** 136:7,15
200:15

**room** 22:3 23:10
**Ross** 178:21,23
**royal** 140:24
141:3 180:3
190:2,18
**RPR** 1:21 209:20
210:21 212:16
**Rubio** 116:1,5,10
117:15,15,17
125:15,17,22
149:11,12,15
149:17 179:22
180:2,5,18,24
180:25 181:9
181:12,15,21
182:5,7,19,25
183:5,10,12,16
183:24
**rule** 55:2
**rumors** 129:5
139:18 141:23
**run** 96:6 124:13
132:24
**running** 120:20
120:22,23
**Russell** 120:18
200:12

—————————
**S**
**S-U-P-R-A-N-I**
91:6
**S.p.A** 80:10,15
80:17
**safe** 95:8 98:12
98:13
**safely** 191:9
**safety** 101:3
**Saigon** 96:8
**sail** 93:21 148:9
184:13 190:15
**sailed** 11:10,13
11:17,20,24
17:16 38:17
191:20,21
192:6
**sailing** 63:19

97:22 182:16
**sale** 49:20 50:1
**sales** 14:13
**salon** 20:5,7,13
**San** 185:15
**Sandahl** 43:20
**Santiago** 191:21
192:19 193:8
193:17
**Sasso** 141:10
**sat** 54:7
**save** 23:1 89:24
**saw** 25:15 86:9
88:9 177:3,3,5
177:6
**saying** 32:12
50:18 53:21
180:13 186:10
**says** 23:13,14
24:3,12 30:23
33:4,14 35:14
35:17 41:18
42:3,15 44:12
44:13 46:22,23
47:20 49:13
52:9,14,24 53:9
76:20,22,22
77:24 80:9 81:6
86:22 88:3 89:7
93:1 100:19
102:18 105:10
105:24 121:6
124:15,19
125:1,3 135:2
151:3 152:5,25
153:2 154:23
158:4,20,24
159:22 161:16
163:22 165:13
168:20 201:13
201:17 203:25
204:5
**scasey@colson...**
2:9
**schedule** 136:21
**scheduled** 147:14

**Schiller** 2:13,18
3:2 5:19
**school** 12:6,6
**SCHULTZ** 3:2
**screen** 30:3,4
40:23 41:7
51:19 76:17
77:20 88:21
**scroll** 31:3
**scrolling** 32:23
**se** 148:18
**Seabourn** 52:23
202:23 203:2
203:15
**sec** 52:11
**second** 42:16
50:10 67:13
73:21 76:21
86:21 127:7
157:13 159:19
202:2
**secondly** 74:13
**secretary** 146:5,9
147:4,11,14,16
**secretary's**
147:17
**section** 33:1
47:22
**Securities** 51:23
53:12
**security** 121:15
146:19
**see** 11:9 18:18
22:15 23:11,13
24:18 30:22,24
31:3,5,7 32:19
33:3 34:6 42:12
43:15 45:23
46:23,24 47:6,8
47:12,24 48:3
49:7 51:14,22
51:25 52:17,19
53:2,11,19,21
75:20 76:21
77:21,25 80:9
80:10,15 81:1,2

81:5,7,11 84:10
84:13,18,18
85:5,11 86:1,4
86:5,5,13,16,18
87:24 88:25
89:4,20 93:1,2
93:8 99:12
100:18 102:9
102:18 105:11
106:1,5,22,24
107:5 120:12
122:4 133:17
133:21 136:18
149:16 158:16
158:19,19
175:8 178:24
200:3 201:14
205:6 207:22
**seeing** 87:16
149:4 189:25
194:13
**seeking** 47:14
**seen** 31:13,14
65:15 93:6
106:8,11 156:8
157:25
**segment** 132:21
132:22 134:10
134:10,13
**segments** 133:13
133:19
**semesters** 12:5
**Senator** 116:9
117:15,15
125:17 180:2
181:8,11,15
182:7,19,25
183:5,10,11
**send** 122:20
149:21
**sending** 122:9,11
149:25
**sends** 85:12
**senior** 8:17
122:14
**Sensation** 11:16

11:18
sense 13:13,15
  110:5 113:10
  202:10
sent 85:24 88:7
  89:25 145:13
  164:4
sentence 124:4
  151:4 154:3
  161:21 163:12
  169:10 202:3
  202:16
separate 75:4
September 4:14
  84:17 85:21
  86:17 88:4
series 79:25,25
  89:1
serious 174:21
serving 44:18
set 131:17 139:15
  141:21
sets 8:6
Settlement 33:20
  34:23 107:2
seven 105:23
  106:3 158:9,15
  159:6
seventh 124:4
Shanghai 96:8
  97:22
share 42:19,20
  42:25,25
  189:13
shareholder 8:21
  40:5,7 43:17
  44:2,6,14 54:8
shareholders 8:7
  16:9 96:2
shareholding
  47:16,23
shares 43:4 45:4
  45:5 46:22 47:8
  47:11,25 48:1,2
  48:5,6,7,11,13
  49:9 60:20

