# EXHIBIT "108"

Filed Under Seal

**From:** Caballero, Rosamaria (Contractor) <RCaballero@carnival.com>
**Sent:** Friday, August 11, 2017 11:47 AM
**To:** Miguez, Enrique (CarnCorp)
**Subject:** FW: Talking points

Rick,

Below are the 2 emails I wrote to Jose in reply. The most recent one on July 31 was after Jose switched departments but I was unaware that the change was effective already so Emanuel said he would follow up with Arnie on next stpes but I didn't hear anything else, and I know Emanuel is on vacation this week.

Rosamaria

Rosamaria Caballero
Director, Cuba Experience
Cell 305-505-1881
Office 305-559-2600 ext 81040

---

**From:** Caballero, Rosamaria (Contractor)
**Sent:** Monday, July 31, 2017 6:05 PM
**To:** Fernandez, Jose (CarnCorp); Perez, Arnaldo (CarnCorp)
**Cc:** Israel, Giora (CarnCorp); Colina, Emanuel (CarnCorp)
**Subject:** RE: Talking points

Jose
I put together a list of places that we use or have used that are or could be military-owned. I know that the group of Habaguanex businesses in Old Havana were turned over to Gaviota last summer. It would be good to get guidance or further information on what exactly falls under Gaviota.

Old Havana Restaurants we use from time to time or could use in future based on volume that I believe fall under Gaviota (previously Habaguanex group):
Café del Oriente
Café Mercurio
La Imprenta
El Templete
El Patio
Santo Angel
La Mina
Café Taberna
Meson de la Flota

Other Havana state-owned restaurants we use from time to time, not sure of ownership:
La Torre
El Aljibe
Tococoro
El Gran Teatro (part of Artex group)



Other state-owned places we send excursions to but I'm not sure of ownership/control:
Tropicana
Hotel Nacional and Cabaret Parisien
Palacio de la Artesania (Old Havana)
Finca Vigia

This isn't necessarily exhaustive but it would be a good basis for a conversation with the new attorneys in Cuba.

Regards
Rosamaria


Rosamaria Caballero
Director, Cuba Experience
Cell 305-505-1881
Office 305-559-2600 ext 81040

---

**From:** Caballero, Rosamaria (Contractor)
**Sent:** Thursday, July 27, 2017 4:17 PM
**To:** Fernandez, Jose (CarnCorp); Perez, Arnaldo (CarnCorp)
**Cc:** Israel, Giora (CarnCorp); Colina, Emanuel (CarnCorp)
**Subject:** RE: Talking points

Thank you, Jose. I will work on a list with some specific places, but briefly the challenge will be in the main part of Old Havana where most of the businesses, especially restaurants, were part of the business arm of La Oficina del Historiador, Habaguanex, and last summer Habaguanex was transferred over to Gaviota. As far as I know there are 2 restaurants in the main part of Habana Vieja that belong to Palmares (La Bodeguita and El Floridita) and 2 paladares, La Moneda Cubana and Rum Rum and all the others are Gaviota.

Something political is going on with La Moneda Cubana because HT is refusing to allow us to use it anymore. We used to take a ton of groups there with Fathom (see my earlier notes to Arnie below) and HT removed it from CCL shorex 48 hours prior to first call. They will not let even one group go there now and moved us to mostly state-owned restaurants (we only have 2 shorex that include restaurant stops) which is an issue because going to a paladar is a great P2P opportunity – talk to owner, learn about how private business works in Cuba etc. There is a definite push away from the paladares and where I was able to find an acceptable balance with HT for Fathom, it is noticeably more difficult this time around for CCL.

Regards
Rosamaria

Rosamaria Caballero
Director, Cuba Experience
Cell 305-505-1881
Office 305-559-2600 ext 81040

---

**From:** Fernandez, Jose (CarnCorp)
**Sent:** Thursday, July 27, 2017 3:53 PM
**To:** Caballero, Rosamaria (Contractor); Perez, Arnaldo (CarnCorp)
**Cc:** Israel, Giora (CarnCorp); Colina, Emanuel (CarnCorp)
**Subject:** RE: Talking points

Rosamaria –

2

The latest FAQ from OFAC on Cuba indicates that we can continue to work with companies/restaurants/service providers owned by the Cuban military so long as we have some type of agreement in place with the operator prior to issuance of the new OFAC regulations.

I recall you mentioning that we might run into operational/logistical challenges with restaurants and certain other venues once this restriction is put into place. Therefore, I mentioned to Arnie that it might be worthwhile to explore the possibility of entering into some type of letter of intent or memorandum of understanding with these military-owned venues prior to the new rules being issued.

We do not need to have anything robust or comprehensive. A simple MOU outlining our desire to secure seating at these venues on the days that we call on Havana and the venue's acknowledgement and agreement to work with us to try and accommodate these requests, provided that we communicate ahead of time and work on coordinating efforts, etc. etc.

Arnie suggested that we set up a call with our new Cuban lawyers to see how feasible/possible it would be for us to enter into these agreements so that we have some protection in place once the new OFAC regulations are issued.

