# **EXHIBIT "126"**

Filed Under Seal

| | |
|---|---|
| **Subject:** | Cuba trip prep |
| **Location:** | conference call |
| **Start:** | Fri 2/1/2019 10:00 AM |
| **End:** | Fri 2/1/2019 11:00 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Israel, Giora (CarnCorp) |
| **Required Attendees:** | Fernando Perez ; Perez, Arnaldo (CarnCorp); Pascual, Oscar (CarnCorp); Estrada, Carlos (CCL) |
| **Optional Attendees:** | Colina, Emanuel (CarnCorp) |

```
            USA Toll-Free:    (877)336-5671
USA Caller Paid/International Toll:  (404)443-0227
        ACCESS CODE:  9080320    HOST PASSWORD:   XXXX
```

Discuss:
1. Capt. Rassello's mooring plan proposal for CCL's XL and Dream classes according to Havana's Cruise Terminal expansion project (please print the attached for Giora and Arnie)
- Very positive reception by Perdigón.
- How can we prepare an assessment of the potential of CCO's brands for Havana based upon this configuration? CCL itinerary team and Capt. Rassello briefly outlined these possibilities during a recent meeting with Perdigón.
2. Nipe Bay
- How can we prepare an assessment of the potential of CCO's brands for Nipe Bay intended to encourage our Cuban counterparts to develop this destination based upon this potential market? CCL itinerary team and Capt. Rassello expressed CCL's keen interest in this destination during a recent meeting with Perdigón.
3. Aries and GPH
- Implications of Aries' tariff increases from 2020 for all Cuban ports.
- Increased role of GPH for Havana's berth requests from 2021.
- Relations and power struggle between Aries and GPH.
- Characterization of GPH executives in Havana.



PLAINTIFF DEPO EXHIBIT
**Estrada 115**
4/16/21 LWS

PLF EXHIBIT
**Israel 72**
12/3/20 LWS