# EXHIBIT "127"

Filed Under Seal





PLAINTIFF
DEPO EXHIBIT

Estrada 116

4/16/21          LWS

To: Giora Israel & Arnaldo Perez

Cc: Emanuel Colina & Carlos Estrada

From: Fernando Pérez Monteagudo

Subject: **Meeting with Aries. December 17, 2020**

On December the 17th, 2020, Fernando Pérez Monteagudo met with the following executives from Aries: Jose Luis Perdigón, President, Elier Ramírez, Vice-President and Massiel González, Commercial Director.

Fernando conveyed to Aries warm greetings from CCO and briefly explained the situation with CCO´s Title III sues and COVID-19.

**Terminal Sierra Maestra enhancement**

The works for enhancing Terminal Sierra Maestra are being carried out intensely, specifically at the pier # 3 "Santa Clara" and at the pier # 2 Machina (services building).



**Works at Santa Clara (Pier # 3)**

HavanaDocks_0483805



**Works at Machina (Pier #2). Service building**

As illustrated below, Aries plans to complete the enhancement of Santa Clara (Pier # 3) in the first semester of 2022. Perdigón mentioned that a simulation was carried out in Spain (not specified) which demonstrated that Quantum Class Cruise Ships could enter through Havana´s entrance channel and dock at the South Berth of Santa Clara (Pier # 3). Consequently, this berth has been designed to accommodate a Quantum Class ship (LOA 348 m) and of course CCO´s XL class. Santa Clara´s South Berth is designed to accommodate the Dream Class (306 m). In both cruise piers: San Francisco (#1) and Santa Clara (#3) passengers would disembark and embark through gangways and not at the pier level. The North Berth of Pier # 1 has been upgraded to allow docking a ship with a LOA of 280 m which can accommodate Fantasy (LOA 261 m) and Sunshine Classes (272 m). Perdigón mentioned that as Royal Caribbean sold both the Empress and Majesty of the Seas, CCL would have a competitive advantage for booking the North Berth of Pier # 1. The South Berth of pier # 1 keeps its 220 m-LOA and as all HAL S-Class ships have been sold, it seems that the largest class of CCO ships that could dock at this berth would be the Encore Class (210 m).

HavanaDocks_0483806



**Updated Terminal Sierra Maestra Enhancement Plan.**

**Maintenance works at San Francisco (Pier #1)**

The facilities at San Francisco (Pier # 1) have been maintained as was verified during a brief visit to the installation.



**Steel reinforcement of the bus access platforms for both piers**



**Gangway and bollards recently painted**

HavanaDocks_0483809



**North Berth disembarking/embarking area**

HavanaDocks_0483810



**New currency exchange booths at the lower floor**

HavanaDocks_0483811



**Area for currency exchange at the upper floor. Note floor markers for physical distancing and hand sanitizer dispensers**

HavanaDocks_0483812



**New Cigar Shop**

HavanaDocks_0483813

**Havana safe Cruise destination**

Perdigón stated that they are aiming to sell Havana as a safe destination based upon the Cuban successful efforts in controlling COVID-19. Recently an Intergovernmental Commission evaluated comprehensively the safety of the Port´s operation considering the Health Protocols of all the intervening entities, such as tour operators, customs, immigration, shipping agency, etc. and gave the highest mark to Havana´s cruise destination.



**Pier # 1. COVID-19 Care Center**

HavanaDocks_0483814

Additionally, GPH managed to obtain the WTTC´s Safe Travels Stamp for the Port of Havana (see below).

 

 

**Nipe**

It was also reiterated Aries interest to develop Nipe as a Cruise destination in the future.

In conclusion all Aries executives emphasized that they are ready for restarting their Cruise Ship operations and sent their warmest regards to Giora, Arnie and Carlos Estrada.

HavanaDocks_0483815

## XL Additional Information







HavanaDocks_0483817

CONFIDENTIAL

HavanaDocks_0483818

CONFIDENTIAL



CONFIDENTIAL

HavanaDocks_0483820

HavanaDocks_0483821

CONFIDENTIAL



CONFIDENTIAL

HavanaDocks_0483822

CONFIDENTIAL



CONFIDENTIAL

HavanaDocks_0483823

CONFIDENTIAL



CONFIDENTIAL

HavanaDocks_0483824



HavanaDocks_0483825



HavanaDocks_0483826



HavanaDocks_0483827



HavanaDocks_0483828



HavanaDocks_0483829



HavanaDocks_0483830

CONFIDENTIAL



CONFIDENTIAL



HavanaDocks_0483832

HavanaDocks_0483833

CONFIDENTIAL

CONFIDENTIAL

HavanaDocks_0483834

CONFIDENTIAL



CONFIDENTIAL

HavanaDocks_0483835



CONFIDENTIAL

HavanaDocks_0483836



HavanaDocks_0483837



HavanaDocks_0483838

HavanaDocks_0483839



HavanaDocks_0483840

CONFIDENTIAL



HavanaDocks_0483841

CONFIDENTIAL



HavanaDocks_0483842

CONFIDENTIAL



HavanaDocks_0483843



HavanaDocks_0483844

CONFIDENTIAL



HavanaDocks_0483845