# **EXHIBIT "135"**

# Filed Under Seal

| | |
|---|---|
| **From:** | Estrada, Carlos (CCL) |
| **Sent:** | Wednesday, April 17, 2019 9:25 PM |
| **To:** | Thornton, Terry (CCL); Stein, Fred (CCL); Savino, Ugo (CCL); Deese, Christian (CCL); Sutcliffe, Leon (CCL) |
| **Cc:** | Estrada, Carlos (CCL); Perez, Arnaldo (CarnCorp); Colina, Emanuel (CarnCorp) |
| **Subject:** | Cuba Announcement with new restrictions and sanctions - CCL |

Good evening,

Today Trump administration announced new restrictions and sanctions which may impact our Cruises to Cuba: Title III will go into full effect (from May the 2nd with no exceptions) and "non-family" travel to Cuba will be also restricted (although effective date is uncertain)".

We await guidance from Legal on how to proceed with currently contracted calls as well as future calls, however, Carnival Sensation's April 26, 2019 call may be jeopardize.

I suggest to look at alternative dates for the itinerary below:

| 22-Apr-2019 | Mon | Carnival Sensation | Miami, FL | 07:00 | 15:30 |
|---|---|---|---|---|---|
| 23-Apr-2019 | Tue | Carnival Sensation | Nassau, The Bahamas | 08:00 | 17:00 |
| 24-Apr-2019 | Wed | Carnival Sensation | Princess Cays, The Bahamas | 08:00 | 17:00 |
| 25-Apr-2019 | Thu | Carnival Sensation | "Fun Day" at Sea | | |
| 26-Apr-2019 | Fri | Carnival Sensation | Havana, Cuba | 07:00 | 17:00 |
| 27-Apr-2019 | Sat | Carnival Sensation | Miami, FL | 07:00 | 15:30 |

Although Carnival Paradise was fully contracted for the 2019 season, it's unclear as of now when the last call will take place. We are all digesting the news and planning next steps is crucial for the future should any of these measures change.

Should you have any questions feel free to contact me.

Thank you,

**CARLOS R. ESTRADA**
Director of Commercial Homeport Operations
Carnival Cruise Line

- +1 (305) 586-6772 Mobile
- +1 (305) 599-2600 ext. 13081
- 3655 NW 87th Avenue Miami, FL 33178

**CHOOSE FUN®**

1

CONFIDENTIAL



PLAINTIFF
DEPO EXHIBIT
**Estrada 124**
4/16/21         LWS

HavanaDocks_0475791