# EXHIBIT "149"

Filed Under Seal

**From:** Bondi, Tandy (CarnCorp)
**Sent:** Wednesday, April 17, 2019 7:43 AM
**To:** Perez, Arnaldo (CarnCorp); Frizzell, Roger (CarnCorp)
**Subject:** FW: Cuba

FYI

-----Original Message-----
From: Arison, Micky (CarnCorp)
Sent: Wednesday, April 17, 2019 7:19 AM
To: Madeleine.E.Westerhout@who.eop.gov
Cc: Bondi, Tandy (CarnCorp)
Subject: Cuba

Madeleine,

Thank you for working to schedule a call with the President. I know the President is very busy and understand if may be difficult for us to speak today. Could you please share my note below with the President? It concerns the issue he and I discussed and I understand a decision will be made today.

President Trump,

I wanted to follow up on our discussion regarding Cuba. The news is reporting that Title III of Helms Burton, the Cuba lawsuit ban, will be fully lifted today. If there are no exceptions or clarifications, we would be subject to significant legal liability for our use of the Ports. We do not own the ports or even manage them, but because we use them, we could be deemed as "trafficking" in confiscated property and the potential penalty to my company alone would be over $600 million.

Fortunately, there is an exemption from legal claims involving business that is incidental to lawful travel to Cuba. While it might appear that such an exemption would protect cruise lines from legal claims, lawful travel is not defined. We have requested language to clarify that lawful travel includes current cruise operations in any guidance or regulations that should accompany the policy change. Pam Bondi and Brian Ballard have been working with your staff but it is unclear if any clarification will be included tomorrow. If there is any opportunity to clarify the travel exemption applies to the cruise industry, I would be grateful.

We planned our sailings based on your 2017 Executive Order which specifically allowed cruises to Cuba. If we are now exposed to legal liability for following those rules, it would have a significant impact on my company and our over 300,000 American guests who are booked to sail to Cuba. I appreciate your consideration.

Best Rgds
Micky

Sent from my iPhone

1

**PLF EXHIBIT**
**Arison 136**
5/4/21   LWS