# EXHIBIT "195"

# Filed Under Seal

Havana Docks vs. Carnival
P-182
Donald, 072921, SS

MARGOL & MARGOL
ATTORNEYS AT LAW
2029 NORTH THIRD STREET
JACKSONVILLE BEACH, FLORIDA

RODNEY S. MARGOL
BOARD CERTIFIED CIVIL TRIAL LAWYER

February 11, 2019

*Certified Mail Return Receipt Requested*

Carnival Corporation, PLC
c/o Micky Arrrison
Chairman of the Board
3655 NW 87th Avenue
Miami, FL 33178

RE: Violation of Title III Helms Burton Act. 22 U.S.C.A. Sections 6021-6091

Dear Mr. Perez:

    This correspondence is to put you on formal notice that my client, Mickael Sosthenes Behn personally and as President of Havana Docks Corporation, has rights over the shipping ports and cruise ports, in the harbor of Havana ("the Property"). This property, formerly known as Havana Docks Corporation is now referred to as Havana Cruise Port Terminal Sierra Maestra.

    The Property was taken without compensation by the government of the Republic of Cuba on November 21, 1960. Havana Docks Corporation has been in operation since 1917 and is still in operation today with valid claims to the Property including claims that have been certified by the United States Foreign Claims Settlement Commission. (American Cuban Claim CU-2492 Decision No. CU-6165).

    Your company has knowingly and intentionally engaged in trafficking as defined in the Cuban Liberty and Solidarity (Libertad) Act of 1996 (the Helms-Burton Act) and engages in transactions related to the Property, including the use of commercial facilities constructed thereupon in connection with the operation of its cruise lines, at its own risk.

    Havana Docks Corporation reserves all rights related to the Property including but not limited to the right to seek any recourse that might be available under applicable laws against your company and any other company in connection

---

**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33178    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.50 |
| $ | $2.80   0250 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ $0.00 |
| Postage | $0.70 |
| Total Postage and Fees | $7.00 |

Postmark: FEB 11 2019  02/11/2019

7017 2680 0000 4048 0980

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

with any transactions and activities carried out by your company and others regarding the Property.

Although my client possesses a claim with respect to the Property which was certified by the Foreign Claims Settlement Commission under Title V of the International Claims Settlement Act of 1949, my client hereby provides you with formal notice under Title III of the Helms Burton Act adopted in 1996 and codified in Title 22, Sections 6021-6091 of the United States Code of his intention to seek all money damages and other remedies available to him and Havana Docks Corporation. Notice is hereby given pursuant to 22 U.S.C.A. Section 6082 (a) (3) (D) of his intention and Havana Docks Corporation's intention to commence an action under this section against your company and individuals associated with it as defendant(s) for trafficking on the property in violation of 22 U.S.C.A. Section 6082.

Furthermore, demand is hereby made that the unlawful trafficking on my client's property cease immediately.

A copy of the summary statement of the relevant portions of the above referenced statutes published in the United States Federal Register is attached to this correspondence in accordance with 22 U.S.C.A. Section 6082 (a) (3) (D) (iii) (III) & (8).

By serving this notice my client does not waive any rights or remedies which have previously been established or have vested.

Please give this matter your immediate attention.

Sincerely,

Rodney S. Margol

RSM:kf
Enclosures

cc: Mickael Sosthenes Behn, President of Havana Docks Corporation