UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-cv-21724-BLOOM/MCALILEY

HAVANA DOCKS CORPORATION,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

**NOTICE OF FILING EXHIBITS 201-212 CITED IN
PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF
INDIVIDUAL MOTION FOR SUMMARY JUDGMENT
AGAINST CARNIVAL CORPORATION**

The following exhibits are submitted in connection with Plaintiff's Statement of Material Facts in support of Individual Motion for Summary Judgment against Carnival Corporation[1].

201.    PLF Deposition Exhibit 188: April 16, 2018 Email re Bill language attached (NCLH_23591-0055158-169)

202.    PLF Deposition Exhibit 189: April 16, 2018 Email re The Cuban Claims Trust Fund Act (HavanaDocks 0501091 CONFIDENTIAL)

---

[1] Due to the number and volume of exhibits, and the constraints of the CM/ECF system, Plaintiff will be filing its exhibits in tranches. The first tranches will consist of transcripts of depositions taken in this case and exhibits thereto, followed by other exhibits and deposition transcripts taken in other cases. Plaintiff sequentially numbered its deposition exhibits across depositions in this case, from PLF Deposition Exhibit 1 through 199. There is a gap in exhibit numbers 22 to 29, as the exhibits that were pre-marked with those numbers were never used in deposition.

203. PLF Deposition Exhibit 190: September 6, 2018 Email re House Foreign Affairs Subcommittee Hearing: US Policy toward Cuba (NCLH_23591-0054244-247)

204. PLF Deposition Exhibit 191: January 23, 2019 Email re Updated on Cuba Title III (NCLH_23591-00110447-448)

205. PLF Deposition Exhibit 192: January 19, 2019 Email re Discussion with Rubio (HavanaDocks 0500215-218 CONFIDENTIAL)

206. PLF Deposition Exhibit 193: January 25, 2019 Email re MA Cuba TPS (HavanaDocks 0500502-503 CONFIDENTIAL)

207. PLF Deposition Exhibit 194: February 6, 2019 Email re Diaz-Balart - Cuba Discussion (HavanaDocks 0482427 CONFIDENTIAL/VSI)

208. PLF Deposition Exhibit 195: March 18, 2019 Email re Revised TPs (HavanaDocks 0500194-200 CONFIDENTIAL)

209. PLF Deposition Exhibit 196: March 20, 2019 Email re Call with President Trump (HavanaDocks 0500202-203 CONFIDENTIAL)

210. PLF Deposition Exhibit 197: April 24, 2019 Email re Are you going? (NCLH_23591-00563916-919)

211. PLF Deposition Exhibit 198: June 20, 2019 Email re Cuba License (NCLH_23591-00562009)

212. PLF Deposition Exhibit 199: June 21, 2019 Email re TPS (NCLH_23591-00562138)

Dated: September 16, 2021             Respectfully submitted,

                                                 **COLSON HICKS EIDSON, P.A.**
                                                 255 Alhambra Circle, Penthouse

Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
E-mail: eservice@colson.com

By: s/ *Roberto Martínez*
Roberto Martínez, Esquire
Florida Bar No. 305596
bob@colson.com
Stephanie A. Casey, Esquire
Florida Bar No. 97483
scasey@colson.com
Zachary Lipshultz
Florida Bar No. 123594
zach@colson.com
Aziza F. Elayan-Martínez, Esquire
Florida Bar No. 92736
aziza@colson.com
Thomas Kroeger, Esquire
Florida Bar No. 19303
tom@colson.com

- and -

**MARGOL & MARGOL, P.A.**
2029 3rd Street North
Jacksonville Beach, Florida 32250
Telephone: (904) 355-7508
Facsimile: (904) 619-8741

Rodney S. Margol, Esquire
Florida Bar No. 225428
Rodney@margolandmargol.com

*Attorneys for Plaintiff Havana Docks Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed under seal with the Clerk of the Court. I also certify that the foregoing document is being served this 16th day of September, 2021, on all counsel of record or pro se parties via electronic mail.

By: s/ *Roberto Martínez*
Roberto Martínez