# EXHIBIT "201"

Filed Under Seal

Message

| | |
|---|---|
| **From**: | Bondi, Tandy (CarnCorp) [TBondi@carnival.com] |
| **Sent**: | 4/16/2018 7:14:27 PM |
| **To**: | mmcgarry@cruising.org; Eleni Kalisch (ekalisch@rccl.com) [ekalisch@rccl.com]; Farkas, Dan [dfarkas@ncl.com] |
| **Subject**: | Bill language attached |
| **Attachments**: | CURBEL_028_xml.pdf |



Tandy Bondi, VP Public Affairs
Carnival North America, LLC

NCLH_23591-00055158

G:\M\15\CURBEL\CURBEL_028.XML

...................................................................
(Original Signature of Member)

115TH CONGRESS
2D SESSION

# H. R. _____

To provide for a claims assessment for transportation between United States and Cuba, and for other purposes.

———————————————

# IN THE HOUSE OF REPRESENTATIVES

Mr. CURBELO of Florida introduced the following bill; which was referred to the Committee on _____

———————————————

# A BILL

To provide for a claims assessment for transportation between United States and Cuba, and for other purposes.

1    *Be it enacted by the Senate and House of Representa-*

2    *tives of the United States of America in Congress assembled,*

3    **SECTION 1. SHORT TITLE.**

4        This Act may be cited as the "Cuba Claims Trust

5    Fund Act of 2018".

g:\VHLC\040218\040218.075.xml        (661903|15)
April 2, 2018 (3:30 p.m.)

NCLH_23591-00055159

G:\M\15\CURBEL\CURBEL_028.XML

2

1  **SEC. 2. APPLICATION OF CLAIMS ASSESSMENT FOR TRANS-**

2    **PORTATION BETWEEN UNITED STATES AND**

3    **CUBA; ESTABLISHMENT OF CUBA CLAIMS**

4    **TRUST FUND.**

5  (a) CLAIMS ASSESSMENT FOR TRANSPORTATION BY

6  WATER.—Section 4471 of the Internal Revenue Code of

7  1986 is amended by adding at the end the following new

8  subsection:

9  "(d) SPECIAL RULES FOR CUBA.—

10    "(1) IN GENERAL.—In the case of any covered

11  voyage during which passengers disembark in Cuba,

12  subsection (a) shall be applied by increasing the dol-

13  lar amount contained therein by $25.

14    "(2) EXCEPTION FOR INDIVIDUALS LESS THAN

15  18 YEARS OF AGE.—Paragraph (1) shall not apply

16  with respect to any passenger who has not attained

17  the age of 18 as of the commencement of the voy-

18  age.

19    "(3) APPLICATION TO FERRIES.—

20      "(A) IN GENERAL.—In the case of any

21    ferry service during which passengers dis-

22    embark in Cuba, such ferry service shall be

23    treated as a covered voyage for purposes of this

24    section.

25      "(B) FERRY SERVICE.—For purposes of

26    this subsection, the term 'ferry service' means

NCLH_23591-00055160

3

1        transportation by vessel from the United States

2        of primarily—

3                "(i) paying passengers, and

4                "(ii) vehicles which are being used in

5            the transportation of such passengers.".

6    (b) CUBA CLAIMS TRUST FUND.—

7        (1) IN GENERAL.—Subchapter A of chapter 98

8    of the Internal Revenue Code of 1986 is amended by

9    adding at the end the following new section:

10   **"SEC. 9512. CUBA CLAIMS TRUST FUND.**

11       "(a) CREATION OF TRUST FUND.—There is estab-

12   lished in the Treasury of the United States a trust fund

13   to be known as the 'Cuba Claims Trust Fund', consisting

14   of such amounts as may be appropriated or credited to

15   such trust fund as provided in this section or section

16   9602(b).

17       "(b) TRANSFERS TO TRUST FUND.—

18       "(1) IN GENERAL.—There are hereby appro-

19       priated to the Cuba Claims Trust Fund amounts

20       equivalent to amounts received in the Treasury by

21       reason of section 4471(d).

22       "(2) SURCHARGES.—

23            "(A) IN GENERAL.—The Secretary of the

24            Treasury shall deposit into the Cuba Claims

NCLH_23591-00055161

G:\M\15\CURBEL\CURBEL_028.XML

4

1    Trust Fund all surcharges collected pursuant to

2    subparagraph (B).

