# EXHIBIT "202"

# Filed Under Seal

| | |
|---|---|
| **From:** | Bondi, Tandy (CarnCorp) |
| **Sent:** | Monday, April 16, 2018 2:50 PM |
| **To:** | Perez, Arnaldo (CarnCorp) |
| **Cc:** | Frizzell, Roger (CarnCorp) |
| **Subject:** | FW: The Cuban Claims Trust Fund Act |
| **Attachments:** | CURBEL_028_xml.pdf |

**EXHIBIT**

#189  Tandy Bondi  07-30-21  JChin

Bill language attached. As drafted, it only applies to sea travel to Cuba.

I spoke with Roy Schultheis, Curbelo's chief of staff and expressed our outrage to the proposal. I get the sense it may be political to shore up his Cuban American support. Roy said Curbelo has no issue with our business in Cuba but said his goal to support Americans with Cuban claims.

I have a 3 p.m. call with CLIA and A&F to discuss strategy. Updates to follow.

Best regards,
Tandy

Tandy Bondi, VP Public Affairs
Carnival North America, LLC

**From:** Arguello, Hector [mailto:Hector.Arguello@mail.house.gov]
**Sent:** Monday, April 16, 2018 1:40 PM
**To:** Bondi, Tandy (CarnCorp); Roy Schultheis
**Subject:** RE: The Cuban Claims Trust Fund Act

Here you go.

**From:** Bondi, Tandy (CarnCorp) [mailto:TBondi@carnival.com]
**Sent:** Monday, April 16, 2018 1:37 PM
**To:** Roy Schultheis
**Cc:** Arguello, Hector
**Subject:** RE: The Cuban Claims Trust Fund Act

Hector, do you have draft bill text you could share? I will hold it close.

Best regards,
Tandy

Tandy Bondi, VP Public Affairs
Carnival North America, LLC

1