# **EXHIBIT "203"**

# Filed Under Seal

Message

| | |
|---|---|
| From: | Bondi, Tandy (CarnCorp) [TBondi@carnival.com] |
| Sent: | 9/6/2018 11:42:23 PM |
| To: | Eleni Kalisch [ekalisch@rccl.com]; Farkas, Dan [dfarkas@ncl.com] |
| CC: | Michael McGarry [mmcgarry@cruising.org] |
| Subject: | RE: [EXTERNAL] Re: House Foreign Affairs Subcommittee Hearing: U.S. Policy Toward Cuba |

I think his views are constituent driven. Yoho represents part of the Jacksonville area and my sense is Javier Garcia-Bengochea, the Jacksonville doctor who claims he owned the land where the Port of Santiago is located, may be his constituent. Javier is really pushing the property claims issue with Florida members. Old statement from him below.

https://docs.house.gov/meetings/FA/FA07/20150618/103642/HHRG-114-FA07-Wstate-Garcia-BengocheaJ-20150618.pdf

Tandy Bondi, VP Public Affairs
Carnival North America, LLC

**EXHIBIT**
#190 Tandy Bondi 07-30-21 JChin

**From:** Eleni Kalisch [mailto:ekalisch@rccl.com]
**Sent:** Thursday, September 06, 2018 6:28 PM
**To:** Farkas, Dan
**Cc:** Michael McGarry; Bondi, Tandy (CarnCorp)
**Subject:** Re: [EXTERNAL] Re: House Foreign Affairs Subcommittee Hearing: U.S. Policy Toward Cuba

Yoho was born in Minneapolis, not Cuba, so I assume his views are based on solidarity with the delegation. Unless his criticisms escalate, I think we hold off on meeting with him.

Sent from my iPhone

On Sep 6, 2018, at 6:22 PM, Farkas, Dan <dfarkas@ncl.com> wrote:

> It does not sound like a meeting would sway his opinions.
>
> Regards,
> Dan Farkas
>
>> On Sep 6, 2018, at 6:07 PM, Michael McGarry <mmcgarry@cruising.org> wrote:
>>
>> Forwarding for your awareness. Yoho's comments are unfortunate. Thoughts on whether we should meet with him?
>>
>> **From:** Michael McGarry
>> **Sent:** Thursday, September 6, 2018 6:04:08 PM
>> **To:** Nancy Prowitt

**Cc:** Hector Alcalde; Danielle McBeth; Perrin Badini
**Subject:** Re: House Foreign Affairs Subcommittee Hearing: U.S. Policy Toward Cuba

Thanks, Nancy.

Mike

---

**From:** Nancy Prowitt <prowitt@alcalde-fay.com>
**Sent:** Thursday, September 6, 2018 5:32:54 PM
**To:** Michael McGarry
**Cc:** Hector Alcalde; Danielle McBeth; Perrin Badini
**Subject:** House Foreign Affairs Subcommittee Hearing: U.S. Policy Toward Cuba


Hi Mike:

During today's hearing, the majority of which was dedicated to discussing the recent attacks against U.S. diplomats in Cuba, we noted that Congressman Ted Yoho (R-FL) criticized the previous Administration's decision to open up travel/relations with Cuba before certain issues had been fully worked out, specifically the issue of property claims (U.S. owned property seized by the Cuban government); among the small handful of examples of businesses expanding into Cuba as a result of the change in policy, he did reference cruise ships going to Cuba but that was the only specific reference to the industry.

Since the Subcommittee adjourned for their SCIF classified portion of the hearing, limited information was provided on the issue of the attacks as they appeared to be waiting for the classified portion to go into further detail. Ranking Member Albio Sires (D-NJ) spoke briefly about the State Department's restricted entities list and asked whether it would/could be updated and its effectiveness, to which Mr. Kenneth Merten, Acting Principal Deputy Assistant Secretary, Bureau of Western Hemisphere Affairs at the State Department, called the list a "living document" that is reviewed periodically and commented that State had not conducted a quantitative analysis yet but that their belief is that it does deny funding that would otherwise go to the Cuban military/state.

A recording of the hearing is available on the Subcommittee's website here along with links to the witness statements.

Thanks.

Nancy

**From:** Nancy Prowitt
**Sent:** Saturday, September 1, 2018 11:32 AM
**To:** Mike McGarry <mmcgarry@cruising.org>
**Cc:** Hector Alcalde <h.alcalde@alcalde-fay.com>; Danielle McBeth <mcbeth@alcalde-fay.com>; Marion Turner <turner@alcalde-fay.com>; Perrin Badini <badini@alcalde-fay.com>; Yasmin Albazzaz <albazzaz@alcalde-fay.com>
**Subject:** House Foreign Affairs Subcommittee Hearing: U.S. Policy Toward Cuba

We will cover this

**Thursday, September 6, 2pm**
House Foreign Affairs Subcommittee Hearing: U.S. Policy Toward Cuba
Subcommittee on the Western Hemisphere
Rep. Paul Cook (R-CA), Chairman
2172 Rayburn House Office Building

**Chairman Cook on the hearing:** *"The Cuban dictatorship continues to exert destabilizing influence within the Western Hemisphere, most notably in Venezuela and Nicaragua. Through the guise of reforms, it has maintained its Communist system and continued criminalizing dissent and violating the Cuban people's human rights. While President Obama attempted to normalize relations with Cuba, the Cuban regime remains unwilling to provide greater freedoms for its people. It also failed to protect U.S. diplomats in Havana as required under international law, and today, 26 U.S. diplomats have suffered serious health repercussions while serving in Cuba. I believe the Trump Administration's Cuba policy shift is important to prevent financing to the Cuban military and urge the Cuban regime to provide greater freedoms for the Cuban people. In addition, the Administration's expulsion of Cuban diplomats from the U.S., changes to staffing, and convening of an Accountability Review Board were also important steps to protect Americans. This hearing will review the U.S.-Cuba policy, assess progress on democracy and human rights in Cuba, and conduct oversight of the State Department's efforts related to the attacks on U.S. diplomats in Havana to ensure the safety of U.S. diplomats and continue promoting freedom in Cuba."*

Invited witnesses:

**The Honorable Kenneth H. Merten**
Acting Principal Deputy Assistant Secretary
Bureau of Western Hemisphere Affairs
U.S. Department of State

**The Honorable Peter Bodde**
Coordinator
Health Incidents Response Task Force
U.S. Department of State

**Charles Rosenfarb, M.D.**
Medical Director
Bureau of Medical Services
U.S. Department of State

**Mr. Todd Brown**
Assistant Director for Countermeasures
Bureau of Diplomatic Security
U.S. Department of State

**Brian M. Mazanec, Ph.D.**
Acting Director
International Affairs and Trade
U.S. Government Accountability Office

CONFIDENTIALITY NOTE: This message may contain confidential or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking any action in reliance on these contents is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this e-mail and then delete it from your system.

NCLH_23591-00054247