# **EXHIBIT "205"**

# Filed Under Seal

**EXHIBIT**

#192 Tandy Bondi 07-30-21 JChin

| | |
|---|---|
| **Date:** | Saturday, January 19 2019 11:35 AM |
| **Subject:** | Re: Discussion with Rubio |
| **From:** | Donald, Arnold (CarnCorp) |
| **To:** | Bondi, Tandy (CarnCorp) <TBondi@carnival.com>; |
| **CC:** | Perez, Arnaldo (CarnCorp) <APerez@carnival.com>; Arison, Micky (CarnCorp) <MArison@carnival.com>; Frizzell, Roger (CarnCorp) <RFrizzell@carnival.com>; |

Arnie, please craft the recommended language with Tandy. Thanks. FYI I've shared Tandy's original note with Frank and Adam...

Sent from my iPhone
On Jan 19, 2019, at 5:05 AM, Bondi, Tandy (CarnCorp) <TBondi@carnival.com> wrote:

> Arnie,
>
> It is hard to get an accurate read on his intent in a social setting with others present. I believe he was trying to give the impression that he didn't think a change would harm us.
>
> I think we need to tell him specifically what we need him to do. I recommend we give him language to clarify the lawful travel exemption and ask him to include it the regs.
> Scott will defer to Rubio on Cuba.
>
> Best,
> Tandy
>
> **From:** Perez, Arnaldo (CarnCorp)
> **Sent:** Friday, January 18, 2019 11:21 PM
> **To:** Bondi, Tandy (CarnCorp)
> **Cc:** Donald, Arnold (CarnCorp); Arison, Micky (CarnCorp); Frizzell, Roger (CarnCorp)
> **Subject:** Re: Discussion with Rubio
>
> Tandy: Other than his statement about likely continued waivers, he said nothing that should give us much comfort. It doesn't seem he has good knowledge of Helms Burton or he is acting dumb.
>
> He appears to have no intention of taking any action to assist or help ensure we are not damaged. Is he trying to create the impression that this is all coming from the administration, ultimately up to the courts and he has no influence or input? Convenient position.
>
> By the way, is Scott lying low on this?
>
> Sent from my iPhone
> On Jan 18, 2019, at 10:16 PM, Bondi, Tandy (CarnCorp) <TBondi@carnival.com> wrote:
>
>> I had an informative conversation with Senator Rubio this evening. In short, he said the following related to Cuba and Title III:
>>
>> 1. He believes the White House is attempting to use these Cuba regulations to have Cuba pressure Venezuela and to try to get them to join the other Latin American countries in rejecting the legitimacy of Maduro's next term (and, in turn, supporting Juan Guaidó).

2. He thinks we will see a "a lot of 45 day exemptions" granted and that the waiver authority will be transferred from State back to the White House.

3. Rubio thinks it will be up to the courts, but a "user" or leasee of a Port should not be on the hook, and he thinks we should be fine. He analogized the cruise lines to a hotel guest staying at a Starwood Hotel in Havana. The guest wouldn't be "trafficking" simply by staying in the hotel.

5. He also said he thought any changes would be prospective and that existing licenses and contracts should be grandfathered in.

6. On the lawful travel exemption, he appeared not to be too familiar with the provision and said a lot would be subject to Treasury and the Court's interpretation.

7. Lastly, he said the Treasury staff who would be writing the regulations are not at work due to the government shutdown —- another reason he believes we will continue to see short term extensions.

In sum, he seemed to suggest this should not negatively impact the cruise industry. I think a follow up call from Micky to the Senator next week expressing our concern about its potential impact and asking the Senator to encourage Treasury — if they write regs — to clarify that the application of these lawsuits do not apply to us would be helpful.

I will see the Senator again tomorrow, so please let me know if you have any specific questions. .

Best regards,
Tandy



**From:** Bondi, Tandy (CarnCorp)
**Sent:** Friday, January 18, 2019 9:31 AM
**To:** Donald, Arnold (CarnCorp) <ADonald@carnival.com>; Arison, Micky (CarnCorp) <MArison@carnival.com>; Perez, Arnaldo (CarnCorp) <APerez@carnival.com>; Frizzell, Roger (CarnCorp) <RFrizzell@carnival.com>
**Subject:** Proposed Cuba Strategy

Arnold,

As a follow up to our discussion, below is a proposed strategy to influence the Administration's review of the Cuba lawsuit waiver.

**Hill Engagement**

Although the waiver is not subject to Congressional approval, we should encourage Republican members to contact the White House Chief of Staff Mike Mulvaney, Secretary of State Pompeo, and National Security Advisor John Bolton to express their opposition to lifting the lawsuit waiver. Last year, seven Republican Senators sponsored the Freedom to Travel to Cuba bill. We should focus on these Senators. I can coordinate outreach with CLIA, A&F, and our Carnival consultants.

**Senator Rubio**

Senator Rubio is part of a very small group that is directly involved in this policy review. I will see Senator Rubio this weekend at his political retreat in Florida and should have opportunity to discuss this review with him. I also recommend that I schedule a call with Micky to speak with the Senator directly early next week. Below is the Senator's tweet on the Cuba waiver.

> Marco Rubio
> ✓ @marcorubio
> Todays waiver of Title III of Helms-Burton for only 45 days instead of the customary 180 days & the accompanying warning, is a strong indication of what comes next.

> If you are trafficking in stolen property in #Cuba, now would be a good time to get out.

**US Chamber, Engage Cuba and Conservative Think Tanks**

We should encourage business groups to engage the Administration both publically and private. We also should have them point out that such a change would be a boom for trial lawyers, the Democrats' biggest financial supporters. This is an area where CLIA could be helpful.

**Waiver Considerations**

We should consider ways to try limit the impact if the lawsuit suspension is lifted. Below are possible considerations we may want to discuss with Senator Rubio:

* Ensure any change is prospective and not retroactive.
* Request a delayed effective date (12 months or 18 months)
* Support for a Port of Santiago lawsuit travel exemption as provided by Title III of the Helms-Burton Act. Such support from Rubio could be difficult as it would deny a legal challenge by an influential Florida constituent, Javier Garcia-Bengochea, a Jacksonville neurosurgeon, who has a certified claim for the Port of Santiago.

I am available to discuss these recommendations further at your convenience.

Best regards,

Tandy