# **EXHIBIT "206"**

# Filed Under Seal



| | |
|---|---|
| Date: | Friday, January 25 2019 04:45 PM |
| Subject: | RE: MA Cuba TPS |
| From: | Bondi, Tandy (CarnCorp) <TBondi@carnival.com> |
| To: | Perez, Arnaldo (CarnCorp) <APerez@carnival.com>; |
| Attachments: | MA Cuba TPS 1.25.docx |

Good edit. Attached is a final clean draft for you to share with MA. Hope the call goes well. With him calling Micky directly, not sure if there is a way I can listen in.

Best,
Tandy

**From:** Perez, Arnaldo (CarnCorp)
**Sent:** Friday, January 25, 2019 3:24 PM
**To:** Bondi, Tandy (CarnCorp)
**Subject:** MA Cuba TPS

See slight modification.

Talking Points – Call with Senator Rubio

Major points: Lifting the lawsuit waiver could significantly impact Carnival. Helms Burton has an exemption for lawful travel which is not defined – I would like to ask for your help in clarifying the provision.

Thank you for taking the time to speak with me regarding Title III of Helms Burton.

I understand that the intent is not to harm the industry by lifting the lawsuit waiver. However, we have closely studied the matter and believe that we could face significant legal liability.   Arnie, our general counsel who is on the phone with me, could briefly address why lawsuits could be applicable to us through our use of the Cuban ports.

Title III includes an exemption from legal claims involving business that is incidental to lawful travel to Cuba. While it might appear that such an exemption would protect cruise lines from legal claims under Title III, there is no legislative history which clearly spells out the intent of Congress when that exemption was added to the original legislation and there is a risk of adverse court and/or executive branch interpretation.

I would like to ask you for your assistance in helping clarify that lawful travel includes current cruise operations in any guidance or regulations that should accompany the policy change.  Tandy and my colleagues can work with your staff on drafting language for the Administration's consideration.