# EXHIBIT "207"

Filed Under Seal

| | |
|---|---|
| **Date:** | Wednesday, February 6 2019 11:37 AM |
| **Subject:** | Rep. Diaz-Balart- Cuba Discussion |
| **From:** | Bondi, Tandy (CarnCorp) |
| **To:** | Arison, Micky (CarnCorp) <MArison@carnival.com>; Donald, Arnold (CarnCorp) <ADonald@carnival.com>; Perez, Arnaldo (CarnCorp) <APerez@carnival.com>; Frizzell, Roger (CarnCorp) <RFrizzell@carnival.com>; h.alcalde@alcalde-fay.com; |

Yesterday, Eleni Kalisch with RCCL spoke with Rep. Mario Diaz Balart (R-FL) concerning the lawful travel exemption in Helms Burton. As you know, we had a very clear strategy focused on Senator Rubio. Diaz Balart (MDB) has never supported us cruising to Cuba and in fact, he offered an amendment which would have banned us from sailing there. Adam Goldstein is in DC today in his role as CLIA Chairman and there was discussion of meeting with MDB which I strongly advised against to CLIA and Hector – who were in agreement. I understand that was conveyed to RCL.

It is unfortunate then that Eleni would have a conversation with Diaz Balart concerning the exemption. According to her summary, instead of clarifying that lawful travel exempts cruising, Diaz Balart said Trump is pushing OFAC to clarify "lawful travel" to read completely against our interests, particularly if there is no wind down period. I think Diaz Balart is really pushing this change which is consistent with his past efforts. Unfortunately now Diaz Balart likely knows that we are to working to clarify the lawful travel exemption. I think we have no alternative but stay the course with Rubio and push him to roll Diaz Balart. I am meeting with Rubio this afternoon with Hector, Kelly Craighead and Adam and will provide an update following the meeting.

Best regards,
Tandy

### Eleni's Summary

> I spoke with Mario Diaz Balart yesterday on our flight to DC including a discussion of this provision. He suggested that our cruises would not be considered "lawful travel" once Trump makes additional changes to the OFAC regulations. I don't know if there is a way to protect against this in the language we provide Rubio ... maybe grandfather in existing operations? MDB's view is that he warned us that this day would come when we informed him of our intentions to sail to Cuba so he is less than sympathetic. He did, however, say that he would support a "winding down" period for us to end operations. He had no information as to timing of an announcement by the Administration.

Eleni P. Kalisch | Vice President | Federal Relations
Royal Caribbean Cruises Ltd. | 1050 Caribbean Way, Miami FL 33132
Tel: 305.539.6799 | Cell: 786.253.5305 | ekalisch@rccl.com