# **EXHIBIT "208"**

Filed Under Seal

| | |
|---|---|
| **From:** | Bondi, Tandy (CarnCorp) [TBondi@carnival.com] |
| **Sent:** | 3/18/2019 8:42:24 AM |
| **To:** | Colina, Emanuel (CarnCorp) [EColina@carnival.com]; Perez, Arnaldo (CarnCorp) [APerez@carnival.com]; Frizzell, Roger (CarnCorp) [RFrizzell@carnival.com] |
| **Subject:** | Revised TPs |
| **Attachments:** | MA Cuba TPs 3.2019.docx |

Below and attached are revised talking points.  Please let me know if you have any further edits.   Ballard is working to schedule the call - I will keep you posted.
Tandy

**EXHIBIT**
#195 Tandy Bondi 07-30-21 JChin

Thank you for your time.

I understand you are reviewing the US's policies with Cuba.

My business, Carnival Corporation, has over 140 cruises to Cuba scheduled within the next two years.  The booking window for our guests is much further out than other travel.

We planned our sailings based on your 2017 Executive Order which specifically allowed cruises to Cuba.  If those rules are changed now, it would have a significant impact on my company and our over 300,000 American guests who are booked to sail to Cuba.

Further, should Title III of Helms Burton, the lawsuit waiver, not be extended, my company could be subject to over $500 million in legal exposure.   We do not own the ports or even manage the ports we call on in Cuba, but because we use them we could be exposed to significant financial penalties.

Fortunately there is an exemption in Helms Burton for lawful travel – but lawful travel is not defined so we are concerned it will be left up to the courts to decide its meaning.  We have discussed with your staff the need to get clarification that lawful travel covers the use of ports.   I understand it does not require legislation or even a regulation but this clarification could be in any information accompanying a policy change.

I believe our business in Cuba helps individual Cubans' through direct people to people diplomacy.   The excursions for our guests support a cadre of entrepreneurs who are, for the first time ever, developing some personal wealth and getting a true taste of democracy and private entrepreneurship.   For example, our guests' support of

Havana Compas, a Cuban dance group, has allowed them to quadruple the size of their theater and to create an independent after school program. This is just one example of how our business has helped improve the lives of everyday Cubans.

I know there a number of factors you consider when you make policy changes and I appreciate the opportunity to share my concerns

---

**From:** Colina, Emanuel (CarnCorp)
**Sent:** Friday, March 15, 2019 5:59 PM
**To:** Bondi, Tandy (CarnCorp); Perez, Arnaldo (CarnCorp); Frizzell, Roger (CarnCorp)
**Subject:** RE: draft talking points for Micky

Team:
See attached. Please note that I've added 3 million USD to the total amount we have paid for tours dedicated to small businesses, artists and entrepreneurs (waiting on HAL numbers which should be in Monday before EOB) I don't think is too far from reality. Once HAL numbers arrive I'll send a final number.
The attached has:
A list of all shorex dedicated to small businesses, artists and entrepreneurs.
Examples of how we support Cuban entrepreneurs via SHOREX, including payments to our outside counsel in Cuba.
PAX statistics from Cuba
Confirmed sailings to Havana 2016-2020
Port fees in the Caribbean

Please let me know if you need anything else from me.
Thanks and have a great weekend.

Emanuel Colina
Cuba Coordinator - Corporate Legal |
Carnival Corporation | MLGL815 | 3655 NW 87 Ave | Miami, FL 33178
Tel: +1 305-599-2600 Ext. 18033 | Fax: +1 305-406-4758 | ecolina@carnival.com

IMPORTANT NOTICE
This transmission contains information which is confidential and/or legally privileged. This information is intended only for the use of the individual or entity to whom it is directed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this transmission is strictly prohibited. In this regard, if you have received this transmission in error, please delete the transmission and notify us by telephone immediately.

---

**From:** Colina, Emanuel (CarnCorp)
**Sent:** Friday, March 15, 2019 11:17 AM
**To:** Bondi, Tandy (CarnCorp); Perez, Arnaldo (CarnCorp); Frizzell, Roger (CarnCorp)
**Subject:** RE: draft talking points for Micky

Team:
CCL has paid from 2017 to date **$1,535,721** to our shorex operator for tours owned by small businesses, entreprenurs and artists. Still waiting on HAL's numbers, which I'll see if I can get them today.
Thanks,

Emanuel Colina
Cuba Coordinator - Corporate Legal |
Carnival Corporation | MLGL815 | 3655 NW 87 Ave | Miami, FL 33178
Tel: +1 305-599-2600 Ext. 18033 | Fax: +1 305-406-4758 | ecolina@carnival.com

**IMPORTANT NOTICE**

This transmission contains information which is confidential and/or legally privileged. This information is intended only for the use of the individual or entity to whom it is directed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this transmission is strictly prohibited. In this regard, if you have received this transmission in error, please delete the transmission and notify us by telephone immediately.

**From:** Bondi, Tandy (CarnCorp)
**Sent:** Friday, March 15, 2019 11:14 AM
**To:** Perez, Arnaldo (CarnCorp); Frizzell, Roger (CarnCorp)
**Cc:** Colina, Emanuel (CarnCorp)
**Subject:** RE: draft talking points for Micky

Appreciate the feedback. I will add examples with Emmauel's help and will strike the sentence on entrepreneurs operating outside the govt.

