# EXHIBIT "209"

Filed Under Seal

| | |
|---|---|
| Date: | Wednesday, March 20 2019 11:29 AM |
| Subject: | Call with President Trump |
| From: | Bondi, Tandy (CarnCorp) <TBondi@carnival.com> |
| To: | Arison, Micky (CarnCorp) <MArison@carnival.com>; |
| CC: | Perez, Arnaldo (CarnCorp) <APerez@carnival.com>; Vega, Iris (CarnCorp) <ievega@carnival.com>; Frizzell, Roger (CarnCorp) <RFrizzell@carnival.com>; |

Micky,

President Trump's assistant just advised that the President will call you this week – likely tomorrow. The call will come through Iris or your direct office line. His office will try to schedule a time but frequently the President will just call when he has a minute to speak.

Below are the talking points Arnie and I prepared. Please let me know if you need any additional information for the call.

Best,
Tandy

Thank you for your time.

I understand you are reviewing the US's policies with Cuba.

My business, Carnival Corporation, has over 140 cruises to Cuba scheduled within the next two years. The booking window for our guests is much further out than other travel.

We planned our sailings based on your 2017 Executive Order which specifically allowed cruises to Cuba. If those rules are changed now, it would have a significant impact on my company and our over 300,000 American guests who are booked to sail to Cuba.

Further, should Title III of Helms Burton, the lawsuit waiver, not be extended, my company could be subject to over $600 million in legal exposure. We do not own the ports or even manage the ports we call on in Cuba, but because we use them we could be exposed to significant financial penalties.

Fortunately there is an exemption in Helms Burton for lawful travel – but lawful travel is not defined so we are concerned it will be left up to the courts to decide its meaning. We have discussed with your staff the need to get clarification that lawful travel covers the use of ports. I understand it does not require legislation or even a regulation but this clarification could be in any information accompanying a policy change.

I believe our business in Cuba helps individual Cubans' through direct people to people diplomacy. The excursions for our guests support a cadre of entrepreneurs who are, for the first time ever, developing some personal wealth and getting a true taste of democracy

and private entrepreneurship. For example, our guests' support of Havana Compas, a Cuban dance group, has allowed them to quadruple the size of their theater and to create an independent after school program. This is just one example of how our business has helped improve the lives of everyday Cubans.

I know there a number of factors you consider when you make policy changes and I appreciate the opportunity to share my concerns