# EXHIBIT "210"

Filed Under Seal

Message
---

| | |
|---|---|
| **From:** | Bondi, Tandy (CarnCorp) [TBondi@carnival.com] |
| **Sent:** | 4/24/2019 10:27:08 PM |
| **To:** | Farkas, Dan [dfarkas@ncl.com] |
| **Subject:** | RE: Are you going? |
| **Attachments:** | april 24 TPS.docx |

Attached are draft TPs.  Grateful for any edits or additions.  Thanks Dan!

-----Original Message-----
From: Farkas, Dan [mailto:dfarkas@ncl.com]
Sent: Wednesday, April 24, 2019 5:36 PM
To: Bondi, Tandy (CarnCorp)
Subject: RE: Are you going?

I will  be sending you positive energy at that time!


-----Original Message-----
From: Bondi, Tandy (CarnCorp) [mailto:TBondi@carnival.com]
Sent: Wednesday, April 24, 2019 5:34 PM
To: Farkas, Dan <dfarkas@ncl.com>
Subject: RE: Are you going?


3:30 p.m.

-----Original Message-----
From: Farkas, Dan [mailto:dfarkas@ncl.com]
Sent: Wednesday, April 24, 2019 5:32 PM
To: Bondi, Tandy (CarnCorp)
Subject: RE: Are you going?

This just might be our past best chance! (no pressure).
What time is it?

Daniel S. Farkas | Executive Vice President & General Counsel
P: +1 305.436.4690 | F: +1 305.436.4117 dfarkas@nclcorp.com |
https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.nclhltd.com&d=DwIFAg&c=RF3OpJd6RGM8QKLFxpuiBYyq2KaAqCsLgnudF15sF4Q&r=eORXh4jsu5fzaqsl4utcrw&m=drB
7Xe2ao_LXZms33Lja_er_f8-JZGKKHK1T6pXJyuA&s=eUOlVHdYoPZrjc5GIZfjWu5nU8pxsQiwl_qFh3rr5Og&e= Norwegian
Cruise Line Holdings Ltd.
Office Address: 7300 Corporate Center Drive | Miami FL 33126 Mailing Address: 7665 Corporate Center Drive
| Miami FL 33126



-----Original Message-----
From: Bondi, Tandy (CarnCorp) [mailto:TBondi@carnival.com]
Sent: Wednesday, April 24, 2019 5:31 PM
To: Farkas, Dan <dfarkas@ncl.com>
Subject: Re: Are you going?

Yes!!! Say a prayer;)  still working on talking pts.


-------- Original message --------
From: "Farkas, Dan" <dfarkas@ncl.com>
Date: 4/24/19 5:27 PM (GMT-05:00)
To: "Bondi, Tandy (CarnCorp)" <TBondi@carnival.com>
Subject: Are you going?

Fingers crossed!

Daniel S. Farkas | Executive Vice President & General Counsel
P: +1 305.436.4690 | F: +1 305.436.4117

EXHIBIT

#197 Tandy Bondi 07-30-21 JChin

exhibitsticker.com

NCLH_23591-00563916

dfarkas@nclcorp.com<mailto:dfarkas@nclcorp.com> | https://urldefense.proofpoint.com/v2/url?u=http-3A__www.nclhltd.com&d=DwIFAg&c=RF3OpJd6RGM8QKLFxpuiBYyq2KaAqCsLgnudF15sF4Q&r=eORXh4jsu5fzaqsl4utcrw&m=XNMjc5raaawQNGVpj7Z1KftqSLO8ObAYS1yqn35m578&s=TkDFb8GFrFI6oqjn6pNbwiv8pN1xORicuwjPf97A6tw&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.nclhltd.com_&d=DwIFAg&c=RF3OpJd6RGM8QKLFxpuiBYyq2KaAqCsLgnudF15sF4Q&r=eORXh4jsu5fzaqsl4utcrw&m=XNMjc5raaawQNGVpj7Z1KftqSLO8ObAYS1yqn35m578&s=m5LKJECLGoWrqnOJs1fH-aHmBkSqJtWh6yZ5iJbE3RO&e=>
Norwegian Cruise Line Holdings Ltd.
Office Address: 7300 Corporate Center Drive | Miami FL 33126 Mailing Address: 7665 Corporate Center Drive | Miami FL 33126

[A close up of a logo  Description generated with very high confidence]

NCLH_23591-00563917

**Talking Points**

- **We are concerned by the National Security Advisor's comment last week that the Administration intends to restrict travel to Cuba.**

- **The uncertainty of the scope and timing of those changes is causing significant disruption to our company and guests.  Our stock decreased following the announcement and the other cruise companies have seen an even greater drop and this is just based on speculation that we may not be able to sail to Cuba.**

**Cuba is an important destination for the industry**
- **Carnival was first cruise line to sail to Cuba from the U.S.**
- Carnival expanded our cruise offerings following your 2017 regulations **( which put** limits on individuals who travel to the island without being affiliated with people to people programs)
- Today, there are 565 cruises from the US to Cuba per year.
- 550 of those cruises originate in Florida – Miami, Ft. Lauderdale and Cape Canaveral
- 830,000 people take a cruise to Cuba annually.
- If cruises were stopped on May 1, the industry would need to cancel or rebook nearly 700,000 people and redeploy 407 ships at an estimated financial impact of over $150 million.

**Cruises benefit the Cuban people**
- Cruise passengers benefit everyday Cubans directly.
- The average gross salary in Cuba is USD $8k per year. The money spent by cruise passengers in Cuba makes a real and significant difference in the lives of everyday Cuban people.
- 95% of guests disembark in Cuba as compared to an average of 67% across the Caribbean.
- Small businesses including food and beverage sellers, bars, restaurants, artists and craftsmen benefit economically from the cruise passengers.

**Perhaps even more important that the economic impact, is the people to people exchange between the American people and the Cuban people.**
- Our guests are ambassadors for America and democracy.

NCLH_23591-00563918

- Our guests provide the average Cubans insight into American Capitalism and our open and free society.

**We urge you to maintain people to people travel to Cuba – allowing our ships to sail for** cultural and humanitarian exchanges
- We recently completed a poll in Florida. Three-quarters of voters support travel to Cuba – even the majority of Cubans support cruises to Cuba.
- If we had to stop sailing to Cuba, our foreign – non US based competitors would benefit.  Not just in the short term, but their investment could make it difficult for us to be competitive in Cuba in the future.

NCLH_23591-00563919