# EXHIBIT "211"

# Filed Under Seal

Message

| | |
|---|---|
| **From:** | Bondi, Tandy (CarnCorp) [TBondi@carnival.com] |
| **Sent:** | 6/20/2019 2:30:42 PM |
| **To:** | Eleni Kalisch [ekalisch@rccl.com] |
| **CC:** | Farkas, Dan [dfarkas@ncl.com] |
| **Subject:** | RE: Cuba License |



#198 Tandy Bondi 07-30-21 JChin

CCL filed last night.

Best,
Tandy

---

**From:** Eleni Kalisch [mailto:ekalisch@rccl.com]
**Sent:** Thursday, June 20, 2019 10:30 AM
**To:** Bondi, Tandy (CarnCorp)
**Cc:** Dan Farkas (dfarkas@ncl.com)
**Subject:** Cuba License

Hi Tandy -

I know from Dan that NCL filed an application with BIS for a license to cruise to Cuba. Did CCL also file? I just want to make sure I give my execs accurate info on this.

Thanks,

Eleni

**Eleni P. Kalisch | Vice President | Federal Relations**
Royal Caribbean Cruises Ltd. | 1050 Caribbean Way, Miami FL  33132
Tel: 305.539.6799 | Cell: 786.253.5305 | ekalisch@rccl.com

CONFIDENTIALITY NOTE: This message may contain confidential or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking any action in reliance on these contents is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this e-mail and then delete it from your system.