# EXHIBIT "212"

# Filed Under Seal

**Message**

**From**: Bondi, Tandy (CarnCorp) [TBondi@carnival.com]
**Sent**: 6/21/2019 3:31:16 PM
**To**: Farkas, Dan [dfarkas@ncl.com]
**Subject**: TPS

EXHIBIT
#199 Tandy Bondi 07-30-21 JChin

Draft TPS below.  Have not vetted these internally yet but wanted to run them by you.   THANKS

Best,
Tandy


Thank you for your time.

The abruptness and immediacy of the recent travel regulations had an extraordinarily negative impact on our shareholders, resulting in an unprecedented 10% drop in our share price.  During our earnings call last week, Cuba was a significant focus of the questions, and we have had a number of investors and customers question why the Administration made the regulations immediate.  The industry estimates the prohibition and sudden cancellation of existing cruises will have a financial impact of more than $250 million.

There is a solution that accomplishes your goals while allowing us to sail to Cuba.

Carnival has requested authorization from the Department of Commerce to sail up to eight vessels to Cuba and our travel program would comply with OFAC's Support for the Cuban people general license.   This would not be cruising like before, rather these new limited cruises would be…

These new cruises would be consistent with your national security and foreign policy goals of supporting the Cuban people through the expansion of free enterprise and lawful travel.

I urge you to please support Carnival's request.