# EXHIBIT 62

**NORWEGIAN CRUISE LINE HOLDINGS LTD.**

December 21, 2017

Mr. Raúl Pérez Ramos
Deputy Minister of Transportation
Ministry of Transportation
Avenida Boyeros esq. Tulipán
Municipio Plaza del a Revolución
Havana, Cuba

Dear Mr. Pérez Ramos,

In March of this year, Norwegian Cruise Line Holdings (NCLH) began its cruise program to Cuba with the Marina, flagship of the Oceania Cruises fleet. The arrival of the Marina to the Bay of Havana was a historic moment for Cuba and NCLH. In the months since this first trip, thousands of our passengers have enjoyed this unique opportunity to meet, interact and learn from the most developed and charming society in the Caribbean.

Cruises attract and transport a very special clientele to Cuba, people who want to make the most of their experiences in the short time they spend on land. The collaboration that has been created between the port authorities Aries, S.A. and Empresa Consignataria Mambisa, our tour operator Havanatur S.A. and our three cruise brands has benefited the Cuban people, our company and, mainly, the American passengers who travel in our ships to Cuba.

The reason for this correspondence is to request permission from the pertinent authorities for our ships to anchor in the Bay of Havana and transport our passengers ashore using our own barges.

This request is based on the strong demand of passengers who wish to travel to Cuba, a demand that we have only been able to partially satisfy due to the limitations of the docks dedicated to cruise ships. Today there is only one pier that can accommodate our ships Norwegian Sky and Norwegian Sun, with more than 2,000 passengers each. This is not only a loss for our company, but also for local suppliers and the Government of Cuba.

In the summer of 2018, Norwegian Sky and Norwegian Sun will offer cruises to Cuba from their ports of Miami and Port Canaveral. Although we are bringing two ships instead of one, the daily passenger count will remain the same. Norwegian Sky currently offers two full days in Havana (Tuesday and Wednesday) for most of the season, however due to lack of availability, starting May 2018 Norwegian Sky will depart at 6:00 to allow Norwegian Sun to occupy the position on Wednesday mornings entering at 8:00 and staying overnight leaving at 6:00 on Thursdays.

The typical client takes advantage of his stopover in Havana and participates in at least one excursion every day in port. These clients also purchase excursions that introduce them to Havana's nightlife. So, as Norwegian Sky and Norwegian Sun will share the docking pier on Wednesdays beginning in May 2018, each ship would only spend one full day in port; resulting in lost potential field trip income of $ 62,000 per week.





Tel. 305.436.4000 | 7665 Corporate Center Drive | Miami, FL 33126 | nclhltd.com

NORWEGIAN CRUISE LINE
HOLDINGS LTD.

In 2018 there are 26 weeks in the summer that could take advantage of this additional revenue from Norwegian Sky passengers if they allowed Norwegian Sun to anchor in Havana Bay.

| | CURRENT TYPICAL HAVANA WEEKLY PROGRAM FOR THE NORWEGIAN CRUISE LINE BRAND | | |
|---|---|---|---|
| | 2017 | 2018 | 2019 |
| Tuesday | Norwegian Sky (Arrival 8:00) | Norwegian Sky (Arrival 8:00) | Norwegian Sky (Arrival 8:00) |
| Wednesday | Norwegian Sky (Departure 17:00) | Norwegian Sky (Departure 6:00) Norwegian Sun (Arrival 8:00) | Norwegian Sky (Departure 6:00) Norwegian Sun (Arrival 8:00) |
| Thursday | | Norwegian Sun (Departure 6:00) | Norwegian Sun (Departure 6:00) |

In 2018, the Norwegian Cruise Line brand will not operate cruises to Cuba from January to mid-March and from mid-November to December, approximately 18 weeks, due to the unavailability of the cruise terminal in Havana on Tuesdays and Wednesdays during this term.

In addition to the Norwegian Sky and Norwegian Sun stopovers, we have requested multiple dates for our luxury brands, Oceania Cruises and Regent Seven Seas Cruises, for which there is no availability. These luxury brands offer longer and more immersive cruises, which don't always fall on the same day of the week.

