# EXHIBIT 86

**From:** Javier Garcia-Bengochea <jgb1@icloud.com>
**Sent:** Friday, December 22, 2017 9:05 PM
**To:** Escobar, Gabriel
**Cc:** Alpert, Rachel K; Jerry Johnson; Mickael Behn
**Subject:** Re: Suspension of Title III of Libertad

Yes. Thanks, Gabriel, I have a copy of the actual letter to the committees.

There's no lack of irony that the Kerry letter explicitly states that the waiver is "necessary to the national interests of the United States and will expedite a transition to democracy in Cuba".

This is proven to be patently false. It's a complete fabrication. After 21 years of waivers and not enforcing the law Cuba is further from democracy than ever- it's a full fledged white male military dictatorship and apartheid with institutionalized slavery (the 2 currencies) that was validated by the the previous administration and now supported by US tourism.

Why is it in the national interests to allow American companies to traffic in the stolen property of other Americans and exploit Cuban slave labor?

What's definition of insanity again?

I'm sorry, but I would also be remiss not to mention the absolutely surreal if not incomprehensible moment in our meeting regarding your response to the video of the CEO of Norwegian Cruise Lines at a conference at Wharton Business School specifically on the subject of "doing business" in Cuba during a session specifically about cruising Cuba.

He explicitly stated and incontrovertibly refuted, when specifically asked about the need for a port, your assertion that the cruise lines were not trafficking by virtue of Sec. 401(c)(2)(B)(iii) of H-B. He was indisputably clear: that using a port was " not necessary" to cruise Cuba. He arrogantly scoffed at- ridiculed- that notion.

If the cruise lines want to dock at a port while cruising Cuba- so be it. They do so at their own risk. However, if they dock at our properties they are trafficking. Period.

Let's be intellectually honest and frank, he was basically confirming that they are trafficking and and you should have acknowledged that fact, rather than double down on an obviously incorrect position.

The cruise lines must be subjected to a Title IV action and we will not relent until this occurs. It's a matter of law.

I hope you both have a happy and safe holiday season and I look forward to pursuing this issue January 2, 2018.

Javier
Sent from my iPad

On Dec 21, 2017, at 1:29 PM, Escobar, Gabriel <EscobarG@state.gov> wrote:

> Perhaps this can be useful:
>
> https://2009-2017.state.gov/p/wha/rls/prsrl/2017/266595.htm

**Official**
**UNCLASSIFIED**

**From:** Escobar, Gabriel
**Sent:** Thursday, December 21, 2017 1:21 PM
**To:** 'Javier Garcia-Bengochea' <jgb1@icloud.com>
**Cc:** Alpert, Rachel K <AlpertRK@state.gov>
**Subject:** Suspension of Title III of Libertad

Dr. Garcia-Bengochea,

It was a pleasure to meet with you yesterday. During the meeting you had asked for an official announcement or note for the suspension of Title III of Libertad in relation to your lawsuit. The document you left had no date stamp. Can you remind me what year you need this for?

Gabe

**Official**
**UNCLASSIFIED**

WARNING: This email originated outside of our organization's email system. Do not click links or open attachments unless you recognize the sender and you are expecting the message.