# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

**Case No. 19-cv-21724**
**BLOOM/MCALILEY**

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

MSC CRUISES SA,
MSC CRUISES SA CO, and
MSC CRUISES (USA) INC.,

    Defendants.

_____/

**Case No. 19-cv-23588**
**BLOOM/LOUIS**

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.

_____/

**Case No. 19-cv-23590**
**BLOOM/LOUIS**

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

NORWEGIAN CRUISE LINE HOLDINGS, LTD.,

    Defendant.

_____/

**Case No.: 19-cv-23591**
**BLOOM/LOUIS**

## ORDER REGARDING HEARING ON MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. The Court scheduled a hearing on the parties' summary judgment motions for December 14, 2021, at 9:30 a.m. *See, e.g., Havana Docks Corp. v. Carnival Corp.*, No. 19-cv-21724, ECF No. [390]. There are 10 summary judgment motions pending:

(1) an omnibus motion by Defendants, *id.* at [330];

(2) an individual motion by Defendant Carnival, *id.* at [324];

(3) an individual motion by Plaintiff against Carnival, *id.* at [333];

(4) an omnibus motion by Plaintiff, *id.* at [336];

(5) an individual motion by Defendant MSC Cruises, *Havana Docks Corp. v. MSC Cruises, SA, et al.*, No. 19-cv-23588, ECF No. [209];

(6) an individual motion by Plaintiff against MSC Cruises, *id.* at 225;

(7) an individual motion by Defendant Royal Caribbean Cruises, *Havana Docks Corp. v. Royal Caribbean Cruises Ltd.*, No. 19-cv-23590, ECF No. [132];

(8) an individual motion by Plaintiff against Royal Caribbean Cruises, *id.* at [142];

(9) an individual motion by Plaintiff against Defendant Norwegian Cruise Line, *Havana Docks Corp. v Norwegian Cruise Line Holdings, Ltd.*, No. 19-cv-23591, ECF No. [229]; and

(10) an individual motion by Norwegian Cruise Line, *id.* at [230].

The motions, responses, replies, and supporting documents are extensive, spanning hundreds of pages. Three hours have been allocated for the hearing.[1] The current time affords only 18 minutes of argument per motion, six minutes per side. Such a truncated presentation may not benefit the Court, as the parties intend. Proceeding at the hearing on an issue-by-issue basis may

---

[1] The Court's calendar does not permit any additional time on this day.

provide a more fruitful discussion, but the Court is unaware as to how the parties will be presenting their arguments or whether all issues may be meaningfully explored in three hours.

Therefore, upon review, it is **ORDERED AND ADJUDGED** that **on or before December 10, 2021**, the parties shall meet and confer and file with the Court a joint notice, detailing (1) whether the parties want to argue all motions at the December 14 hearing; (2) whether the parties want to argue only the omnibus motion(s) at the December 14 hearing, and schedule a second hearing for unaddressed motions, if necessary; (3) whether the parties want to discuss global issues at the December 14 hearing, and schedule a second hearing on individual issues, if necessary; and (4) how the parties plan to allocate their time (in other words, a joint agenda of what motions or issues they want to argue, and how much time per side). Taking into consideration the parties' recommendations, the Court will issue a separate order regarding what motions or issues will be argued on December 14 and whether a second hearing will be held.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 8, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record