**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

**Case No. 19-cv-21724
BLOOM/MCALILEY**

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

MSC CRUISES SA,
MSC CRUISES SA CO, and
MSC CRUISES (USA) INC.,

    Defendants.
_____/

**Case No. 19-cv-23588
BLOOM/LOUIS**

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES,
LTD.,

    Defendant.
_____/

**Case No. 19-cv-23590
BLOOM/LOUIS**

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

NORWEGIAN CRUISE LINE
HOLDINGS, LTD.,

    Defendant.
_____/

**Case No.: 19-cv-23591
BLOOM/LOUIS**

**ORDER ADOPTING MAGISTRATE JUDGE'S
<u>REPORT AND RECOMMENDATIONS</u>**

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Preclude Ambar Diaz from Testifying Before a Jury and for the Court to Disregard or Reject Her Report and Testimony Under Fed. R. Civ. P. 44.1, ECF No. [366], filed on October 18, 2021 ("Motion"). The Motion was previously referred to the Honorable Chris M. McAliley for a Report and Recommendations ("R&R"). *See* ECF No. [393]. On December 3, 2021, the Magistrate Judge issued a R&R recommending that the Motion be denied. ECF No. [416]. The R&R advised the parties to file any written objections within fourteen days of receipt of the R&R. *Id*. To date, the parties have not filed objections or sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **DENIED** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.	The R&R, **ECF No. [416]**, is **ADOPTED**.

2.	The Motion, **ECF No. [366]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 22, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record