UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HAVANA DOCKS CORPORATION,                    Case No. 19-cv-21724
                                              BLOOM/McAliley
    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

HAVANA DOCKS CORPORATION,                    Case No. 19-cv-23588
                                              BLOOM/Louis
    Plaintiff,

v.

MSC CRUISES SA,
MSC CRUISES SA CO, and
MSC CRUISES (USA) INC.,

    Defendants.
_____/

HAVANA DOCKS CORPORATION,                    Case No. 19-cv-23590
                                              BLOOM/Louis
    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

HAVANA DOCKS CORPORATION,                    Case No. 19-cv-23591
                                              BLOOM/Louis
    Plaintiff,

v.

NORWEGIAN CRUISE LINE HOLDINGS LTD.,

    Defendant.
_____/

**NOTICE OF FILING DEFENDANTS'**
**<u>OMNIBUS SUMMARY JUDGMENT MOTION PRESENTATION</u>**

Defendant CARNIVAL CORPORATION, by and through its undersigned counsel, hereby files this Notice of Filing Defendants' Omnibus Summary Judgment Motion Presentation pursuant to the Court's instructions. On January 12, 2022, the Court heard argument on the Parties' summary judgment motions. Following the Parties' presentations, the Court instructed that the Parties file their respective presentations on the docket for the Court's review. Based on the foregoing, Carnival files the attached presentation.

| | |
|---|---|
| Dated: January 13, 2022 | Respectfully submitted, |
| | |
| Pedro A. Freyre | By: /s/ Stuart H. Singer |
| **AKERMAN LLP** | Stuart H. Singer |
| (Florida Bar No. 192140) | (Florida Bar No. 377325) |
| 98 SE 7th St., Suite 1100 | Meredith Schultz |
| Miami, Florida 33131 | (Florida Bar No. 29536) |
| Telephone: (305) 374-5600 | Pascual A. Oliu |
| Pedro.freyre@akerman.com | (Florida Bar No. 107737) |
| | Corey P. Gray |
| George J. Fowler, III | (Florida Bar No. 0115473) |
| (*Pro Hac Vice*) | **BOIES SCHILLER FLEXNER LLP** |
| Luis Llamas | 401 East Las Olas Boulevard, Suite 1200 |
| (Florida Bar No. 89822) | Fort Lauderdale, Florida 33301 |
| **JONES WALKER LLP** | Telephone: (954) 356-0011 |
| 201 St. Charles Ave. | ssinger@bsfllp.com |
| New Orleans, LA 70170 | mschultz@bsllp.com |
| Telephone: (504) 582-8752 | poliu@bsfllp.com |
| gfolwer@joneswalker.com | cgray@bsfllp.com |
| llamas@joneswalker.com | |

*Attorneys for Carnival Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2022, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

By:  /s/ *Stuart H. Singer*
 Stuart H. Singer