# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

**Case No. 19-cv-21724**
**BLOOM/MCALILEY**

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

MSC CRUISES SA,
MSC CRUISES SA CO, and
MSC CRUISES (USA) INC.,

    Defendants.
_____/

**Case No. 19-cv-23588**
**BLOOM/LOUIS**

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

**Case No. 19-cv-23590**
**BLOOM/LOUIS**

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

NORWEGIAN CRUISE LINE HOLDINGS, LTD.,

    Defendant.
_____/

**Case No.: 19-cv-23591**
**BLOOM/LOUIS**

## ORDER AMENDING SCHEDULING ORDER
## AND CERTAIN PRETRIAL DEADLINES

**THIS CAUSE** is before the Court upon Defendants' Expedited Motion to Remove Cases from Trial Calendar and Continue Remaining Pretrial Deadlines, filed on March 31, 2022. *See Havana Docks Corp. v. Carnival Corp.*, No. 19-cv-21724, ECF No. [482]; *Havana Docks Corp. v. MSC Cruises, SA, et al.*, No. 19-cv-23588, ECF No. [336]; *Havana Docks Corp. v. Royal Caribbean Cruises Ltd.*, No. 19-cv-23590, ECF No. [259]; and *Havana Docks Corp. v Norwegian Cruise Line Holdings, Ltd.*, No. 19-cv-23591, ECF No. [372], (collectively, the "Motions").

Upon review of the Motions, Responses, Replies, it is **ORDERED AND ADJUDGED** that the Motions are **GRANTED**, and the Court's prior scheduling orders are **AMENDED** as follows:

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **August 1, 2022, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, July 26, 2022**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128**. The parties shall adhere to the following schedule:

| | |
|---|---|
| **May 27, 2022** | All other pre-trial motions, including motions *in limine*, must be filed. |
| **July 18, 2022** | Parties must submit their joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 5, 2022.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record