UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-21724-CIV-BLOOM/Louis

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE, a foreign corporation.

    Defendant.
_____/

## MEDIATOR'S REPORT

In accordance with Local Rule 16.2(f)(1) of the Southern District of Florida, the undersigned Mediator reports that this matter was mediated for a second time on Wednesday, June 8, 2022. All counsel and parties were present. The mediation resulted in an impasse.

Date: June 13, 2022

    Respectfully submitted,

    By: /s/ Thomas E. Scott, Esq.
        Thomas E. Scott, Esq.
        Mediator

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on June 13, 2022, with the Clerk of Court using the CM/ECF system which will provide notice to all counsel of record.

        Thomas E. Scott, Esquire
        *Mediator*
        Florida Bar No.:  149100
        COLE, SCOTT & KISSANE, P.A.
        Cole, Scott & Kissane Building
        9150 South Dadeland Boulevard, Suite 1400
        Miami, Florida 33156
        Telephone (305) 350-5385
        thomas.scott@csklegal.com
        renee.jordan@csklegal.com

BY:   */s/ Thomas Scott*
       THOMAS E. SCOTT