SHEET 4:22
  211:1
ship 11:12,20,24
  17:9,15,17,20
  17:25 18:5,24
  19:6,20 26:5,11
  26:14,16 57:9
  63:15,18 64:4
  87:9,18 120:25
  190:15,22
  193:2,7,16,18
  202:25
shipments 72:19
Shipping 13:7,8
  14:1,5
ships 11:10 37:18
  38:11,13,14,15
  38:17 55:21
  56:2,6,10,19,19
  57:13 58:4 59:7
  64:23,24 72:4
  73:6,17,25
  74:14 78:8
  90:12 101:4
  178:15,16,25
  182:16 191:2,3
  191:4,5,7,8,19
  192:9 198:11
  198:11 202:12
  202:14,18,24
  203:8,12,15,22
shoot-down
  26:25 27:13
Shores 212:18
short 113:10
  121:25 157:20
  200:21
shorthand 204:7
  204:10
shot 26:21
show 21:24 22:2
  30:16 45:11
  51:13,16 72:25
  75:14,15 80:3
  83:20 88:11
  92:16,17

104:13 105:3
  119:21 132:21
  135:16 194:5
  199:24
showed 20:14,16
  54:14 57:21
  166:24 194:15
showing 194:10
shown 30:18
  64:8 157:15
  158:9
shows 21:3
sic 190:9
sides 120:10
Sierra 19:6 25:12
  25:19 33:3,4,8
  33:23 36:3,25
  37:10,17 56:20
  57:13 59:4,8
  63:20 64:4
  65:25 66:12
  67:5,17 68:5
  69:1,5 70:17,20
  72:3,18 73:6,8
  73:18 74:18
  75:8 82:20 87:9
  87:19 91:10
  105:10,24
  107:18 156:5
  156:16 158:20
  161:14 162:22
  163:2 172:2
  193:4,9,19
sights 20:20
sign 208:2 212:7
signature 212:19
signed 53:13
  89:3 209:15
significant 151:1
  151:1,5,10
  197:12
signing 208:7
  212:7
Silvio 89:8
similar 122:20
  147:9

simple 161:4
simple-minded
  161:4
simultaneously
  63:6
Sincerely 212:13
Singer 2:14 5:18
  5:19 10:8 27:15
  28:2 31:24
  33:11 35:15,20
  37:1,12,20 42:3
  47:13 50:4
  53:20 54:10
  55:5,14 56:12
  58:17,23 59:9
  59:13,23 60:18
  61:20 64:10,25
  66:14 67:6,20
  67:24 68:8
  69:16 70:6,21
  71:5 73:9,22
  74:9 75:11 76:7
  78:10 82:12,22
  87:10 90:2 94:7
  94:24 95:21
  97:5,18 98:5,22
  99:8,24 100:6
  100:13,24
  101:23 102:6
  102:20,25
  104:7,13 107:8
  107:12 108:14
  108:20 109:2
  110:14 111:7
  111:25 112:8
  112:17 113:2,6
  113:16,25
  115:2 131:6,12
  143:7,12 148:1
  152:12 153:15
  154:13 155:19
  156:10,20
  157:17 159:2
  160:11 162:15
  163:17 164:11
  164:14 165:3

165:25 166:8
  166:17,22
  167:8,24 168:2
  168:16,21
  169:21 170:8
  170:15,18
  171:1,16 172:4
  172:18 173:7
  174:4,15 175:6
  175:22 176:13
  177:2,10
  184:19 185:7
  187:24 188:8
  188:14 198:19
  203:19 207:16
  207:19,25
  208:4 212:2
single 8:13,15,17
  81:24 94:8
sir 6:10,14 7:5
  9:16 10:11,12
  10:15,19 11:10
  12:3,20 13:6,14
  14:6,10 15:2,8
  15:13,14 16:25
  17:6,8,13,23
  18:11,13,17
  19:13 20:10,22
  21:7,25 22:3,13
  22:16,25 23:12
  23:17,25 24:5
  24:17,24 25:5
  25:22 26:2,9,15
  26:18,19,20
  27:9,24 28:6,25
  29:6,15 30:2,16
  30:17,20 31:7
  31:12,17,22
  32:2,7,11,14,23
  33:6,16 34:3,5
  34:8,10,12,15
  34:20,22 35:2,7
  35:14,18,24
  36:6,7,11,19
  37:7,14,22 38:7
  38:14 40:8,22

41:10,11,15
42:1,21,23 43:7
43:11 44:10,14
44:19 45:2,6,12
45:16,25 46:3,6
47:19 48:19,22
48:23 49:5,11
50:17,23 51:7
51:15,18,21
52:7,11 53:15
54:3,9,12,16,18
55:1,9,13 56:8
56:16 57:1,14
57:18,23 58:2
58:13,15 59:2
59:19 61:12,23
62:22 63:4,8,13
63:20,24 64:9
64:21 65:11,16
65:20 66:3,11
66:18 67:2,14
68:3,13,16,23
69:15,20 70:1,9
70:12 71:3,4,12
71:16 72:13,19
72:24 73:2,19
74:3,13 75:14
75:15,20 76:21
76:24 77:1,5,15
77:20 78:17
79:4,4,6,11,16
79:24 80:1,13
80:18,21,23
81:2,13 82:2,11
82:16,21 83:9
83:13,20,22
84:2,13 85:2
86:9 87:14
88:20,25 89:6
89:23 90:6,7,10
90:23 91:3,5,8
91:17 92:2,12
92:16,19,23
93:6,19 94:6,14
95:2,17,25
96:12,16,18