Emanuel – Can you please coordinate with Rosamaria and the new Cuban firm to set up a time for a conference call to discuss?

In the meantime, Rosamaria, can you please put together a list of those military owned/affiliated venues that you consider advisable to have such an agreement with to ensure smooth operations?

Thank you,

**Jose I. Fernandez**
Assistant General Counsel | Carnival Corporation & plc | 3655 NW 87th Avenue, Miami, FL 33178 | (O) +1 305-406-4841 | (F) +1 305-406-4758 | jfernandez4@carnival.com

IMPORTANT NOTICE
This transmission contains information which is confidential and/or legally privileged. This information is intended only for the use of the individual or entity to whom it is directed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this transmission is strictly prohibited. In this regard, if you have received this transmission in error, please delete the transmission and notify us by telephone immediately.

**From:** Caballero, Rosamaria (Contractor) [mailto:RCaballero@carnival.com]
**Sent:** Thursday, June 15, 2017 2:49 PM
**To:** Perez, Arnaldo (CarnCorp)
**Cc:** Israel, Giora (CarnCorp)
**Subject:** RE: Talking points

OK, I will wait for guidance on when/how to proceed.

I know the owners of La Bonita, La Moneda Cubana and Clandestina and I do not have any reason to believe that they are military, unless of course they are indirectly related through family/investment which would require more digging.

Many of the restaurants in Old Havana that Fathom used to go to and which I would consider "state-owned" were actually part of Habanaguex/Historiador de la Habana. I know Habanaguex was transferred to the military last summer but I do not know how the restaurants were impacted. Fortunately, CCL is not using any of those restaurants – only the 2 paladares I mentioned.

We would have to ask about the ownership of places like Tropicana, Parisien and Havana Café (in Melia Cohiba) too.

Rosamaria

Rosamaria Caballero
Director, Cuba Experience
Cell 305-505-1881
Office 305-559-2600 ext 81040

---

**From:** Perez, Arnaldo (CarnCorp)
**Sent:** Thursday, June 15, 2017 2:24 PM
**To:** Caballero, Rosamaria (Contractor)
**Cc:** Israel, Giora (CarnCorp)
**Subject:** RE: Talking points

We are going to have to vet the places we take the guests to ensure they are not owned directly or indirectly by the military. A call to Havantur might be necessary although we probably have some time to deal with this.

Arnaldo Perez
General Counsel
3655 NW 87 Ave | Miami, FL 33178
Tel: +1 305-406-8608
Fax: +1 305-406-4758
aperez@carnival.com



**From:** Caballero, Rosamaria (Contractor)
**Sent:** Thursday, June 15, 2017 1:18 PM
**To:** Perez, Arnaldo (CarnCorp)
**Subject:** FW: Talking points

Arnie
Not sure when you sent the email. My Fathom emailed was turned off a week early so I only just received it. Apologies if the request was earlier this week.

Adonia:
- We had a fair amount of business with private restaurants and others with the Adonia. The Adonia had even more than CCL because all the shorex included lunch in Havana on 2 days and in Santiago.

- At least ½ of our passengers (so approximately 350 guests) ate at paladares each of the 3 days we included lunch. So over the course of one sailing that would be approx. 1,050 meals at paladares

- We also had a Jazz Dinner party in Havana on every sailing where we sent 44 guests on every sailing to a paladar for dinner and jazz (sold out every trip)

- All the daytime shorex had visits to community projects, some of which were founded by cuenta-propistas like Arte Corte and Fuster

- The Adonia purchased merchandise for the on board store from Clandestina, a Cuba private business. I don't know final tallies but I could find out if you need $$.

CCL:

- Overall CCL doesn't have as many excursions with meals however the ones we do have are actually all at paladares: La Bonita and La Moneda Cubana

- CCL will also take guests to community projects like Fuster and I'm looking at adding a community project founded by La Moneda Cubana that trains young Cubans to join the private hospitality industry (for example more than 40 of the staff at La Moneda Cubana are graduates of the training school)

- CCL retail is looking at buying some merchandise from Clandestina. I do not know the final decisions or quantities, I only made an introduction.

Let me know if you need more detail or information.

Rosamaria


Rosamaria Caballero
Director, Cuba Experience
Cell 305-505-1881
Office 305-559-2600 ext 81040


From my mobile office

Begin forwarded message:

> **From:** "Perez, Arnaldo (CarnCorp)" <APerez@carnival.com>
> **Date:** June 15, 2017 at 11:22:30 AM EDT
> **To:** "Rosamaria Caballero (rosamaria@fathom.org)" <rosamaria@fathom.org>
> **Subject: Talking points**
>
> Rosamaria: I need some data for talking points. How much of the Adonia business and Paradise shorex will involve private restaurants or other privately owned entities?
>
> **Arnaldo Perez**
> General Counsel
> 3655 NW 87 Ave | Miami, FL 33178
> Tel: +1 305-406-8608
> Fax: +1 305-406-4758
> aperez@carnival.com
>
> 

5