3         "(B) IMPOSITION OF SURCHARGE.—

4              "(i) IN GENERAL.—There is imposed

5         a surcharge equal to 30 percent of the

6         amount of—

7                   "(I) any fine or monetary penalty

8              imposed, in whole or in part, for a

9              violation of a law or regulation speci-

10             fied in clause (ii) committed on or

11             after the date of the enactment of this

12             section; or

13                  "(II) the monetary amount of a

14             settlement entered into by a person

15             with respect to a suspected violation

16             of a law or regulation specified in

17             clause (ii) related to activities under-

18             taken on or after such date of enact-

19             ment.

20             "(ii) LAWS AND REGULATIONS SPECI-

21        FIED.—A law or regulation specified in

22        this clause is any law or regulation that

23        provides for a civil or criminal fine or mon-

24        etary penalty for any economic activity re-

25        lating to Cuba that is administered by the

NCLH_23591-00055162

G:\M\15\CURBEL\CURBEL_028.XML

5

| | |
|---|---|
| 1 | Department of State, the Department of |
| 2 | the Treasury, the Department of Justice, |
| 3 | the Department of Commerce, or the Envi- |
| 4 | ronmental Protection Agency. |
| 5 | "(C) TERMINATION OF DEPOSITS.—The |
| 6 | imposition of the surcharge under subparagraph |
| 7 | (B) shall terminate on the date on which pay- |
| 8 | ments to all claimants described in subsection |
| 9 | (c)(1) have been made to such claimants as de- |
| 10 | scribed in that subsection or pursuant to a bi- |
| 11 | lateral agreement between the United States |
| 12 | Government and the Government of Cuba that |
| 13 | has been approved by an Act of Congress. |
| 14 | "(c) EXPENDITURES.— |
| 15 | "(1) IN GENERAL.—Amounts in the Cuba |
| 16 | Claims Trust Fund shall be available, as provided by |
| 17 | appropriation Acts, for making payments to claim- |
| 18 | ants for outstanding United States claims to prop- |
| 19 | erty confiscated by the Cuban Government on or |
| 20 | after January 1, 1959, as certified by the Foreign |
| 21 | Claims Settlement Commission under the Inter- |
| 22 | national Claims Settlement Act of 1949 (22 U.S.C. |
| 23 | 1643 et seq.). |
| 24 | "(2) ASSIGNMENT.—Amounts in the Cuba |
| 25 | Claims Trust Fund may only be made available for |

g:\VHLC\040218\040218.075.xml        (661903|15)
April 2, 2018 (3:30 p.m.)

NCLH_23591-00055163

G:\M\15\CURBEL\CURBEL_028.XML

6

1   payment to a claimant if the claimant agrees to as-

2   sign the claim to property of such claimant as de-

3   scribed in this subsection to the United States Gov-

4   ernment.

5       "(3) REGULATIONS.—

6           "(A) IN GENERAL.—The Secretary of the

7       Treasury shall, not later than 90 days after the

8       date of the enactment of this section, promul-

9       gate regulations as necessary for the implemen-

10      tation of this section.

11          "(B)  REQUIREMENTS.—Such  regulations

12      shall, with respect to each fiscal year, meet the

13      following requirements:

14              "(i)  Amounts  in  the  Cuba  Claims

15          Trust Fund shall be divided equally among

16          the categories of claims described in sub-

17          paragraph (C) for purposes of making pay-

18          ments  to  claimants  in  such  categories  of

19          claims.

20              "(ii) Such payments shall be made so

21          as to fully pay off the maximum number of

22          claimants  as  possible  in  each  category  of

23          claims.

24              "(iii)  If  one  or  more  category  of

25          claims is fully paid off in such fiscal year,

NCLH_23591-00055164

7

1   amounts in the Cuba Claims Trust Fund

2   shall be divided equally among the remain-

3   ing categories of claims.

4       "(iv) Any amounts remaining in the

5   Cuba Claims Trust Fund at the end of

6   such fiscal year shall remain available in

7   such Trust Fund for purposes of making

8   payments to claimants in the following fis-

9   cal year.

10      "(C) CATEGORIES OF CLAIMS DE-

11  SCRIBED.—The categories of claims described

12  in this subparagraph are the following:

13      "(i) Claims in amounts of $1 to

14  $499,999, including interest.

15      "(ii) Claims in amounts $500,000 to

16  $999,999, including interest.

17      "(iii) Claims in amounts of

18  $1,000,000 or greater, including interest.".