Exposure is based on potential penalties. Article below estimates the current value of the Havana port at $102 M. Potential penalty could be $306 M based on treble damages (claims are certified). I doubled the amount to estimate for the Port of Santiago to get to $600M.

https://www.tampabay.com/news/business/tourism/The-federal-government-says-this-man-rightfully-owns-Havana-s-cruise-port_169234241

**E. Amount of Damages**
Unless the activity in question is excluded from the definition of "trafficking," a person that traffics in confiscated property is liable in an amount equal to the *greater* of:
♣ The amount certified to the claimant by the FCSC under ICSA, plus interest;
♣ An amount determined by a special master appointed by the court; or
♣ The fair market value of the property, calculated as being either the current value of the property, or the value of the property when confiscated plus interest, whichever is greater.8

For certified claims, a person that "traffics" is liable for treble damages based on the

**From:** Perez, Arnaldo (CarnCorp)
**Sent:** Friday, March 15, 2019 10:55 AM
**To:** Bondi, Tandy (CarnCorp); Frizzell, Roger (CarnCorp)
**Cc:** Colina, Emanuel (CarnCorp)
**Subject:** RE: draft talking points for Micky

Questions:
- $600 million in exposure? How/where did we get this?
- We should have some real life examples of helping support Cuban entrepreneurs (Emanuel – Rosamaria can help with this)
- I would not say that the entrepreneurs are operating outside the control of the Cuban government. They are regulated and taxed, but so are entrepreneurs here.

I have asked CCL for some data regarding their Cuba operations and the consequences of shutting it down. They promised me a memo on Monday.

**Arnaldo Perez**
General Counsel
3655 NW 87 Ave | Miami, FL 33178
Tel: +1 305-406-8608
Fax: +1 305-406-4758
aperez@carnival.com



---

**From:** Bondi, Tandy (CarnCorp)
**Sent:** Friday, March 15, 2019 10:28 AM
**To:** Perez, Arnaldo (CarnCorp) <APerez@carnival.com>; Frizzell, Roger (CarnCorp) <RFrizzell@carnival.com>
**Cc:** Colina, Emanuel (CarnCorp) <EColina@carnival.com>
**Subject:** draft talking points for Micky

Arnie and Roger,

Below are draft talking points for Micky's call with President Trump for your review. Welcome any changes you may have. We are working to schedule the call for early next week.

Best regards,
Tandy

Thank you for your time. I understand you are reviewing the US's policies with Cuba.

My business, Carnival Corporation, has x number of ships planning to sail to Cuba within the next two years. The booking window for our guests is much further out than other travel.

We planned our sailings based on your 2017 Executive Order which specifically allowed cruises to Cuba. If those rules are changed now, it would have a significant impact on my company and our over 300,000 American guests who are booked to sail to Cuba.

Further, should Title III of Helms Burton, the lawsuit waiver, not be extended, my company could be subject to over $600 million in legal exposure. We do not own the ports or even manage the ports we call on in Cuba, but because we use them we could be exposed to significant financial penalties.

Fortunately there is an exemption in Helms Burton for lawful travel – but lawful travel is not defined so we are concerned it will be left up to the courts to decide its meaning. We have discussed with your staff the need to get clarification that lawful travel covers the use of ports. I understand it does not require legislation or even a regulation but this clarification could be in any information accompanying a policy change.

I believe our business in Cuba helps individual Cubans' through direct people to people diplomacy. The excursions for our guests support a cadre of entrepreneurs who are, for the first time ever, developing some personal wealth and getting a true taste of democracy and private entrepreneurship. These entrepreneurs have been given an opportunity to develop businesses to sell goods to the visiting cruise passengers outside the control of the Cuban government.

I know there a number of factors you consider when you make policy changes and I appreciate the opportunity to share my concerns

CONFIDENTIAL                                                                                    HavanaDocks_0500198

Thank you for your time.

I understand you are reviewing the US's policies with Cuba.

My business, Carnival Corporation, has over 140 cruises to Cuba scheduled within the next two years. The booking window for our guests is much further out than other travel.

We planned our sailings based on your 2017 Executive Order which specifically allowed cruises to Cuba. If those rules are changed now, it would have a significant impact on my company and our over 300,000 American guests who are booked to sail to Cuba.

Further, should Title III of Helms Burton, the lawsuit waiver, not be extended, my company could be subject to over $500 million in legal exposure. We do not own the ports or even manage the ports we call on in Cuba, but because we use them we could be exposed to significant financial penalties.

Fortunately there is an exemption in Helms Burton for lawful travel – but lawful travel is not defined so we are concerned it will be left up to the courts to decide its meaning. We have discussed with your staff the need to get clarification that lawful travel covers the use of ports. I understand it does not require legislation or even a regulation but this clarification could be in any information accompanying a policy change.

I believe our business in Cuba helps individual Cubans' through direct people to people diplomacy. The excursions for our guests support a cadre of entrepreneurs who are, for the first time ever, developing some personal wealth and getting a true taste of democracy and private entrepreneurship. For example, our guests' support of Havana Compas, a Cuban dance group, has allowed them to quadruple the size of their theater and to create an independent after school program. This is just one

example of how our business has helped improve the lives of everyday Cubans.

I know there a number of factors you consider when you make policy changes and I appreciate the opportunity to share my concerns