In 2018, twelve (12) days we requested were not available for Oceania Cruises and ten (10) days were not available for Regent Seven Seas Cruises. These dates could be accommodated if these vessels were allowed to anchor in a location that would allow us to transport our passengers ashore.

The three brands of Norwegian Cruise Line Holdings have the potential to offer an additional fifty-eight (58) days in Havana if space is available at the dock or if ships are able to anchor in Havana Bay. This represents a potential revenue increase of $ 5,400,000 and port fees of $ 2,900,000 - a total lost revenue increase of $ 8.3 million for the Cuban economy.

We understand that there are some concerns with the anchoring operation. We would like to assure you that we have the highest confidence that we can carry out these operations safely, just as we do in more than one hundred ports around the world.

We are ready to review this application and operational requirements in detail so that it is a viable option for all parties. Taking all this into account, I ask for your utmost understanding and that our request be addressed as soon as possible.

Sincerely,

[signature]
Frank del Rio
President and CEO
Norwegian Cruise Line Holdings Ltd.







City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the following are, to the best of my knowledge and belief, true and accurate translations from Spanish into English:

- NCLH_23591-00577155
- NCLH_23591-00577153
- NCLH_23591-00524981
- NCLH_23591-00017870
- NCLH_23591-00017356
- NCLH_23591-00014456
- HavanaDocks_0438773

_____
Jacqueline Yorke

Sworn to before me this
September 16, 2021

_____
Signature, Notary Public



_____
Stamp, Notary Public

**NORWEGIAN CRUISE LINE HOLDINGS LTD.**

21 diciembre 2017

Sr. Raúl Pérez Ramos
Viceministro de Transporte
Ministerio del Transporte
Avenida Boyeros esa. Tulipán
Municipio Plaza del a Revolución
Ciudad de La Habana, Cuba

Estimado Sr. Pérez Ramos,

En marzo de este año, Norwegian Cruise Line Holdings (NCLH) comenzó su programa de cruceros a Cuba con el Marina, buque insignia de la flota de Oceania Cruises. La llegada del Marina a la Bahía de La Habana fue un momento histórico para Cuba y NCLH. En los meses transcurridos desde este primer viaje, miles de nuestros pasajeros han disfrutado de esta oportunidad única para conocer, interactuar y aprender de la sociedad más desarrollada y encantadora del Caribe.

Los cruceros atraen y transportan una clientela muy especial a Cuba, personas que quieren aprovechar lo más que pueden sus experiencias en el corto tiempo que pasan en tierra. La colaboración que se ha creado entre las autoridades portuarias Aries, S.A. y Empresa Consignataria Mambisa, nuestro operador turístico Havanatur S.A. y nuestras tres marcas de cruceros ha beneficiado al pueblo cubano, a nuestra empresa y, principalmente, a los pasajeros estadounidenses que viajan en nuestros barcos a Cuba.

El motivo de esta correspondencia es para solicitar a las autoridades pertinentes permiso para que nuestros buques anclen en la Bahía de La Habana y transporten a nuestros pasajeros a tierra utilizando nuestras propias gabarras.

Esta solicitud parte de la fuerte demanda de pasajeros que desean viajar a Cuba, una demanda que solo hemos podido satisfacer parcialmente debido a las limitaciones de los muelles dedicados a los buques cruceros. Hoy solo existe un muelle que puede acomodar a nuestros buques Norwegian Sky y Norwegian Sun, con más de 2.000 pasajeros cada uno. Esto no solo es una pérdida para nuestra empresa, sino también para los proveedores locales y el Gobierno de Cuba.

En el verano de 2018, Norwegian Sky y Norwegian Sun ofrecerán cruceros a Cuba desde sus puertos de Miami y Puerto Cañaveral. Aunque vamos a traer dos buques en lugar de uno, el conteo diario de pasajeros seguirá siendo el mismo. Norwegian Sky ofrece actualmente dos días completos en La Habana (martes y miércoles) durante la mayor parte de la temporada, sin embargo, debido a la falta de disponibilidad, comenzando en mayo de 2018 Norwegian Sky partirá a las 6:00 para permitir que Norwegian Sun ocupe el puesto los miércoles por la mañana entrando a las 8:00 y permanecer durante la noche saliendo a las 6:00 los jueves.