97:17 98:10,18
99:16,19
101:10,14
103:10,20,21
104:23 105:1,4
105:14,20
106:4,9,17,22
107:5,10,11,15
108:19,23
109:21 110:6
110:11 111:6
111:15 114:9
115:14,19
116:10,19
119:15,21,24
120:3,9,21
121:9,11,23
122:7,22 123:6
124:1,18,20
125:2,19 126:7
126:20 127:5
127:13,16
128:7 129:24
130:19,22,24
130:25 135:17
136:4,8,17,22
138:1,3,6,19
139:12 140:6
141:15 144:9
144:19 145:12
145:24 146:17
147:21 149:22
151:3 152:8,15
152:24 153:1
153:10,20,20
153:20 154:19
155:2,7,13,18
156:9,14
157:12,16,23
158:1,10,17
159:6,15,18,19
159:21 160:5,9
160:16 161:8,9
161:15,25
162:11,12,23
163:8 164:5,15

164:24 165:12
165:19,23
166:11 167:1
167:11,16,22
168:6 169:15
169:25 170:3
171:9 172:21
172:22 173:14
174:13,19,23
175:2,2,16,21
176:2,22,25
177:5,16
179:23 181:9
182:3 183:9
184:1,7,13,14
185:2,10,13,25
186:3,5,12,24
187:18 188:13
188:19 189:15
191:22,25
192:4,13
193:23 194:9
194:14 195:19
195:20 196:7
197:3,14,16
198:1 199:14
199:16,16
200:1,9,20
201:4,12,23,24
203:5 206:9,13
207:13,23
208:3
**sister** 17:1
**sister-in-law**
138:3
**situation** 141:22
185:22 196:18
**six** 65:7 69:8,23
72:6,7,9,11,15
83:4,6 90:16,18
90:19,20 149:7
176:5
**six-month**
182:11
**sixth** 100:7
175:17

**size** 191:1
**skiing** 27:25
**skills** 195:12
**skin** 185:25
**SLG** 43:21,22
**slide** 105:23,23
106:3 158:9,15
158:17 159:6
166:24
**slot** 13:18
**small** 17:3 38:12
57:11 198:12
198:12,13
202:21
**smaller** 202:24
202:24 203:8
203:22
**smallest** 202:25
**social** 132:14,23
187:12 196:16
**softening** 181:23
**sold** 40:17 49:20
50:21
**solution** 181:21
182:6
**somebody** 84:16
133:22 154:8
157:5 181:14
191:16
**somebody's**
19:21
**sooner** 72:16
**sophistication**
42:23
**sorry** 10:11,13
15:11 22:19
32:3 36:13 43:9
46:25 57:3
64:13 71:8,12
72:22 75:23
101:19 107:10
107:11 115:6
115:14,17,19
117:17,18
120:6 149:16
158:19 162:24

178:22 185:13
192:15 199:1
201:9
**sound** 49:22 50:3
51:3
**sounds** 9:15,22
14:16,21 38:22
38:24 49:17,24
51:5,5 145:9
146:21 170:12
**source** 111:23
**sources** 111:1
**South** 6:18 9:8
9:18
**SOUTHERN** 1:1
**Spanish** 76:20
77:2,4,16,18
86:4 88:10 89:2
89:5,7,16,17
**speak** 10:18
114:11,15,20
114:25 115:21
115:25 116:5,9
116:18 117:1,4
117:6 127:9,13
127:16,17
130:6 143:4
144:11 165:24
181:11,14
183:10 186:24
189:6,17
**speaks** 34:4
35:12,21 44:11
89:12 168:2
**special** 31:1,19
33:6,17 91:7
**specific** 56:5
106:21 118:7
118:12 123:25
130:10 138:15
169:8 176:24
183:18,18
**specifically** 37:16
118:6,16
162:11
**speculation**

Havana Docks v. Carnival                    Micky Arison    |    5/4/2021

185:8
**spell** 6:14 118:19
**spelled** 128:17
**spend** 27:20
**spending** 121:7
**spent** 19:25
20:13 21:9
124:8
**spoke** 93:12,15
115:11 116:1,7
116:11 117:7
117:16 118:8
128:21 142:22
182:5,25 189:6
189:8 195:22
**spoken** 205:15
**sponsored**
132:16
**spouse** 24:2
**SS** 209:4
**ssinger@bsfllp ...**
2:14 212:3
**St** 3:8 96:8 97:22
**staff** 127:22
128:9 146:23
146:24 180:2
199:22 204:15
207:10
**stamped** 89:19
**stands** 123:7
**start** 12:23 24:20
83:24 187:6
**started** 14:7,8,9
18:14 139:14
156:3 161:12
176:7
**starts** 124:5
**state** 6:11 139:23
146:6 147:5,11
209:3,11,21
**stated** 55:18
124:12,16
171:9 211:22
**statement** 42:12
55:12 171:15
172:1,12,16

173:5 174:1
**statements** 50:15
**states** 1:1 18:1,6
33:18 34:2,24
42:18 43:15
51:24 64:23
65:16 67:19
89:13 104:19
106:24 107:3
111:22 187:1
194:3 201:17
201:24
**stating** 124:9
**stationery** 86:5
86:11
**stay** 19:20,20
**Steinbeisser** 1:21
5:7 209:10,20
210:4,21
212:16
**Steinotype**
212:17
**stenographer**
67:22 100:22
102:23 164:20
**stenographic**
1:22 209:20
210:10,22
212:16
**stenographically**
1:21 210:6
**Stephanie** 2:9
5:15
**stepmother** 17:2
**steps** 86:23
**stewardship**
43:22
**sticker** 31:3
**Stingo** 3:11 5:8
**stipulate** 48:19
**stock** 8:4,4 43:7
48:18
**stolen** 207:15
**stop** 42:21 82:25
83:1 124:15
151:7 193:19