19  (2) CLERICAL AMENDMENT.—The table of sec-

20  tions for subchapter A of chapter 98 of such Code

21  is amended by adding at the end the following new

22  item:

"Sec. 9512. Cuba Claims Trust Fund.".

23  (c) EFFECTIVE DATES.—

24      (1) CLAIMS ASSESSMENTS.—The amendment

25  made by subsection (a) shall apply to voyages paid

NCLH_23591-00055165

G:\M\15\CURBEL\CURBEL_028.XML

8

1   for after the 90-day period beginning on the date of

2   the enactment of this Act.

3    (2) CUBA CLAIMS TRUST FUND.—The amend-

4   ments made by subsection (b) shall take effect on

5   the date of the enactment of this Act.

**6 SEC. 3. UPDATE TO REPORT ON SETTLEMENT OF OUT-**

**7      STANDING UNITED STATES CLAIMS TO CON-**

**8      FISCATED PROPERTY IN CUBA.**

9   Not later than 180 days after the date of the enact-

10 ment of this Act, the Secretary of State shall submit to

11 the appropriate congressional committees an update of the

12 report required by section 207(a) of the Cuban Liberty

13 and Democratic Solidarity (LIBERTAD) Act of 1996 (22

14 U.S.C. 6067(a)).

**15 SEC. 4. RULE OF CONSTRUCTION REGARDING ONGOING**

**16      CUBAN DEBT OBLIGATIONS.**

17   (a) IN GENERAL.—Nothing in this Act or any

18 amendment made by this Act shall be construed to con-

19 stitute a settlement of any outstanding United States

20 claim to compensation for property confiscated by the

21 Cuban Government on or after January 1, 1959, including

22 claims assigned to the United States Government by

23 claimants as described in subsection (c) of section 9512

24 of the Internal Revenue Code of 1986, as added by section

25 2(b) of this Act.

g:\VHLC\040218\040218.075.xml    (661903l15)
April 2, 2018 (3:30 p.m.)

NCLH_23591-00055166

G:\M\15\CURBEL\CURBEL_028.XML

9

1    (b) CONGRESSIONAL APPROVAL.—Any settlement of

2  a United States claim assigned to the United States Gov-

3  ernment by claimants as described in subsection (c) of sec-

4  tion 9512 of the Internal Revenue Code of 1986, as added

5  by section 2(b) of this Act, shall not take effect unless

6  and until the settlement of the claim is specifically ap-

7  proved in an Act of Congress enacted on or after the date

8  of the enactment of this Act.

9  **SEC. 5. AUTHORITY TO UPDATE OWNERSHIP OF CLAIMS**

10                 **AGAINST THE GOVERNMENT OF CUBA.**

11    Title V of the International Claims Settlement Act

12  of 1949 (22 U.S.C. 1643 et seq.) is amended by adding

13  at the end the following new section:

14  **"SEC. 516. AUTHORITY TO UPDATE OWNERSHIP OF CLAIMS**

15                 **AGAINST THE GOVERNMENT OF CUBA.**

16    "(a) IN GENERAL.—The Commission is authorized—

17         "(1) to receive information relating to owner-

18    ship of claims by nationals of the United States

19    against the Government of Cuba that have been cer-

20    tified by the Commission under title I or this title

21    in order to review and determine who are the cur-

22    rent successors to the ownership interests of the

23    original claimants of such claims and are the current

24    owners of such claims; and

g:\VHLC\040218\040218.075.xml        (661903I15)
April 2, 2018 (3:30 p.m.)

NCLH_23591-00055167

G:\M\15\CURBEL\CURBEL_028.XML

10

1    "(2) to re-certify, as appropriate, any such

2  claim in the name of any such current successor and

3  owner of such claim.

4  "(b) PROCEDURES.—The authority of the Commis-

5 sion under subsection (a) shall be exercised in a manner

6 consistent with—

7    "(1) applicable authorities under title I and this

8  title, including any applicable practices and proce-

9  dures of the Commission; and

10   "(2) applicable United States commercial law

11  and probate law.".

g:\VHLC\040218\040218.075.xml  (661903|15)

April 2, 2018 (3:30 p.m.)

NCLH_23591-00055168

# The XML page cannot be displayed

Cannot view XML input using XSL style sheet. Please correct the error and then click the Refresh button, or try again later.

---

**The system cannot locate the resource specified.**

NCLH_23591-00055169