El cliente típico aprovecha su escala en La Habana y participa en, al menos, una excursión cada día en puerto. Estos clientes también compran excursiones que los introducen a la vida nocturna de La Habana. De modo que, como Norwegian Sky y Norwegian Sun compartirán el muelle de atraque los miércoles comenzando en mayo de 2018, cada buque solo pasaría un día completo en el puerto; resultando esto en la pérdida de ingresos potenciales de excursiones de $62.000 por semana.

  

tel 305.436.4000  |  7665 Corporate Center Drive  |  Miami, FL 33126  |  nclhltd.com

**NCLH**
**NORWEGIAN CRUISE LINE HOLDINGS LTD.**

En 2018 hay 26 semanas en el verano que podrían aprovechar estos ingresos adicionales de los pasajeros de Norwegian Sky si permitieran que Norwegian Sun tomara posición de anclaje en la Bahía de La Habana.

| PROGRAMA ACTUAL SEMANAL TÍPICO DE LA HABANA PARA LA MARCA NORWEGIAN CRUISE LINE | | | |
|---|---|---|---|
| | 2017 | 2018 | 2019 |
| Martes | Norwegian Sky (Llegada 8:00) | Norwegian Sky (Llegada 8:00) | Norwegian Sky (Llegada 8:00) |
| Miércoles | Norwegian Sky (Salida 17:00) | Norwegian Sky (Salida 6:00)<br>Norwegian Sun (Llegada 8:00) | Norwegian Sky (Salida 6:00)<br>Norwegian Sun (Llegada 8:00) |
| Jueves | | Norwegian Sun (Salida 6:00) | Norwegian Sun (Salida 6:00) |

En 2018, la marca Norwegian Cruise Line no operará cruceros a Cuba de enero a mediados de marzo y de mediados de noviembre a diciembre, aproximadamente 18 semanas, debido a la falta de disponibilidad de la terminal de cruceros en La Habana los martes y miércoles durante este plazo.

Además de las escalas de Norwegian Sky y Norwegian Sun, hemos solicitado varias fechas para nuestras marcas de lujo, Oceania Cruises y Regent Seven Seas Cruises, para las que no hay disponibilidad. Estas marcas de lujo ofrecen cruceros más largos e inmersivos, que no siempre caen en el mismo día de la semana.

En 2018, doce (12) días que solicitamos no estaban disponibles para Oceania Cruises y diez (10) días no estaban disponibles para Regent Seven Seas Cruises. Estas fechas podrían ser acomodadas si se permitiera que estos buques anclaran en una ubicación que nos dejaría transportar a nuestros pasajeros a tierra.

Las tres marcas de Norwegian Cruise Line Holdings tienen el potencial de ofrecer cincuenta y ocho (58) días adicionales en La Habana si hubiera espacio disponible en el muelle o si los buques pudieran anclar en la Bahía de la Habana. Esto representa un incremento de ingresos potenciales de $5.400.000 y tarifas portuarias de $2.900.000 - un total incremento de ingresos perdidos de $ 8,3 millones para la economía cubana.

Entendemos que existen algunas preocupaciones con la operación de anclaje. Quisiéramos asegurarles que tenemos la más alta confianza de que podemos realizar estas operaciones de forma segura, igual que lo hacemos en más de cien puertos alrededor del mundo.

Estamos a la orden para revisar esta solicitud y los requisitos operacionales en detalle, de modo que sea una opción viable para todas las partes. Teniendo todo esto en cuenta, les ruego su máxima comprensión y que se atienda lo más pronto posible nuestro pedido.

Atentamente,

*[signature]*

Frank J. Del Rio
Presidente y CEO
Norwegian Cruise Line Holdings

**NORWEGIAN CRUISE LINE®**     **OCEANIA CRUISES®**     **Regent SEVEN SEAS CRUISES®**

tel 305.436.4000   |   7665 Corporate Center Drive   |   Miami, FL 33126   |   nclhltd.com