**stopped** 19:10
**stopping** 157:18
182:10
**stops** 197:18
198:18
**Story** 194:11
**strategic** 205:24
**strike** 59:19
199:18
**structure** 80:4
134:5
**Stuart** 2:14 5:19
42:7 58:20
100:17 102:3
102:11 103:6
112:11,24
113:4 168:25
170:5,14,23
212:2
**study** 32:12
**stuff** 23:8
**subconscious**
163:21
**subject** 35:3
74:11 101:18
101:21 109:4
112:15 120:15
135:19 136:5
138:15 139:3
140:2,2 144:5
145:15,23
146:13,14
151:1,5 177:15
200:5 207:6
**subjects** 99:1
**subsequent**
177:19
**subsidiaries** 36:2
36:24 41:19
**subsidiary** 10:6
10:23 11:1
82:11
**successful** 43:22
190:7,9
**suggest** 113:22
**suggested** 149:5

190:5 202:12
202:16 212:9
**suggestion** 34:16
**suit** 153:7
**suitable** 157:18
**Suite** 2:15,20 3:3
**summary** 32:8
52:9,10,15
**Sun** 38:20,23
53:1 55:19 58:3
**Sundream** 55:21
**supervision**
105:6
**support** 126:4
133:1 148:17
149:13 162:8
171:14 172:1
172:12,16
173:5 174:1
182:21 184:16
195:2,10,16
205:21
**supported**
205:19
**supposed** 22:24
22:25 23:1
25:25 77:13
**supposedly**
162:18 184:22
**Suprani** 91:6,8,9
**sure** 7:22 12:1
29:18 34:15
39:24 43:10
44:7 45:1 51:11
57:2 59:11
66:20 73:14
75:15 83:10
84:1 93:15,17
93:25 98:12,14
99:19 110:12
120:1 123:1
130:2 131:25
135:3 136:11
138:16 144:24
147:12 159:5
159:24 190:20

192:25 198:21
198:21 199:11
204:9
**surname** 91:9
**surprised** 180:16
**swear** 5:11 6:3
137:23
**sworn** 209:13
**sympathetic**
185:21
**system** 46:13

_____
                T
_____

**T-O-R** 118:21
**Tab** 22:5 88:12
135:18
**tabulate** 199:9
**take** 58:14,18,22
59:21,21 76:1,3
76:4 77:13,15
85:7 89:15 95:7
95:7 101:1,2,8
103:25 104:1
104:20 113:5
113:10 117:9
121:23 130:1,2
130:3 136:3,13
157:20 159:2
169:7 170:6,22
174:7,18,19,21
179:20 180:8
207:19 208:1
**taken** 1:21 5:3
86:24 124:23
211:3
**takes** 20:4
**talk** 127:4 128:24
131:15 133:2
139:13 159:18
170:24 184:14
184:18 187:13
**talked** 128:20
183:18 196:16
**talking** 9:18 42:2
46:25 49:2
80:20,20,21

152:24 182:23
183:23 189:22
**talks** 41:19 154:4
154:5
**Tandy** 119:4,6
121:6 130:9,12
131:19,25
136:7,14 137:4
137:10 138:2
138:11 146:5
146:25 147:8
149:12,17
150:8 181:19
181:20
**Tara** 120:18
200:12
**teach** 195:11
**team** 8:18
**technical** 8:9
119:17 171:22
**technicalities**
8:23
**technically** 8:2
61:7
**Ted** 13:23
**telephone** 129:9
141:19 145:14
**telephonic**
206:17,18
**telephonically**
186:21
**television** 132:21
**tell** 9:16 24:5
37:7 52:6 57:5
77:2 84:5 89:23
89:23 103:20
134:16,19
138:18 139:21
142:23 153:9
167:3 177:7
178:4,5 179:15
182:19 187:21
188:5
**telling** 125:5
**tells** 124:2
**ten** 147:13 170:8

170:15,17
**ten-minute** 59:22
**tender** 203:16,17
203:18,20
**Teo** 32:2,5
**term** 119:18
159:9,15,20
160:9,15,23
163:4 171:17
171:22
**terminal** 19:6,8
19:10 25:4,5,13
25:19 26:15
33:3,8,24 36:3
36:4,24,25
37:10,17,17
56:20 57:14,16
57:17,23,24
59:4,8 63:21,23
64:1,2,4,6
65:25 66:12
67:5,18 68:5
69:1,6 70:17,20
72:3,18,20,23
73:7,8,18 74:18
74:18 75:9
82:20 87:9,19
90:13,14 91:10
105:10 107:18
156:6,17,18
158:21 161:15
162:23 163:3
172:2 193:4,9
193:12,14,14
193:19
**terminals** 25:7,9
25:9,11 57:20
57:22,22
183:18,24
189:10,14
**terminating**
89:25
**termination**
85:22 88:5 89:9
**terms** 8:10 98:23
99:20

**terrible** 126:8
**testified** 49:19
50:13 56:23
58:3 83:7
161:11 183:15
192:6
**testify** 172:23
**testimony** 6:4
8:13 27:12,14
58:1 74:10
**testing** 129:3
**thank** 22:9 23:18
26:18 59:23
61:24 101:10
114:2 115:19
125:2 136:20
170:25 186:4
207:23 208:4
**then-chief**
127:21
**thing** 41:16 43:6
80:12 178:13
**things** 21:10 29:1
29:4 73:17
74:23 78:15
125:19 126:2
149:24 156:1
**think** 12:13 16:7
16:18 44:24
45:7 57:21
81:22 82:23
92:5 95:3 97:8
100:14 104:5
108:7 112:18
113:13,18
114:18,22
115:7 117:7,7
126:14,14
130:11 131:7,9
132:5 133:14
134:25 137:22
138:24 139:8
145:5 148:25
151:11,22
152:21 162:6
169:1 173:10

174:2,7,9
180:19 182:8
183:15 184:6,9
187:14 188:20
188:21 203:14
204:22 205:23
206:1,7,19,23
207:1,7,14
**thinks** 102:9
**third** 76:22 77:21
86:3 97:19
151:3 158:23
161:8 202:3
**thought** 10:13
13:21 94:15
115:3 133:10
137:24,24
146:15 171:10
**thousands** 96:6
148:12
**threatened**
151:10
**three** 33:21 34:11
38:13,15 57:21
57:22,23,24
170:20 173:11
**Thursday** 85:21
88:4
**ticket** 199:12
**time** 5:5 9:24
10:6,21 11:2,11
11:14,17,21,25
12:21 13:4 15:8
15:11 16:2
17:16 18:12
19:5 20:13 27:4
27:5,8,19,21
29:16,19 33:14
35:25 37:7 38:3
39:4,8,15,23,23
39:24 40:5 43:5
49:20 50:25
51:7 54:5,16
55:10,17,24
56:16,23 57:6
57:10 58:8,14

59:3,20 60:9
62:14,22,23
63:2,4 64:19,21
64:22 65:3
66:11 69:4
70:15 72:2,6
73:4 74:14
77:12 78:9,20
84:1 85:18 87:3
87:5,16,18
89:24 90:8
91:11 92:4,8,10
96:21 97:19
98:4,8,22 99:2
99:10 100:8,8
100:10 103:14
105:6 107:17
113:7,8 117:9
120:19,21,23
122:6 124:8
126:9 127:7,8
128:23,25
131:4 136:13
137:10,13
139:5 140:12
140:13 143:18
143:21 144:22
146:19,23
151:18 152:3,9
152:18 153:11
154:9 156:3,4
166:24 167:6
175:17 177:21
177:21 178:3
180:6 182:5
185:20 188:3
189:7 194:25
195:5,9,14
197:14 199:16
200:8,12,16
201:2 203:3
205:13
**times** 139:2
166:18 169:22
173:9,12 174:5
175:15 189:8

194:20
**timing** 92:9
   149:24 190:22
**title** 63:9 150:21
   153:12
**titled** 31:19
**today** 5:5 31:13
   35:25 37:14
   93:6 106:9
   150:23 158:10
   162:10 207:24
**told** 71:21 82:13
   110:13,25
   125:6 134:17
   167:4 179:16
   186:13 205:13
**top** 24:3,10 25:1
   30:23 41:8
   52:15 80:9,13
   81:2 85:2
   105:24 120:16
   136:6 137:4
   158:20 200:3
   201:15
**topic** 187:23
**totally** 182:18
**touch** 119:18
   131:24 132:25
   133:1
**tour** 38:3,10 57:8
**toured** 19:22,22
**touring** 21:9
**tourism** 207:3
**tourists** 20:6
**tracking** 23:8
**traffic** 14:24,25
   15:1,3 23:7
   159:9,22,22
**trafficked** 153:14
**trafficking** 68:7
   154:8 155:1,3
   155:16,17
   161:24 162:1
   162:11
**train** 146:15
**transaction** 50:6

50:6 159:12
**transactions**
   159:10,23
   160:2
**transcript** 208:2
   210:8,9 211:1
   212:5,8,9,11,12
**transition** 202:5
**translate** 18:22
   18:23
**translated** 77:3,9
   79:3
**translation** 77:19
   77:20,21,24
**translator** 77:23
**Transport**
   201:11
**Transporte** 4:14
**travel** 10:25
   14:23 17:9,20
   17:21,25 18:5
   27:21 56:2,6,10
   66:3,7,7 67:15
   67:18 79:5
   96:23 97:14
   129:7 151:12
   159:11,14,20
   159:24,25
   160:10,15,24
   161:3 165:15
   165:18,21,22
   165:24 166:2,6
   166:14 167:1,4
   167:6,15,23
   168:11 169:12
   169:17 171:11
   171:16 172:3,6
   172:7,16,17
   173:5,6,19,20
   173:22,22
   174:14 175:19
   175:20 176:19
   177:1,9 181:17
   207:3
**traveled** 17:17
**traveling** 140:3

160:18 161:2
**trial** 172:23
**Trick** 38:18
**tried** 118:15
   129:4,7
**trip** 21:22
**trivia** 38:18
**Tropicana** 21:4,5
**true** 98:16
   192:11 210:9
   211:22
**Trump** 127:6,7,8
   127:10 128:8
   128:11,13,24
   129:1,13 130:5
   130:7,18,23
   131:16,17
   132:7,10
   133:15,24
   134:1,4,6,7
   139:4,14 140:1
   142:2,11,24
   143:1,4,19
   144:4,12,19
   145:2,14,22
   146:2,10,19
   147:24 150:18
   150:19 161:21
   162:3,7,14
   164:5 166:4,5,6
   166:13 167:3
   168:9 169:10
   170:1 177:18
   177:20,23
   179:6,9,13
   181:6,16
   199:22 204:15
   204:20 205:11
   205:14 206:5,9
**Trump's** 127:21
   136:25 150:1
   150:16 154:22
   161:18 180:2
**truth** 6:5,5,6
**try** 48:11 68:17
   76:5 158:12

179:16 190:5
   205:17,24
**trying** 112:24
   138:24,24
   139:7 140:1
   155:21 162:4,7
   178:6,8,12
   181:21 188:22
**Turkey** 121:8,8
   121:16,19
**turn** 178:16
   198:2
**turned** 178:25
**twice** 195:23
**two** 7:25 8:3,5,20
   8:21,22 14:15
   14:20 15:2 25:1
   25:6 26:20 27:1
   27:2,13 38:13
   38:15 42:6,8
   43:13 52:25
   66:19,24 73:17
   84:15 102:21
   113:4,13
   120:10,10
   121:25 130:15
   131:19 132:2
   136:23 147:9
   170:22 178:1
   178:11

――――――――
         **U**
**UK** 43:8,8
**unable** 60:22
**unarmed** 27:13
**unclear** 151:15
**underneath**
   20:12 21:2
   23:14 81:3,6
**understand** 7:23
   8:12 49:6 66:5
   68:14,16,17
   116:22 121:17
   123:1 124:18
   124:21 133:11
   144:25 167:16

189:14 198:10
   202:19
**understanding**
   8:9 65:2 69:7
   71:16 101:15
   103:22,24
   104:10,11,16
   104:22 105:2
   110:4,12,15
   111:21,23
   112:19 202:15
**understands**
   73:15
**understood**
   71:20 109:15
   109:24,25
   111:10,17
   124:22 176:4
   176:18 202:21
**undertaking**
   67:15
**undisputed** 54:9
**United** 1:1 17:25
   18:5 34:24
   42:18 51:24
   64:22 67:19
   104:18 107:3
   111:22 187:1
   194:3
**university** 12:10
   12:15,20
**unlawful** 172:6
**unnecessary**
   182:18
**unseating** 148:19
**Untold** 194:11
**unusual** 157:11
**updates** 120:15
**upper** 42:4,5
   46:7,10
**USA** 141:12
**use** 36:3,9,24
   37:10,18 52:9
   56:19 59:7
   63:23 65:25
   67:4 69:1,5

70:20 72:3 73:6
79:3 107:18
151:2,6 154:25
155:15,23
161:23 172:2
193:4,9,13
207:14
**uses** 159:10,13
159:23 160:3

———————
**V**
———————
**v** 211:2 212:4
**vacations** 149:9
182:14,17
**Vago** 141:9
**vaguely** 103:17
103:17
**value** 135:3,6
**various** 17:3 29:1
41:19 63:10
85:23 88:6
107:1 133:13
149:24 195:17
**Veendam** 11:24
**Venezuela** 126:4
148:17,19
**venture** 74:15
79:9,12 82:20
205:7
**ventures** 205:2
**versus** 5:4 163:1
197:21
**vessel** 116:14
**vice** 39:17,20
43:25 63:9
91:25
**video** 5:2 208:6
**VIDEO-REC...**
1:13
**Videoconference**
1:19
**videographer**
3:11 5:1,7
23:19,22 59:24
60:2 76:8,11
114:3,6 171:2,5

208:5
**view** 25:2,3 97:21
167:17 187:25
**violating** 155:8
**virtually** 156:25
**visit** 21:11,14
**visited** 19:23,24
20:20 21:1
187:8
**visiting** 20:1
121:7
**vocal** 116:20
117:23
**VP** 14:23 15:1,3
92:4
**vs-** 1:7

———————
**W**
———————
**W** 1:21 209:10
209:20 210:4
210:21 212:16
**wait** 73:22,22
**waive** 212:7,19
**waived** 208:8
**Wales** 7:15
**Walker** 3:7 5:24
**want** 7:22 24:15
59:11 70:12
76:1 80:5 83:23
85:8 93:20
99:20 102:4
103:2,21 104:9
105:7,22
110:11 136:11
137:7 148:14
149:3 157:14
158:4 165:6,8
170:6,13
173:16 174:19
180:22 183:19
197:7 205:22
207:19,21
**wanted** 69:21
116:12,22
139:19 147:9
150:20 151:13

153:25 179:16
180:23 181:23
183:19 196:6
201:1
**warned** 117:24
118:13,13
**warning** 180:15
**Washington**
119:19 196:17
**wasn't** 9:21
15:17 17:14
83:19 91:9
102:16 104:22
134:1 135:13
135:14 144:20
146:20 151:20
151:23 176:20
181:9 189:20
191:25 194:19
**watched** 185:23
**water** 25:2 26:22
**way** 13:21,22
34:13,19 45:17
49:1,3 53:21
54:22 63:13
74:6 77:4 80:8
80:9,13 81:2,5
82:1 87:23 91:4
99:11 108:21
111:11 112:1
115:15 121:21
133:11,25
144:14 145:9
149:4,6,16,18
151:9 176:7
180:14,15
192:2 199:4
201:16 202:3
204:7,10
205:18,24
**ways** 66:20
131:19
**we'll** 45:14 102:9
105:1 113:25
128:6 134:10
148:9 157:13

we're 5:1 8:2,3
24:17,22 42:2
49:4 159:18
162:9 168:24
171:8 174:4
185:5 189:13
191:12
**we've** 16:14
48:19 113:4,13
156:8 157:18
170:19 178:25
179:1 186:12
192:1,2
**weather** 95:9
**weeds** 189:17,20
**week** 31:16
**weeks** 196:8
**Weeter** 3:14 5:23
**welcome** 43:20
**well-being** 101:4
**went** 15:18 18:20
18:25 20:9,11
20:19,24,25,25
21:4 58:4 65:3
72:15 78:23
115:9,9 135:8
139:16,17
145:20 148:15
152:3 186:13
**weren't** 7:18
190:25 191:4,7
191:11,13,14
194:14
**West** 199:6
**Westerhout**
132:4 135:19
136:18,25
137:9 150:2,16
**white** 95:5,5
130:13 137:1,2
138:21 145:3
145:21 149:22
185:12
**who.eop** 137:2
**whoa** 144:10,10
144:10,10

whoever's 90:21
**wholly** 92:8
**wife** 18:20,21
20:16 24:6,8
**Wilbur** 178:21
178:23 179:2
**willing** 149:13
**wind** 182:12
**witness** 1:21 4:2
5:11 6:7 47:14
82:12 99:3
102:20,22,25
103:3 113:24
168:3 169:3
170:12 174:10
176:14 188:16
198:20 208:1
211:3
**witness's** 59:14
74:10 175:6
**wonder** 42:14
**word** 71:13
109:17 151:22
**words** 133:21
162:12
**work** 14:13 22:4
113:20 143:16
149:4,17
179:20,21
**worked** 13:4,16
50:9 137:23
138:9 180:24
**working** 12:23
84:21,22,25
85:1 119:3,7,9
136:20 137:15
137:20
**works** 24:19
133:25
**workshops**
195:11
**world** 36:18 95:6
95:14 101:3
108:3 155:24
156:25 157:8
**worldwide** 57:11

69:11
**worry** 74:23
135:6
**worst** 116:23
149:5
**wouldn't** 25:15
158:11 162:9
176:20 180:7
182:13
**wow** 178:19
**write** 35:22 36:17
150:4,12,19
155:14 211:1
**writes** 85:20
**writing** 113:21
**written** 65:15
86:13,17 88:10
158:18
**wrong** 207:14
**wrote** 150:6
162:3,13 164:3
166:4,5,13

—————————
**X**
**X** 109:17

—————————
**Y**
**yeah** 13:4 14:16
16:10 24:12
33:14 36:12
38:24 40:2 41:8
42:13 45:24
46:10 47:5,9
49:13,17 52:2,8
52:13 57:2,4
61:7 73:10
76:25 80:14,16
84:19 85:4,10
86:19 92:24
93:20,22 95:23
98:11 105:18
106:5 107:25
117:21 122:3
125:13 128:4
128:19 130:2
132:5 136:19
140:21 141:20

142:4,20,25
145:16 159:1
171:19 173:16
186:1 187:19
189:8,20 192:1
192:7,24
193:25 194:1
197:1 201:13
203:6,7,21
204:9,12
206:12
**year** 7:17 12:19
14:6,6 18:14,15
27:21 43:25
51:25 77:18
79:6 91:4 92:13
108:25 134:25
135:2,4,7,12
149:7
**years** 9:24 14:15
14:20 15:2
17:18 20:18
109:17 122:13
123:5 176:8
190:11
**Yep** 33:5 34:20
34:21 48:4
52:20 53:3 78:5
81:12 86:7,15
89:21 96:24
106:7 171:13
176:23 201:5
**York** 8:4 25:10

—————————
**Z**
**Zoom** 1:19 5:14
196:5
**zoomed** 52:10

—————————
**0**
**0438618** 32:17
**0438630** 34:7
**0438635** 30:10,10

—————————
**1**
**1** 1:15 210:7
**1:56** 171:3,4

**10-K** 51:22
**10:41** 59:25 60:1
**10:53** 60:1,3
**100** 49:22 52:22
**103421** 209:22
**11** 88:4 92:18,18
92:19 105:4,17
105:21 157:15
157:16,23,24
158:8
**11:12** 76:9,10
**11:16** 76:10,12
**11th** 85:21
**12** 200:5
**12:00** 114:4,5
**12:45** 114:2
**12:46** 114:5,7
169:3
**12:50** 169:2
**1200** 2:15,20 3:3
**126** 22:5,17
23:11
**128** 199:25 200:1
201:3 204:2
**13** 89:1
**130** 83:24 84:10
86:21
**131** 4:7 22:8,10
22:20,22 24:1
**132** 4:8 41:1,2,3
42:2
**133** 4:10 45:8,14
45:18 49:8
**134** 4:11 76:13
76:18
**134-A** 4:13 77:6
77:11
**135** 4:14,15
88:16,17,22
**136** 4:15 135:22
135:23 136:2
136:23 145:7
150:15 161:19
**15** 4:14 168:21
**15th** 167:18
172:5,7 173:18

173:18,21
**16,179,958** 46:23
47:8
**17** 18:16 87:1,7
87:17 135:19
136:24 137:10
**17th** 145:13
**18** 84:17
**18233** 77:22
**19-cv-21724-B...**
1:2 211:2 212:4
**1960** 33:10
106:24 158:24
161:8
**1968** 14:8
**1972** 12:25
**1973** 14:10
**1974** 7:9
**1979** 15:7,12,19
**1985** 47:23
**1987** 15:18,19
16:5 132:10
207:4
**1990** 71:12
**1996** 4:9,11 9:14
17:5,8,10,20,23
18:4 26:19,19
27:11,12,24
28:1,5,8,12,21
29:8 30:24
31:19 35:10,25
36:21 37:14,24
38:25 39:5,11
41:13,17 42:17
44:12 45:6
55:24 56:4,8,16
57:18 76:19
77:18
**1996-1997** 78:9
78:20
**1997** 4:10,14
45:22,23 46:1
46:22 47:8 60:5
61:3,15 62:1,10
63:3,14,14 64:2
64:20 65:22

66:2,4,6 67:11
67:16 68:22
71:14,17 72:1
72:13 73:15
78:7 79:5,5
82:18 83:3
84:17,23 85:16
86:17 87:8,19
87:20 90:11,18
**1998** 51:25
**19th** 86:17
**1st** 30:24 31:19
35:10

—————————
**2**
**2** 41:14 135:5,5,9
135:15
**2:06** 171:4,6
**2:53** 1:17 208:6,9
**20** 16:17 54:24
**2000** 7:17
**2001** 49:15 55:25
56:4,9,17
**2003** 7:2
**2004** 7:3
**201** 3:8
**2013** 15:23
**2015** 91:4,4
92:13,13
120:14 125:6
**2016** 9:24 10:21
11:11 17:16
24:4,11 94:3
96:16,22 97:1
97:12 98:19
99:23 107:20
108:25 167:22
186:17 194:21
195:1,15 198:8
200:5
**2016-2017** 11:2
11:21
**2016-2019** 98:4
203:3
**2017-2019** 11:25
**2019** 9:24 10:21

11:11 107:20
135:19 137:10
138:7,21 155:7
167:5 177:21
194:21 195:1
195:15 198:8
**2021** 1:17 5:5
209:14,15
210:18 211:3
212:1
**2025** 209:22
**209** 4:20
**210** 4:21
**211** 4:22
**212** 1:15 210:8
**216.26** 23:13
**22** 4:7
**24** 19:19
**2492** 107:3
**24th** 87:1,7,17
**25** 30:12 51:2
**250** 135:12
**250,000** 134:25
**255** 2:5,10
**26** 53:10
**270** 71:7
**28** 37:25 39:1,12
40:3,11
**29** 43:3
**29.5** 51:3
**29.54** 42:19

___
**3**
**3** 41:14 43:12,13
52:4,14 89:18
**3-C** 79:23,24
80:7 86:9
**3,000** 47:25
**3,789,374** 48:2
**3/78** 52:5,6
**30** 15:9 51:25
119:21,23
120:14 212:9
**305-476-7400** 2:6
2:11
**305)632-4464**

212:7
**31** 24:4,11 29:24
30:5,19 31:3,5
32:7 106:23
120:5
**324** 47:22
**33134** 2:5,10
**33153-1108**
212:18
**33301-2211** 2:15
2:20 3:4
**336** 135:18
**34** 46:15
**35** 30:13 46:7,9
46:10,11,15,16
49:8 122:13
**365** 88:12,12,22
**3A** 80:2
**3B** 80:2

___
**4**
**4** 1:17 5:5 209:14
209:22 211:3
**4/17/19** 4:16
**40** 45:4,5 47:11
48:1,6 49:9
**40,000** 47:25
**401** 2:15,20 3:3
**41** 4:8
**43** 32:11
**45** 4:10 113:22
114:1 201:21

___
**5**
**5:55** 24:4
**50** 17:18 50:7,8
50:10 53:1
60:10,19 80:19
176:8
**50-year** 185:23
**50-year-old**
183:20
**500** 50:3,16
**504-582-8752** 3:9
**531108** 212:18

___
**6**

**6** 4:4
**600** 163:16,24
**61** 32:24
**6165** 107:4
**617** 32:21,22
**618** 32:23,24
**63** 60:16 61:6
**630** 34:12,13,19
**68** 14:8 52:23
**69** 14:8
**6th** 209:15
210:18

___
**7**
**7** 105:9 106:2,23
158:15
**7.5** 42:20
**7:19** 136:24
**700** 36:9 95:13
101:2 155:23
**700-plus** 71:8
98:16
**700,000** 148:10
148:11,23
149:9 178:17
180:7 182:10
**70170** 3:9
**72** 14:11,12
**742748** 41:10
**748** 41:8
**76** 4:11
**77** 4:12
**78** 64:17
**79** 24:21,25
64:17

___
**8**
**8** 212:1
**82** 25:24 26:6
**85** 51:17,18,21
**87** 16:6,7
**88** 4:14
**89** 16:7

___
**9**
**9:35** 1:17 5:6
**9:56** 23:20,21

**9:58** 23:21,23
**90** 20:18 120:7,7
**90-year** 20:14
**954-356-0011**
2:16 3:4
**954-377-4210**
2:21
**96** 9:21 29:6
**97** 45:6 67:11
80:20